# EXHIBIT G

  SIGN UP

# BUSINESS

UAE  EXPO 2020  CORONAVIRUS  GULF  MENA  WORLD  **BUSINESS**  OPINION  LIFESTYLE  ARTS & CULTURE  TRAVEL  SPORT  PODCAST

Aviation | Economy | Energy | Money | Cryptocurrencies | Property | Banking | Technology | Markets | Travel and Tourism | Start-Ups | Future | Comme

# Lebanon resumes talks with IMF for bailout package

▶ Annual inflation soared to 123% in July, and the country's gross public debt reached $98.2bn at the end of May



Lebanon is facing one of its worst economic crises yet, with more than three out of four Lebanese considered to be under the poverty line and mains electricity only available a handful of hours a day, while petrol, bread and medicine shortages are sowing chaos across the country. AFP

**Massoud A Derhally**
Oct 4, 2021



Lebanon resumed talks with the International Monetary Fund that had stalled for a year and a half because of political differences in the country after it approached the lender for a $10-billion programme.

The government "expressed its willingness to progress towards reaching an agreement on an appropriate recovery programme that could be supported by the institution and harness broad support from the international financial community", the Finance Ministry said on Monday.

The newly formed cabinet, led by Prime Minister Najib Mikati, "is fully conscious of the urgency of Lebanon's social and economic situation and of the challenges lying ahead," the ministry said in an emailed statement.

"The government has repeated its commitment to resume discussions with the IMF as early as possible and formed the team in charge of negotiating with the fund."

The team is led by Deputy Prime Minister Saade Chami and includes Finance Minister Youssef El Khalil, Economy and Trade Minister Amin Salam, and Banque du Liban Governor Riad Salameh.

Lebanon defaulted on about $31bn of eurobonds in 2020 and is enduring its worst financial crisis in three decades. Its currency has lost more than 90 per cent of its value against the US dollar, leading to surging inflation, increased unemployment and poverty.

Inflation soared to an annual 123 per cent in July, while gross public debt increased an annual 5.4 per cent to $98.2bn at the end of May 2021, from the same month a year earlier.



Lebanese Prime Minister Najib Mikati. EPA

"An IMF-supported programme is essential to put the country on a path towards recovery," Mr El Khalil said after being appointed as Finance Minister in September.

"A funding agreement will ensure that the recovery is associated with the implementation of necessary and long overdue reforms and will help restore confidence in our economy."

Lebanon approached the IMF in May 2020 for a bailout package, but talks stalled because of systemic delays in forming a government and disagreements among the country's political factions on sharing of power.

"The government remains fully committed to engaging in a constructive, transparent and equitable debt restructuring process with all other stakeholders, and welcomes the interest of bondholders, including the 'Ad Hoc Lebanon Bondholder Group', to participate in this process," the Finance Ministry said.

**Lebanon's business conditions deteriorate further as political crisis deepens**

**Lebanon's crisis among the worst since mid-19th century, World Bank says**

"The government reiterates its commitment to a fair and comprehensive solution for all creditors and will engage, with the support of its financial and legal advisers, in good faith discussions with all its creditors as early as practicable," the ministry said.

Lebanon's economic crisis ranks among the world's top 10 crises – possibly even the top three – since the mid-19th century, the World Bank said in June.

The magnitude of the economic depression has "no clear turning point" on the horizon, given the "disastrous" and deliberate policy inaction, the Washington lender said.

Lebanon's economy fell to an estimated $33bn in 2020, from nearly $55bn in 2018. The economy shrank by 20.3 per cent last year, after a 6.7 per cent contraction the year before, according to the World Bank.

A report by the lender last year said the country was in a "deliberate depression" because of the political paralysis and a failure by policymakers to reach an agreement on a new government and the necessary reforms that could unlock $10bn of aid from the IMF and another $11bn from international donors.

Updated: October 4th 2021, 7:50 AM

BUSINESS    LEBANON    DEBT    IMF

**EDITOR'S PICKS**



**Zuckerberg's very bad day: What you need to know**
TECHNOLOGY



### Afghanistan's warlords floundering in exile
ASIA



### Sheikh Mohamed bin Zayed thanks teachers for 'inspiring young people'
GOVERNMENT



### Mira Singh on her Expo 2020 Dubai fame: 'My life has changed'
ON STAGE



### How we can all prevent the next WhatsApp outage
COMMENT

## NEWSLETTERS

☐  **NEW:** Energy this Week (Wednesdays)

Email Address | Sign up

## MORE FROM THE NATIONAL



**UAE Central Bank to gather global leaders for exploring future of…**
ECONOMY



**Egypt and Saudi Arabia sign $1.8 billion deal to link their power grids**
BUSINESS



**IMF: World faces 'hobbled' recovery with possible cumulative loss of…**
BUSINESS



**Lebanon's business conditions deteriorated further last month**
ECONOMY

**UAE**
Courts  Government  Education
Heritage  Health  Transport  Science
Environment  UAE at 50
UAE in Space

Expo 2020

**MENA**
Egypt  Iraq  Iran  Jordan  Lebanon
Syria  Tunisia

**World**
UK  US  Africa  Asia  Australasia
Europe  The Americas  Health  UNGA

**Opinion**
Comment  Editorial  Obituaries
Cartoon  Feedback

**Lifestyle**
Fashion  Food  Motoring  Luxury
Family  Home  Wellbeing

**Travel**
Hotels  News  Destinations
Covid-19 Travel  Airlines
Responsible Tourism

**Sport**
Football  Cricket  IPL  F1  UFC  Golf

Coronavirus

Gulf

Saudi Arabia  Bahrain  Oman

Business

Aviation  Economy  Energy  Money
Cryptocurrencies  Property  Banking
Technology  Markets
Travel and Tourism  Start-Ups  Future
Comment

Things to do  StayHome  Comment

Arts & Culture

Art  Books  Film  Music  On Stage
Television  Comment

Rugby  Horse Racing  Tennis
Olympics  Other Sport

About Us  Contact Us  Sign Up  Work With Us  Privacy Policy  Advertise With Us  Terms & Conditions  Sitemap
Special Offers

Follow us