# EXHIBIT H

https://twitter.com/BDL_Lebanon/status/1221042534920740865

**Banque Du Liban**
@BDL_Lebanon

His Excellency's answer on Mr. khalaf Ahmad Al Habtoor's questions @KhalafAlHabtoor is the following :

"All funds received by Lebanese banks from abroad after November 17th are free to be transferred out.

> **Khalaf Ahmad Al Habtoor** @KhalafAlHabtoor · Jan 25, 2020
>
> سؤالي لحاكم #مصرف_لبنان #رياض_سلامة؛ كمستثمرين عرب وأجانب لدينا إيداعات في #لبنان بالدولار لتصريف أعمالنا، وإذا كانت لدينا النية لتحويل أموال لدعم البنوك اللبنانية، فهل هي عرضة للخطر او لإقتطاع بعض منها؟ أرجو من سعادة الحاكم الرد وإيضاح الأمور للجميع.
> @BDL_Lebanon @saadhariri

**Banque Du Liban** @BDL_Lebanon · Jan 25, 2020
Replying to @BDL_Lebanon
On the other hand ,the declared policy of the Central Bank of Lebanon is not to bankrupt any bank thus preserving the depositors,also the law in Lebanon doesn't allow haircut. Any haircut would then require a law in parliament (2)

5 2 6

**Banque Du Liban** @BDL_Lebanon · Jan 25, 2020
BDL is providing the liquidity needed by banks in both Lebanese pound and dollars, but under one condition that the dollars lent by BDL won't be transferred abroad (3)

12 2 8

**Banque Du Liban** @BDL_Lebanon · Jan 25, 2020
Thus the difficulty of banks to do transfers abroad for deposits that were on their books prior to November 17th ,these deposits can be moved freely inside lebanon.'' (4)

14 3 7