# EXHIBIT L

## Translation

### Obliging banks operating in Lebanon to pay an amount of ten thousand US dollars based on the official exchange rate of the US dollar with respect to the academic year 2020-2021 for Lebanese university students who have been studying abroad before the academic year 2020-2021

### Law No. 193/2020 dated October 16, 2020

### Published in the official gazette number 41 – issued on October 22, 2020

The Parliament has adopted and the President of the Republic promulgates the Law that reads as follows:

**Article 1:**
Banks operating in Lebanon shall execute a one-time financial transfer of a value not exceeding ten thousand US dollars for every Lebanese university student registered in universities or higher technical institutes outside Lebanon before 2020 - 2021, from their accounts or the accounts of their guardians, or for those who do not have bank accounts, in a foreign currency or the Lebanese national currency at the official USD exchange rate of 1,515 LBP. This is to be done after the banks make the necessary to verify the right of the beneficiary in terms of:

- A current registration certificate from the university or the technical institute.
- A statement of the university or the technical institute regarding payments before 31/12/2020.
- The current housing lease contract or the receipt of the last monthly payment.

**Article 2:**
This Law shall enter into force upon its publication in the official gazette.

Baabda on October 16, 2020

Promulgated by the President of the Republic
Signature: Michel Aoun

The Prime Minister
Signature: Hassan Diab

Translator's note: True translation of the enclosed document in Arabic

إلزام المصارف العاملة في لبنان بصرف مبلغ عشرة آلاف دولار أميركي وفق سعر الصرف الرسمي للدولار

عن العام الدراسي ٢٠٢٠ – ٢٠٢١

للطلاب اللبنانيين الجامعيين الذين يدرسون في الخارج قبل العام ٢٠٢٠ – ٢٠٢١

قانون رقم ١٩٣ – صادر بتاريخ ٢٠٢٠/١٠/١٦

تم نشره في الجريدة الرسمية العدد ٤١ – الصادرة بتاريخ ٢٠٢٠/١٠/٢٢

أقر مجلس النواب،
وينشر رئيس الجمهورية القانون التالي نصه:

المادة ١ -

على المصارف العاملة في لبنان إجراء تحويل مالي لا تتجاوز قيمته عشرة آلاف دولار أميركي لمرة واحدة لكل طالب من الطلاب اللبنانيين الجامعيين المسجلين في الجامعات أو المعاهد التقنية العليا خارج لبنان قبل العام ٢٠٢٠ - ٢٠٢١ من حساباتهم أو حسابات أولياء أمورهم أو ممن لم يكن لديهم حسابات في المصارف، بالعملة الأجنبية أو العملة الوطنية اللبنانية وفق سعر الصرف الرسمي للدولار ١٥١٥ ل.ل. وذلك بعد إجراء المصارف المقتضى للتثبت من حق المستفيد لجهة:
- إفادة تسجيل حالية من الجامعة أو من المعهد التقني.
- إفادة بالمدفوعات الجامعية أو المعاهد التقنية قبل تاريخ ٢٠٢٠/١٢/٣١ .
- عقد إيجار السكن الحالي أو إيصال آخر دفعة شهرية.

المادة ٢ -

يعمل بهذا القانون فور نشره في الجريدة الرسمية.

بعبدا في ١٦ تشرين الأول ٢٠٢٠
الإمضاء: ميشال عون

صدر عن رئيس الجمهورية
رئيس مجلس الوزراء
الإمضاء: حسان دياب

رئيس مجلس الوزراء
الامضاء: حسان دياب