USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re Application of

MAJED AMIR AL-ATTABI,

For an order pursuant to 28 U.S.C. § 1782 to take discovery for use in foreign proceedings pending in the Republic of Lebanon.

------------------------------------------------------------X

21-MC-207 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on March 8, 2022, Bank Audi's application to renew its motion to quash (Dkt. 35-36) is denied for the reasons stated at the conference. The order issued by the Court on January 26, 2022 (Dkt. 34) was a final order to which Bank Audi did not object or file an appeal. Bank Audi does not meet the requirements for Fed. R. Civ. P. 60(b). The purported changed circumstance (withdrawal of a defense) was controlled and created by Bank Audi. Moreover, the material sought remains of use in the foreign proceeding for the reasons set forth in Petitioner's letter dated March 2, 2022. (Dkt. 38). The Court also denies Bank Audi's request to stay pending appeal for the reasons stated at the conference.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2022
      New York, New York

1