# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE APPLICATION OF MAJED AMIR
AL-ATTABI,

               Petitioner-Appellee,

    -v-

BANK AUDI SAL,                                22-524

               Movant-Appellant,

    -v-

JPMORGAN CHASE BANK, N.A., THE
BANK OF NEW YORK MELLON
CORPORATION, CITIBANK, N.A.,
STANDARD CHARTERED BANK, FOR AN
ORDER PURSUANT TO 28 U.S.C. § 1782
TO TAKE DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS IN THE
REPUBLIC OF LEBANON,

               Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF CHAHDAN JEBEYLI

CHAHDAN JEBEYLI hereby declares as follows under penalty of

perjury pursuant to 28 U.S.C. § 1746:

1.      I am the Group Chief Legal and Compliance Officer, and member of the Executive Committee, at Bank Audi S.A.L. ("Bank Audi"), where I have worked since 2007.  Before working at Bank Audi, I was Managing Director of Legal and Compliance at Citibank MENA, as well as General Counsel and Head of Compliance at Samba Financial Group.  I previously served as a Judge of the Commercial Chamber Court of the First Instance in Beirut, Lebanon.  I have also worked as a commercial attorney in Boston, Massachusetts, where I also received my LLM in International Banking from Boston University School of Law.

2.      I write in support of Bank Audi's emergency motion for a stay pending appeal, as Bank Audi will be irreparably harmed unless this Court issues a stay.  This declaration is based upon my personal knowledge and my familiarity with current events concerning the banking sector in Lebanon.  I am also following up, in coordination with Bank Audi's external counsel, the defense of Bank Audi in Al-Attabi's lawsuit pending in the commercial court in Beirut, and am familiar with the pleadings and the status of that case (the "Lebanese Action").

## The Lebanese Financial Crisis

3.     Lebanon has been suffering from an economic and financial crisis, which began in late 2019.  In 2021, it was described by the World Bank as one of the "most severe crises episodes globally since the mid-nineteenth century.[1]  That report further stated that well over half of the population of Lebanon is now living beneath the poverty line.  In January 2022, the World Bank further reported that Lebanon's GDP had contracted by 58% from 2019 to 2021 and that the economic and financial crisis is a threat to the country's "social peace."[2]

4.     For years, the Lebanese Government has been operating with large fiscal deficits funded by public debt and large trade deficits.  As a result, the unofficial market value of the Lebanese pound has declined over 90% against the U.S. dollar, reducing the effective income and purchasing power of Lebanon's residents.[3]  It is estimated that

---

[1]     World Bank Group's Spring 2021 Lebanon Economic Monitor Report: Lebanon Sinking (To the Top 3) at xi, available as **Exhibit 1**.

[2]     World Bank Group's Fall 2021 Lebanon Economic Monitor Report: The Great Denial at xi, 18, available as **Exhibit 2**.

[3]     Ex. 1 at 33 n.49.

"more than half the population is likely below the national poverty line."[4]

5.     To address these challenging circumstances, Lebanon's central bank, Banque du Liban ("BdL") restricted international transfers of the U.S. dollar deposits that Lebanese banks, including Bank Audi, hold at BdL.  Initially, those restrictions limited international transfers to transactions that further matters of vital national interest, such as the financing of wheat, medical, and fuel imports into Lebanon.  More recently the holdings of U.S. dollar deposits at BdL declined to a level that permits financing of only the most urgent imports.

6.     Following BdL's restrictions on the international transfers of the U.S. dollar deposits that Lebanese banks hold at BdL, on November 17, 2019, the Association of Banks in Lebanon announced that all Lebanese banks would implement restrictions on overseas transfers of foreign currency, with exceptions for, among other things, trade

---

[4]     Ex. 1 at xi.

financing and the payment of urgent personal expenses.[5]  Overseas transfers are also permitted for payment of the tuition expenses of Lebanese students studying abroad, as a result of a law enacted by the Lebanese Parliament.[6]  Within Lebanon, withdrawals of cash from U.S. dollar accounts are subject to strict weekly limits.[7]  These *de facto* capital controls remain in existence to the present day, and have served to staunch the outflow of foreign currency needed for critical trade operations.

7.      The current Lebanese financial crisis has caused many in Lebanon to blame the banking sector (as well as the Lebanese government and BdL), and public discontent with Lebanese banks is high.  Since the Lebanese financial crisis began in October 2019, anti-bank protests have been common, with protesters reported to have "torched and vandalized" banks.[8]

---

[5]     ABL and Sector News, Association of Banks in Lebanon Press Release (Nov. 17, 2019), https://www.abl.org.lb/english/abl-and-banking-sector-news/abl-news/press-release-17-11-2019, (ECF No. 20-10) attached as **Exhibit 3**.

[6]     Excerpts of Lebanese Parliament Law No. 193, October 16, 2020, (ECF No. 20-12) attached as **Exhibit 4**.

[7]     Ex. 3.

[8]     Timour Azhari, *Banks targeted in Lebanon's 'night of the Molotov'*, ALJAZEERA (Apr. 29, 2020),

8.      Violent civil unrest resulted in the complete closure of Bank
Audi and Lebanon's other commercial banks for two weeks in late
October 2019.[9]  Since then, violent protests have continued
intermittently, with dozens of injuries reported on a single night.[10]
Casualties have also been reported.[11]

9.      In September 2020, protestors stormed the main office of
Bank Audi in downtown Beirut.[12]  In June 2021, roughly 100 protesters
stormed the headquarters of the Lebanese Swiss Bank and began

---

https://www.aljazeera.com/economy/2020/4/29/banks-targeted-in-lebanons-night-of-the-molotov, attached as **Exhibit 5**.

[9]     Ellen Francis, Tom Perry, *In limbo as crisis rages, Lebanese banks remain shut*, REUTERS (Oct. 22, 2019), https://www.reuters.com/article/us-lebanon-protests/in-limbo-as-crisis-rages-lebanese-banks-remain-shut-idUSKBN1X10XL, as **Exhibit 6**.

[10]    *Dozens injured as anti-bank protests rock Beirut for second night*, Middle East Eye (Jan. 16, 2020), https://www.middleeasteye.net/news/dozens-injured-anti-bank-protests-rock-beirut-second-night, attached as **Exhibit 7**.

[11]    Timour Azhari, *One dead, dozens injured in Lebanon riots with banks smashed*, AJAZEERA (Apr. 28, 2020), https://www.aljazeera.com/economy/2020/4/28/one-dead-dozens-injured-in-lebanon-riots-with-banks-smashed, attached as **Exhibit 8**.

[12]    *Protesters storm bank in downtown Beirut, demand money back amid economic crisis*, ALARABIYA news (Sept. 30, 2020), https://english.alarabiya.net/News/middle-east/2020/09/30/Protesters-storm-bank-in-downtown-Beirut-demand-money-back-amid-economic-crisis, attached as **Exhibit 9**.

intimidating staff.[13]  Protestors are also reported to have broken into

the Central Bank of Lebanon.[14]

### The Harm that Public Disclosure of the Subpoenaed Information Would Cause to Bank Audi and Its Personnel

10.    I am aware that the District Court has denied Bank Audi's

motions to quash certain subpoenas that have been served upon

correspondent banks.  I am aware that the subpoenas seek all of the

U.S. dollar denominated transfers made by Bank Audi through its U.S.

correspondent banks since October 17, 2019, and that the information is

to be produced without disclosing the names or other personally

identifying information of any initiating or receiving party.  As a result,

the production will show the number and amount of overseas transfers

made by Bank Audi since the beginning of the imposition of *de facto*

capital controls in Lebanon, but not the purpose of those transfers.

Thus, it will not be apparent that a transfer was made to finance a

---

[13]    *Lebanon banks close in solidarity after assault on staff*, BBC News (Jun. 29, 2021), https://www.bbc.com/news/world-middle-east-57651265, attached as **Exhibit 10**.

[14]    *Lebanon protesters clash with security forces as currency plunges*, France 24 (Jun. 26, 2021), https://www.france24.com/en/live-news/20210626-lebanon-protesters-clash-with-security-forces-as-currency-plunges, attached as **Exhibit 11**.

critical trade transaction (such as importing food, medicine or energy), to pay for "urgent personal expenses," or to pay for university tuition, all of which are permitted under the *de facto* capital controls.

11.    It is unclear to me how such information could be of any probative value in the pending Lebanese Action.  On their face, the *de facto* capital controls are subject to important exceptions, and the existence of some overseas transfers by other Bank Audi customers does not prove that Al-Attabi is entitled to an overseas transfer of the U.S. dollars in his account.

12.    More important for purposes of this motion, however, is the irreparable injury that Bank Audi will suffer when this information is filed in the Lebanese Action, if Al-Attabi's counsel does not publicly disclose it before then.  Even if the District Court in this case were to enter a protective order restricting Al-Attabi from using the subpoenaed information for any purpose other than prosecuting the Lebanese Action, as his U.S. counsel has indicated she will request, when Al-Attabi files the subpoenaed information in the Lebanon Action, it will necessarily become public.  I am aware of no mechanism to file documents under seal in Lebanese civil procedure.

13.     The Lebanese press has been harshly critical of all banks during the financial crisis, including Bank Audi, and there can be no doubt that the Lebanese press will sensationalize the number and amounts of overseas transfers that Bank Audi has made during the financial crisis.  No comparable information about any other Lebanese bank has been made public during the financial crisis.  Such publication will give rise to the incorrect inference that Bank Audi has been flouting Lebanon's *de facto* capital controls and discriminating among its depositors, inferences that will foment discontent among Bank Audi's customers and single it out from all of its competitors, which are also making permissible overseas transfers but do not have that data published.

14.     Bank Audi will be unable to explain the subpoenaed information to its customers or the public or place it into context because of the stringent prohibitions of Lebanon's Bank Secrecy Law, which is attached as **Exhibit 12**.  Lebanon's Bank Secrecy Law prohibits disclosure of "any information known to [bank managers and employees] about the[ir] clients' names, funds, or personal matters to any party, be it an individual or a public authority."  Ex. 12 (ECF No.

28-2) at Article 2. Such a violation carries criminal penalties of imprisonment ranging from three months to one year of the bank's representative. The Bank Secrecy Law prohibits bank personnel from disclosing customer transactions even to "a public authority," *i.e.*, even to criminal prosecutors in Lebanon.

15. Bank Audi could not explain the permissible purpose of the overseas transfers made by its customers without violating Lebanon's Bank Secrecy Law, which criminalizes the disclosure of a customer's information "to any party." The public dissemination of the subpoenaed information will thus result in a misleading inference about Bank Audi's conduct during the financial crisis. This will unnecessarily inflame the public and exacerbate its anti-bank sentiment.

16. Disclosure of the misleading subpoenaed information will cause great damage to Bank Audi's reputation and its remaining goodwill. It could diminish the bank's reputation with its customers and the Lebanese people, and harm the morale of Bank Audi employees, who already feel besieged. Bank Audi has no way of seeking recompense for those injuries, even if the subpoenas were held to have been improperly issued on appeal.

17.     There is also a basis to fear that Bank Audi employees could be threatened, as happened in the past, if the subpoenaed information were made public.  As discussed above, banks are the object of many public protests, and protestors have already targeted Bank Audi's head office.  At a minimum, employee morale, already low, could only worsen, accelerating the "brain drain" of Lebanese professionals.

18.     Bank Audi is willing to go to great lengths to avoid the damage that public disclosure of this information would cause.  It has filed a formal notice withdrawing the *force majeure* defense that the District Court held could justify the discovery that Al-Attabi seeks.  In light of Al-Attabi's latest assertion that the discovery is needed to rebut a different defense (the "objective of equality"), I confirm that Bank Audi will withdraw this defense as well, if Al-Attabi agrees to withdraw the subpoenas.  Withdrawing these defenses disadvantages Bank Audi in Al-Attabi's lawsuit, but that is a price Bank Audi is willing to pay to avoid the misleading impression that publication of the subpoenaed information would leave with its customers and the people of Lebanon.

## The Lack of Harm to Petitioner If a Stay Were Granted

19.     Meanwhile, a stay pending appeal would not cause any injury to Al-Attabi in the Lebanese action, which remains in the early stages.

20.     Al-Attabi filed his lawsuit in Lebanon on September 3, 2020. Bank Audi filed its response on April 22, 2021.  Since then, Al-Attabi has made a second submission, to which Bank Audi will respond on March 17, 2022.  At this time, the Lebanese judge will hold a hearing on Bank Audi's submission.  Al-Attabi will have the opportunity at the hearing to either (1) ask the Lebanese judge to consider the submissions as the complete record and render a decision, or (2) ask for time to make a third submission.  Given Al-Attabi's ability to receive more time to make a third submission, he faces no harm from a stay.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of March, 2022 at Beirut, Lebanon.

Chahdan Jebeyli

# EXHIBIT 1

# LEBANON ECONOMIC MONITOR

# Lebanon Sinking

## (To the Top 3)

Spring 2021



**WORLD BANK GROUP**
Middle East and North Africa Region

Public Disclosure Authorized

Public Disclosure Authorized

Pub

# Lebanon
# Economic Monitor

Lebanon Sinking (To the Top 3)
لبنان يغرق (نحو أسوأ ثلاث أزمات عالمية)
Le Naufrage du Liban (Top 3 des pires crises mondiales)

Spring 2021

Global Practice for Macroeconomics, Trade & Investment
Middle East and North Africa Region



Document of the World Bank

# TABLE OF CONTENTS

Acronyms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii
Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix
Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xi
الموجز . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xv
Résumé . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xix

1. The Policy Context . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. Recent Macro-Financial Developments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
   Output and Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
   Fiscal Developments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4
   The External Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
   Money and Banking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

3. Global Crises Comparators: Looking for the Minimum . . . . . . . . . . . . . . . . . . . . . . . . .19
   Per Capita Output . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
   Depreciation-Inflation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
   Fiscal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
   Debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
   External Position . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
   Overall . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

4. Outlook and Risks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
   The FX Subsidy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
   Large Scale Interruptions to Vital Public Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

Special Focus I: FX Subsidy Reform in the Deliberate Depression . . . . . . . . . . . . . . . . . . .31
   Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
   Macroeconomic Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
   Design a Broad-Coverage Subsidy Reform Compensation Scheme . . . . . . . . . . . . . . . . . .36

Implementing Broad-Coverage Subsidy Reform Compensation Scheme . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

Complementarities between the BC-CT Program and other SSN Programs . . . . . . . . . . . . . . . . . . . . . . . .39

**Special Focus II: Public Service Delivery in the Deliberate Depression** . . . . . . . . . . . . . . . . . . . . . . .41

The Electricity Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41

Water and Sanitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

**Annex** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47

Forecasts of Lebanon's Real GDP Growth Using MIDAS Regressions: An Update for 2020 and 2021     47

Dynamic Response of Inflation to Currency in Circulation in Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . .51

*Unit Root Tests* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51

*VAR Variables in Difference* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52

*VAR Variables in (Log) Levels* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53

*The Cointegrated VAR: Vector Error Correction Model* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55

*References* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .57

Global Financial Crises Episodes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58

*The Argentinian Banking Crisis of 1980* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58

*The Philippines Financial Crisis of 1981* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59

*The Mexican Debt Crisis of 1981–82* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .60

*The Chilean Banking Crisis of 1981* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61

*The Venezuelan Banking Crisis of 1994* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63

*The Argentinian Financial Crisis of 2001–02* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64

*The Uruguayan Banking Crisis of 2002* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64

*The Greek Financial Crisis 2009* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66

*References* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67

**List of Figures**

Figure 1     While the Contraction in Real GDP Commenced in 2018, it Accelerated Sharply in 2020 . . . . . . .4

Figure 2     Net Exports are Expected to Be the Sole Positive Contributor to Real GDP . . . . . . . . . . . . . . . . . .4

Figure 3     Firm Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

Figure 4     Large Shortfalls in Revenues Will Induce a Significant Deterioration in the Fiscal Position . . . . . .10

Figure 5     Valuation Effects from Exchange Rate Depreciations Will Pressure the Debt-to-GDP Ratio . . . . .10

Figure 6     A Steady Depletion in the Gross Foreign Exchange Position at BdL . . . . . . . . . . . . . . . . . . . . . . . .11

Figure 7     Ratios of C1, C2b, Luxury and Other Imports Were Stable Until the Period
             Leading to the Crisis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Figure 8     ...when Ratios of C1 and C2b Imports Rose at the Expense of those for Luxury
             and Other Goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Figure 9     A Sharp Depreciation in the Exchange Rate along with Surging Inflation and Narrow Money     13

Figure 10    Inflation in Basic Items is a Key Driver of Overall Inflation, Hurting the Poor and
             the Middle Class . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Figure 11    Food Expenditure Shares by Deciles for Lebanese Nationals . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Figure 12    Heavy Deleveraging of Assets (Private Loans) and Liabilities (Private Deposits)
             in Financial Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Figure 13    A Steady and Sharp Deterioration in Credit Performance as Measured
             by NPL Ratio for Banks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18



Figure 14   Lebanon's Real GDP is a More Accurate Reference Point for the Start of
the Financial Crisis than Real GDP/Capita . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
Figure 15   Real GDP Per Capita for G8 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
Figure 16   Real GDP Per Capita for G8 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
Figure 17   CPI Indices for G8 Plus Lebanon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
Figure 18   Overall Fiscal Balance for G8 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
Figure 19   CPI Indices for G8 Plus Lebanon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
Figure 20   Overall Fiscal Balance for G8 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
Figure 21   Gross Debt for G8 Plus Lebanon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
Figure 22   Current Account Balance for G8 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
Figure 23   A Steady Depletion in the Gross Foreign Exchange Position at BdL. . . . . . . . . . . . . . . . . . .33
Figure 24   Upon Removal of FX Subsidy, Direct Effects on Inflation Are Substantial. . . . . . . . . . . . . . . .35
Figure 25   Proposed Monthly Benefit Amount (US$), and Coverage (%), by Year . . . . . . . . . . . . . . . . .37
Figure 26   Compensation Program Outlay and Net Savings from Phase I Subsidy Withdrawal, US$ mn   37
Figure 27   Evolution of High Frequency Indicators Used to Nowcast and Forecast Lebanon's
Real GDP Growth in 2020. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Figure 28   Growth of High Frequency Real Economy Indicators Used to Nowcast and
Forecast Lebanon's Real GDP Growth in 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Figure 29   Time Series Dynamics of the Variables in Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
Figure 30   Responses to a 1 Percent Increase in the Growth of Currency in Circulation . . . . . . . . . . . . .54
Figure 31   Time Series Dynamics of the Variables in Log Levels . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55
Figure 32   Responses to a 1 Percent Increase in the (Log of) Currency in Circulation. . . . . . . . . . . . . . .56
Figure 33   Responses to a 1 Percent Increase in (the Log of) Currency in Circulation from a VECM   . . . . .57

**List of Tables**

Table 1   Average Change in Full-Time Employees by Gender for All Firms Surveyed. . . . . . . . . . . . . . . .6
Table 2   Summary of Fiscal Accounts Showing Actual Numbers, WB Estimates and
Government Budgets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
Table 3   Crisis Severity: Percent Decline in Per Capita GDP, Duration of Contraction,
and Years to Full Recovery in 25 of the Worst Systemic Banking Crises, 1857–2013. . . . . . . . .20
Table 4   Selected Macroeconomic Indicators for Lebanon; 2016–2021. . . . . . . . . . . . . . . . . . . . . . . . .29
Table 5   Cost of FX Import Subsidy and Impact of its Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
Table 6   Real GDP Growth Forecasts for 2020. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Table 7   Candidate Predictor Variables for the Real High Frequency Indicators . . . . . . . . . . . . . . . . . . .49
Table 8   Forecasts of Real GDP Growth for 2021 Using Real Activity Indicators . . . . . . . . . . . . . . . . . . .49
Table 9   Forecasts of Real GDP Growth for 2021 Using Real Activity and Financial Indicators. . . . . . . . .51
Table 10   Unit Root Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
Table 11   Cumulative Effect of a 1 Percent Increase in Currency in Circulation on Inflation. . . . . . . . . . . .52
Table 12   Cumulative Effect of a 1 Percent Increase in Currency in Circulation on Inflation. . . . . . . . . . . .54
Table 13   The Johansen (1988) Trace Statistic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
Table 14   Cumulative Effect of a 1 Percent Increase in Currency in Circulation on Inflation. . . . . . . . . . . .57

**List of Boxes**

Box 1   The Impact of Multiple Crises on Formal Firms and the Labor Market in Lebanon. . . . . . . . . . . . .5
Box 2   Lebanon' 2021 Budget Draft Proposal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
Box 3   Impact of Crises on Poverty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Box 4   The Most Recent Financial Operation by BdL with Commercial Banks . . . . . . . . . . . . . . . . . . . . .14



# ACRONYMS

| | | | |
|---|---|---|---|
| AER | Average Exchange Rate | LBP | Lebanese Pound |
| BdL | Banque du Liban | LEM | Lebanon Economic Monitor |
| BoP | Balance of Payments | MIDAS | Mixed-Data Sampling |
| CA | Current Account | MoET | Ministry of Economy and Trade |
| CBP | Central Bank of the Philippines | MTO(s) | Money Transfer Operator(s) |
| CBV | Central Bank of Venezuela | NGO(s) | Non-governmental Organizations |
| CD(s) | Certificate of Deposit(s) | NID | National ID |
| CFF | Compensatory Financing Facility | NIR | Net International Reserve |
| CPI | Consumer Price Index | NPL(s) | Non-performing Loan(s) |
| CSI | Crisis Severity Index | NPTP | National Poverty Targeting Program |
| DBP | Development Bank of the Philippines | NSSF | National Social Security Fund |
| ECB | European Central Bank | O&M | Operation and Maintenance |
| EdL | Electricité du Liban | PEP(s) | Politically Exposed Person(s) |
| EFF | Extended Fund Facility | PISA | Programme for International Student |
| EFF | Extended Fund Facility | | Assessment |
| EMU | European Monetary Union | PMI | Purchasing Manager's Index |
| ES | Enterprise Survey | PNB | Philippines National Bank |
| ESSN | Emergency Crisis and COVID-19 | PoB | Port of Beirut |
| | Response Social Safety Net Project | POS | Point-of-Sale |
| FCV | Fragility, Conflict, and Violence | Pp | Percentage Points |
| FI(s) | Financial Institution(s) | PSI | Private Sector Initiative |
| FSBS | Fund for the Stability of the Banking | RDNA | Rapid Damage and Needs Assessment |
| | System | SBA | Stand-by Arrangement |
| FX | Foreign Exchange | SDC(s) | Social Development Center(s) |
| GDP | Gross Domestic Product | SSN | Social Safety Net |
| GFSM | International Government Accounting | TB(s) | Treasury Bond(s) |
| | Standards | TD(s) | Time Deposit(s) |
| GNI | Gross National Income (per capita) | UN | United Nations |
| GNP | Gross National Product | US$ | United States Dollar |
| GOL | Government of Lebanon | WE(s) | Water Establishment(s) |
| GRM | Grievance Redress Mechanism | WSS | Water Supply and Sanitation |
| IADB | Inter-American Development Bank | xM 2020 | First x months of 2020 |
| IMF | International Monetary Fund | yoy | Year over Year |

Case 1:21-mc-00207-VSB-RWL Document 44-1 Filed 03/22/22 Page 25 of 223

# PREFACE

The *Lebanon Economic Monitor* provides an update on key economic developments and policies over the past six months. It also presents findings from recent World Bank work on Lebanon. The *Monitor* places them in a longer-term and global context and assesses the implications of these developments and other changes in policy on the outlook for Lebanon. Its coverage ranges from the macro-economy to financial markets to indicators of human welfare and development. It is intended for a wide audience, including policy makers, business leaders, financial market participants, and the community of analysts and professionals engaged in Lebanon.

The *Lebanon Economic Monitor* is a product of the World Bank's Lebanon Macroeconomics, Trade and Investment (MTI) team. It was prepared by Wissam Harake (Senior Economist), Ibrahim Jamali (Consultant) and Naji Abou Hamde (Economic Analyst) with contributions from Lars Jessen (Lead Debt Specialist), Haocong Ren (Senior Financial Sector Economist), Zeina El Khoury (Private Sector Specialist), Angela Elzir Assy (Labor Market Specialist), Ganesh Kumar Seshan (Senior Economist), Bilal Malaeb (Economist), Fahmina Rahman Dutta (Social Protection Specialist) and Haneen Ismail Sayed (Lead Operations Officer). Special Focus I: FX Subsidy Reform in the Deliberate Depression, has been led by Haneen Ismail Sayed (Lead Operations Officer), and Wissam Harake (Senior Economist). Special Focus II: Public Service Delivery in the Deliberate Depression, has been led by Wissam Harake (Senior Economist), Sameh Mobarak (Senior Energy Specialist), Amal Talbi (Lead Water Resources Management Specialist), Sally Zgheib (Senior Water Supply and Sanitation Specialist), and Nathalie Lahire (Senior Economist). The *Lebanon Economic Monitor* has been completed under the guidance of Christos Kostopoulos (Lead Economist), Eric Le Borgne (Practice Manager) and Saroj Jha (Country Director). Zeina Khalil (Communications Officer) is the lead on communications, outreach and publishing.

The findings, interpretations, and conclusions expressed in this *Monitor* are those of World Bank staff and do not necessarily reflect the views of the Executive Board of The World Bank or the governments they represent.

For information about the World Bank and its activities in Lebanon, including e-copies of this publication, please visit *www.worldbank.org.lb*

To be included on an email distribution list for this *Lebanon Economic Monitor* series and related publications, please contact Alain Barakat (*abarakat@worldbank.org*). For questions and comments on the content of this publication, please contact Wissam Harake (*wharake@worldbank.org*) or Christos Kostopoulos (*ckostopoulos@worldbank.org*). Questions from the media can be addressed to Zeina Khalil (*zelkhalil@worldbank.org*).

# EXECUTIVE SUMMARY

**T**he Lebanon financial and economic crisis is likely to rank in the top 10, possibly top three, most severe crises episodes globally since the mid-nineteenth century. This is a conclusion of the Spring 2021 Lebanon Economic Monitor (LEM) in which the Lebanon crisis is contrasted with the most severe global crises episodes as observed by Reinhart and Rogoff (2014)[1] over the 1857–2013 period. In fact, Lebanon's GDP plummeted from close to US$ 55 billion in 2018 to an estimated US$ 33 billion in 2020, with US$ GDP/capita falling by around 40 percent. Such a brutal and rapid contraction is usually associated with conflicts or wars. Even prior, the World Bank has long identified Lebanon as a Fragility, Conflict & Violence (FCV) State, and as such, the dire socio-economic conditions risk systemic national failings with regional and potentially global consequences.[2] This illustrates the magnitude of the economic depression that the country is enduring, with sadly no clear turning point on the horizon, given the disastrous deliberate policy inaction.

**In the Fall 2020 LEM, Lebanon's economic crisis was termed** *The Deliberate Depression*. For over a year, Lebanese authorities countered an assailment of compounded crises—namely, the country's largest peace-time economic and financial crisis, COVID-19 and the Port of Beirut explosion—with deliberately inadequate policy responses. The inadequacy

is less due to knowledge gaps and quality advice and more the result of a combination of (i) a lack of political consensus over effective policy initiatives; and (ii) political consensus in defense of a bankrupt economic system, which benefited a few for so long. In the face of these challenges, Lebanon lacks a fully-functioning executive authority and is currently in the process of forming its third Government in a little over a year. This debilitating institutional void has lasted over 8 months so far.

**The social impact of the crisis, which is already dire, could rapidly become catastrophic; more than half the population is likely below the national poverty line.** Those paid in Lebanese Lira—the bulk of the labor force—are seeing potent purchasing power declines. Phone surveys conducted in the end of 2020 by the World Food Program found that 41 percent of households reported challenges

---

[1]  Reinhart, Carmen M. and Kenneth S. Rogoff (2014), *Recovery from Financial Crises: Evidence from 100 Episodes,* American Economic Review: Papers & Proceedings 2014, 104(5): 50–55.

[2]  In Amin's Maalouf's *Le Naufrage des Civilisations*, translated as *The Wreckage of Civilizations*, the Lebanese author highlights how the failings of the Levant are propagating into a failing of all civilizations. Maalouf, Amin (2019), *Le Naufrage des Civilisations*, French & European Publications, Inc., April 2, 2019.

in accessing food and other basic needs. The share of households having difficulties in accessing health care rose from 25 percent (July-August) to 36 percent (Nov-Dec). The unemployment rate also rose among the respondents, from 28 percent in February (pre-COVID) to nearly 40 percent in Nov-Dec.

**Lebanon, with a history of civil war and conflicts, faces realistic threats to its already fragile social peace**. As previously argued (World Bank, 2016[3]), the key overarching constraints to development in Lebanon are i) elite capture hidden behind the veil of confessionalism, and ii) conflicts and violence, with these two having a symbiotic relationship: they feed and strive on each other. Demonstrations, while more modest in numbers, have recently grown angrier, erupting in cities across Lebanon to protest against the dire economic conditions; vital routes are being cut off causing significant disruptions to mobility and livelihood; increased crime rates threaten personal security; national fragmentation can allow infiltration of sinister groups with grave security implications. Hence, there is growing wariness of potential triggers to social unrest.

## Recent Economic Developments

**Monetary and financial turmoil are driving crisis conditions, more palpably through interactions between the exchange rate, narrow money and inflation.** Acute exchange market pressures in Lebanese markets are reflected by heavy fluctuations in the US$ banknote exchange rate, which temporarily breached LBP 15,000/US$, before falling back down. This is within the context of a multiple exchange rate system, which includes the official exchange (LBP 1,507.5/US$) as well Banque du Liban's (BdL) platform rate set at LBP 3,900/US$. Overall, the World Bank Average Exchange Rate (AER) depreciated by 129 percent in 2020. Exchange rate pass through effects on prices have resulted in surging inflation, averaging 84.3 percent in 2020. Meanwhile, the stock of currency in circulation increased by 197 percent, even as broad money supply (which includes bank deposits) declined, with the latter weighed down by deleveraging in the financial sector.

**Real GDP growth is estimated to have contracted by 20.3 percent in 2020, on the back of a 6.7 percent contraction in 2019.** In a large part due to COVID-19, the tourism sector has been particularly hit; tourist arrivals fell by 71.5 percent, (yoy), over the first five months of 2020 (5M-2020). Meanwhile, construction permits and cement deliveries (proxies for the construction and real estate) suffered respective declines of 26.9 percent (yoy) and 44.7 percent (yoy) over the first 10 months of 2020 (10M-2020).

**An ostensible improvement in some fiscal indicators (as a percentage of GDP) masks an actual deterioration.** Revenues are estimated to have declined sharply as a result of the severe economic contraction, with the ratio to GDP falling further due to an inflation-driven increase in nominal GDP. However, this is more than offset by a larger decline in current expenditures, which benefited from: lower interest payments (due to the Eurobond default and a favorable arrangement with BdL on domestic debt); cuts in transfers; and also a denominator-led GDP effect. Hence, while the 2020 overall fiscal balance is estimated to have improved by 0.7 percentage points (pp) to reach −4.9 percent of GDP, the primary balance deteriorated by 2.3 pp to −2.8 percent of GDP.

**The sharp economic contraction implied a commensurate drop in imports, and consequently, an anticipated narrowing of the current account deficit.** During 10M-2020, merchandize imports shrank by 45 percent, which drove a 54.8 percent decrease in the trade-in-goods deficit. We estimate that the current account deficit fell by 10 pps to reach 11 percent of GDP in 2020, compared to a medium-term (2013–2019) average of 22.5 percent of GDP. Nonetheless, the sudden stop in capital inflows has implied a steady depletion of foreign exchange (FX) reserves at BdL, which exacerbates constraints on imports.

**The burden of the ongoing adjustment/ deleveraging in the financial sector is highly regressive, concentrated on smaller depositors, the bulk of the labor force and smaller businesses.** De facto lirafication and haircuts on dollar

---

[3]    World Bank (2016) "Lebanon Systematic Country Diagnostic".



deposits are significant despite BdL's and banks' official commitment to safeguarding deposits. The burden of the ongoing adjustment/deleveraging is regressive and concentrated on the smaller depositors, who lack other source of savings, the local labor force, that is paid in lira, and smaller businesses. The banking sector is advocating for mechanisms that incorporate state owned assets, gold reserves, and public real estate in order to overhaul their impaired balance sheets. This constitutes a *bailout* of the financial sector and is inconsistent with restructuring principles that protect taxpayers and depositors. These principles include *bail in* solutions based on a hierarchy of creditors, starting with banks shareholders. Government can also apply a wealth tax (on financial and real assets) as a tool to progressively restructure the financial sector.

## Special Foci

**The financial and economic crisis has intensified Lebanon's fragility and fragmentation, increasing the risk to social and civil unrest.** The crisis has exacerbated long-term national deficiencies including institutional weaknesses, failed economic and social policy, and dismal public service delivery. In such an environment, there is growing weariness of triggers for social unrest. In this LEM, we highlight two potential economic triggers that are under increased scrutiny, and which can have significant social implications.

**The first Special Focus examines Lebanon's FX subsidy for critical and essential imports, which offers a serious political and social challenge.** On the one hand, the current FX subsidy is both distortionary, expensive and regressive. It exerts considerable stress on Lebanon's balance of payments. On the other hand, the subsidy prevents the prices of these products from increasing, which would exacerbate inflationary-depreciation pressures, further striking at residents purchasing power.

**The second Special Focus discusses the impact that the crises are having on four basic public services: electricity, water supply, sanitation and education.** The Deliberate Depression has further undermined already weak public services via two effects: (i) it has significantly increased poverty rates expanding the demography that is not able to afford private substitutables (the way citizens had previously adapted to abysmal quality of public services), and are thus more dependent on public services; and (ii) threatens financial viability and basic operability of the sector by raising its costs and lowering its revenues. Specifically,

- Severe shortage of foreign currency threatens termination of private sector contracts for power plant maintenance and temporary power generation**.** Meanwhile, Electricité du Liban (EdL) revenues, which are in Lebanese pound, are shrinking because of increasing technical, commercial and collection losses. EdL is likely to increase rolling blackouts to manage its cashflow shortfalls.
- In 2020, the Water Establishments (WEs) witnessed serious depletions in supplies, revenues, and financial and human resources, while affected by an upward spiral in costs. Due to reduced water supply from the WEs in 2020, people have had to rely more on other costlier and less convenient water alternatives, such as water tankers and bottled water, whose prices have surged.
- The breakdown in sanitation services risks intensifying the spread of water-borne diseases, adversely impacting an already vulnerable public health.
- Compounded crises have placed Lebanon's education sector under severe strain. The increase in poverty rates is leading to an exodus of students from private to public schools—this year alone, 54,000 students (11 percent of public sector students)—as well as higher student dropouts, especially from the most marginalized households. Further, the most recent school closures due to the COVID-19 pandemic have effectively cost students a "lost year" of learning.

# الموجز

علّ الأزمة الاقتصادية والمالية التي تضرب لبنان من بين الأزمات العشر، وربما من بين الأزمات الثلاث، الأكثر حدةً عالميًا منذ أواسط القرن التاسع عشر. إنّها إحدى خلاصات تقرير مرصد الاقتصاد اللبناني لربيع 2021، الذي يقارن أزمة لبنان مع الأزمات العالمية الأكثر حدةً وفق رينارت Reinhart وروغوف (2014)[4]Rogoff خلال الحقبة 1857–2013. في الواقع، تراجع إجمالي الناتج المحلي في لبنان من حوالى 55 مليار د.أ. في العام 2018 إلى حوالى 33 مليار د.أ. في العام 2020، مع تراجع إجمالي الناتج المحلي للفرد بالدولار الأميركي بنسبة حوالى 40 في المئة. غالبًا ما يُعزا مثل هذا الانقباض القاسي والسريع إلى نزاعات أو حروب. وحتى قبل ذلك، طالما صنّف البنك الدولي لبنان على أنّه دولة هشاشة، ونزاع، وعنف، وبالتالي، قد تُهدّد الظروف الاقتصادية والاجتماعية المتردية بانهيار وطني منهجي تكون به انعكاسات محتملة على المستويَيْن الإقليمي والعالمي، ممّا يُجسّد حجم الكساد الاقتصادي الذي يشهده البلد، من دون بارقة أمل بتغيير تلوح في الأفق، نظراً إلى التقاعس المتعمد عن اتخاذ السياسات الملائمة.

**في تقرير مرصد الاقتصاد اللبناني لخريف 2020، وُصِفَت الأزمة الاقتصادية التي يتعرّض لها لبنان بأنّها «الكساد المتعمّد».** على مدى أكثر من عام، كانت السلطات اللبنانية تواجه وابل الأزمات المتعاقبة — لا سيّما أكثر أزمة مالية واقتصادية يشهدها البلد في زمن السلم، وكوفيد-19، وانفجار مرفأ بيروت — بسياسات غير ملائمة عمداً. ولا تعود هذه الاستجابات غير الملائمة إلى نقص في المعلومات أو إلى توجيهات خاطئة، بل هي نتيجة توليفة من عوامل عدّة، منها(i) غياب الإجماع السياسي بشأن مبادرات سياسات فعّالة؛ و(ii) الإجماع السياسي في الدفاع عن نظام اقتصادي مُفلس، أفاد البعض لفترة طويلة جدًا. وفي وجه هذه التحديات، يفتقر لبنان إلى سلطة تنفيذية تعمل بشكل كامل وهو في طور تشكيل حكومته الثالثة في أكثر من عام واحد بقليل. ويستمر هذا الفراغ المؤسسي المعوّق من أكثر من 8 أشهر وحتى هذا التاريخ.

**قد يُصبح الأثر الاجتماعي للأزمة، الصعب أصلاً، مأساويًا بسرعة؛ يُرجَّح أن يكون أكثر من نصف السكان دون خط الفقر الوطني.** يشهد الذين يتقاضون رواتبهم وأجورهم بالليرة اللبنانية — أي الغالبية

الساحقة للقوى العاملة — تراجعاً بالغاً في قوّتهم الشرائية. وقد أظهرت مسوحات أجراها برنامج الأغذية العالمي عبر الهاتف في أواخر 2020 أن 41 في المئة من الأسر يصعب عليها الحصول على المواد الغذائية وسدّ حاجاتها الأساسية الأخرى. وارتفعت نسبة الأسر التي تواجه صعوبات في الحصول على الرعاية الصحية من 25 في المئة (تموز/يوليو-آب/أغسطس) إلى 36 في المئة (تشرين الثاني/نوفمبر — كانون الأول/ديسمبر). كما أن معدّل البطالة ارتفع في صفوف المشمولين بالمسح، فانتقل من 28 في المئة في شباط/فبراير (ما قبل كوفيد) إلى حوالى 40 في المئة في تشرين الثاني/نوفمبر — كانون الأول/ديسمبر.

**يواجه لبنان، وهو ذو تاريخ حافل بالنزاعات والحرب الأهلية، مخاطر واقعية تُهدّد سلمه الاجتماعي الهشّ أصلاً.** فوفق تقرير التشخيص المنهجي للبنان (البنك الدولي، 2016[6])، يعتبر العنصران التاليان من القيود الأساسية التي تُعيق عملية التنمية في لبنان (i) الحكم الطائفي، أي تولي الحكم من قبل طبقة نخبوية تستخدم ذريعة الطائفية قناعاً لها و(ii) النزاعات والعنف الناجمان جزئياً عن صراعات واسعة النطاق في منطقة الشرق الأوسط، وهما عنصران على علاقة متكافلة مع بعضهما البعض، يتغذيان وينموان من بعضهما البعض. وازدادت حدّة غضب التظاهرات الناشئة في المدن اللبنانية احتجاجًا على الظروف الاقتصادية المتردية وإن كانت أعداد المتظاهرين أكثر تواضعًا؛ وقُطعت الطرق الحيوية، ممّا أعاق التنقّلات وكسب لقمة العيش؛ كما أن ارتفاع معدّل الجريمة يُهدّد أمن

[4] Reinhart, Carmen M. and Kenneth S. Rogoff (2014), *Recovery from Financial Crises: Evidence from 100 Episodes,* American Economic Review: Papers & Proceedings 2014, 104(5): 50–55

[5] في كتاب أمين معلوف *Le Naufrage des Civilisations* الذي تُرجم في الانجليزية إلى *The Wreckage of Civilizations*، يُسلّط الكاتب اللبناني الضوء على فشل الشرق المتفشي الذي يؤدي إلى فشل الحضارات كلها.

Maalouf, Amin (2019), *Le Naufrage des Civilisations*, French & European Publications, Inc., April 2, 2019

[6] "World Bank (2016) "Lebanon Systematic Country Diagnostic (البنك الدولي (2016) التشخيص المنهجي في لبنان).

الناس الشخصي؛ وقد يسمح التفكّك الوطني باندساس مجموعات ذات نوايا سيئة، ممّا يولّد انعكاسات خطيرة على مستوى الأمن. وبالتالي يزداد القلق، في لبنان، من العوامل التي يمكن أن تؤدي إلى اضطرابات اجتماعية.

## التطوّرات الماكرو-اقتصادية والمالية الأخيرة

تقود الاضطرابات المالية والنقدية ظروف الأزمة، و يتّضح ذلك بشكل ملموس من خلال التفاعل بين سعر الصرف، والتضخّم، والكتلة النقدية بمعناها الضيق. تنعكس الضغوط الحادة لسوق الصرف على الأسواق اللبنانية على شكل تقلّبات كبيرة في سعر صرف الدولار الأميركي مقابل الليرة اللبنانية، الذي تجاوز بشكل مؤقت 15 ألف ليرة لبنانية، قبل أن يتراجع مجددًا. ويندرج ذلك في سياق نظام أسعار صرف متعدّدة تشمل سعر الصرف الرسمي (1 د.أ. = 1507.5 ل.ل.)، بالإضافة إلى سعر صرف منصة مصرف لبنان البالغ 1 د.أ. = 3900 ل.ل.، وبشكل عام، تراجع متوسط سعر الصرف الذي يحتسبه البنك الدولي بنسبة 129 في المئة في العام 2020. وأثّرت تقلّبات سعر الصرف على الأسعار، ممّا أدّى إلى زيادة التضخّم ليبلغ 84.3 في المئة في العام 2020. في موازاة ذلك، ازداد مخزون العملة المتداولة بنسبة 197 في المئة، حتى بعد تراجع الكتلة النقدية بمعناها الواسع (التي تشمل الودائع المصرفية)، والتي تأثّرت بدورها بتقليص ميزانية القطاع المصرفي.

يُقَدّر تراجع نمو إجمالي الناتج المحلي الحقيقي بنسبة 20.3 في المئة في العام 2020، إثر تقلّص بنسبة 6.7 في المئة في العام 2019. وقد تعرّض قطاع السياحة إلى ضربة قوية بشكل خاص، ناجمة إلى حد بعيد عن كوفيد – 19؛ وتراجع عدد المسافرين الوافدين بنسبة 71.5 في المئة (من سنة لأخرى)، على مدى الأشهر الخمسة الأولى من العام 2020 (5M-2020). وفي موازاة ذلك، شهدت تراخيص البناء وعمليّات تسليم الاسمنت، وهي من مؤشرات أنشطة قطاعي البناء والعقارات، تراجعًا سنويًا قدره 26.9 و44.7 في المئة على التوالي، خلال الأشهر العشرة الأولى من العام 2020 (10M-2020).

في الواقع، يُخفي تحسّن ظاهري في بعض المؤشرات المالية (كنسبة مئوية من إجمالي الناتج المحلي) تدهورًا فعليًّا. يُقَدّر تراجع الإيرادات بشكل حاد نتيجة الانقباض الاقتصادي الشديد، مع تراجع النسبة إلى إجمالي الناتج المحلي بشكل أكبر بسبب زيادة إجمالي الناتج المحلي الرسمي الناجمة عن التضخّم. لكن، يُقابل ذلك تراجع أكبر في النفقات التجارية، التي تستفيد ممّا يلي: انخفاض تسديدات الفوائد (بسبب عدم سداد اليوروبوندز وبسبب ترتيب ملائم مع مصرف لبنان بشأن الدين المحلي)؛ والحدّ من التحويلات؛ بالإضافةهنا أيضًا إلى أثر ارتفاع إجمالي الناتج المحلي (الذي يؤدي إلى انخفاض النسبة). وبالتالي، قد تحسّن الميزان المالي الكلي للعام 2020 بقدر 0.7 نقطة مئوية ليبلغ 4.9- في المئة من إجمالي الناتج المحلي، مع تحسّن الرصيد الأوّلي 2.3 نقطة مئويّة إلى 2.8- في المئة من إجمالي الناتج المحلي.

أدّى الانقباض الاقتصادي الحاد إلى تراجع متناسب في الواردات، وبالتالي إلى تحسّن في عجز الحساب الجاري. خلال الأشهر العشرة الأولى من العام 2020، تقلّصت واردات السلع بنسبة 45 في المئة، ممّا ولّد تراجعًا في عجز التجارة في السلع قدره 54.8 في المئة.

نُقَدّر أن يكون عجز الحساب الجاري قد تراجع 10 نقاط مئويّة ليبلغ 11 في المئة من إجمالي الناتج المحلي في العام 2020، مقارنةً مع معدّل عجز متوسط الأجل (2013–2019) نسبته 22.5 في المئة من إجمالي الناتج المحلي. ومع ذلك، أدّى التوقف المفاجئ في التدفقات الرأسماليّة الوافدة إلى تراجع مضطرد لاحتياطي مصرف لبنان من العملات الأجنبية، ممّا يفاقم القيود على الواردات.

يُعتبَر عبء التكيّف الجاري/ تقليص ميزانية القطاع المصرفي تراجعيًّا بشكل كبير، يُركّز على المودعين الصغار، والغالبية الساحقة للقوى العاملة، والمؤسسات الصغيرة. يُعتبَر تصريف الودائع إلى الليرة اللبنانية والاقتطاع من الودائع بالدولار الأميركي أمراً واقعاً، بالرغم من الالتزام الرسمي من قبل المصارف ومصرف لبنان بحماية الودائع. يُعتبَر عبء التكيّف الجاري/ تقليص ميزانية القطاع المصرفي تراجعيًا ويُركّز على المودعين الصغار، الذين يفتقرون إلى مصادر ادخار أخرى، والقوى العاملة المحلية التي تتقاضى أجورها ورواتبها بالليرة اللبنانية، والمؤسسات الصغيرة. يدعو القطاع المصرفي إلى وضع آليات تشمل أصولاً تملكها الدولة، واحتياطي الذهب، والعقارات العامة من أجل إصلاح ميزانياتهم الضعيفة، بشكل عملية إنقاذ من الداخل للقطاع المالي، لا تتماشى مع مبادئ إعادة الهيكلة التي تحمي دافعي الضرائب. وتشمل هذه المبادئ حلول إنقاذ داخليّة على أساس هرميّة الدائنين، بدءًا من المساهمين في المصارف. كما يُمكن للحكومة أن تفرض ضريبة على الثروات (على الأصول العقارية والأصول المالية) كأداة من أجل إعادة هيكلة القطاع المالي بشكل تقدمي.

## مجالات التركيز الخاصة

زادت الأزمة المالية والاقتصادية من هشاشة لبنان وتفكّكه، مما زاد من خطر الاضطرابات المدنية والاجتماعية. وزادت الأزمة من أوجه الخلل الطويلة الأمد، بما في ذلك مكامن الضعف المؤسسيّة، والسياسة الاجتماعيّة والاقتصاديّة الفاشلة، والخدمات العامة السيّئة. وفي ظل هذا السياق، يزداد القلق في لبنان، من العوامل التي يمكن أن تؤدي إلى اضطرابات اجتماعية. في هذا التقرير، نسلّط الضوء على محرّكيْن اقتصاديّيْن محتمليْن قيد التدقيق المتزايد، يُمكن أن تكون لهما انعكاسات اجتماعيّة ملحوظة. ينظر مجال التركيز الأول في دعم الصرف الأجنبي في لبنان للواردات الأساسية المهمة والموجهة، والذي يشكّل تحديًا اجتماعيًّا وسياسيًّا جدّيًّا. من جهة، يُعتبَر دعم الصرف الأجنبي الحالي تشويهيًّا، ومكلفًا، ومعقّدًا. فهو يشكّل ضغوطاً كبيرة على ميزان المدفوعات في لبنان. ومن جهة أخرى، يحول الدعم دون زيادة أسعار هذه المنتجات، ممّا يزيد من ضغوط التضخّم-الانخفاش في قيمة العملة، فيحدّ أكثر من القدرة الشرائية للمواطنين.

ويتطرّق مجال التركيز الثاني إلى واقع الأزمات على أربع خدمات عامة أساسية: الكهرباء، وإمدادات المياه، والصرف الصحي، والتعليم. فقد أضعفت الكساد المتمعن بشكل أكبر الخدمات العامة الضعيفة أصلاً من خلال أثرَيْن: (i) زيادة معدّلات الفقر فتوسّع بشكل ملحوظ عدد السكان غير القادرين على تكبّد كلفة الخدمات البديلة الخاصة (السبل التي اعتمدها مواطنون في السابق للتكيّف مع نوعيّة الخدمات العامة المتردية)، فباتوا يعتمدون بالتالي بشكل أكبر على الخدمات العامة؛ و(ii)



التكاليف. وبسبب تراجع إمدادات المياه من مؤسسات المياه في العام 2020، كان على المواطنين الاعتماد على بدائل أخرى أكثر كلفةً وأقل ملاءمةً، على غرار صهاريج المياه وقوارير المياه، التي ارتفعت أسعارها. يُهدّد تراجع خدمات الصرف الصحي بزيادة انتشار الأمراض المنقولة في المياه، ممّا يؤثّر سلبًا على الصحة العامة الهشّة أصلاً.

شكّلت الأزمات المتعاقبة ضغوطًا كبيرة على قطاع التعليم في لبنان. تؤدي زيادة معدّلات الفقر إلى نزوح جماعي للطلاب من المدارس الخاصة إلى المدارس الرسمية — بلغ هذا العام وحده 54000 تلميذ (11 في المئة من تلامذة القطاع العام) – بالإضافة إلى معدّل تسرّب مدرسي أعلى، لا سيّما من الأسر الأكثر تهميشًا. إلى ذلك، خسر التلامذة فعلياً عامًا من التعلّم مع إقفال المدارس أبوابها مؤخرًّا بسبب جائحة كوفيد19-.

**تهديد الاستمرارية المالية للقطاع وعمله الأساسي من خلال زيادة تكاليفه وخفض إيراداته.**
وبشكل خاص،

- يُهدّد الافتقار الحاد للعملات الأجنبيّة بإنهاء عقود القطاع الخاص لصيانة محطات توليد الطاقة الكهربائيّة وتوليد الطاقة المؤقّت. وفي الوقت نفسه، تتقلّص إيرادات شركة كهرباء لبنان، التي هي باللّيرة اللبنانيّة، بسبب الخسائر الفنية والتجاريّة المتزايدة وتلك المرتبطة بالجباية. ويُتوقّع أن تزيد مؤسسة كهرباء لبنان من فترات التأنين في التغذية بالتيار الكهربائي لإدارة القصور في تدفّقاتها النقديّة.

- في العام 2020، افتقرت مؤسسات المياه إلى الإمدادات والإيرادات والموارد البشرية والماليّة بشكل خطر، في ما شهدت زيادة مضطردة في

# RÉSUMÉ

**L**a crise économique et financière qui sévit au Liban est probablement l'une des dix, voire l'une des trois pires crises que le monde ait connu depuis le milieu du XIX$^e$ siècle. Telle est la conclusion de l'édition Printemps 2021 de l'Observatoire économique du Liban (ou LEM, pour Lebanon Economic Monitor), dans laquelle la crise au Liban est considérée comme l'une des crises mondiales les plus sévères au regard de la liste établie par Reinhart et Rogoff (2014)[7] durant la période 1857–2013. En effet, le PIB du Liban a chuté de 55 milliards de dollars en 2018 à environ 33 milliards de dollars en 2020, avec une baisse d'environ 40 % du PIB par habitant. Une telle contraction, si brutale et rapide, est d'habitude attribuée à des conflits ou des guerres. La Banque mondiale a longtemps considéré le Liban, et ce, bien avant la crise, comme un pays en situation de fragilité, conflit et violence (FCV). À ce titre, il est possible que les conditions socio-économiques difficiles que connaît le pays risquent d'entraîner une faillite systémique à l'échelle nationale, avec d'éventuelles conséquences mondiales.[8] Ceci illustre la magnitude de la dépression économique que le pays subit, et, malheureusement, le fait qu'aucune perspective de changement ne soit à l'horizon eu égard à l'inaction désastreuse mais néanmoins choisie des politiques.

Dans l'édition Automne 2020 du LEM, la crise économique que traverse le Liban a été qualifié de *Dépression Délibérée.* Pendant plus d'un an, les autorités libanaises ont été assaillies par une série de crises successives — à savoir, la plus grande crise financière et économique du pays en temps de paix, la COVID-19 et l'explosion du Port de Beyrouth — auxquelles ils ont apporté des réponses politiques délibérément inadéquates. Inadéquations qui malheureusement ne proviennent pas d'un manque d'informations ou de mauvaises directives mais d'une combinaison (i) d'un manque de consensus politique à l'égard d'initiatives de politiques effectives ; et (ii) d'un consensus politique qui défend un système économique en faillite — un système qui a profité à certains pendant longtemps. Face à ces défis, le pays est actuellement doté d'un pouvoir exécutif qui n'est pas pleinement fonctionnel, attendant la formation de son troisième gouvernement en un peu plus d'un an, et est paralysé par un vide institutionnel qui dure depuis plus de 8 mois.

L'impact social de la crise, déjà désastreux, peut rapidement devenir catastrophique; plus de la moitié de la population serait en-dessous du

---

[7]  Reinhart, Carmen M. and Kenneth S. Rogoff (2014), *Recovery from Financial Crises: Evidence from 100 Episodes,* American Economic Review: Papers & Proceedings 2014, 104(5): 50–55.

[8]  Dans l'ouvrage d'Amin Maalouf (2019), *Le Naufrage des Civilisations,* l'Académicien et auteur libanais montre comment les échecs du Levant se transforment en un échec de toutes les civilisations.

**seuil national de pauvreté.** Ceux qui sont payés en livres libanaises — soit la majorité de la main-d'œuvre — ont vu et voient leur pouvoir d'achat se rétrécir comme une peau de chagrin. Selon des sondages téléphoniques menés fin 2020 par le Programme alimentaire mondial (PAM), 41 **%** des ménages ont rapporté des difficultés à accéder à la nourriture et à d'autres besoins fondamentaux. La part des ménages connaissant des difficultés à accéder aux services de santé est passée de 25 % en juillet-août à 36 % en novembre-décembre. Le taux de chômage a également augmenté parmi les répondants, passant de 28 % en février (avant la COVID) à environ 40 **%** en novembre-décembre.

**Le Liban, historiquement touché par les conflits et la guerre civile, est confronté à des menaces réalistes qui mettent en danger sa paix sociale déjà fragile.** Comme il a été mis en évidence par le passé (Banque mondiale, 2016[9]), les principales contraintes au développement au Liban sont i) l'accaparement des ressources par l'élite, sous couvert de confessionnalisme et ii) les conflits et la violence — ces deux facteurs entretenant une relation symbiotique, l'un se nourrissant de l'autre pour se développer mutuellement. La colère des manifestations, bien que plus modestes en nombre, est récemment montée d'un cran, émergeant dans des villes à travers le Liban pour protester contre les conditions économiques exsangues. De ce fait, l'accès à des routes vitales est coupé, entraînant des interruptions prolongées qui entravent la mobilité et réduisent plus encore les moyens de subsistance ; l'augmentation des taux de criminalité menace la sécurité des personnes **;** et la fragmentation nationale peut permettre l'infiltration de groupes menaçants, ce qui aurait des implications graves sur la sécurité du pays. Les politiciens-timoniers du Liban, bloquant la barre du pays, le rapprochent ainsi inexorablement de récifs meurtriers et d'un naufrage tragique.

## Les récents développements économiques

**Les turbulences monétaires et financières, et plus concrètement le taux de change, l'inflation et l'augmentation rapide de la masse monétaire, sont des conditions génératrices de crises.** Les sévères pressions du marché de change sur les marchés libanais sont illustrées par de lourdes fluctuations du taux de change de la livre face au dollar américain, qui a temporairement dépassé LBP 15 000/US$, avant de baisser à nouveau. Ceci s'inscrit dans le cadre d'un système à taux de change multiples, qui comprend le taux de change officiel à LBP 1 507,5/US$, ainsi que celui de la plateforme de la Banque du Liban (BdL) à LBP 3 900/US$. En général, le taux de change effectif moyen calculé par la Banque mondiale (AER) a baissé de 129 % en 2020. L'impact des fluctuations des taux de change sur les prix a provoqué une recrudescence de l'inflation, enregistrant une moyenne de 84,3 % en 2020. En parallèle, le stock de monnaie en circulation a augmenté de 197 %, même si la masse monétaire au sens large (qui comprend les dépôts bancaires) s'est réduite en raison du désendettement du secteur financier.

**La croissance du PIB réel a connu une contraction de 20,3 % en 2020, aggravant celle déjà importante de 6.7 % observée en 2019.** Le secteur du tourisme a été particulièrement touché, en grande partie en raison de la COVID-19 ; les arrivées de touristes ont baissé de 71,5 %, (d'une année sur l'autre), durant les cinq premiers mois de 2020 (5M-2020). Dans le même temps, les permis de construction et les livraisons de ciment (moyens intermédiaires pour la construction et l'immobilier) ont baissé de 26,9 % (d'une année sur l'autre) et de 44,7 % (d'une année sur l'autre) durant les dix premiers mois de 2020 (10M-2020).

**Une amélioration apparente de certains indicateurs fiscaux (en pourcentage du PIB) masque une détérioration effective et notoire.** Les revenus ont baissé de manière significative en raison d'une sévère contraction économique, le ratio au PIB se détériorant davantage à cause d'une augmentation du PIB nominal due à l'inflation galopante. Toutefois, cette situation est largement compensée par une baisse plus importante des

---

[9] World Bank (2016) "Lebanon Systematic Country Diagnostic".



dépenses courantes, ayant bénéficié des éléments suivants : des paiements d'intérêts inférieurs (en raison du défaut de paiement des Eurobonds et d'un arrangement favorable, bien qu'illusoire au niveau du secteur publique consolidé, avec la BdL concernant la dette intérieure) ; des baisses de transferts ; et d'un PIB sur la base d'un dénominateur. Ainsi, alors que le solde budgétaire global de 2020 a progressé de 0,7 point de pourcentage (pp) pour atteindre −4,9 % du PIB, le solde primaire a régressé de 2,3 pp, atteignant −2.8 % du PIB.

La contraction économique accrue signifie une baisse conséquente des importations, et donc, une réduction anticipée du déficit du compte courant. Durant les dix premiers mois de 2020 (10M-2020), les importations de marchandises ont régressé de 45 %, provoquant une baisse de 54,8 % du déficit lié aux échanges de biens. Nous estimons que le déficit du compte courant a baissé de 10 points de pourcentage pour atteindre 11 % du PIB en 2020, à comparer avec la moyenne à moyen terme (2013–2019) de 22.5 % du PIB. Toutefois, l'arrêt soudain et soutenu des flux de capitaux entrants signifie un épuisement continu des réserves de change (FX) à la BdL, accentuant par là-même les contraintes sur les importations.

Le fardeau de l'ajustement en cours/du désendettement dans le secteur financier est particulièrement régressif, concentré sur de petits déposants, la plus grande majorité de la main d'œuvre, et des entreprises de taille plus modeste. De facto, la « lirafication » et les « haircuts » (les « ponctions ») sur les dépôts en dollars sont importants, malgré l'engagement officiel de la Bdl et des banques à sauvegarder les dépôts. Le fardeau de l'ajustement en cours/du désendettement dans le secteur financier est particulièrement régressif et concentré sur de petits déposants qui n'ont pas d'autres sources d'épargne, une main d'œuvre locale rémunérée en livres libanaises et des entreprises de taille plus modeste. Le secteur bancaire appelle à la mise en place de mécanismes qui tiennent compte des biens de l'État, des réserves en or et des actifs immobiliers publics afin de rétablir l'équilibre de ses bilans déficients. Il s'agit d'un renflouement du secteur financier qui ne s'inscrit pas dans le cadre des principes de restructuration visant à protéger les contribuables et les déposants. Ces principes comprennent des solutions de cautionnement basées sur une hiérarchie de créditeurs, à commencer par les actionnaires des banques. Le gouvernement peut également imposer un impôt sur la fortune (actifs financiers et biens immobiliers) comme moyen de restructurer de manière progressive le secteur financier.

## Les champs d'intérêt particuliers

La crise économique et financière a accentué la fragilité et la fragmentation du Liban, augmentant ainsi le risque de mécontentement social et civil. La crise a exacerbé les déficiences nationales à long terme, y compris les fragilités institutionnelles, la politique socioéconomique tenue en échec et la mauvaise prestation des services publics. Dans un tel contexte, le pays connaît une lassitude grandissante face à d'éventuels facteurs susceptibles de déclencher un mécontentement social. Dans cette édition du LEM, nous mettons l'accent sur deux éventuels éléments déclencheurs qui sont de plus en plus l'objet d'une attention particulière, et qui auraient des implications sociales de grande envergure.

Le premier champ d'intérêt particulier concerne la bonification des réserves étrangères au Liban pour les importations essentielles et critiques, ce qui constitue un véritable défi sociopolitique. D'une part, en plus d'être onéreuse et régressive, la bonification des réserves étrangères a présentement un effet de distorsion et exerce en outre des pressions considérables sur la balance des paiements du Liban. D'autre part, elle empêche une augmentation du prix de ces produits, ce qui accentuerait les pressions générées par l'inflation et la dépréciation et porterait un coup au pouvoir d'achat de la population.

Le deuxième champ d'intérêt particulier porte sur l'impact que les crises ont sur quatre services publics de base : l'électricité, l'eau, les services sanitaires et l'éducation. La Dépression Délibérée a davantage fragilisé les services publics déjà vulnérables de deux façons : (i) elle a augmenté de manière significative les taux de pauvreté,

élargissant ainsi la portion de la population n'ayant pas les moyens de se payer des biens et services privés de substitution (ce qui était la manière dont la population s'était auparavant adaptée à la prestation de services publics de mauvaise qualité) et étant, par conséquent, davantage dépendante des services publics ; et (ii) elle menace la viabilité financière et l'opérabilité fondamentale du secteur en augmentant ses coûts et en baissant ses revenus. L'on retient plus particulièrement les éléments suivants :

- Une sévère pénurie de devises étrangères menace la résiliation des contrats du secteur privé pour l'entretien des centrales électriques et la génération provisoire d'électricité. Dans le même temps, les revenus d'Électricité du Liban (EdL), qui sont en livres libanaises, ont été réduits considérablement en raison des pertes techniques et commerciales et du manque de paiements collectés. Il se pourrait donc qu'EdL augmente ses coupures de courant rotatives afin de pouvoir gérer son manque de flux de trésorerie.

- En 2020, les Offices des Eaux ont connu une grave pénurie en matière d'approvisionnement en eau, de revenus et de ressources financières et humaines, qui est venue s'ajouter à la flambée des coûts. En 2020, en raison de cet approvisionnement limité, la population a été obligée de recourir à d'autres alternatives plus onéreuses et moins pratiques, telles que les citernes d'eau et l'eau en bouteille, dont les prix se sont envolés.

- La dégradation des services d'assainissement risque d'intensifier la propagation de maladies transmises par l'eau, ce qui affectera de manière négative la santé publique déjà vulnérable.

- Les crises successives auxquelles le Liban a été confronté ont exercé de sévères pressions sur le secteur de l'éducation. En raison des taux de pauvreté élevés, les élèves ont abandonné les écoles privées au profit des écoles publiques — cette année seulement, 54 000 élèves (11 % des élèves du secteur public). À noter également : un taux d'abandon scolaire plus élevé, particulièrement au sein des ménages les plus marginalisés. En outre, la récente fermeture des écoles en raison de la COVID-19 a fait perdre aux élèves une année d'apprentissage.



# THE POLICY CONTEXT

**L**ebanon faces a dangerous depletion of resources, including human capital since brain drain has become an increasingly desperate option. Over a year into the financial crisis, Lebanon has yet to identify, least of all embark upon, a credible path toward economic and financial recovery. In fact, Lebanon lacks a fully-functioning executive authority and is currently in the process of forming its third Government in a little over a year. Meanwhile, social discontent has spilled over to street action even under COVID-19 conditions; internal political discord and fragmentation continues; and geopolitical tensions complicate solutions. In consequence, highly skilled labor is increasingly likely to take up potential opportunities abroad, constituting a permanent social and economic loss for the country.

**Lebanese authorities and the IMF began discussions in May 2020.** The discussions eventually stalled as differences and inconsistencies emerged within the Lebanon team regarding the Government's financial recovery program. IMF discussions await the formation of new Government.

**The burden of the ongoing adjustment/ deleveraging in the financial sector is highly regressive, concentrated on smaller depositors,** the local labor force and smaller businesses. De facto Lirafication and haircuts on dollar deposits are ongoing despite BdL's and banks' official commitment to safeguarding deposits. The burden of the ongoing adjustment/deleveraging is regressive and concentrated on the smaller depositors who lack other source of savings, the local labor force that is paid in LBP, and smaller businesses. The banking sector is advocating for mechanisms that incorporate state-owned assets, gold reserves, and public real estate in order to overhaul their impaired balance sheets. This constitutes a *bailout* of the financial sector and is inconsistent with the restructuring principles that protect taxpayers. These principles include *bail in* solutions based on a hierarchy of creditors, starting with banks' shareholders. Government can also apply a wealth tax (on financial and real assets) as a tool to progressively restructure the financial sector.

**Lebanon urgently needs to adopt and implement a credible, comprehensive and coordinated macro-financial stability strategy, within a medium-term macro-fiscal framework.** This strategy would be based on: (i) a debt restructuring program that would achieve short-term fiscal space

1

and medium-term debt sustainability; (ii) comprehensively restructuring the financial sector in order to regain solvency of the banking sector; (iii) adopting a new monetary policy framework that would regain confidence and stability in the exchange rate; (iv) a phased fiscal adjustment aimed at regaining confidence in fiscal policy; (v) growth enhancing reforms; and (vi) enhanced social protection.

# 2

# RECENT MACRO-FINANCIAL DEVELOPMENTS

## Output and Demand

**The compounded crises, namely, the financial crisis, COVID-19 and the Port of Beirut (PoB) explosion, have had staggered impacts on output and with differentiated magnitudes.** Due to insufficient high frequency data, precise identification of each of those impacts is a challenging task**.** In order to draw empirical conclusions, we resort to a combination of methodologies and models. To gauge the impact of financial crisis along with COVID-19 effects, we use Mixed-Data Sampling (MIDAS) methods to assess the state of the economic cycle using available high frequency measures of economic activity (See Annex A). The World Bank had earlier estimated the economic impact of the PoB explosion through a Rapid Damage and Needs Assessment (RDNA).[10,11]

**Real GDP is estimated to have contracted by 20.3 percent in 2020** (Figure 1).[12] High frequency indicators support a substantial contraction in economic activity. BLOM's monthly Purchasing Manager's Index (PMI), which captures private sector activity, averaged 41.1 over 2020—PMI values below 50 represent a contraction in economic activity. In fact, this

is the lowest PMI recorded since it was first published in 2013 (see Box 1 for the impact on firms and labor market). Meanwhile, the real estate sector has been subject to two offsetting factors; on the one hand, construction permits and cement deliveries—considered to be indicators of future and ongoing construction, respectively—suffered respective declines of 26.9 percent (yoy) and 44.7 percent (yoy) over 10M-2020. On the other hand, throughout 2020 real estate sales thrived as some depositors sought means to utilize their otherwise untransferable bank deposits.[13]

---

[10] World Bank (2020), *Beirut Rapid Damage and Needs Assessment*, August 2020.

[11] According to the RDNA, the disaster event is estimated to cause (i) up to 0.4 and 0.6 percentage point (pp) declines in the growth rate of real GDP in 2020 and 2021, respectively, due to losses in the stock of physical capital; plus potentially (ii) import constraints that could subtract an additional of 0.4 and 1.3 pps from growth in 2020 and 2021, respectively.

[12] This represents a slight downward revision from the Fall 2020 LEM which projected a 19.2 percent contraction in real GDP growth for 2020.

[13] The financial sector facilitated real estate purchases using pre-October 2019 dollar deposits under conditions of capital controls (and therefore, lack of alternatives to get those deposits out), leading to an increase in such purchases.



**FIGURE 1** • While the Contraction in Real GDP Commenced in 2018, it Accelerated Sharply in 2020

*Sources:* CAS and WB staff calculations.



**FIGURE 2** • Net Exports are Expected to be the Sole Positive Contributor to Real GDP

*Sources:* CAS and WB staff calculations.

Real estate registration fees increased by 104.8 percent in 2020. The retail sector suffered sizable losses, due to a combination of the financial crisis and the COVID-19 lockdown measures. BTA Fransabank retail trade index (in real terms) declined by 73.1 percent over the first nine months of 2020 (9M-2020).

On the demand side, net exports was the sole contributor to growth in 2020, for the second year in a row (Figure 2). According to Custom's data, the merchandise trade deficit was reduced by 54.8 percent (yoy) over the first 11 months of 2020 (11M-2020), benefitting from a 45.4 percent (yoy) retraction in imports and despite a 4.2 percent (yoy) decrease in exports. The improving merchandise trade balance has been partially offset by a deterioration in the trade in services balance, as a result of COVID-19's substantial impact on the tourist sector; tourist arrivals decreased by 71.5 percent (yoy) in the first five months of 2020, and hotel occupancy rate (published by Ernst & Young) averaged a mere 16.6 percent over 9M-2020. Similarly, private consumption, which averaged 92.3 percent of GDP over 2015–2018, is estimated to have taken a severe blow in 2020; Byblos Bank/AUB's consumer confidence index declined by 65.1 percent in 9M-2020, compared to the same period in 2019.

## Fiscal Developments

An ostensible improvement in fiscal indicators (as a percentage of GDP) masks an actual deterioration. While both revenue and expenditure sharply contracted as a ratio of GDP due to the crisis, the net impact on the overall fiscal balance was positive. Revenues are estimated to have reached 11.5 percent of GDP in 2020, down by a staggering 9.1 pp of GDP from the previous year. This deterioration was the result of a two-pronged development. First, depressed economic activity induced significant reductions in tax and non-tax revenues in nominal terms. Second, a substantial increase in nominal GDP—as a sharp increase in the GDP deflator more than offset the contraction in real economic activity—created a denominator effect, adding to the sharp decline of revenues as a percent of GDP. Similarly, expenditures are estimated to have fallen to 16.4 percent of GDP in 2020, down by a mammoth 14.8 pp of GDP compared to 2019. This fall is primarily attributed to a decrease in current expenditures, which benefited from: lower debt-servicing costs due to the default on foreign debt; a favorable arrangement with BdL on its holding of Treasury Bonds (TBs); lower transfers; and a denominator-led GDP effect. As a result, overall fiscal



## BOX 1: THE IMPACT OF MULTIPLE CRISES ON FORMAL FIRMS AND THE LABOR MARKET IN LEBANON[a,b]

### Impact on Firms

The World Bank conducts Enterprise Surveys regularly in active member countries. It conducted one such survey in Lebanon in 2019/2020; this happened to be a pre-crisis survey, as the country would be subsequently hit by compounded crises—the financial crisis, COVID-19 and the August 4th explosion at the Port of Beirut (PoB). To assess the impact on firms from these crises, a follow up survey was conducted in Lebanon in November 2020.

From the surveys, we find that almost one out of five firms originally surveyed are confirmed or assumed permanently closed,[c] manufacturing firms that remain open are operating at 35 percent of capacity, and almost half of the firms have been affected by the PoB explosion. As illustrated by Figure 3, 16.6 percent of firms surveyed are confirmed or assumed permanently closed, while 72 percent have been temporarily closed at some point since the beginning of the pandemic due to Covid-19, with a 10 week average closure period. Further, 46 percent of all surveyed firms—both in Beirut and elsewhere—have been affected by the August 4 explosion either directly or indirectly. In fact, 22 percent of firms had to close temporarily because of the explosion and 17 percent experienced interruption of their supply chain.

Four out of five firms say their sales declined significantly together with demand. Since the beginning of the financial crisis (October 2019), 79 percent of firms surveyed reduced sales (nominal) by an average of 69 percent, with small firms bearing a greater impact. In reflection, firms reported a 74 percent drop in (real) demand for their products and services. The lack of demand is affecting the manufacturing sector the most severely; 81 percent of surveyed manufacturing firms reported a drop in sales that is equivalent to 70 percent on average. Exporters were also hit hard. One out of four firms reported an average 70 percent drop in exports. However, 20 firms were able to increase their exports; half of these firms were in the manufacturing sector, mainly food and machinery, but also in retail and ICT. This increase could be linked to the improved competitiveness resulting from the severe unofficial depreciation of the currency, or the drop in domestic demand due to the crisis, forcing firms to look for customers overseas.

More than half of firms surveyed are experiencing liquidity challenges. Since the beginning of the financial crisis, 55 percent of firms experienced a decline in their cashflow and around 75 percent of firms decreased sales and purchases on credit. Only 13 percent of firms reported relying on banks or financial institutions to finance their liquidity shortfalls. Instead, 28 percent of firms are financing their needs through equity, and 8 percent through delayed payments.[d]



**FIGURE 3 • Firm Status**

*Source: 2021 Follow up to the Enterprise Survey.*

The future looks bleak and uncertain. One out of four firms does not think recovery is possible. Twenty-four percent of firms expect to fall (further) into arrears and default on liabilities in the next 3 months, projecting their survival at less than 7 months or 27 weeks, given current costs. In sum, and according to firms reported expectations, one out of four firms will have to exit by June 2021.

COVID-19 adaptation is relatively low, with few firms ramping up online operations. Around 6 percent of firms have either started or increased their online activities, while 8 percent increased online delivery. A relatively higher share of firms (18 percent) have started to increase or has already increased remote work. There is a significant gap between small and large firms, with the latter showing more capacity to adapt.

Firms surveyed rank credit guarantees, tax deferrals and exemptions for social security contributions as the most helpful policy potential responses. But preferences vary by firm characteristics and by gender ownership. When asked "What would be the most effective policy to help firms cope with the crisis?" 30 percent of firms indicated credit guarantees, 18 percent pointed to tax deferrals and 16 percent of firms expressed a preference for exemptions to National Social Security Fund (NSSF) contributions. Small firms preferred credit guarantees, with tax deferrals in second place, while large firms preferred NSSF exemptions at a slightly higher rate than tax deferrals. Meanwhile, 34 percent of male owned firms ranked credit guarantees as more effective, while 43 percent of female owned firms ranked NSSF exemptions as their top choice.

*(continued on next page)*



### Impact on Jobs

The multiple crises exacerbated unemployment. One in five workers lost their jobs since October 2019, while 61 percent of firms surveyed decreased the number of permanent workers by 43 percent on average. Medium-size and large firms laid-off a larger number of workers: 76 percent of large firms surveyed downsized by an average of 37 percent, while 70 percent of medium firms downsized by 43 percent. That smaller firms shrunk relatively less could be due to the different nature of the relationship between managers and workers, or the fact that small firms may have less flexibility in scaling back production. These numbers cover only formal firms. The impact is expected to be worse amongst informal firms and micro-sized formal firms, which are not included in the survey.

Only 16 percent of workers in the survey sample are women; in large firms, the female share of workers is only 10 percent (Table 1). The crisis appears to have hit female employees relatively less than male employees. The net job loss was 2 percentage points (pp) lower for women than on men on average (5 pp less in the case of small firms, but 1 pp more in large firms). Although the crises can impact women's access to economic opportunities in different ways, the pandemic-related school closures are likely to have made it particularly difficult for women to juggle work and care responsibilities. In addition, the firm survey shows that 10 percent of business affected by the PoB explosion were female-owned, out of which more than half (54 percent) were of small size and 29 percent were medium sized. This loss of women-led businesses diminishes future employment opportunities for women. According to a study conducted by Stand for Women, half the businesses that closed will not be able to reopen without some form of assistance.[e]

### TABLE 1 • Average Change in Full-Time Employees by Gender for All Firms Surveyed

| Size (in full-time employees) | Number of firms | Average size | Average percentage of females to total full-time employees | Average percentage change in full-time employees | |
|---|---|---|---|---|---|
| | | | | Male | Female |
| 5–19 | 219 | 8.4 | 16% | −25% | −20% |
| 20–99 | 123 | 37.1 | 20% | −30% | −27% |
| 100 or more | 37 | 171.3 | 10% | −22% | −23% |
| All firms | 379 | 24.8 | 16% | −27% | −25% |

Relatively few firms surveyed have resorted to other labor adjustment measures, such as reducing salaries, benefits, or working hours. Only, 13 percent of firms have decreased salaries by around 45 percent, while 29 percent of firms increased salaries of their employees by around 40 percent. Note that these nominal increases are in fact negative in real terms, as inflation reached triple digits during this period. Additionally, according to the survey, 23 percent of firms have decreased benefits to their workers, by 79 percent on average, while 41 percent of firms have decreased working hours by 36 percent on average (the other 59 percent of firms reported no change to workers' hours).

[a] This Box was prepared by Zeina El Khoury (Private Sector Specialist, FCI) and Angela Elzir Assy (Labor Market Specialist, Jobs Group, SPJ); with inputs from Elizabeth Ruppert Bulmer (Lead Economist, Jobs Group), and data analysis by Reyes Aterido (Consultant). Survey design was supported by Patricia Haydamous (Economist, ETC). The survey was implemented in collaboration with DEC Enterprise Analysis Unit. The survey and analysis are funded through the Lebanon PROSPECTS Partnership.
[b] Unless otherwise stated, the analysis is based on the November 2020 follow-up survey to the standard Enterprise Surveys (ES). This follow-up survey aims to measure the impact of multiple crises (the financial and COVID-19 crises and the explosion at the PoB) on the private sector, by combining the baseline ES data collected with the follow-up data. The survey topics cover the following dimensions: sales, production, labor, finance, preferred support policies, future prospects and business closures. Of the 532 originally surveyed firms, only 379 were reached between November and December 2020. Surveys were phone-based, and multiple contact attempts were made.
[c] There are two estimates of the share of firms that have closed, the share of firms that were confirmed to have closed since the COVID-19 pandemic was declared (3.6 percent), and another wider definition of closed firms, which includes the firms that closed since the baseline ES, and also the firms that could not be contacted during fieldwork [either those with non-functioning phone lines (2.8 percent), or did not answer multiple calls (10.2 percent)] and therefore are assumed to have closed (16.6 percent).
[d] Fifty-two percent of firms experiencing liquidity shortfalls reported that they used "other" sources of cash flow shortages. Given that all formal sources of financing operations are included in the response options, we assumed that a large proportion of firms did not finance their shortages but rather either reduced operation costs or financed through informal channels like family or friends.
[e] UN Women, 2020. Gender Alert on COVID-19 Lebanon.



deficit is estimated to have shrunk to 4.9 percent of GDP, a narrowing of 5.6 pp of GDP from 2019, and compared to a medium-term average of 8.6 percent (Figure 4). However, the primary balance is estimated to have worsened in 2020, reaching –2.8 percent of GDP, compared to –0.5 percent in 2019, and a medium-term average of 0.5 percent. This widening is surprising for countries that are in sovereign default as financing shortages usually forces them to run a primary balance. In the case of Lebanon, BdL is providing the required financing for the government, notwithstanding its own financial difficulties.

**Fiscal data available over the first eight months of 2020 confirm fiscal distress, despite the apparent improvement in the overall balance.** Revenues were down by 20.2 percent (yoy) over 8M-2020, with across the board decreases in tax and non-tax revenues. VAT and custom revenues were highly affected by the contraction in economic activity, registering respective decreases of 49.7 percent (yoy) and 34.5 percent (yoy); telecom revenues were also down by 56.5 percent (yoy) in 8M-2020. Meanwhile, total expenditures declined by 18.4 percent (yoy), over the same period. This was partly a result of a 58.9 percent (yoy) decrease in interest payments driven by (i) a 87.9 percent (yoy) decline in foreign debt interest payments, an implication of the Eurobond default; and (ii) a 41.3 percent (yoy) decrease in domestic debt interest payments due to a preferential agreement between BdL and Ministry of Finance.[14] Decreases of 37.1 and 39 percent (yoy) in transfers to EdL,[15] and municipalities, respectively, also contributed to the total decline in expenditures. Hence, while the overall fiscal deficit narrowed by 13.1 percent over 8M-2020, the primary balance deteriorated by 409 percent, flipping from a surplus of LBP 555 billion to LBP –1,713 billion.

**High inflation rates drive a sharp fiscal adjustment.** For nominally fixed fiscal items, more typically expenditure items, high inflation induces not only a reduction of the ratio to GDP, but also a reduction in real terms. For fiscal items that are indexed to inflation, more typically revenue items, high inflation will induce a nominal increase in these items (in principal maintaining real value), thereby partially offsetting the denominator-led GDP effect. Hence,

a large part of the macro adjustment, even if not by design from policy makers, is de facto taking place through (1) an inflation tax on the revenue side (for items other than those where the tax is set in fixed Lira terms such as most fees);[16] and (2) a real cut on the expenditure side. Both are blunt instruments, but with high inflation they generate a huge and fast adjustment. Hence, as is illustrated by the 2021 Budget proposal (Box 2), keeping the overall deficit at the same nominal number implies a sharp consolidation.

**Public debt ratios, which were already notoriously unsustainable, are further aggravated by the economic crisis.** Debt-to-GDP is estimated to have reached 174 percent by the end of 2020, increasing by 3 pp from the 2019 ratio. The sharp depreciation in the local currency has implied a significantly lower dollar value for domestic debt in 2020, lowering the dollar value for total debt (the numerator in the debt-to-GDP ratio); this is, however, more than offset by a significantly lower denominator, GDP in US$, due also to the currency depreciation, leaving a slightly larger debt-to-GDP ratio.[17] The expected worsening of the exchange in 2021 will further exacerbate this dynamic (Figure 5). So, whereas the surge in inflation

---

[14] The agreement entails non-payment of coupon obligations on Treasury bonds held by BdL.

[15] This is driven by a combination of lower oil prices, falling demand due to economic crisis, and increased power cuts as tool for savings by EdL.

[16] This effect on the revenue side in Lebanon, however, is weakened by a combination of (i) a large chunk of the tax base is on imported goods, which for tax reasons are still valued at the official, thereby generating artificially lower revenues; (ii) a collapse in compliance; and (iii) the Tanzi effect—the reduction in the volume of tax collection and a deterioration of real tax proceeds being collected resulting from high inflation in a country.

Tanzi, Vito (1977), *Inflation, Lags in Collection, and the Real Value of Tax Revenue*, Staff Papers, vol. 24, March 1977, IMF, pp. 154–167.

[17] Taken at the official exchange rate, the share of foreign currency-denominated debt to the total outstanding stock of debt was 36 percent by end-2020 (amounting to 42 percent of GDP), mostly held by domestic banks; for illustration, if one were to use instead a simulated exchange rate of LBP 3,555/US$, foreign currency-denominated debt would surge to 57 percent of the total outstanding stock of debt (amounting to 100 percent of GDP).

## BOX 2: LEBANON' 2021 BUDGET DRAFT PROPOSAL[a]

The 2021 budget draft proposal targets an overall fiscal deficit equivalent to 2.4 percent of GDP, and a primary deficit of 0.8 percent of GDP.[b] This marks a consolidation when compared to 2020 estimates for the overall and primary deficits of 4.9 and 2.8 percent of GDP, respectively (Table 2). Nominally, total revenues and expenditures, and thus the overall fiscal balance, in Budget 2021 are largely unvaried from those in Budget 2020; only the primary balance deteriorates, signaling the re-allocation of savings from interest payments to primary spending.

In the 2021 draft, total revenues are projected to continue contracting to 7.3 percent of GDP, compared to 11.9 percent in 2020. The change is mainly due to a denominator-led effect, resulting from a rise in nominal GDP; in fact, revenues in both 2020 and 2021 budgets are almost unchanged (LBP 14,176 billion in 2020 and LBP 14,140 billion in 2021): the carry-over of the depressed economic activity in 2020 and the continued sharp fall in 2021 are dragging down revenue collection, notwithstanding the inflation-creep "tax" that is common in rapid and high inflation environments.

Tax revenues represent the main component of total revenues, budgeted to reach 5.4 percent of GDP in 2021, compared to 8.4 percent of GDP in 2020 budget; in nominal terms the 2021 budget marks a nominal increase in tax revenues–LBP 10,493 billion compared to LBP 9,966 billion, which is, however, well below the projected 100 percent in inflation for 2021, so tax collection is falling in real terms.

The budget draft proposes new measures, including a newly introduced "national solidarity tax" and an adjustment to tax on interest profits. The "national solidarity tax" imposes a (i) 1 percent tax on deposits between US$1 million and US$20 million; (ii) 1.5 percent on deposits greater than US$20 million but less than US$50 million; and (iii) 2 percent on deposits greater than US$50 million. This tax applies to equivalent deposits in LBP, calculated at the official exchange rate of LBP 1,507.5/US$, as well as to deposits in other foreign currencies.

**TABLE 2** • Summary of Fiscal Accounts Showing Actual Numbers, WB Estimates and Government Budgets

| Central Government Finance (in percent of GDP) | 2019 Actual | 2020 WB estimates | 2021 WB estimates | 2020 Budget | 2021 Budget draft |
|---|---|---|---|---|---|
| Revenue (including grants) | 20.6 | 11.5 | 6.9 | 11.3 | 6.3 |
| o/w. tax revenues | 15.5 | 8.1 | 4.9 | 8.4 | 4.9 |
| Total expenditure and net lending | 31.2 | 16.4 | 12.2 | 15.4 | 8.5 |
| Current | 29.9 | 15.2 | 10.9 | 14.9 | 8.2 |
| o/w interest payment | 10.0 | 2.1 | 1.4 | 4.0 | 1.4 |
| Capital & net lending (excluding foreign financed) | 1.3 | 1.2 | 1.3 | 0.4 | 0.3 |
| Overall balance (deficit (–)) | –10.5 | –4.9 | –5.3 | –4.1 | –2.2 |
| Primary balance (deficit (–)) | –0.5 | –2.8 | –3.9 | –0.1 | –0.7 |
| **(in LBP bln)** | | | | | |
| Revenue (including grants) | 16,678 | 13,706 | 14,750 | 13,396 | 13,572 |
| o/w. tax revenues | 12,533 | 9,593 | 10,500 | 9,966 | 10,493 |
| Total expenditure and net lending | 25,180 | 19,492 | 26,132 | 18,232 | 18,259 |
| Current | 24,152 | 18,090 | 23,356 | 17,738 | 17,524 |
| o/w interest payment | 8,067 | 2,504 | 2,949 | 4,695 | 3,106 |
| Capital & net lending (excluding foreign financed) | 1,028 | 1,402 | 2,776 | 493 | 735 |
| Overall balance (deficit (–)) | –8,502 | –5,786 | –11,382 | –4,836 | –4,687 |
| Primary balance (deficit (–)) | –435 | –3,282 | –8,433 | –141 | –1,581 |

*(continued on next page)*



---

**BOX 2: LEBANON' 2021 BUDGET DRAFT PROPOSAL[a] *(CONTINUED)***

World Bank estimates suggests that, as of December 2020, this tax can generate revenues in the amount of around LBP 165 billion on LBP deposits, and a US$750 billion on dollar deposits.

Another measure is a tax on interest income paid on bank deposits, certificates of deposit and treasury bills, which currently stands at 10 percent. The adjustment proposed imposes a 30 percent tax on the part of interest rates that exceeds 3 percent and 5 percent on US$ and LBP accounts, respectively. This effectively targets the financial sector's interest earned from government bonds. Bank customers' deposits will largely be exempt since interest rates on US$ and LBP deposits have generally fallen below these thresholds.

Expenditures in 2021 budget draft are also projected to drop, to 9.4 percent of GDP, compared to an estimated 16.4 percent of GDP in 2020. In nominal terms, expenditures would rise by a mere 0.2 percent compared to the 2020 budget, but would fall by 84.1 percent in real terms (when considering the official aggregate Consumer Price Index). Sharp nominal cuts in spending (33.8 percent) arise in debt service thanks to the Eurobond default and favorable arrangement with BdL. Capital expenditures are projected at 0.4 percent of GDP, marking a 49 percent increase in nominal terms, from those in the 2020 budget.

Notable new expenditure items include: (1) the rescheduling arrears due to the National Social Security Fund (NSSF) to be paid in equal installments in Treasury Bonds over the next 20 years, with the first such payment due in September 2021; (2) in a bid to encourage employment of Lebanese in firms, the Government will pay, on their behalf, their due contributions to NSSF for a period of two years, as long as (i) they are hired before December 31, 2021; (ii) they were either unemployed or entering the job market for the first time; and (iii) each employee's salary does not exceed LBP 18 million per year; (3) the amount of bank deposit guaranteed by the National Deposit Guarantee Institution increases to LBP 300 million, from a previous LBP 75 million; and (4) an obligation for banks to pay new foreign currency deposits in the currency of the deposit, upon the request of the involved person, in a bid to attract new deposits in foreign currencies. Relatedly, new deposits in FX will be exempt from tax on interest income, in hope of attracting FX deposits to the banking sector.

Irrespective of new expenditure items, the proposed 2021 budget allocations to primary expenditures constitute a decrease of around 12 percent compared to what are estimated for 2020. We note that our projections suggest the persistence of exceptionally high inflation rates in 2021. This predisposition can either (i) degrade the proposed budget's creditability, due to expected social pressures and real costs resulting from the high inflationary environment; or, if forced through, (ii) further entrench the severe decline in purchasing power for another year.

---

[a] The budget draft proposal has yet to be discussed by Cabinet and will need to be ratified by Parliament. Hence, measures and numbers in the budget draft are subject to revisions by Cabinet and Parliament before the budget is passed as a law.

[b] It is important to note that these numbers exclude a transfer to EdL in the amount of LBP 1,500 billion (0.7 percent of GDP), since this transfer is considered by the Ministry of Finance as a treasury advance, and is therefore excluded from Central Government fiscal balance. Since EdL has no capacity and poor prospects of ever repaying this and previous Treasury advances, under international government accounting standards (GFSM), they should be recorded as transfers.

---

is rapidly eroding the real value of domestic debt, the sharp depreciation of the currency continues to make Lebanon's sovereign debt burden unsustainable.

## The External Sector

**As foreign financing of the current account (CA) deficit came to a sudden stop in late 2019, a massive contraction of the CA took place in 2020 driven by a sharp contraction in imports.** Following the de facto introduction of capital controls, the sovereign default, capital inflows into Lebanon stopped. While BdL made use of its limited foreign exchange reserves in 2020, a forced and massive adjustment/re-sizing of the previously massive

current account deficit took place. Specifically, over 11M-2020, a 44 percent decline in merchandize imports more than offset a 5 percent drop in exports, shrinking the trade in goods deficit by a drastic 54.8 percent in one year. Net remittances is estimated to have increased from 6.1 percent of GDP in 2019 to 9.7 percent of GDP in 2020. The increase is a result of (i) a sharp decline in US$ GDP (a denominator effect); (ii) large decreases in remittances outflows, as foreign workers in Lebanon suffer from the economic contraction; and (iii) some remittances inflows incentivized by the well-documented "insurance"[18]

---

[18] The "insurance" behavior suggests that diaspora increases remittances back home in case of natural disasters.



**FIGURE 4** • Large Shortfalls in Revenues Will Induce a Significant Deterioration in the Fiscal Position

Fiscal Aggregates (% of GDP)

— Overall Fiscal Balance
--- Primary Fiscal Balance, Excluding Interest Payments

*Sources*: Lebanese authorities and WB staff calculations.

**FIGURE 5** • Valuation Effects from Exchange Rate Depreciations Will Pressure the Debt-to-GDP Ratio

Gross Public Debt

External Public Debt (US$ bln) ▪ Domestic Public Debt (US$ bln)
— External Public Debt, at an Illustrative Exchange Rate, as a Percentage of GDP (rhs, %)
— Gross Public Debt (US$ bln)
--- Gross Public Debt as Percentage of GDP (rhs, %)
— External Public Debt, at Official Rate, as a Percentage of GDP (rhs, %)

*Sources*: Lebanese authorities and WB staff calculations.

and other countercyclical[19] behaviors observed in countries with large diasporas. Nominally, however, remittances inflows are estimated to have been negatively impacted by an impaired banking sector—the traditional conduit for remittances—and the CO-VID-19 global impact. Overall, we expect the current account deficit in 2020 to contract, falling by almost 10 pps to reach 11 percent of GDP, compared to a medium-term (2013–2019) average of 22.5 percent of GDP.

**The sudden stop in capital inflows, coupled with a smaller but still large current account deficit, has steadily depleted BdL's foreign exchange (FX) reserves** (Figure 6). By January 2021, gross FX reserves at BdL (excluding gold reserves) reached $23.5 billion, declining by $13.8 billion since end-2019. BdL's gross position includes US$5 billion in Lebanese Eurobonds and an unpublished amount lent out to banks since October 2019. Much of the remainder is required reserves on banks' customer FX deposits, which is estimated at US$16.7 billion. Critically, BdL's gross position differs widely from its net reserves (i.e., gross FX reserves at the central bank net of FX liabilities to others); contrary to other central banks, BdL does

not publish net reserves, which are estimated to be significantly negative.

**A high import ratio for the consumption basket, along with the shortage of dollars in the market suggest an implicit tradeoff between (i) importation of goods and services and (ii) BdL's stock of foreign exchange reserves**. This compelled authorities to prioritize imports. First, and early on in the crisis, BdL identified a list of highly critical goods (denoted as C1 goods)—namely, fuel, medicine and wheat—to be backed by its stock of foreign exchange reserves at the official exchange rate.[20] The Government followed suit in July 2020 with a list of other critical goods, issued by the Ministry of Economy and Trade (MoET), which BdL agreed to back up at the platform exchange rate (LL 3,900

---

[19] During economic hardships in the home country, expatriates can also boost transfers back home in support of family.

[20] BdL set up a mechanism via commercial banks whereby importers of highly critical goods can exchange LBP for dollars at the official exchange rate for 85 to 90 percent of the cost of their imports, while sourcing the remaining 15 to 10 percent from the market at the US$ banknote rate.



FIGURE 6 • A Steady Depletion in the Gross Foreign Exchange Position at BdL



*Sources*: BdL and WB staff calculations.
*Note*: Compulsory FX reserves are World Bank estimates based on published data, and a 15 percent required reserve ratio on FX deposits in commercial banks.

FIGURE 7 • Ratios of C1, C2b, Luxury and other Imports Were Stable until the Period Leading to the Crisis…



*Sources*: Customs, MOET, BdL and WB staff calculations.

per US$). This list was updated in November 2020 to include almost half the number of items that were in the original list. Hereafter, the original list will be called C2a while the latest will be called C2b.

**An examination of historical and recent trends for C1 and C2b imports are revealing.** The shares of C1, C2b, luxury and other imports to total imports are presented annually from 2011 to 2019 and monthly over 2019–20 in Figures 7 and 8, respectively. Figure 7 illustrates relative stability in the respective shares until 2019. Meanwhile, as foreign exchange constraints became binding, the ratios of C1 imports, and to a lesser extent C2a and C2b imports, rose at the expense of those for luxury and other goods (Figure 8). The average monthly values over the January 2019 to October 2020 period for C2a and C2b are US$180 and US$161 million, indicating unsubstantial savings by the second MoET list.

**Importers from across the economy compete for access to these FX-backed facilities.** However, less transparent demand is also well-documented in countries with capital controls and multiple exchange rate systems; specifically, corruption and misclassification of imports to benefit from cheap foreign exchange. As importers adapt to capital controls and more depreciated black-market rates, this incentive will grow.

FIGURE 8 • …when Ratios of C1 and C2b Imports Rose at the Expense of those for Luxury and Other Goods.



*Sources*: CAS and WB staff calculations.

## Money and Banking

**Monetary and financial turmoil are driving crisis conditions, specifically through interactions between the exchange rate, narrow money and**

**inflation.** Acute exchange market pressures in Lebanese markets are reflected by heavy fluctuations in the US$ banknote exchange rate,[21] which breached LL 15,000/US$, before falling back down. This is within the context of a multiple exchange rate system, which includes the official exchange (LBP 1,507.5/US$) as well BdL's platform rate set at LBP 3,900/US$. Overall, the World Bank calculated Average Exchange Rate (AER)[22] depreciated by 129 percent in 2020 (Figure 9).

**Limited economic utility for electronic dollars,[23] along with scarcity of dollar banknotes, and minimum incentives to save in LBP, all rendered the economy heavily cash-based in local currency.** In 2020, the stock of currency in circulation increased by 197 percent (yoy), even as M2 increased by a mere 6.3 percent, while M3 declined by 1.4 percent. The latter two money supply measures reflect the deleveraging that is going in the financial sector (see below).

**Exchange rate pass through effects on prices have resulted in surging inflation, hitting the poorest and most vulnerable the most.** The 12-month inflation rate has risen steadily and sharply from 10 percent in January 2020, to 89.7 percent in June 2020, 120 percent in August 2020, and most recently, to 157.9 percent in March 2021. Inflation is a highly regressive tax, disproportionally affecting the poor and vulnerable (Box 3), and more generally, people living on fixed income like pensioners. This is especially so in Lebanon's case where basic items of the consumption basket are primary drivers of overall inflation. In fact, the main contributors of inflation are food and non-alcoholic beverages, followed by clothing and footwear, and then furnishing and household equipment (Figure 10); prices for these basic consumption items have surged by 254.3, 289.8 and 389.7 percent, respectively, in 2020.

**The severe restrictions on capital outflows have given the monetary authorities room to lower interest rates.** From October 2019 to December 2020, BdL lowered interest rates on banks' LBP and dollar deposits by 639 and 567 basis points (bps), respectively. Banks' lending rates in LBP and US$ have mirrored this effect, falling by 342 and 332 bps, respectively over the same period.

As inflation has surged during that same period, real interest rates in the country are highly negative across the board.

**Since the eruption of the financial crisis, BdL has been almost an exclusive policy maker, with the exception of a brief period in which Government defaulted on its Eurobond obligations and unsuccessfully proposed its Financial Recovery Plan.** The Fall 2020 LEM listed in detail the slew of BdL circulars, which formalized BdL's crisis management strategy. The main BdL policy initiatives/updates since then include (i) a new financial operation; (ii) an announcement by BdL to allow commercial banks to conduct currency exchanges at the market rate; and (iii) the expiration of a deadline for commercial banks to meet Circular 154 provisions.

**In March 2021, BdL announced a new financial operation.** Details of this operation and an illustrative example are presented in Box 4. In this most recent operation, BdL offers banks FX in exchange for LBP, increasing its liabilities in FX and

---

21  The US$ banknote market has become a main supply channel for dollars for both real and financial activity, as commercial banks heavily restricted withdrawals and transfers of customers' dollar deposits.

22  The AER is derived by applying consumption-based weights on the official, the platform and the US$ banknote exchange rates. For a detailed derivation please refer to: World Bank (2020), *The Lebanon Economic Monitor: The Deliberate Depression*, Fall 2020. Since then, we make adjusted the AER per the following:
We account for a reduced MoET list of subsidized goods starting in November 2020.
Beginning in August 2020, 75 percent of the non-imported services is linked to the official exchange rate (compared to 100 percent prior), while 25 percent is linked to the platform rate. The reason being is that, around that time, certain prominent hospitals and universities announced that they will start billing according to the BdL platform rate.

23  This refers to dollar deposits from prior October 2019, which are subject to strict capital controls and can generally be withdrawn only in LBP at the platform rate (LBP 3,900/US$), a significant haircut compared to the value of the dollar being traded in the parallel banknote market.



**FIGURE 9** • A Sharp Depreciation in the Exchange Rate along with Surging Inflation and Narrow Money



*Sources:* CAS, BdL and WB staff calculations.

**FIGURE 10** • Inflation in Basic Items is a Key Driver of Overall Inflation, Hurting the Poor and the Middle Class



*Sources:* CAS and WB staff calculations.

## BOX 3: IMPACT OF CRISES ON POVERTY[a]

The multiplicity of crises affecting Lebanon is likely to have an escalating impact on poverty. After remaining in the single digits for over a decade, average annual inflation ballooned to 84.3 percent in 2020, while average food inflation alone grew by a record 254 percent over 2020. The annual rates do not fully reflect the rapid rise in monthly inflation wherein the year-on-year inflation rate reached 146 percent in December 2020 with a corresponding food inflation rate of over 400 percent. The growth in food inflation is particularly concerning, as food consumption forms a larger proportion of the expenses incurred by poorer households (Figure 11).

The deteriorating purchasing power is causing households to struggle in making ends meet. Phone surveys conducted during November and December 2020 found that 41 percent of households reported challenges in accessing food and other basic needs. The share of households facing difficulties in accessing health care was at 36 percent, up from 25 percent in July-August 2020. Unemployment rate also rose among the respondents, from 28 percent in February 2020 (pre-COVID) to nearly 40 percent in the Nov-Dec period.

**FIGURE 11** • Food Expenditure Shares by Deciles for Lebanese Nationals



*Source:* Staff calculation using HBS 2012.

The absence of timely and relevant data makes it very difficult to reasonably predict the state of poverty in the country. The last household budget survey was completed in 2011–2012 under conditions very different from the state of the country today. The pandemic has further heightened the vulnerability of the poor whose living, working and health conditions place them at greater risk compared to wealthier segments of the population. Under highly inflationary conditions, poorer households have limited means of preserving their purchasing power and are likely to resort to a variety of last-resort coping strategies, including ceasing their medications, borrowing at extortionary rates and selling of assets to simply put food on the table. Tentative projections using the older data suggest that well over half the population is likely to be under the national poverty line.

The economic crisis and resulting rising in poverty raise an urgent need for social assistance. High levels of poverty can have a long-lasting impact on Lebanon's human development and increases vulnerabilities across the lifecycle. Adequate social assistance will therefore be critical both in the short term to provide emergency relief, and in the medium-long term to improve resilience to shocks among vulnerable Lebanese.

[a] This box has been prepared by Ganesh Kumar Seshan (Senior Economist, EMNPV); Bilal Malaeb (Economist, EMNPV), Fahmina Rahman Dutta (Social Protection Specialist, HMNSP) and Haneen Ismail Sayed (Lead Operations Officer, HMNSP), under the guidance of Johannes G. Hoogeveen (Practice Manager, EMNPV).

## BOX 4: THE MOST RECENT FINANCIAL OPERATION BY BDL WITH COMMERCIAL BANKS

The most recent financial operation employed by BdL involves the following steps:

1. Banks discount medium- to long-term LBP Time Deposits (TDs) and/or Certificates of Deposits (CDs) at a discount rate of yield plus up to 1 percent.

2. With the proceeds from the above operation, banks buy US$ at LBP 1514/US$ from BdL and deposit this amount at their US$ current account with BdL, receiving zero interest rate.

3. Banks are also required to unwind LBP financial engineering structures at least equivalent to the US$ amount bought (at least 1 to 1 ratio). The unwinding process consists of discounting at par LBP TDs as well as their linked LBP Repos.

4. Banks would sign an undertaking to sell back to BdL the amount US$ bought at the electronic platform rate upon the first demand from BdL, through discounting US$ TDs and CDs.

5. The amount of US$ the bank is committed to sell back to BdL will be reduced by the amount of US$ the bank sells to BdL under Circular 151, from January 2021 until the call back date (as per Central Decision Council amendment).

For illustrative purposes, we present a simplified example.

### Steps 1–3 are Spot Transactions

Suppose step 1 involves discounting LBP 1,514,000 in face value divided evenly between TDs and CDs. Long term average interest rates for LBP TDs and CDs are around 3.5 and 8.5 percent, respectively. Hence the average yield for step 1 is 6 percent (= 0.5*3.5 + 0.5*8.5). Moreover, we assume the average maturity for these TDs and CDs is 10 years. Hence, the present value for this operation is calculated by discounting (i) coupon payments, which we are assuming annual; and (ii) the face value payment at maturity, such that:

$$\sum_{n=1}^{10} \frac{6\%*(1,514,000)}{(1+6\%)^n} + \frac{1,514,000}{(1+6\%)^n} = LBP\ 1,514,000 = US\$\ 1000\ (at\ LBP\ 1,514/US\$)$$

Hence, banks use the proceeds to purchase US$1,000 from BdL, which is deposited at a non-yielding current account with the central bank.

Further, per step 3, banks unwind LBP 1,514,000 of financial engineering TDs and repos by discounting at par. These TDs were created as part of BdL's financial engineering operations in which BdL lent banks LBP at 2 percent annual rates on the condition they were placed as TDs with BdL earning 10.5 percent annually. Hence, the net return on these TDs for banks was 8.5 percent annually. Hence, as earlier, we discount (i) the annual net return on these TDs; and (ii) the repayment of loan principal at maturity; this generates a present value of LBP 1,514,000.

### Steps 4 and 5 are Future Transactions

At future dates, banks are obliged to sell back US$ 1000 minus whatever dollars they sell under Circular 151, herein denoted by X. The dollar value is exchanged to LBP at the platform rate of the time, denoted by E, and which is currently at LBP 3,900/US$.

The combination of steps constitutes a call option for BdL to buy back the US dollars, albeit, with undefined terms, due to uncertainty over key parameters, such as X, E, and time to expiration of the call option. Hence, for simplification purposes in this illustrative example, we assume away the accounting and pricing implication of the call option for BdL, and symmetrically for Banks.

Hence, according to the numbers used in this illustrative example, a balance sheet analysis suggests (with spot transactions in light green background and future transactions in white):

| BdL | | Banks | |
|---|---|---|---|
| Assets | Liabilities | Assets | Liabilities |
| | LBP −1,514,000 | LBP −1,514,000 | |
| | US$ +1000 | US$ +1000 | |
| LBP −1,514,000 | LBP −1,514,000 | LBP −1,514,000 | LBP −1,514,000 |
| | US$ −(1000-X) | US$ −(1000-X) | |
| | LBP +[($1000-$X)*E] | LBP +[($1000-$X)*E] | |

*(continued on next page)*

## BOX 4: THE MOST RECENT FINANCIAL OPERATION BY BDL WITH COMMERCIAL BANKS *(CONTINUED)*

*For BdL:*

### At spot

- BdL's liabilities are lower by LBP 3,028,000 (=1,514,000+1,514,000) but higher by US$1000.
- BdL's assets are lower by LBP 1,514,000
- Net impact on BdL's capital would thus be
  - Positive (i.e., capital increases) if the exchange rate is lower than LBP 1,514/US$
  - Negative (i.e., capital decreases) if the exchange rate is higher than LBP 1,514/US$

### Over time

- BdL's liabilities are lower by LBP [1,514,000+1,514,000-($1000-$X)*E] but higher by US$X.
- BdL's assets are lower by LBP 1,514,000
- Net impact on BdL's capital would thus be
  - Positive (ie. capital increases) if the exchange rate is lower than LBP $\frac{(1,514,000)-(1000-X)*E}{X}$ per US$
  - Negative (ie. capital decreases) if the exchange rate is more than LBP $\frac{(1,514,000)-(1000-X)*E}{X}$ per US$

*For Banks:*

### At spot

- Bank's assets are lower by LBP 3,028,000 but higher by US$1000.
- Banks' liabilities are lower by LBP 1,514,000
- Net impact on banks' capital would thus be
  - Negative (i.e., capital decreases) if the exchange rate is lower than LBP 1,514/US$
  - Positive (i.e., capital increases) if the exchange rate is greater than LBP 1,514/US$

### Over time

- Banks' assets are lower by LBP [1,514,000+1,514,000-($1000-$X)*E] but higher by US$X.
- Banks' liabilities are lower by LBP 1,514,000
- Net impact on Banks' capital would thus be
  - Negative (ie. capital decreases) if the exchange rate is lower than
  - LBP $\frac{(1,514,000)-(1000-X)*E}{X}$ per US$
  - Positive (ie. capital increases) if the exchange rate is more than
  - LBP $\frac{(1,514,000)-(1000-X)*E}{X}$ per US$

From an income perspective, and according to the numbers used in this illustrative example, in the absence of this operation, banks (BdL) would be earning (paying) a return of

- an average of 6 percent from LBP TDs and CDs;
- an average of 8.5 percent from LBP TDs and repos;

for a total of 14.5 percent on LBP instruments. Meanwhile, in this operation

- 14.5 percent earnings on LBP instruments for banks are eliminated; hence BdL saves 14.5 percent;
- BdL does not pay interest on Banks' dollar deposits;

Overall, from an income perspective, and according to the numbers used in this illustrative example, BdL saves (banks lose) 14.5 percent annually.



decreasing it in LBP, with the exchange occurring at the official exchange rate. It then compels banks to sell this FX back to BdL (whether directly or via the ongoing Lirafication scheme[24]) at the platform rate, which is currently set at LBP 3,900/US$. With the caveat that a comprehensive assessment of this operation is more accurate from a hindsight perspective, as it is able to better capture interactions and incentives that might not be clear at this point, we present some preliminary observations:

- As a spot transaction, the operation will cancel out LBP assets and liabilities that resulted from BdL's previous financial operations.[25]
- As a spot transaction, BdL will incur an FX liability to banks and hence worsen its net international reserve (NIR) position. Since the FX offered by BdL to banks is not real liquidity, or "fresh dollars," its use is limited to closing banks' FX positions with BdL (i.e., banks' deleveraging schemes such as Lirafication).
- As a spot transaction, this operation will worsen (improve) BdL's (banks') capital position.
- Over time, all things equal, this operation will interact with Circular 151, with a likelihood that, on the net, BdL will increase its FX liabilities. Commercial banks' deleveraging, as incentivized by Circular 151,[26] would be occurring irrespective of this operation and will not be further incentivized by it. Hence Step 5 in Box 4. The most recent financial operation by BdL with commercial banks[27] suggests that this operation would prevent a larger overall reduction to BdL FX liabilities that would have occurred in the absence of this operation.
- Over time, and after banks have sold back this FX liquidity to BdL, BdL would have replaced the LBP liability with currency in circulation.

**Also in March 2021, a Baabda Presidential Palace announcement stated that BdL will start allowing commercial banks to conduct currency transactions similar to legal exchange dealers, at a rate to be set by the Central Bank's electronic platform.** While information on this has been scarce, notable factors include:

- This would be based on the current "Sayrafa" platform, which is now set at LBP 3,900/US$.[28] Indeed, after the Baabda Palace announcement, BdL sent a "Request" to banks and exchange dealers to register on Sayrafa.
- This is not meant to completely replace the parallel market.
- It is not clear how close the Sayrafa rate would be to US$ banknote rate; or how responsive it would be to changes in the banknote rate.[29]
- Transactions would be restricted to exchange of currency notes only (LBP and US$).
- On the demand side (of FX): the announced intention is to allow access to only those engaged in "legitimate economic transactions", (i.e., traders/industrialists/businesses, for trade and business activities).

---

[24] BdL has regulated that dollar deposits that existed prior to October 2019 can be withdrawn only in LBP at the platform rate, thereby effecting Lirafication and a haircut (up to 70 percent) on these deposits. More formally, Circular 151, as part of a sequence of circulars (148, 151, 549, 565), allowed the withdrawal of pre-crisis deposits at exchange rates that are higher than the official rate, but lower than the US$ banknote rate. This rate eventually settled at the platform rate, which is currently set at LBP 3,900/US$.
[25] In previous financial engineering schemes, BdL incurred LBP liabilities, which were offered as an incentive to commercial banks to purchase Eurobonds from BdL, allowing BdL to raise its gross foreign exchange reserves by tapping into commercial banks' foreign assets.
[26] These deleveraging schemes have resulted in reductions in customers FX deposits with banks, which effected commensurate reductions in banks' FX deposits with BdL, and hence, reductions in BdL's FX liabilities, and improvements in BdL's NIR.
[27] Step 5 states: the amount of US$ the bank is committed to sell back to BdL will be reduced by the amount of US$ the bank sells on an annual basis to BdL under Circular 151.
[28] In fact, the Sayrafa platform was initially set up by Circular 149 (April 3, 2020), in which BdL announced a special unit comprising BdL, banks and exchange bureaus that exchanges foreign currencies. The Sayrafa was intended as electronic board that publishes exchange rates.
[29] Minister of Finance, in an interview to a TV channel, mentioned the rate LL10,000/US$.



- On the supply of FX: the sources for US$ banknotes to be exchanged through this platform are not clear. Options or combinations thereof include:
  - Commercial banks' own FX liquidity.
  - A new set-up where exporters are incentivized to repatriate FX dollars they have been depositing in foreign banks.
  - BdL's own FX reserves.

**Ultimately, if BdL wants to control/influence the US$ banknote rate, then it has to find a sufficient supply of FX to inject at a rate lower than the banknote market rate, so as to attract buyers of dollars.** Essentially, this would act as a more traditional FX intervention in the market in defense of the exchange rate. In such a case, it can be used as a monetary tool to mop up currency in circulation from the market, as more orthodox monetary tools are ineffective.[30] However, even if currency in circulation is reduced, this operation would be inconsistent with other policies (Lirafication and monetization of the deficit), making the overall monetary stance of BdL unclear. This can weaken the impact of a reduction in currency in circulation on inflation. A larger question would be, in absence of a more comprehensive and sustainable solution, would BdL/banks spend from their very valuable (i.e., limited and dwindling) FX resources?

**Officially, BdL did not extend the deadline for Lebanese commercial banks to meet new parameters set by BdL via Circular 154; that deadline was February 28, 2021.** Key stipulations of Circular 154 include: raising bank capital by 20 percent; banks to place funds in correspondent banks amounting to a minimum of 3 percent of customers' FX deposits; banks to convince customers to repatriate 15 percent of deposit outflows above US$500,000 since end-2017; banks' shareholders and politically exposed persons (PEPs) to repatriate 30 percent of deposit outflows above US$500,000 since end-2017. BdL and the Banking Control Commission are reported to be currently undertaking a bank by bank examination of compliance. There is a lack of clarity on follow up and next steps, and there have been no subsequent initiatives since the passing of the deadline.



**FIGURE 12** • Heavy Deleveraging of Assets (Private Loans) and Liabilities (Private Deposits) in the Financial Sector

Bank's Deposits and Loans (% yoy change)

— LBP Credit Outstanding to Private Sector
— FX Credit Outstanding to Private Sector
— Private Sector Deposits in LBP
— Private Sector Deposits in FX

*Sources:* CAS and WB staff calculations.

**Conditions in the financial sector continue to deteriorate, while a consensus among key stakeholders on the burden-sharing of losses has proven to be elusive, and is further complicated by the lack of progress in government formation.** Customer deposits at commercial banks declined by US$19.8 billion (or 12.6 percent) in 2020, further deepening the liquidity shortage. Liquidity needs in the banking system have been met mainly through deleveraging and reduction in net foreign assets. Deleveraging had resulted in banks' domestic credit portfolio shrinking by US$12.1 billion (or 27.5 percent) during the same period (Figure 12), mainly in foreign currency loans, although it partially reflected customers settling loans backed by real estate collateral, using deposits locked up in bank accounts.

**Lending from BdL has allowed Lebanese commercial banks to pay off liabilities to**

---

[30] In more conventional monetary and financial conditions, increasing policy rates can be used to effect monetary tightening. However, this is no longer an option as the banking system is dysfunctional and the monetary transmission channel impaired. In addition, under capital controls, monetary authority has more flexibility in not increasing interest rates as capital is captive even with hugely negative real interest rates.

**correspondent banks in order to retain linkages to the global financial system.** As of December 2020, commercial banks' placements in and liabilities for non-resident financial institutions (FIs) amounted to US$4.7 and US$6.6 billion, respectively, compared to US$6.8 and US$8.8 billion in December 2019. Foreign correspondent banks have significantly tightened conditions and reduced lines to Lebanese banks. As a condition on continuing to transact via correspondent banks, commercial banks have had to pay down liabilities to these banks, partially financed by lending from BdL. This allowed a marginal improvement in the net position of commercial banks at non-resident FIs, which nonetheless remained negative at –US$1.8 billion in end-2020, compared to –US$2.1 billion in end-2019.

**Large losses associated with the sovereign exposures of the banking sector remain unresolved.** Exposures to the sovereign amount to 70 percent of total banking assets or roughly 250 percent of 2019 GDP. These include US$110 billion in BdL instruments, US$10 billion in Lebanese government Eurobonds and US$11 billion in domestic government securities at the official exchange rate.

**The credit portfolio of the banking sector has substantially deteriorated during recent months.** The non-performing loan (NPL) ratio—that is, gross NPLs including unearned interests as a percentage to total loans—stood at 33.0 percent (37.7 percent for FX loans) as of end-2020, compared to 13.3 percent at end-June 2019 before the crisis and

**FIGURE 13** • A Steady and Sharp Deterioration in Credit Performance as Measured by NPL Ratio for Banks



*Sources:* BdL and WB staff calculations.

19.6 percent a year earlier. NPL ratio for construction, processing industries and wholesale and retail trade reached 51 percent, 50 percent and 43 percent, respectively (Figure 13). Provisioning coverage was at just over 50 percent as of end-2020. Continued deterioration in the quality of the remaining credit portfolio (US$40 billion at the official exchange rate and 61 percent denominated in US$) would be expected, given the lack of progress in government formation and necessary restructuring and reform. Losses arising from the rapid deterioration of assets quality, although paling in comparison to the losses from sovereign exposures, will need to be addressed in a comprehensive balance sheet cleanup.

# 3

# GLOBAL CRISES COMPARATORS: LOOKING FOR THE MINIMUM

**W**e continue to monitor the Lebanon financial crisis in the context of Global Crisis Comparators.[31] In this LEM, we compare the Lebanon crisis with the most severe global crises episodes as observed by Reinhart and Rogoff (2014), henceforth referred to as R&R.[32] Based on the most extensive financial crises database available,[33] R&R calculate a crisis severity index (CSI) for a sample of 100 crisis episodes over the 1857–2013 period. The CSI is computed based on (i) the depth of the crisis episode—the peak-to-trough decline in real GDP per capita, and (ii) its duration—the number of years it takes to reach the prior peak in real per capita income. Specifically, for each crisis episode:

*CSI = −1\*(peak-to-trough percentage change) + number of years from peak to recovery to prior peak*

**R&R's 25 most severe crises and associated results are presented in Table 3.** Some notable findings include:

- A typical recurring pattern across time and space in these cycles is one in which economic activity reaches a peak either the year before the onset

of crisis or the year of the financial crisis. There are cases where the downturns start earlier but these are less frequent.

- A substantial number of these crises are not "pure" banking crises in that these unfold alongside a currency crash and often involve a sovereign default as well.

[31] The Fall 2020 LEM, entitled The Deliberate Depression, compares Lebanon's macroeconomic fundamentals in the lead-up to the crisis to two groups of global crises comparators: the Asian crisis countries of 1997–98, and a more eclectic set of crises that occurred in the 2000's [Argentina (2001), Greece (2008), Ireland (2008), Iceland (2008) and Cyprus (2012)]. We conclude that, leading up to the crisis point, Lebanon's macroeconomic fundamentals were weak compared to these global crises comparators, suggesting that the adjustment process will be more painful and will take longer, even with optimal policy measures in place.

[32] Reinhart, Carmen M. and Kenneth S. Rogoff (2014), Recovery from Financial Crises: Evidence from 100 Episodes, American Economic Review: Papers & Proceedings 2014, 104(5): 50–55.

[33] Reinhart, Carmen M., and Kenneth S. Rogoff (2009), This Time Is Different: Eight Centuries of Financial Folly. Princeton: Princeton University Press.

**TABLE 3** • Crisis Severity: Percent Decline in Per Capita GDP, Duration of Contraction, and Years to Full Recovery in 25 of the Worst Systemic Banking Crises, 1857–2013 (Reinhart and Rogoff, 2014)

| Rank | Year | Country | Peak to Trough % change | Peak to Trough # years | Peak to Recovery # years | CSI | Double Dip Yes or No |
|---|---|---|---|---|---|---|---|
| 1 | 1926 | Chile | –46.6 | 3 | 16 | 62.6 | Y |
| 2 | 1931 | Spain (civil war) | –34.6 | 9 | 26 | 60.6 | Y |
| 3 | 1983 | Peru | –32 | 11 | 25 | 57 | Y |
| 4 | 1931 | Uruguay | –36.1 | 3 | 17 | 53.1 | Y |
| 5 | 1893 | Australia | –28 | 8 | 20 | 48 | Y |
| 6 | 1929 | Mexico | –31.1 | 6 | 16 | 47.1 | Y |
| 7 | 1921 | Italy | –25.5 | 3 | 21 | 46.5 | Y |
| 8 | 1890 | Brazil | –21.7 | 4 | 21 | 42.7 | Y |
| 9 | 1923 | Canada | –30.1 | 4 | 10 | 40.1 | N |
| 10 | 1890 | Uruguay | –21 | 2 | 19 | 40 | Y |
| 11 | 1981 | Philippines | –18.8 | 3 | 21 | 39.8 | Y |
| 12 | 1980/1985 | Argentina | –21.8 | 11 | 18 | 39.8 | Y |
| 13 | 1929 | India | –8.2 | 9 | 31 | 39.2 | Y |
| 14 | 1929/1933 | US | –28.6 | 4 | 10 | 38.6 | Y |
| 15 | 1994 | Venezuela | –24.2 | 11 | 14 | 38.2 | Y |
| 16 | 1939 | Netherlands | –16 | 6 | 21 | 37 | Y |
| 17 | 2009 | Greece | –24 | 6 | 12 | 36 | Y[a] |
| 18 | 1931/1934 | Argentina | –19.4 | 3 | 15 | 34.4 | Y |
| 19 | 1931 | Poland | –24.9 | 4 | 9 | 33.9 | N |
| 20 | 1929/1931 | Austria | –23.4 | 4 | 10 | 33.4 | N |
| 21 | 1981 | Mexico | –14.1 | 7 | 17 | 31.1 | Y |
| 22 | 1920 | UK | –18.7 | 3 | 11 | 29.7 | Y |
| 23 | 2001 | Argentina | –20.9 | 4 | 8 | 28.9 | N |
| 24 | 1980 | Chile | –18.9 | 2 | 8 | 26.9 | N |
| 25 | 2002 | Uruguay | –18.9 | 2 | 8 | 26.9 | N |
| *Average* | | | *–24.3* | *5* | *16* | *40.5* | |

[a] This is listed as N in Reinhart and Rogoff (2014), since until its publication, Greece had not yet experienced its double dip which subsequently occurred in 2016.

- Out of the 100 episodes, 63 were in advanced economies and 37 in emerging economies.
- While emerging market peak-to-trough average output declines are about 5 percent larger than those in the advanced economies, they are not statistically significantly more protracted.
- A double dip[34] is observed for 45 percent of the whole sample and two-thirds of the most severe crises.

**Lebanon's real GDP per capita has been on a continuous decline since the onset of the Syria war in 2011, with a much sharper drop commencing in 2018** (Figure 14). Prior to 2018, Lebanon's per capita GDP declined as a direct consequence of the war in

---

[34] A double dip is when the post-trough, but pre-recovery growth is interrupted with a real GDP contraction.



neighboring Syria; both real economic activity slowed appreciably,[35] and population increased significantly due to the refugee influx.[36] R&R calculations of crisis depth and duration, and hence, the CSI, depend on the identification of peak year—the year in which the per capita real GDP reached a pre-crisis peak. However, due to the impact of the Syrian crisis, and in order to more accurately gauge the depth and duration of the Lebanon financial crisis, it would be unbalanced to identify the peak year in Lebanon by the pre-crisis peak in real GDP per capita as in R&R. Instead for the Lebanon episode, we identify the peak year by the pre-crisis peak in real GDP, which is 2017.

**The Lebanon financial crisis is likely to rank in the top 10, possibly three, most severe crises episodes globally since 1900.** In order to compute a CSI for the Lebanon financial crisis, we make assumptions commensurate to (relatively) good and bad case scenarios. In the good case scenario, we assume: (i) real GDP per capita trough occurs in 2021 at the World Bank projected growth rate (–9.5 percent), inducing an overall –35.1 percent peak (2017) to trough (2021) change in real GDP per capita; and that (ii) it takes 12 years for Lebanon to recover to 2017 real income per capita levels, the average crisis duration of those cases ranking 16–25 in Table 3. The good case CSI would be 47.1, ranking the Lebanon episode 6th after Australia (1893) and aligned with Mexico (1929) in Table 3. In the bad case scenario, we assume: (i) real GDP trough occurs in 2022 at an additional 5 percent annual contraction in real GDP, resulting in an overall –38.6 percent peak (2017) to trough (2022) change in real GDP per capita; and that (ii) it takes 19 years for Lebanon to recover to 2017 real GDP levels, the average crisis duration of the top 10 cases in R&R. Bad case CSI would be 57.6, ranking the Lebanon financial crisis third after Chile (1926) and the Spanish civil war.

**We also cross-compare key macroeconomic indicators for Lebanon with those for R&R's relatively more recent episodes.** Specifically, we compare Lebanon to the following R&R episodes, henceforth referred to as G8: Chile (1980), Argentina (1980), Philippines (1981), Mexico (1981), Venezuela (1994), Argentina (2001), Uruguay (2002) and Greece (2009). A summary of crisis events is presented in

FIGURE 14 • Lebanon's Real GDP is a More Accurate Reference Point for the Start of the Financial Crisis than Real GDP/capita



*Sources*: CAS and WB staff calculations.

Annex C for each of these episodes. To the extent data is available, we plot each macroeconomic indicator for the G8 plus Lebanon over the years leading to the crisis point and observe dynamics in years that follow.[37]

## Per Capita Output

**While Lebanon's real GDP per capita has faltered since 2011, 2018 marks the beginning of a much sharper decline.** Only Argentina (01) and Uruguay (02) share Lebanon's consistent negative growth in

---

[35] Annual real GDP growth fell from a pre-Syria war average of 4–5 percent to 1.8 percent over the 2011–2017 period.

[36] Total population expanded by 27.3 percent from 2010 to 2017.

[37] In these charts, the indicator is plotted from 3 years prior to crisis year (t−3), to 5 (or 6) years post-crisis (t+5 or t+6), of course going through crisis year (t). In such a way, even when crisis years differ (say 2009 for Greece and 2001 for Argentina), plotting in reference to a crisis point rather than the calendar year superimposes the same indicator for Lebanon with global crises comparators on one chart. This allows us to cross-compare how the macro indicator developed as the crisis is approached, and how it evolved afterwards.

FIGURE 15 • Real GDP Per Capita for G8 Plus Lebanon



Sources: WDI, CAS and WB staff calculations.

FIGURE 16 • Real GDP Per Capita for G8 Plus Lebanon



Sources: WDI, CAS and WB staff calculations.

per capita real GDP in the period leading to the crisis point (Figures 15 and 16). While the contraction in real GDP commenced in 2018, it accelerated sharply in 2020. However, Lebanon stands out in magnitude of the contraction at time t and t+1. Further, the protracted nature of the crises in the G8 countries is reflected in the difficulty for these economies to regain growth in their per capita GDP. Only Argentina (01) and Uruguay (02) amongst the G8 were able to regain consistent per capita growth by t+2.

**The contraction in Lebanon's real GDP per capita is already worse than any of the G8's Peak to Trough changes.** The contraction in Lebanon's real GDP per capita from its level in peak year 2017 had already reached an estimated 27.9 percent by 2020, and is projected to be 35.1 percent by 2021. This is significantly larger than G8 Peak to Trough changes in per capita GDP: –24.2 percent for Venezuela (94); –24 percent for Greece (09); –21.8 percent for Argentina (80); –20.9 percent for Argentina (01); –18.9 percent for each of Chile (81) and Uruguay (02); –18.8 percent for Philippines (81); and –14.1 percent for Mexico (81) (Table 3).

## Depreciation-Inflation

**A potent depreciation-inflation dynamic is a key driver of macroeconomic instability for half of the G8 episodes, a characteristic also shared by the Lebanon financial crisis.** To the extent data allows, we examine the trajectories of both the exchange rate and inflation in G8 plus Lebanon. Crisis-related currency depreciations were most severe in Argentina (80) (Figure 17), and to a lesser extent in Mexico (81), Venezuela (94) and Argentina (01) (Figure 18). Exchange rate depreciation in Lebanon has so far been comparable to the latter three. Loss in value for local currencies was relatively moderate in Chile (80) and the Philippines (81), and mild in Uruguay (02). Meanwhile, Greece (09) had successfully retained membership of the Euro monetary area.

**Inflation in Lebanon, long subdued since the early nineties in reflection of exchange rate stability,[38] has come to resemble the worst of G8 episodes.** Exchange rate pass-through effects on prices have implied a correlation between currency depreciations and inflation rates. Due to data limitations, we examine inflation in a subsample of the G8 episodes, namely, Chile (80), Philippines (81), Mexico (81), Uruguay (02) and Greece (09). Among this subsample, inflation was most severe in Mexico (81), relatively moderate in Chile (80) and Philippines (81), and mild in Uruguay (02) and Greece (09). This

---

[38] This is the case since the last exchange rate collapse, which saw the currency depreciate by over 400 percent from January 1990 until Fall of 1992.



FIGURE 17 • CPI Indices for G8 Plus Lebanon



*Sources:* WDI, CAS and WB staff calculations.

FIGURE 18 • Overall Fiscal Balance for G8 Plus Lebanon



*Sources:* WDI, CAS and WB staff calculations.

correlates to the extent of exchange rate volatility in each of these episodes. Notably, at time t, Lebanon's inflation rate is even starker than that of Mexico (81) (Figure 19); specifically, Lebanon's inflation rate in t+1 (2020) was 84.3 percent, while in Mexico (81) it was 58.9 percent.[39] Even though official inflation data for Argentina (01) is lacking, the failure of the currency board rendered inflation a main vulnerability in the post-crisis period.

## Fiscal

**Lebanon's overall fiscal balance stands out as a main vulnerability in the lead-up to the crisis, comparable to Greece's fiscal position on the eve of its crisis.** Due to data limitations, we examine the overall fiscal balance for a subsample of the G8 episodes, namely, Chile (80), Mexico (81), Argentina (01), Uruguay (02) and Greece (09). From this subsample, only Chile (80) enjoyed fiscal surpluses in the lead to the crisis point. Meanwhile, Mexico (81), Argentina (01) and Uruguay (02) entered the crisis with a modest deficit position, whereas Greece (09)'s fiscal deficit was in double digits (as a percentage of GDP), as was Lebanon's.[40]

**An ostensible improvement in Lebanon's fiscal indicators (as a percentage of GDP) masks an actual deterioration.** There were variations in the fiscal performances of the G8 subsample as they

FIGURE 19 • CPI Indices for G8 Plus Lebanon



*Sources:* WDI, CAS and WB staff calculations.

emerged from their crises. The overall fiscal balance for each of Chile (80) and Mexico (81) deteriorated by around 10 pp of GDP (Figure 20). For the former,

---

39  In the period leading up to the crisis, Mexico's inflation rate fluctuated between 17.5 to 29.1 percent annually, while Lebanon's hovered between a minor deflation and a moderate 6.1 percent.

40  A noteworthy event in the Greek episode is that data revision by the authorities on October 2009, which entailed a sizeable increase in the projected fiscal deficit from 4 to 12.5 percent of GDP, constituted a trigger to the Greek crisis. The data revision came amidst concerns raised by Eurostat—the statistical office of the European Commission—regarding the quality of Greece's fiscal data on five occasions over the period 2005–2009.

**FIGURE 20** • Overall Fiscal Balance for G8 Plus Lebanon



**FIGURE 21** • Gross Debt for G8 Plus Lebanon



*Sources*: WDI, CAS and WB staff calculations.

*Sources*: WEO and WB staff calculations.

this reflected a similar deterioration in the primary balance, driven by larger primary expenditures (from 23.5 percent of GDP in t–1 to 31.1 percent in t+2). In the Mexico (81) case, however, the primary balance first deteriorated significantly (by about 6 pp of GDP from t to t+1) but eventually improved into a surplus. Interest payments, on the other hand, surged from 1.6 percent of GDP at t–1, to 8.5 percent at t+2. Meanwhile, the overall fiscal positions for Argentina (01) and Uruguay (02) each improved by around 3 pp of GDP from t to t+3. In both cases, this reflected commensurate improvements in the primary balance. While an improvement in Lebanon's overall fiscal balance seems to resemble that of Argentina (01) and Uruguay (02), it masks an actual deterioration. This deterioration is partially driven by crashing revenues and despite significantly lower interest payments as a result of the Eurobond default and non-payments on coupon rates for Eurobonds and TBs held by the central bank.

## Debt

**Public debt in Lebanon has consistently been one of the highest globally (as a ratio of GDP), and as a result, a key source of macroeconomic instability, comparable to only Greece among the G8 episodes.** Due to data limitations, we examine the central Government gross debt (as a ratio of

GDP) for a subsample of the G8 episodes, namely, Chile (80), Philippines (81), Mexico (81), Argentina (01) and Greece (09). Leading to the crisis year, the public debt-to-GDP ratio was below 60 percent for the G8 subsample (Figure 21), with the exception of Greece.[41] However, in all cases, the debt-to-GDP ratio deteriorated in varying degrees, even for Greece, which benefitted from a large haircut on its public debt.

## External Position

**A deteriorating current account balance in the lead to crises is a recurring feature in emerging economies, and we see evidence of this in the G8 countries** (Figure 22). A worsening of the external position raises risk exposures to external shocks and increases dependence on more volatile portfolio financing. The current account balance for large commodity exporters, in this case Chile and Venezuela, would be highly dependent on international commodity prices and are more exposed to commodity price shocks. While commodities are also important exports for Argentina, Uruguay and Mexico, it is so to a much lesser extent; for these countries, consumption and investment are significant

---

[41] The 60 percent of GDP is the debt ceiling identified by the Maastricht Treaty, which set macroeconomic targets for countries to qualify for the Euro membership.



Case 1:21-mc-00207-VSB-RWL Document 44-1 Filed 08/22/23 Page 64 of 223

FIGURE 22 • Current Account Balance for G8 Plus Lebanon



*Sources:* WDI and WB staff calculations.

drivers for current account balance through imports. It is noteworthy that of the G8 countries, only Argentina (01) and Uruguay (02) did not experience a worsening of the current account balance up to the crisis point.

**A clear implication of the crises in most G8 countries is a sharp correction in the external position.** Only Chile (81) deviates as prices of minerals, oils and metal were falling in 4 of the 5 post crisis years.[42] For Mexico (81), the Philippines (81), Venezuela (94) and Argentina (01), the correction in the current account balance occurred as a result of depreciations in the exchange rates, which increased the competitiveness of their economies. Mild depreciation in Uruguay (02) corresponds to mild post-crisis correction in the current account balance. Noteworthy, Argentina (80) currency collapse corresponded to only a minor post-crisis improvement in

the current account balance. This channel, however, was not available for Greece, as its strategic objective was to remain in the Eurozone. Instead, the correction in the Greek external position occurred as a result of an internal adjustment mechanism, typically more painful and prolonged.

## Overall

**Lebanon's financial crisis stands out as a particularly arduous episode even when compared to some of the most severe crises observed since 1900.** In estimating the R&R CSI for the Lebanon financial crisis, we make reasonable assumptions on its depth and duration. The results suggest that the Lebanon crisis is likely to be of the 10, possibly three, most severe global crises episodes, as observed and examined by Reinhart and Rogoff (2014) over a period surpassing a century and half. This is further confirmed when we compare select macroeconomic indicators for Lebanon with those for R&R's relatively more recent crises.

**As such, we expect the adjustment process to be more painful and to take longer, even with optimal policy measures in place.** As it currently stands, however, the absence of a comprehensive and consistent adjustment strategy can only make this more difficult.

---

[42] According to UNCTAD, Free Market Commodity Price Indices, the annual percentage change in the price for minerals, oils and metal, was −15.6, −12.2, 7.9, −8.1, −4.6 percent from 1981 to 1985, respectively.

# 4

# OUTLOOK
# AND RISKS

**S**ubject to extraordinarily high uncertainty, we project real GDP to contract by a further 9.5 percent in 2021. Our projections (Table 4) assume that COVID-19 conditions carry through 2021, while macro policy responses remain inadequate. We also assume a minimum level of stability on the political and security scenes, but refrain from assuming runaway inflation-depreciation, which is a realistic scenario. For more empirical discussion on our projection, please refer to Annex A.

**As mentioned earlier, monetary and financial turmoil are driving crisis conditions, more acutely through interactions between the exchange rate, narrow money and inflation.** The unusual centrality of this dynamic on the macro framework is an important caveat regarding our macroeconomic outlook for 2021. In an attempt to pin down the framework and help narrow the confidence intervals for our outlook, we undertake crisis-specific econometric estimations; specifically, we assess the response of inflation to changes in currency in circulation using multivariate time series models. The results, which are presented in Annex B, suggest that a 1 percent shock to currency in circulation generates a response of 0.80 pp increase in the inflation rate over a twelve-month horizon. Hence, policy with implications on narrow money supply, such as

Lirafication and monetization of the fiscal deficit, will continue to be critical to the inflationary environment. Assuming that in 2021, the Lebanese pound suffers a comparable depreciation in the US$ banknote market as it did in 2020, we expect inflation to remain highly elevated in 2021, possibly surpassing 2020 rates.

**On the fiscal front, a continued collapse in revenues is expected to lead a deterioration in Lebanon's fiscal position compared to 2020.** On revenues, we assume marginal nominal increases compared to 2020, as the economic contraction is expected to be less severe and high inflation boosts collection in nominal (but not real) terms. Very high inflation rates will drive a denominator-led shrinking of the revenues-to-GDP ratio by a projected 4.6 pps, to reach almost 7 percent, compared to a medium-term average of 20.7 percent. On expenditures, and despite proposed 2021 Budget numbers, we factor a 30 percent increase in nominal primary spending, due again to inflationary pressures. As a ratio of GDP, however, primary current expenditures are also projected to decline due to the same denominator-led effect. Based on this, the overall and primary balances are expected to deteriorate in 2021.[43]

---

[43] That suggests that BdL will have to keep financing the deficit which will accelerate its FX reserve losses. Hence,

**Lebanon's recession is likely to be arduous and prolonged given the lack of policymaking leadership and reforms.** Lebanon's GDP/capita has fallen by around 40 percent over the 2018–2020 period and is expected to decline further. Hence, Lebanon's World Bank income classification is likely to be downgraded from an upper-middle income economy, which should enjoy a GNI per capita of between U\$4,046 and US\$12,535, to a lower-middle income status.[44]

**Lebanon faces realistic threats to its already fragile social peace.** Angry demonstrations have been erupting in cities across Lebanon, protesting the depreciation of the local currency and the associated very high inflation rates, as well as general economic and political conditions. While numbers have not been large, these demonstrations have been spread across the country, and have cut off important roads and highways, thereby causing significant disruptions. A more recent phenomena has involved scuffles in supermarkets and angry protests outside over access to subsidized products. This is even occurring in high end supermarkets. Further, the volatile situation allows for parasitic groups that can be of a more sinister nature to usurp legitimate popular discontent creating grave security implications. This is in addition to Lebanon's long-term sectarian fragmentation. Hence, there is growing wariness of potential triggers to social unrest. In this LEM, we highlight two potential economic triggers.

## The FX Subsidy[45]

**The first Special Focus of the LEM examines Lebanon's FX subsidy for critical and essential imports, which offers a serious political and social challenge.** On the one hand, the current FX subsidy is both distortionary, expensive, and regressive. Its elimination and possible replacement with a more effective and efficient pro-poor (targeted) program would improve Lebanon's balance of payments, meaningfully extend the time-till-exhaustion of remaining BdL reserves, and help cushion the impact on Lebanon's poor and middle class. On the other hand, the subsidy prevents, in the very short-term, the prices of these products from increasing, which would exacerbate inflationary-depreciation pressures.

Therefore, the removal of the subsidy will have significant social implications due to direct and indirect effects on residents' purchasing power. Further, Lebanon's political economy suggests that, much like solutions (or lack thereof) to other burdens and deficiencies, there is a high likelihood of suboptimality. Possible scenarios and associated social implications include:

a.  An orderly FX subsidy removal. This would involve effectual political and security coordination, along with its replacement with a more effective and efficient pro-poor (targeted) program. In this case, social implications can be mitigated.
b.  Non-coordinated FX subsidy removal. This can involve BdL unilaterally halting the subsidy, with minimal political and security coordination. In this case, BdL will carry the political cost, and can involve increased demonstrations targeting BdL. The political class can pass on the blame and feel somewhat relieved, but to many, the obvious responsibility of the political class will remain.
c.  Disorderly FX subsidy removal due to depletion of FX reserves at BdL. This traverses subsidy management to constitute a balance of payments crisis within a balance of payments crisis—the complete depletion of FX resources in an economy that has been trying to ration these resources to pay for critical needs. It can trigger an inflationary-depreciation spiral and cause import shortages. Naturally, there are definite significant social and possible security implications.

## Large Scale Interruptions to Vital Public Services

**The second Special Focus of the LEM discusses the impact that the crises are having on four basic**

---

the fiscal trajectory is contingent on BdL having sufficient reserves to continue to finance the government.

[44]  Latest available Gross National Income per capita for Lebanon is for 2019 US\$7,380.

[45]  For a more detailed analysis on the FX subsidy, please refer to: World Bank (2020), Lebanon Subsidy Reform Note, December 2020.



TABLE 4 • Selected Macroeconomic Indicators for Lebanon; 2016-2021

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 Est. | 2020 | 2021 Proj. |
|---|---|---|---|---|---|---|---|---|---|
| Real sector | (annual percentage change, unless otherwise specified) | | | | | | | | |
| Real GDP | 3.8 | 2.5 | 0.2 | 1.5 | 0.9 | –1.9– | 6.7 | –20.3 | –9.5 |
| Real GDP per capita[1] | –2.8 | –3.2 | –3.9 | –1.2 | –0.6 | –2.5 | –6.8 | –20.7 | –10.0 |
| Agriculture (share of GDP) | 3.9 | 4.4 | 3.8 | 4.0 | 4.5 | 4.4 | 5.0 | 5.0 | 6.0 |
| Industry (share of GDP) | 14.2 | 13.4 | 12.7 | 12.8 | 12.3 | 12.0 | 10.6 | 13.5 | 13.5 |
| Services (share of GDP) | 70.9 | 71.3 | 72.0 | 71.5 | 71.6 | 72.2 | 74.3 | 77.6 | 78.3 |
| Net indirect taxes (share of GDP) | 11.0 | 10.9 | 11.5 | 11.7 | 11.6 | 11.4 | 10.1 | 3.9 | 2.2 |
| Money and prices | | | | | | | | | |
| CPI Inflation (p.a) | 2.7 | 1.2 | –3.7 | –0.8 | 4.5 | 6.1 | 2.9 | 84.3 | 100.0 |
| Money[2] | 9.0 | 6.0 | 5.1 | 7.3 | 4.2 | 3.0 | –6.7 | 198.0 | 125.0 |
| Investment & saving | (percent of GDP, unless otherwise specified) | | | | | | | | |
| Gross capital formation | 27.6 | 24.9 | 22.2 | 22.7 | 21.4 | 20.8 | 18.5 | 10.0 | 8.1 |
| o/w private | 25.8 | 23.4 | 20.8 | 21.3 | 19.9 | 19.1 | 17.2 | 8.8 | 6.8 |
| Gross national savings | 2.1 | –1.3 | 5.1 | 2.2 | –1.5 | –3.5 | –2.7 | –1.0 | –1.1 |
| o/w private | –1.8 | –3.9 | 1.0 | –1.0 | –4.8 | –5.3 | 7.9 | 2.7 | 2.9 |
| Central government finance | (percent of GDP, unless otherwise specified) | | | | | | | | |
| Revenue (including grants) | 20.1 | 22.6 | 19.2 | 19.4 | 21.9 | 21.0 | 20.6 | 11.5 | 6.9 |
| o/w. tax revenues | 14.3 | 14.3 | 13.7 | 13.7 | 15.5 | 15.4 | 15.5 | 8.1 | 4.9 |
| Total expenditure and net lending | 29.0 | 28.9 | 26.9 | 28.6 | 28.6 | 32.0 | 31.2 | 16.4 | 12.2 |
| Current | 27.3 | 27.3 | 25.5 | 27.3 | 27.1 | 30.3 | 29.9 | 15.2 | 10.9 |
| o/w interest payment | 8.1 | 8.7 | 8.9 | 9.3 | 9.4 | 9.8 | 10.0 | 2.1 | 1.4 |
| Capital & net lending (excluding foreign financed) | 1.8 | 1.5 | 1.4 | 1.4 | 1.5 | 1.7 | 1.3 | 1.2 | 1.3 |
| Overall balance (deficit (-)) | –9.0 | –6.3 | –7.7 | –9.3– | 6.7 | –11.0 | –10.5 | –4.9 | –5.3 |
| Primary balance (deficit (-)) | –0.9 | 2.4 | 1.2 | 0.0 | 2.7 | –1.2 | –0.5 | –2.8– | 3.9 |
| External sector | (percent of GDP, unless otherwise specified) | | | | | | | | |
| Current account balance | –25.6 | –26.2 | –17.0 | –20.5 | –22.9 | –24.4 | –21.2 | –11.0 | –9.2 |
| Trade balance | –28.4 | –29.9 | –22.9– | 23.6 | –24.7 | –24.8 | –24.9 | –17.9 | –21.9 |
| o/w export (GNFS) | 44.5 | 40.0 | 39.7 | 37.3 | 36.0 | 35.7 | 35.4 | 26.9 | 41.9 |
| Exports of goods | 11.0 | 9.5 | 8.0 | 7.7 | 7.6 | 7.0 | 9.3 | 12.1 | 18.7 |
| Exports of services | 33.5 | 30.6 | 31.7 | 29.6 | 28.4 | 28.7 | 26.1 | 14.8 | 23.3 |
| o/w import (GNFS) | 73.0 | 69.9 | 62.6 | 60.9 | 60.8 | 60.5 | 60.3 | 44.8 | 63.8 |
| Imports of goods | 45.3 | 42.5 | 35.2 | 35.0 | 34.7 | 34.4 | 35.0 | 27.5 | 39.2 |
| Imports of services | 27.7 | 27.4 | 27.4 | 25.9 | 26.1 | 26.1 | 25.2 | 17.3 | 24.6 |

*(continued on next page)*

TABLE 4 • Selected Macroeconomic Indicators for Lebanon; 2016-2021 *(continued)*

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 Est. | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Proj. |
| Net private current transfers: | 3.4 | 4.9 | 6.8 | 4.8 | 2.3 | 2.5 | 5.6 | 9.6 | 16.7 |
| Net remittances | 5.0 | 5.8 | 7.2 | 6.6 | 5.2 | 4.2 | 6.1 | 9.7 | 16.5 |
| Net income receipts | –0.6 | –1.2 | –0.9 | –1.7 | –0.5 | –2.1 | –1.9 | –2.7 | –4.1 |
| Capital accounts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross reserves (months of imports GNFS)[c,d] | 11.7 | 13.1 | 13.8 | 15.2 | 15.6 | 14.3 | 14.3 | 19.8 | 10.6 |
| Total public debt | | | | | | | | | |
| Total debt stock (in million US$) | 63,490 | 66,564 | 70,325 | 74,900 | 79,530 | 85,139 | 88,900 | 58,082 | 43,958 |
| Debt-to-GDP ratio (percent) | 135.3 | 138.3 | 140.8 | 146.3 | 149.7 | 154.9 | 171.0 | 174.0 | 197.2 |
| Memorandum items: | | | | | | | | | |
| GDP (in million US$) | 46,909 | 48,134 | 49,939 | 51,205 | 53,141 | 54,961 | 51,992 | 33,383 | 22,297 |

*Source*: Government data, and World Bank staff estimates and projections.
[a] Population figures, which include Syrian refugees registered with the UNHCR, are taken from the United Nations Population Division.
[b] Prior to 2020 this is M3, including non-resident deposits; 2020 and after, this is M0 (currency in circulation).
[c] Gross Reserves (months of imports GNFS) = (Imports of Goods & Services / Gross Res. excl. Gold)*12.
[d] Total Imports using the BOP data from the Quarterly Bulletin of BDL.

**public services: electricity, water supply, sanitation and education.** While Lebanon's public service delivery has long been notoriously deficient relative to its upper middle-income status, long established mitigation measures and private substitutables have traditionally filled the gap, particularly for those with economic means. The Deliberate Depression has further undermined this set up via two effects: (i) it has significantly increased poverty rates, expanding the demographic that is not able to afford these private substitutables, and are thus more dependent on public services; and (ii) it threatens financial viability and basic operability of the sector by raising its costs and lowering its revenues.

# SPECIAL FOCUS I: FX SUBSIDY REFORM IN THE DELIBERATE DEPRESSION

The real question regarding BdL's FX subsidy for imports of critical and essential goods, is when and how to remove it, not whether. This note shows that the sooner the subsidy is replaced with a cheaper and more effective compensation scheme, the better for the economy and for people's welfare. This is because the current FX subsidy is both distortionary, expensive (costing an estimated US$287m/month), and regressive (i.e., benefits predominantly wealthier consumers). Its elimination and possible replacement with a more effective and efficient pro-poor (targeted) program would improve Lebanon's balance of payments, meaningfully extend the time-till-exhaustion of remaining BdL reserves, and help cushion the impact on Lebanon's poor and middle class. This note suggests a broad-based cash transfer program as one such option, which should be in place prior to subsidy removal. However, while the removal of the FX subsidy would be welcome, it is a mere short-term patch as only a comprehensive reform package that is consistent with a credible macroeconomic framework can prevent the country from running out of reserves and being forced into a disorderly and highly disruptive exchange rate adjustment.

## Background

**Policymakers in Lebanon are considering a shift away from the FX subsidy for imports of critical and essential goods, towards direct transfers to households.** The decision to remove the FX subsidy for imports of critical goods and essential food and other items (henceforth referred to as essential items) should be based on the most efficient and cost-effective use of pro-poor public spending. The subsidy concerns import of critical goods—energy, medicine, wheat—and essential items (as identified by the MoET. The estimated cost of the subsidy amounts to a monthly average of US$287 million (Table 5).[46] Maintaining the current subsidy scheme accelerates the steady depletion of FX reserves at BdL and reduces the time available to undertake reforms to avoid a forced and disorderly adjustment of the exchange rate. On the other hand, the subsidy prevents, in the very short-term, the prices of these

---

[46] This is distinguishable from the total value of the subsidy, which amounts to an estimated US$437 million per month.

products from increasing, which would exacerbate inflationary-depreciation pressures. The question policymakers ought to consider is: can a cheaper and more effective compensation scheme be immediately implemented to both protect poor and vulnerable households, and gain some time to protect the official exchange rate until a comprehensive set of policy reforms that are consistent with a stable macroeconomic framework can be introduced?

## Macroeconomic Considerations

**As it stands, half of the cost of the FX subsidy is directed toward energy items, which are regressive in nature.** Higher-income earners are more likely to consume more fuel, and thus profit more from the subsidy. The gains associated by implicitly subsidizing road transport are not distributed fairly; by income, the poorest 20 percent of the population receives only 6 percent of the subsidy, while the richest 20 percent receives 55 percent.[47] Finally, low fuel prices encourage over-consumption, adding to negative environmental

and health externalities—namely, local air pollution, congestion, accidents and roadway wear and tear. Hence, there is a socio-economic benefit in replacing the regressive portion of the subsidy with a targeted, and therefore cheaper, transfer program.

**Inflation is a highly regressive tax, disproportionally affecting the poor and vulnerable, and more generally, people living on fixed incomes, such as pensioners.** This is especially so in Lebanon's case where key basic items of the consumption basket are primary drivers of overall inflation, which has reached 145.8 percent in 2020. In fact, the average yoy inflation rate over 2020 for food and non-alcoholic beverages was 254.3 percent, while that for clothing and footwear was 289.8 percent, and 386.7 percent for furnishings and household equipment.

**Lebanon's sudden stop in capital inflows has implied a steady depletion of FX reserves at BdL, notwithstanding the introduction of informal capital controls** (Figure 23). As of end-February

---

[47] UNDP, 2015, "Fossil Fuel Subsidies in Lebanon: Fiscal, Equity, Economic and Environmental Impacts."

---

**TABLE 5** • Cost of FX Import Subsidy and Impact of its Removal

| Product | Estimated 2020 consumption[a] ($, mlns) | Subsidized exchange Rate1 (LL/S) | % subsidized[a] (%) | Subsidy in value[b] ($, mlns) | Cost of subsidy[c] ($, mlns) | High elasticity ($, mlns) | Low elasticity ($, mlns) | Low elasticity-high passthrough ($, mlns) |
|---|---|---|---|---|---|---|---|---|
| | | | | | BoP Impact due to Estimated Reduction in Demand[d] | | | |
| Fuel EdL | 1,000 | 1,515 | 90% | 900 | 661 | NA | NA | NA |
| Gaz (LPG) | 110 | 1,515 | 90% | 99 | 73 | 80 | 39 | 66 |
| Mazout | 1,195 | 1,515 | 90% | 1,076 | 790 | 867 | 418 | 717 |
| Other fuel | 1,070 | 1,515 | 90% | 963 | 707 | 776 | 375 | 642 |
| Medication/supplies | 1,300 | 1,515 | 85% | 1,105 | 811 | 1,067 | 455 | 780 |
| Wheat | 150 | 1,515 | 90% | 135 | 99 | 57 | 57 | 96 |
| Essential items | 960 | 3,900 | 100% | 960 | 303 | 367 | 367 | 612 |
| **Total** | **5,785** | **1,911** | **91%** | **5,238** | **3,444** | **3,213** | **1,710** | **2,913** |

[a] Source: Ministry of Economy and Trade (MoET).
[b] Calculated as: (estimated 2020 consumption) * (the subsidized exchange rate).
[c] Calculated as: [(the average black market exchange rate–the subsidized exchange rate)/ (the average black market exchange rate)] * (subsidy in value).
[d] Calculated as: (estimated 2020 consumption) * (percentage change in demand per selected scenario per product) Average black market exchange rate in 2020 is assumed at 5,700 LL/US$.



FIGURE 23 • A Steady Depletion in the Gross Foreign Exchange Position at BdL



Gross reserves at BdL

*Sources*: WB staff calculations based on WDI data.

2021, BdL's gross foreign asset position reached US$22.9 billion, declining by US$14.4 billion since end-2019, and by US$1.2 billion from end-2020. The gross position, however, differs widely from its net reserves (i.e., FX reserves at the central bank net of FX liabilities to others).[48] BdL's gross position includes US$5 billion in Lebanese Eurobonds, an unpublished amount lent out to banks since October 2019, and required reserves on banks' customer FX deposits (estimated at US$16.7 billion).

**BdL officials have warned that falling FX reserves will force the central bank to halt its support for imports of critical goods and essential items at lower exchange rates.** The officials indicated that in the next few months BdL's FX reserves will drop to the level of the Required Reserves on banks' customer FX deposits**.** Should BdL abandon its support for imports of critical goods and essential items (i.e., including energy products, medicine and food essentials), importers will be forced to fully revert to the US$ banknote market rate[49] for the needed hard currency. New imports would thus be priced at the going US$ banknote market rate, exacerbating inflationary pressures and potentially stoking an inflationary-depreciation spiral. In fact, in anticipation of higher prices, importers, retailers and customers are already hoarding critical and essential goods, bringing forward price and volume implications.

**Demand effects resulting from the removal of subsidies are a key factor for an impact on the balance of payments (BoP).** In principal, the absence of demand effects, dragged by the fall in income and increase in prices, would leave the BoP unchanged by the removal of subsidy. To estimate the impact on demand, we use country specific, product-based, income and prices elasticities of demand as presented in Seale *et al* (2003).[50] Notably, the study finds that energy products and medical care are generally elastic for most countries, including in Lebanon; that is, if consumers' incomes decline by half, or if product prices increase by 50 percent, then demand for these products declines by half or more. Meanwhile, demand for food items are relatively inelastic; that is, if consumers' incomes decline by half, or if product prices increase by 50 percent, then demand for these products declines by less

[48] BdL, contrary to other central banks, does not publish net reserves.

[49] This refers to the street market access to dollar banknotes, which has depreciated the Lira by up to 90 percent.

[50] James Seale, Anita Regmi, and Jason Bernstein (2003), International Evidence on Food Consumption Patterns, United States Department of Agriculture, Electronic Report from the Economic Research Service.

than half.[51] We shall preclude from our simulations EdL due to the company's obvious deficiencies, specifically the severe and chronic shortages in power supply and tariff regulations that distort the impact on demand. Further, there is uncertainty regarding the elasticities for these consumption goods in the Lebanese economy. Specifically, other literature suggest that energy products and medical care are inelastic goods.[52] For robustness, we also re-run simulations based on relative in-elasticities of energy products and medical care.[53] We shall henceforth refer to simulations based on Seale *et al* (2003) as *High Elasticity Scenario*, and those that assume the inelasticity of energy products and medical care as the *Low Elasticity Scenario*. We proceed by (i) assuming that income contracts by 20 percent across all scenarios; and (ii) simulating two scenarios for product price increases: a 50 percent increase in prices of energy products, medicine and food items, and a 100 percent increase (dubbed the *High Passthrough*). Hence, we present three scenarios:

1. *High Elasticity Scenario*: a high elasticity scenario that assumes a 20 percent contraction in income and a 50 percent increase in prices of energy products, medicine and food items;
2. *Low Elasticity Scenario*: a low elasticity scenario that assumes a 20 percent contraction in income and a 50 percent increase in prices of energy products, medicine and food items;
3. *Low Elasticity-High Passthrough Scenario*: a low elasticity scenario that assumes a 20 percent contraction in income and a 100 percent increase in prices of energy products, medicine and food items.[54]

**Removal of subsidies on imports of critical goods and essential items can lead to some BoP relief.** The sharp declines in consumption of the subsidized products translate into BoP relief; all three scenarios suggest improvements to the BoP, ranging from US$1.7 to US$3.2 billion depending on the scenario (Table 5).

**Based on the above, the removal of subsidy can meaningfully extend the time-till-exhaustion of remaining BdL reserves, thus delaying a forced**

**and disorderly exchange rate adjustment.** The sudden stop in capital inflows has induced a more direct trade-off between the stock of FX reserves at BdL and the import bill. As a result, the BoP relief shown will reflect on the foreign exchange reserves at BdL. *We stress that the improvement in the BoP position and the extension of reserves are temporary and come at the expense of worsening economic activity and declining standard of living.*

**As a result of subsidy removal, inflationary pressures would materialize via direct and iterative effects.** Through the direct effect, the inflation rate would increase as prices for critical goods and essential items reflect the higher US$ banknote exchange rate.[55,56] Additionally, an iterative effect arises from an increased demand for dollars in the dollar-note market, which further depreciates the currency, fueling inflation. With surging inflation, demand for narrow money increases. Meeting this

---

[51] According to Seale et al. (2003), income elasticities of demand for Lebanon are 0.632 for food, beverage and tobacco, 1.2 for gross rent, fuel and power, and 1.357 for medical care. The authors also present price elasticities of demand for Lebanon, which are −0.511 for food, beverage and tobacco, −0.971 for gross rent, fuel and power, and −1.098 for medical care.

[52] Accurate elasticities can be derived from more recent and comprehensive Lebanese household surveys which are not available.

[53] Toward that end, we assume income (price) elasticities of demand for Lebanon to be 0.5 (−0.5) for gross rent, fuel and power and 0.5 (−0.5) for medical care.

[54] Here we omit a *High Elasticity-High Passthrough* scenario that assumes a 20 percent contraction in income and a 100 percent increase in prices of energy products, medicine and food items. The reason is that when price elasticity of demand is at or lower than −1, a 100 percent increase in prices would wipe out demand, which is not a realistic outcome.

[55] We note that energy products are final and intermediate goods, and changes to their prices impose economy-wide effects.

[56] While this will naturally reflect on volumes imported—since consumers will cut down on purchases, and there will be some substitutional effects for food products that can be manufactured locally (a process likely ongoing)—being critical goods, they will still be demanded in substantial volumes.



**FIGURE 24** • Upon Removal of FX Subsidy, Direct Effects on Inflation are Substantial



*Sources:* WB staff calculations based on WDI data.

demand with a corresponding increase in money supply—BdL's current response—would lead to exacerbated pressures on the exchange rate. Moreover, under panic conditions, inflation and exchange rates are key observables that drive sentiment, and their deterioration re-enforces the inflationary-depreciation cycle.[57]

**Removing the subsidy is estimated to increase inflation through the direct effect by 24 percentage points** (Figure 24).[58] This inflationary impact is frontloaded, hitting hardest the first months and diminishing over the course of the year. We caveat that this does not account for the impact on inflationary expectations and other related iterative effects, which are likely to be forceful dynamics. The inflation results are generated from an estimated AER[59] and an exchange rate pass-through effect on prices of about 50 percent[60] applied to the following two scenarios: (1) a hypothetical continuation of the FX subsidy through 2021, which we will refer to as the *Status Quo Scenario*;[61] and (2) a full termination of the FX subsidy on January 2021, dubbed the *Sudden Stop Scenario*.[62]

**The Government of Lebanon (GOL) needs to prioritize a comprehensive, consistent and credible macroeconomic stabilization plan, the fiscal part of which should include a social safety net (SSN) component.** Given Lebanon's rapidly and continuously deteriorating macroeconomic

[57] There are also stock implications, whereby high inflation imposes a wealth effect via transfers from creditors to debtors; ceteris paribus borrowers would owe less—and hence, creditors would receive less—in real terms than what was determined at the time the contract was signed. Consequently, public debt denominated in local currency would be worth less in real terms, providing a fiscal benefit.

[58] We note that this estimation does not take into consideration the iterative effects, which can potentially drive an inflation-depreciation spiral.

[59] The AER is calculated using consumption-based weights applied on multiple exchange rates, specifically, the official exchange rate, the platform rate at BdL and the US$ banknote rate. For further details on the AER, please refer to: The Lebanon Economic Monitor, Fall 2020, The Deliberate Depression.

[60] The exchange rate pass-through rate on inflation is calculated by first dividing the inflation rate by the AER depreciation rate for the same month and multiplying by 100. This generates a series of pass-through rates for the time period August 2019 to September 2020, which we averaged out. The estimated exchange rate pass-through rate will likely change as more actual data are populated.

[61] This scenario is used for illustrative purposes and is not a likely option. Sharply falling FX reserves at the central bank precludes the option of continued support for the full list of critical goods and essential items.

[62] The Sudden Stop Scenario assumes (i) the subsidy is eliminated on January 2021; and (ii) the US$ banknote exchange rate deteriorates to LL 10,000 per US$ by January 2021, stabilizing thereafter.

conditions, a social safety net by itself will be insufficient, and indeed, as shown above, can trigger additional macroeconomic risks. Lebanon needs to incorporate a SSN into a macroeconomic stabilization strategy that prioritizes the arrest of hyperinflation, currency depreciation and proliferation of multiple exchange rates. This strategy would be based on: (i) a debt restructuring that would achieve short-term fiscal space and medium-term debt sustainability; (ii) comprehensively restructuring the financial sector in order to regain solvency of the banking sector; (iii) creating a new monetary policy framework that would regain confidence and stability in the exchange rate; (iv) a phased fiscal adjustment aimed at regaining confidence in fiscal policy; (v) growth enhancing reforms; and (vi) enhanced social protection.

## Design of a Broad-Coverage Subsidy Reform Compensation Scheme[63]

**Governments often use generalized subsidies as a tool to lower the cost of living for poor households and to shield households from price fluctuations—Lebanon is not alone in this approach.** However, subsidies are a blunt and inefficient instrument, and some are regressive, benefiting the rich more than the poor. International experience shows that a shift from generalized subsidies to direct support to the poor could result in an improvement in public welfare.[64]

**The subsidy reform being considered by the GOL aims to replace implicit FX subsidies for fuel, medicines, wheat and essential items with direct cash transfers to Lebanese resident households.**[65] The direct cash transfers should offer some compensation to households to purchase items at market prices (which will increase following the withdrawal of subsidies as discussed previously) and should not be restricted in their use (allowing greater autonomy and a dignified freedom of choice on the best use of assistance while offering compensation for the anticipated increase in prices).

**As the withdrawal of FX subsidies will result in a considerable price shock**[66] **that will be felt by large sections of the population, the compensation program proposed is of a 'broad coverage' nature.**[67] In year 1, the broad-coverage subsidy reform compensation scheme (Broad Coverage-Cash Transfer [BC-CT]) could aim to cover approximately 80 percent of the Lebanese population. To ensure progressive coverage, the BC-CT will seek to exclude the top 20 percent of the population as they are better able to absorb the price increases and can afford to pay for the currently subsidized items at market price. The broad coverage approach would involve identifying and excluding the top 20 percent of the population (in terms of income/economic wellbeing) and covering the remaining 80 percent of the population. Unlike traditional poverty-targeted programs that seek to identify the poor (bottom 10–40 percent, depending on the country), in this case, the identification of the richest 20 percent would be based on affluence tests (i.e., markers of affluence to identify the ineligible) such as asset filters, dwelling ownership and characteristics, and formal incomes. Preliminary analysis undertaken by the World Bank points to the potential use of indicators such as number of rooms/bathrooms per household member, dwelling area per household member, and thresholds for wages and other formal income for such an affluence test. Implementing such an approach would require careful integration of data across multiple databases to ensure reliability and automation of eligibility decisions. In subsequent years, as the

---

63  The proposal in this section reflects the recommendations of the World Bank and not necessarily what GOL will adopt.

64  Ruslan Yemtsov and Amr Moubarak "Assessing the readiness of Social Safety Nets to Mitigate the Impact of Reform"; World Bank Good Practice Note 5.

65  This section refers to the GoL subsidy reform proposal as presented by the Minister of Economy and Trade in April 2021 and published on the MoET website. As of the publication of this note, the GOL has not reached a decision on what kind of scheme will replace the generalized subsidies scheme.

66  Especially as higher fuel prices will lead to increases in prices of several other goods and services.

67  Covering the majority of Lebanese households though not attempting universal coverage.



population adjusts to the new (market) prices for the currently subsidized items and as economic recovery begins, the coverage of this compensation program may be progressively reduced, along with the level of benefits (per adult and per child) to ensure a smooth phasing out of the compensation program that dovetails with more sustainable and assured financing for a targeted safety net program that covers around 30 percent of the population over time.

**We specifically (and demonstratively) analyze one proposal of a benefits scheme under which Lebanese adults (age 23 and above) receive US$50 per month in year 1 of the compensation program, US$40 in years 2 and 3, and US$30 in years 4 and 5.** Children get half this amount. The coverage progressively declines from 85 percent of the Lebanese population in the first six months, to 75 percent in the next six. Over the next 4 years, coverage declines to 70 percent, 60 percent, 45 percent and 30 percent of the population, respectively (Figure 25.)

**The scheme described represents compensation equivalent to 41 percent of the average Lebanese household's monthly consumption expenditure** in Year 1, 28 percent in years 2 and 3, and 21 percent in years 4 and 5, reflecting a substantial level of support to recipient households (compared to most unconditional cash transfer programs in upper-middle income countries that provide 22 percent of beneficiary welfare).[68]

**One option we model is a phased approach to subsidy removal:** Phase 1 is removal of FX subsidy for the MOET essential items and fuel (except for EdL) to take place in January 2021. Phase 2 is removal of fuel subsidy for EdL along with a reform of EdL's pricing reform to take place on Jan 2022. Phase 3 is removal of medication subject to broad medical coverage for Lebanese citizens to take place in January 2023.

**Figure 26 shows the required outlay of the program and the resulting savings against Phase 1 of the removal of subsidies.** The budgetary outlays start at US$1.5 billion in year 1 (80 percent coverage) and decline to US$311 million in year 5 (30 percent coverage); equivalent to an average annual expenditure of around US$779



FIGURE 25 • Proposed Monthly Benefit Amount (US$), and Coverage (%), by Year



FIGURE 26 • Compensation Program Outlay and Net Savings from Phase I Subsidy Withdrawal, US$ mn

million. The removal of phase I subsidies and the introduction of the cash transfer compensation as described will result in a net savings of an average annual value of around US$2.6 billion over the 5-year period.[69]

**BC-CT financing options and associated risks necessitate a credible medium-term macroeconomic framework.** In principle, financing options for the BC-CT include: (i) money printing by

---

[68] World Bank (2018) The State of Social Safety Nets 2018. Washington DC: The World Bank.

[69] These savings do not account for administrative costs of implementing the compensation program.

the central bank (i.e., monetization); (ii) budgetary allocations; and (iii) international assistance.[70] In light of BC-CT's large financing needs, monetization risks significantly exacerbate current macroeconomic conditions, further entrenching macroeconomic instability. This option will lead to further deterioration in monetary conditions, potentially stoking the afore described inflationary-depreciation effects. Alternatively, fiscal financing via additional (unfunded) budgetary allocations would not be qualitatively different from the monetization option; currently, the fiscal deficit is *de facto* monetized. The previous two options are also likely to preclude effective international assistance (option iii), which can only be as part of a credible medium-term macroeconomic framework. As mentioned above, this framework should include: (a) a debt restructuring program that would achieve short-term fiscal space and medium-term debt sustainability; (b) comprehensively restructuring the financial sector in order to regain solvency of the banking sector; (c) creating a new monetary policy framework that would regain confidence and stability in the exchange rate; (d) a phased fiscal adjustment aimed at regaining confidence in fiscal policy; (e) growth enhancing reforms; and (f) enhanced social protection (i.e., the BC-CT program).

## Implementing a Broad-Coverage Subsidy Reform Compensation Scheme

**Delivering a broad-coverage cash transfer (BC-CT) scheme requires careful design, transparent implementation, and adequate financing.** It involves the following broad steps: (i) consultations and communications; (ii) identification and beneficiary selection; (iii) payment of benefits; and (iv) monitoring and grievance redress mechanism (GRM).

### Consultations & communication

**A well-prepared communication and out-reach campaign must precede and accompany the subsidy reform program**. International experience demonstrates that well-planned and consistent communication is critical for successful subsidy reforms. In Jordan, for example, a widely cast and well-designed communication strategy played a crucial role in addressing uncertainties and managing expectations during the 2008 and 2011/12 subsidy reforms. Making an effective use of available channels to project transparency, clarity on the role of the program, public information on objectives, operational rules, and results are necessary to tackle information asymmetries and concerns of different stakeholders. Bringing in different stakeholders in the design of the program would enrich the scheme and its acceptability. Reforms can succeed only if an informed public accepts and supports the reform's rationale. Clearly communicating who will be impacted, and how, is vital to generate public buy-in.

### Identification and Beneficiary Selection

**The BC-CT scheme would aim to cover the Lebanese population residing in Lebanon only (which refers to individuals who spend at least 183 days in the country).** The program is proposed to involve a simple mobile-based registration (self-declared information) to be completed by the applicant. No household visits will be undertaken. The program will require ownership of a National ID[71] (NID). Individuals who do not have a NID will be required to obtain an NID before registering. The program should provide two different registration options: (i) online through citizen interface (for individuals who can access the internet[72]) or (ii) physical visit to one of the registration sites which could include the LibanPost, and the Social Development Centers (SDCs), or the

---

[70] For illustrative purposes here, we assume each of these options are utilized exclusively, when in practice there are financing modalities that use combinations thereof.

[71] Initial assessment indicates that 78 percent of the Lebanese population have NIDs, World Bank Technical Mission for a Digital Transformation Project, ID4D, Sept 2019.

[72] Share of population who uses internet is 75.9 percent (penetration rate), Internet usage, Broadband and Telecommunications report by Internet World Stats, 2016.



use of registration trucks. Each entry point will use the same "basic delivery system" accessible through a mobile compatible citizen interface. A selfie-based registration will be utilized for onboarding to the program.[73] During the registration, additional information will be requested to exclude well-off segments of the population.

**The exclusion criteria will be based on a phased approach whereby in Phase I basic demographics and information on income and assets will be collected for immediate exclusion**. Households who pass the eligibility for Phase I will be onboarded and start receiving the benefits based on their preferred payment modality (see payment section). Phase II exclusion will be a recurrent process and will commence 3 months after the onboarding. Detailed demographics, information on employment, the value of assets and ownership, etc. will be collected at Phase II for exclusion purposes. The program should construct interlinkages with other governmental databases at Phase II depending on technical availability and IT infrastructure. A call center and a back-office team need to be developed to perform random spot checks (up to 3–5 percent of beneficiaries) to decrease potential fraud and/or under/misreporting (which would be communicated via a set of outreach and communication activities). The back-office team will also manage the program's GRM to ensure fairness, transparency, objectiveness, and accessibility.

## Payments Mechanism

**Upon registering for the program, applicants will be able to choose their preferred payment modality among the options currently available in the Lebanese market**, receiving funds: (i) on an individually or jointly held bank account (58 percent of Lebanese residents being banked);[74] (ii) on a physical or virtual banking card, with funds redeemed at automated teller machines (ATMs), or digitally spent for purchases on point-of-sale (POS) devices; or (iii) in LBP physical notes, with funds redeemed through money transfer operators (MTO) agents and/or LibanPost offices. Other payment modalities, including mobile wallets, can be added once available in the market. The GOL will send the payment orders

to the financial institution(s) based on the applicant's preferred payment choice. Giving recipients the choice of the financial service provider often improves customer experience by incentivizing providers to offer the best services, while allowing governments to cut on costs and avoid lengthy procurement processes.[75] For recipients opting to receive physical notes, identification information, including biometrics where possible, will be used for authentication at disbursement time, hereby ensuring that the applicant and whomever is redeeming the funds are the same person.

**It is important to note that the payment mechanism depends on whether GOL opts for a restricted or an unrestricted use of funds.** The above applies to an unrestricted use of funds, whereby recipients can spend the funds without any condition, be it digitally or in physical notes. It is not possible to use transfer to bank accounts as a payment modality if funds are restricted in their use.

## Monitoring & GRM

**An effective GRM and an effective monitoring system is critical for the success of any social safety net program and for establishing channels of trust with the communities.** A back-office team needs to be put in place to manage appeals, complaints, data updates, etc. through a GRM module.

## Complementarities Between the BC-CT Program and Other SSN Programs

**The main targeted SSN program in Lebanon is the National Poverty Targeting Program (NPTP) which is being scaled up.** The scale up will be financed

---

73  For each HH member, a photo of the NID and a selfie will be taken to create a user profile in the system. Please note that this option is only valid for polycarbonate type of IDs .

74  Financial Inclusion Demand Side Survey Report, BDL, 2018.

75  The Future of G2P Payments: Expanding Customer Choice, CGAP, 2019.

through a US$246 million World Bank supported Emergency Crisis and COVID-19 Response Social Safety Net Project (ESSN) and support from donors. The ESSN aims to provide cash transfers and access to social services to 147,000 extreme poor and vulnerable Lebanese households (approximately 20 percent of the population), as well as top-up cash to 87,000 children ages 13–18 who are at risk of dropping out from school. In addition, funding from donor partners will support an additional 50,000 households reaching a total of 200,000 of the poorest households—i.e., 27 percent of the Lebanese population.

**While the BC-CT and the ESSN have similarities and can both be considered types of SSN programs, they have different (albeit related) objectives and could be run in parallel.** The BC-CT is a compensation for subsidy reform aimed at the general public and likely will be temporary and time-bound. The NPTP/ESSN is a long-term sustained SSN program aimed at protecting extreme poor households facing multiple shocks. The two programs, which can carefully be run in parallel, are complementary to each other with gradual dovetailing over the next 4–5 years, especially as the necessary delivery systems are developed. The BC-CT program is likely to be financed by GOL and will entail a gradual reduction in coverage over 5 years. By year 5, the level of coverage would be in line with a sustainable GOL-financed social safety net program as the current crisis subsides. The 4–5-year horizon will also enable a smooth (rather than abrupt) reduction of coverage, as well as the establishment of a fully functional SSN delivery system (including social registry, GRM, and payments system). The proposed timeframe is also suitable for the transition to a new macroeconomic framework, allowing it to settle in and support an adequate and robust social safety net.

# SPECIAL FOCUS II: PUBLIC SERVICE DELIVERY IN THE DELIBERATE DEPRESSION[76]

Lebanon is enduring a severe and prolonged economic depression. These conditions transverse the financial and economic spheres to directly impact the wellbeing of residents. Critical to this wellbeing is delivery of essential public services. A sharp deterioration in basic services would have long-term implications, incurring permanent damage to human capital, which should be a matter of grave concern. Mass migration, loss of learning, poor health outcomes, and lack of adequate safety nets, among other consequences, would lead to a human capital catastrophe, from which recovery would be very difficult. Perhaps this dimension of the Lebanese crisis makes the Lebanon episode unique compared to other crises comparators presented in the report.

Lebanon's public service delivery has long been notoriously deficient relative to its upper middle-income status. Nonetheless, long-established mitigation measures and private substitutables have traditionally filled the gap, particularly for those with economic means. The Deliberate Depression has further undermined this set up via two effects: (i) it has significantly increased poverty rates, expanding the demographic that is not able to afford these private substitutables, and are

therefore more dependent on public services; and (ii) it threatens financial viability and basic operability of the public services sector by raising its costs and lowering its revenues. In this Special Focus, we shed light on 4 basic public services: electricity, water supply, sanitation and education.

## The Electricity Sector

**The electricity sector has been suffering for decades from a financial deficit that required constant annual budgetary transfers of US$1–2 billion to EdL.** Using simple back-of-the-envelope calculations, these cumulative deficits amount to around US$40 billion as of 2020, a considerable share of public debt.

---

[76] This Special Focus section is a product of the Lebanon country team, led by Wissam Harake (Senior Economist), Sameh Mobarak (Senior Energy Specialist), Amal Talbi (Lead Water Resources Management Specialist), Sally Zgheib (Senior Water Supply and Sanitation Specialist), and Nathalie Lahire (Senior Economist).

While EdL's generation production has already fallen significantly by 19 percent (yoy) over the first 11 months of 2020, more rolling blackouts are expected, starting in April, if extra-budgetary allocations of 1,500 billion LBP ($996 million at the official rate) for EdL to purchase fuel are not approved by parliament. This reinforces existing socio-economic inequalities. Meanwhile, EdL revenues, which are in Lebanese pounds, are shrinking because of increasing technical, commercial and collection losses that exacerbate the impact of the related non-cost recovery tariffs that have remained unchanged since 1994. This financial drain in 2020—collection losses of 20 percent and decline of EdL cashflow of 50 percent compared to 2019—is expected to get worse. EdL is likely to increase rolling blackouts to manage its cashflow shortfalls.

The fragile condition of EdL is exacerbated by a severe shortage of foreign currency needed for maintenance of power plants and purchase of temporary generation. There are already accrued arrears to the power barges, operations and maintenance contractors, and distribution service providers, estimated to be US$320 million at the end of 2020. Many of these private sector contractors have threatened termination of their contracts unless paid. Suspension of operations of these contractors will dramatically affect electricity production; 15 percent is generated from the Karadeniz barges and 40 percent from Deir Amar and Zahrani power plants operated and maintained by PrimeSouth. Moreover, contracts for the barges and distribution service providers end in September and December 2021, respectively, without clarity on the plan going forward.

To manage decreasing supplies from EdL over the past year, consumers have been forced to increase their dependence on expensive and highly polluting private diesel generators, which have an estimated cost of up to US$30/kWh. This is expected to intensify as EdL's increases its dependence on rolling blackouts as a cash management tool. To make matters worse, as the economic crisis continues to deteriorate and the BdL's foreign currency reserves become increasingly depleted, the Government is seriously considering lifting diesel subsidies, which would significantly increase the cost

| A SECTOR IN CRISIS: | |
|---|---|
| Annual budget transfers | US$1–2 billion |
| Accumulated budget transfers as of 2020 | US$40 billion, almost half of the national debt |
| Generation decline | 19% year-on-year over the first 11 months of 2020 |
| Collection losses increase over 2020 | 20% |
| EdL cashflow decline | 50% compared to 2019 |
| EdL accrued arrears to private sector power barges, operation and maintenance contractors, and distribution service providers | $320 million at the end of 2020 |
| Private diesel generators | Cost of up to US¢30/kWh, 13,200 labor force |

of private generators. As such, consumers may start cutting back on using private generators because of economic pressures, which may affect this industry's estimated 13,200 labor force.

Urgent action to address these issues is needed to avoid the sector's complete collapse in the immediate future. In the short-term, there is a need to address EdL's cash shortfall to avoid increased blackouts.

## Water and Sanitation

The WEs have witnessed serious depletions in supplies, revenues, and financial and human resources. At the same time, WEs are affected by an upward spiral in costs in the aftermath of the economic crisis (since October 2019), the ongoing COVID-19 pandemic (since March 2020), and the Beirut Port explosion (August 4, 2020). Further, the water supply and sanitation (WSS) service delivery has suffered from weakened institutions, limited mobility (due to COVID-19 lockdown), lack of funds, limited human resources, and reduced subsidies due to the economic crisis. The WEs are struggling to sustain their level of services by increasingly depending on their own funds and the short-term support available from humanitarian actors (UN and NGOs) that help maintain the pumping systems and purchases of chlorine for water treatment

plants. Moreover, due to ongoing water shortages and intermittent water supply from the WEs—with hours of supply further reduced in 2020—people have had to rely more on other costlier water alternatives such as water tankers and bottled water. The cost of these alternatives is increasing. For example, since 2020, the cost of supply from water tankers increased by about 35 percent, while prices of bottled water almost doubled.

**More specifically, WEs are facing the following challenges:**

- *Lack of coverage for operation and maintenance (O&M) costs further exacerbated by poor and falling collection rates.* Even prior to the economic crisis, the applicable yearly flat fee (approximately LBP 295,000) already failed to cover the full cost of O&M. The crisis further exacerbated the situation, leading to a 20 percent fall in collection in 2020 compared to 2019.[77]
- *Increase in service delivery costs.* Financial crisis conditions—including FX shortages and sharp depreciation of the local currency—along with an inefficient FX subsidy on fuel imports compounded by rising global oil prices, have led to fuel supply shortages in the country. All this has resulted in an increase in the service delivery costs.
- *Poor incentives for staff.* Staff are paid in LBP. As such, very high inflation rates have resulted in sharp declines in their real wages. In addition, the WEs have struggled to pay salaries and statutory commitments to retirees resulting in an adverse impact on staff morale.
- *Delays in implementing ongoing work paid in US$.* The WEs are facing challenges and delays in paying contractors in US$, which are needed to import the necessary goods and equipment, thus delaying or blocking the work.
- *Limited availability of stock of materials.* The available stock of material and equipment at WEs is limited and will not sustain beyond the next few months. The need to import replenishments necessitates access to FX.

**Should the situation continue to deteriorate, these challenges will seriously impair the delivery of WSS services through delays in addressing breakages and repairing leaks and assets, possibly leading to the non-operation of treatment plants.** WEs might start diverting funds from resource monitoring to other immediate O&M needs. Consequently, there is a risk of intensified spread of water-borne diseases, adversely impacting an already vulnerable public health system. Thus, there is urgent need for the following:

- *Reliable electricity supply is one of the main limiting factors in ensuring operational continuity of WSS service delivery.* WEs require electricity to produce, treat and distribute water supply and continue treating wastewater. Thus, the Government of Lebanon should prioritize power supply to WEs during this crisis despite delayed payments to avoid shutting-off of the pumping stations and treatment plants.
- *Maintaining the WSS services at a minimum operating capacity to safeguard public health.* The ongoing humanitarian support can include contracting out emergency rehabilitation of WSS systems to construction firms (where and when possible) and providing spare parts (e.g., pumps, motors, pipes, valves, fittings, repair clamps, transformers) and consumables (e.g., chemicals for water treatment and disinfection, fuel, lubricants).
- *Continue sustaining the flow of funds to procure the spare parts and consumables.* Standby financing mechanisms from the Government are needed to sustain the flow of spare parts and consumables to WEs, to maintain personnel (e.g., operators and technicians) and must be equipped and able to meet the capital costs of system repairs and rehabilitation.

## Education

**In 2021, Lebanon's education sector has to respond to five major crises, rather than just**

---

[77] This is according to unaudited 2020 accounts for the Beqaa Water Establishment (BWE).



one—the Syrian crisis, economic collapse, political instability, the COVID-19 pandemic, and the PoB explosion—putting severe strain on an already struggling education system. Pre-COVID-19 learning levels were already comparatively low, with only 6.3 years of learning taking place, once schooling is adjusted for actual learning.[78] The most recent school closures due to the COVID-19 pandemic—with schools closed over 75 percent of the school year between January 2020 and February 2021[79]—will likely lead to a further and significant decrease in learning. *Effectively, students are facing a "lost year" of learning*.

## Impact on access to education

**The many crises severely impacted demand for education and student retention, especially as many parents can no longer afford private education for their children.** School completion rates in primary (78 percent) and lower secondary education (59 percent) have already been declining over the last years,[80] with completion rates being significantly lower among poorer students.[81] The burden of education in Lebanon, which enrolled about 1.2 million students in 2019/2020, falls on parents' shoulders, who pay a combined US$1.5 billion annually, with the government paying an additional US$1.2 billion (World Bank 2017).[82]

**This school year alone, 54,000 students (11 percent of public sector students) transitioned from private to the public schools, putting additional strain on a public education sector, which already faced severe constraints in terms of available school infrastructure, education quality and service delivery.**[83] It is estimated that through this shift, the private sector is losing at least 8 percent of its financing, either through per-student tuition or direct subsidies that are linked to enrollment.

**The contraction in the economy and increase in poverty rates will likely lead to more parents shifting their children to public schools in the coming years, as well as higher student drop-outs, especially from the most marginalized households.** These large-scale shifts will change the setup of the Lebanese education sector fundamentally, necessitating re-evaluation of education sector

financing.[84] Expected austerity measures implemented by local universities, will lead to a further decline in higher education quality, likely exacerbating a brain drain as youth graduates seek employability abroad, particularly in critical sectors such as medicine.

## Impact on learning

**The recent Programme for International Student Assessment (PISA) (OECD 2019) and Trends in International Mathematics and Science Study (TIMSS) (IEA 2020) show Lebanon as one of the lowest ranked countries in the region in terms of student learning outcomes**. Time trends show that learning outcomes have consistently declined over the last decade, pointing at systematic issues with quality of education. While quality of education is low overall, learning outcomes are highly unequal across the country. The differences in the quality of individual schools are very large—more than in other countries—and disproportionately affect students in public schools and those from lower socio-economic backgrounds. The prolonged school closures and interrupted education service delivery will have long lasting negative effects on learning for *all children*, exacerbating inequalities and impacting the most marginalized.

## Impact on equity in education

**The prolonged school closures have disproportionately affected the most marginalized**

---

78  World Bank Human Capital Index (2020). Learning-adjusted years of schooling.
79  This amounts to 154 days of full closure according to World Bank & UNICEF 2021.
80  Abdul-Hamid and Yassine 2020
81  Only half of 18-year-olds from the lowest economic quantiles completed school prior to the economic crisis in the country (CAS 2020).
82  Households private expenses comprise fees for private schools or out-of-pocket expenses in public schools, such as transportation costs and textbooks.
83  Most public schools are located in the poorest areas, where demand is greatest.
84  World Bank. 2020. "Emergency Social Safety Net Project Appraisal Document."



**students, who had little access to continued learning.** Since February 2020, schools were mostly closed and remote learning the default for most months. Remote learning requires availability of IT and other resources. About 60 percent of students either do not have a computer or have to share it with at least 3 other family members. Recent estimates show that only about 50 percent of students are connected to online learning.[85] Inequities in the education system have been further exposed with the pandemic—from access to broadband and computers needed for online education, to resourceful home environments needed to support learning, up to the misalignment between resources provided by the education sector and education needs.

---

85  Gajderowicz, Tomasz, and Maciej Jakubowski. Forthcoming. "PISA In-Depth Analysis of Results for Jordan and Lebanon (draft)." Washington, DC: World Bank.

# ANNEX

## Forecasts of Lebanon's Real GDP Growth using MIDAS Regressions: An Update for 2020 and 2021

### Introduction

The forecasts of Lebanon's real GDP growth for the year 2020 and 2021 are updated based on the new incoming data for the high frequency indicators. The data on the high frequency indicators are available for the first eleven months of 2020 at the time of writing.[86] The data for real GDP growth are available until 2019.

In forecasting growth in 2020 and 2021, we make a distinction between the utility of financial versus real economy indicators. Financial indicators are likely to better first capture financial crisis dynamics, making them more relevant leading indicators for 2020 than real economy indicators. However, over the course of 2020, the financial sector became increasingly inoperative and segmented from both the local and global economy. Meanwhile, real indicators increasingly capture the extent of the economic crisis and become more relevant leading indicators for 2021.

### Forecasting Real GDP Growth for 2020

The high frequency indicators used to nowcast and forecast Lebanon's real GDP growth in 2020 are: annual growth rates in claims of the commercial banking sector on resident customers, outstanding lines of credit for imports, non-resident deposits and resident deposits (Figure 27). That is, in the MIDAS setup, our vector of high frequency indicators is, $x_t^H = (cl, lc, nr, r)$, where $cl$, $lc$, $nr$ and $r$ denote, respectively, annual growth rates in claims of the commercial banking sector on resident customers, outstanding lines of credit for imports, non-resident deposits and resident deposits. We also aggregate the information from the four high frequency indicators using principal components analysis. More specifically, we extract the first principal component from the four indicators and use it to forecast real GDP growth for 2020. The MIDAS model, which uses the first principal component of the four indicators,

---

[86]  In the previous update to the MIDAS forecasting exercise, the data on the high frequency indicators were available until May 2020.

**FIGURE 27** • Evolution of High Frequency Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2020



is referred to as the factor augmented MIDAS model. The low frequency variable of interest in the nowcasting or forecasting exercises is $y_t^L = (gdpg)$ where $gdpg$ is the growth rate in GDP.

The dynamic (i.e., multi-step-ahead) forecasts of real GDP growth rates are generated using an ADL-MIDAS model, which is employed to introduce dynamics. The high frequency indicators are available until November 2020.

Forecasts of real GDP growth for 2020 are produced from the ADL-MIDAS using each of the above high frequency indicators. The forecasts of real GDP growth are provided in Table 6.

## Forecasting Real GDP Growth for 2021

Under the assumption that the constraints relating to import demand are less binding in 2021 and that the bulk (but not the entirety) of the adjustment in the banking sector occurs in 2020, the set of high frequency indicators is enlarged to encompass real activity indicators.

**TABLE 6** • Real GDP Growth Forecasts for 2020

| | Real GDP growth forecasts for 2020 |
| --- | --- |
| | Baseline |
| Growth in non-resident deposits | –12.6% |
| Growth in resident deposits | –14.8% |
| Growth in claims on the resident sector | –13.5% |
| Growth in lines of credit for imports | –14.4% |
| Factor Augmented MIDAS | –20.3% |

This poses an immediate challenge: The set of candidate high frequency indicators of economic activity that can be used to forecast real GDP growth is sizeable. Tiffin (2016) employs a machine learning approach to identify the best predictors of economic activity. More specifically, Tiffin (2016) resorts to random forests, Least Absolute Shrinkage and Selection Operator ridge and elastic net



TABLE 7 • Candidate Predictor Variables for the Real High Frequency Indicators

| Candidate predictor variables | Observations available until |
|---|---|
| BDL Coincident Indicator (annual change, percent) (CI) | 2020:09 |
| World Bank Coincident Indicator (annual change, percent) (WBCI) | 2020:09 |
| Cement Deliveries (annual change, percent) (CD) | 2020:09 |
| Customs Receipts in Real Terms (annual change, percent) (CR) | 2020:09 |
| Import of Petroleum Derivatives (annual change, percent) (PI) | 2020:09 |
| Incoming Freight at the Port of Beirut (annual change, percent) (IF) | 2020:09 |
| Outgoing Freight at the Port of Beirut (annual change, percent) (OF) | 2020:09 |
| Primary Spending in Real Terms (annual change, percent) (PRIM) | 2020:08 |

TABLE 8 • Forecasts of Real GDP Growth for 2021 Using Real Activity Indicators

| | Forecast for 2021 |
|---|---|
| BDL Coincident Indicator (annual change, percent) (CI) | −19.6% |
| World Bank Coincident Indicator (annual change, percent) (WBCI) | −16.0% |
| Cement Deliveries (annual change, percent) (CD) | −9.9% |
| Customs Receipts in Real Terms (annual change, percent) (CR) | −24.5% |
| Import of Petroleum Derivatives (annual change, percent) (PI) | −8.7% |
| Incoming Freight at the Port of Beirut (annual change, percent) (IF) | −8.7% |
| Outgoing Freight at the Port of Beirut (annual change, percent) (OF) | −7.1% |
| Primary Spending in Real Terms (annual change, percent) (PRIM) | −6.7% |

regressions to select the best predictor of quarterly GDP growth from a pool of noisy high frequency indicators.[87] The MIDAS setup is different from that used in Tiffin (2006). Tiffin (2016) predicts quarterly GDP using quarterly indicators and, therefore, does not mix low and high frequency data. Nonetheless, a subset of the candidate predictor variables that are entertained by Tiffin (2016) is considered in addition to the four high frequency indicators considered previously. The candidate predictor variables are provided in Table 7 and illustrated in Figure 28.

The nominal series are deflated by the Consumer Price Index (CPI). The data for the CPI are available starting in January 2008. The availability of the CPI data dictates the starting date of the MIDAS forecasting exercise to be January 2009. The same starting date is employed for all of the models to place them on an equal footing.

Forecasting Lebanon's real GDP growth for 2021 is more complicated and subject to considerably more uncertainty than nowcasting real GDP growth for 2020. To start with, none of the high frequency indicators are observed for 2021. Therefore, monthly forecasts of the four high frequency indicators for the year 2021 should be generated. In addition, the forecast of real GDP growth for 2021 builds on the

nowcast of 2020 (i.e., it is a dynamic forecast). This translates into more uncertainty. Further, the forecast of real GDP growth for 2021 will not reflect any positive developments on the policy front given that it builds on an extrapolation of time series dynamics.[88] The forecast of GDP growth for 2021 should therefore be used with these caveats in mind. The advantage of using a large pool of predictor variables is the ability to generate a large set of forecasts of real GDP growth, which can then be combined. This will attenuate uncertainty related to the forecast.

As noted in Timmermann (2006), combining forecasts is desirable for a number of reasons.[89] First, identifying the best performing model is not a straight-forward endeavor. Therefore, combining forecasts provides diversification gains. Second, the combined forecast is more robust to structural breaks in the individual forecasting models. Third, given that every

---

[87] Tiffin (2016) notes that machine learning methods are particularly adept at prediction and that the best predictor is determined based on its out of sample predictive accuracy.

[88] This extrapolation embeds mean reversion, but this is not sufficient to reflect the positive effects of policy action.

[89] This discussion is based on Jamali and Yamani (2019).

model is likely to be misspecified, combining forecasts will alleviate the effects of misspecification in individual forecasting models (Elliott and Timmermann,

2016). Fourth, Timmermann (2006)'s synthesis of the empirical literature suggests that combining forecast yields gains in predictive accuracy relative even to

FIGURE 28 • Growth of High Frequency Real Economy Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2021





the best performing individual forecasting model. The simple mean, the trimmed mean and the median are three simple forecast combination methods that can be applied in this setup.

Dynamic forecasts of the growth in the high frequency indicators are generated from a well-specified Autoregressive Moving Average model. The forecast sample begins on the month following the last for which an observation on the high frequency indicator is available. The forecast sample for the high frequency indicators ends in December 2021. The set of high frequency candidate predictors is $x_t^H = (ci, wbci, cd, cr, pi, if, of, prim)$.

The time series dynamics of the high frequency indicators of economic activity are provided.

The simple average of the forecasts for 2021 is –12.65 percent whereas the median is –9.32 percent.

The growth forecasts using the main high frequency indicators are provided in Table 9.

Again, given that the import constraint is likely not binding in 2021, the GDP growth forecast for 2021 obtained from the growth in lines of credit for imports as a high frequency indicator is dropped from the forecast combination. Combining the forecasts from Tables 8 and 9 yields an average growth rate of –11.6 percent in 2021 and a median growth rate of –9.90 percent. If the forecast of real GDP growth obtained with lines of credit for imports is included in the forecast averaging, the average growth rate for 2021 becomes –12.05 percent while the median growth rate is –10.22 percent.

## References

Elliott, G., & Timmermann, A 2016. *Economic Forecasting*. Princeton University Press.

Jamali, I., & Yamani, E. 2019. Out-of-sample exchange rate predictability in emerging markets: Fundamentals versus technical analysis. *Journal of International Financial Markets, Institutions and Money*, 61, 241–263.

Tiffin, A. 2016. Seeing in the dark: a machine-learning approach to nowcasting in Lebanon. IMF Working paper WP/16/56, International Monetary Fund, Washington DC.

Timmermann, A. 2006. Forecast combinations. *Handbook of Economic Forecasting*, 1, 135–196.

**TABLE 9** • Forecasts of Real GDP Growth for 2021 Using Real Activity and Financial Indicators

| Indicator | Forecast for 2021 |
|---|---|
| BDL Coincident Indicator (annual change, percent) (CI) | –19.6% |
| World Bank Coincident Indicator (annual change, percent) (WBCI) | –16.0% |
| Cement Deliveries (annual change, percent) (CD) | –9.9% |
| Customs Receipts in Real Terms (annual change, percent) (CR) | –24.5% |
| Import of Petroleum Derivatives (annual change, percent) (PI) | –8.7% |
| Incoming Freight at the Port of Beirut (annual change, percent) (IF) | –8.7% |
| Outgoing Freight at the Port of Beirut (annual change, percent) (OF) | –7.1% |
| Primary Spending in Real Terms (annual change, percent) (PRIM) | –6.7% |
| Growth in non-resident deposits (NR) | –10.5% |
| Growth in resident deposits (R) | –11.3% |
| Growth in claims on the resident sector (CL) | –8.9% |
| Growth in lines of credit for imports (LC) | –12.6% |

## Dynamic Response of Inflation to Currency in Circulation in Lebanon

This section offers an assessment of the response of inflation to changes in currency in circulation using multivariate time series models. The variables of interest are the percentage change (growth) in the currency in circulation, inflation and the percentage change in the World Bank coincident indicator. The coincident indicator is employed to control for real economic activity.

## Unit Root Tests

We begin the exercise by testing for stationarity for each of the series using the augmented Dickey–Fuller (ADF) (1979) and the Phillips and Perron (PP)(1988) tests. The null hypothesis for both the ADF and PP tests is that the series contains a unit root. The ADF test is known to exhibit low power when the alternative is near unit root

behavior (Elliot et al., 1996). Therefore, the ADF test with GLS detrending of Elliott *et al.* (1996) is also employed. The existing literature shows that the ADF–GLS test has good power properties against near unit root behavior.

The crisis dynamics pervading the post October 2019 period imply that the series might be subject to a structural break. Therefore, the Zivot and Andrews (ZA) (1992) test, which allows for a break in the intercept and the trend, is also employed.

The results from the unit root tests suggest that all three series are stationary. The tests also indicate that the growth in currency in circulation can be characterized as a stationary variable that is subject to a structural break. The Perron (2006) test designates August 2019 as the break point.[90]

## VAR Variables in Difference

Let $M_{ot}$, $P_t$ and $WBCI_t$ denote, respectively, the level of the currency in circulation, the CPI and the World Bank Coincident Indicator index. The natural logarithms of the currency in circulation and the price level are denoted, respectively, $m_{ot}$ and $p_t$. The percentage change in the $WBCI_t$ is computed as $wbg_t = 100 \times \frac{WBCI_t - WBCI_{t-1}}{WBCI_t}$.

The vector of variables in the VAR is thus $y_t = [\Delta m_{ot}, \Delta p_t, wbg_t]'$. Namely, the vector of variables $y_t$ includes the percentage change in the currency in circulation, inflation as measured by the percentage change in the CPI, and lastly, the percentage change in the World Bank Coincident Indicator index. The VAR model is estimated using percent changes in the variables to circumvent non-stationarity.

A recursive ordering (Cholesky decomposition) is employed to identify the VAR. An optimal lag length of five is used based on the Akaike Information Criterion (AIC). The analysis is carried out at the monthly frequency over the period January 2008 to September 2020. The times series of the variables are displayed in Figure 29.

The effects of a shock to currency in circulation are assessed using impulse response analysis. Figure 30 provides the responses of each of the variables to a 1 percent shock to currency in circulation.

The response of inflation and the World Bank coincident indicator to a 1 percent shock to currency

### TABLE 10 • Unit Root Tests

|  | ADF | PP | ADF-GLS | ZA |
|---|---|---|---|---|
| Growth of currency in circulation | −3.29 | −11.29*** | −2.62 | −5.49*** |
| Inflation | −4.33*** | −7.46*** | −4.18*** | −6.27*** |
| Percentage change in the World Bank coincident indicator | −12.96*** | −13,08*** | −4.01*** | −5.36*** |

*Notes:* This table provides the results from the Augmented Dickey Fuller (ADF), Phillips and Perron (PP), Elliott, Rothenberg and Stock (1996) ADF test with GLS detrending (ADF-GLS) as well as the Zivot and Andrews (ZA) (1992) tests.

in circulation is significant. More specifically, the response of inflation peaks five months following the shock and remains positive and significant. The growth in the WBCI exhibits a negative response to the shock to currency in circulation. This response is significant in the two to five months following the shock.

The cumulative effect of the shock to the currency in circulation on inflation for the entire forecast horizon (12 months) can be computed by accumulating the responses in inflation. The effect is provided in Table 11. The results suggest that a 100 percent increase in the currency in circulation increase prices by 129 percent annually, which averages about 10.75 percent per month.

## VAR Variables in (Log) Levels

The robustness of the results is assessed by estimating the VAR model in log levels. More specifically, the VAR in log levels comprises in the following order: $m_{ot}$, $p_t$ and $wbci_t$, where $wbci_t$ is the natural logarithm of the

### TABLE 11 • Cumulative Effect of a 1 Percent Increase in Currency in Circulation on Inflation

| Percentage increase in currency in circulation | Cumulative effect on CPI |
|---|---|
| 1% | 1.29% |
| 100% | 129% |

[90] Other unit root tests that account for a break include Lee and Strazicich (2003) as well as Lumsdaine and Papell (1997).



**FIGURE 29** • Time Series Dynamics of the Variables in Changes



*Notes:* This figure provides the time series of the variable used in the estimation of the VAR. The shaded area is the post October 2019 period, which corresponds to the period of the financial crisis.

World Bank coincident indicator.[91] The variables in log levels are displayed in Figure 31.

Again, the effects of a shock to currency in circulation are gauged using impulse response analysis. Figure 32 provides the responses of each of the variables to a 1 percent shock to currency in circulation. The sample period is January 2008 to September 2020 and the optimal lag length of the VAR is determined using the AIC.

The effect of a 1 percent increase in the currency in circulation on inflation is gauged by examining the response of the logarithm of the CPI. The

---

[91] The variables in log levels are non-stationary. However, empirical analyses of the macroeconomic effects of monetary policy shocks commonly use a specification in log levels. See, for example, Faust (1998) and Christiano, Eichembaum and Evans (1999). Such a specification

FIGURE 30 • Responses to a 1 Percent Increase in the Growth of Currency in Circulation



*Notes:* This figure provides the responses of each of the variables to a 1 percent shock to currency in circulation. The 95 percent confidence intervals are constructed using the bootstrap method.

results are summarized in Table 12. A 100 percent increase in the currency in circulation increase prices by 76 percent, annually averaging 6.33 percent per month.

## The Cointegrated VAR: Vector Error Correction Model

The response of inflation to a shock to currency in circulation is examined next via a cointegrated VAR or vector error correction model. Figure 31 suggests

TABLE 12 • Cumulative Effect of a 1 Percent Increase in Currency in Circulation on Inflation

| Percentage Increase in Currency in Circulation | Effect on CPI |
|---|---|
| 1% | 0.76% |
| 100% | 76% |

is not invalid, but care must be exercised to account for cointegrating relation if such long-run relations are present.



FIGURE 31 • Time Series Dynamics of the Variables in Log Levels



that the logarithms of the currency in circulation and the CPI may exhibit a long-run cointegrating relation.

The presence of a cointegration relation in the VAR in log levels is tested using the Johansen (1988) approach. More specifically, the existence of cointegrating vectors can be examined using the trace statistic:

$$\lambda_{trace}(r) = -T \sum_{i=r+1}^{g} \ln\left(1 - \hat{\lambda}_i\right), \qquad (5)$$

where $r$ is the number of cointegrating vectors under the null hypothesis and $\hat{\lambda}_i$ is the estimated $i^{th}$ ordered eigenvalue of the matrix $\Pi$. The trace statistic tests the null hypothesis that the number of cointegrating vector is $r$ or less against the alternative hypothesis that there are more than $r$ cointegrating vectors. The trace statistic is reported in Table 13.

The null hypothesis of no cointegrating vector is marginally rejected (at the 10 percent level). The null hypothesis of one or less cointegrating vector

**FIGURE 32** • Responses to a 1 Percent Increase in the (log of) Currency in Circulation



is not rejected. The null of two or less cointegrating vectors is rejected at the 5 percent.

**TABLE 13** • The Johansen (1988) Trace Statistic

| | Trace statistic |
|---|---|
| $r = 0$ | 28.30* |
| $r \leq 1$ | 12.86 |
| $r \geq 2$ | 4.66** |

A VECM is estimated and the response to a one standard deviation shock are provided in Figure 33. The 95 percent confidence bands are generated using Monte Carlo simulation.

The impulse response analysis suggests that a 1 percent shock to currency in circulation generated a response of 0.80 percent increase in CPI over a twelve-month horizon. This result is summarized in Table 14. Hence, an increase in currency in circulation by a 100 percent results in an 80 percent increase in



FIGURE 33 • Responses to a 1 Percent Increase in (the Log of) Currency in Circulation from a VECM



the price level, annually, which averages about 6.66 percent per month.

TABLE 14 • Cumulative Effect of a 1 Percent Increase in Currency in Circulation on Inflation

| Percentage increase in currency in circulation | Effect on CPI |
| --- | --- |
| 1% | 0.80% |
| 100% | 80% |

## References

Christiano, L. J., Eichenbaum, M., & Evans, C. L. 1999. Monetary policy shocks: What have we learned and to what end?. *Handbook of Macroeconomics*, *1*, 65–148.

Elliott, G., Rothenberg, T. J., & Stock, J. 1996. Efficient tests for an autoregressive unit root. *Econometrica*, *64*(4), 813–36.

Faust, J. (1998). The robustness of identified VAR conclusions about money. In

*Carnegie-Rochester conference series on public policy* (Vol. 49, pp. 207–244). North-Holland.

Johansen, S. 1988. Statistical analysis of cointegration vectors. *Journal of Economic Dynamics and Control*, *12*(2–3), 231–254.

Perron, P. 2006. Dealing with structural breaks. *Palgrave Handbook of Econometrics*, *1*(2), 278–352.

Lee, J., & Strazicich, M. 2003. Minimum Lagrange multiplier unit root test with two structural breaks. Review of Economics and Statistics, 85(4), 1082–1089.

Lumsdaine, R. L., & Papell, D. H. 1997. Multiple trend breaks and the unit-root hypothesis. *Review of Economics and Statistics*, *79*(2), 212–218.

Phillips, P. C., & Perron, P. 1988. Testing for a unit root in time series regression. *Biometrika*, *75*(2), 335–346.

Sims, C. A. 1980. Macroeconomics and reality. *Econometrica 48(1)*, 1–48.

Zivot, E., & Andrews, D. W. K. 2002. Further evidence on the great crash, the oil-price shock, and the unit-root hypothesis. *Journal of Business & Economic Statistics*, *20*(1), 25–44.

# Global Financial Crises Episodes

## The Argentinian Banking Crisis of 1980

Prior to 1976, the Argentinian economy contended with high inflation, balance of payments pressures and fiscal deficits. Since 1976, and in a bid to address these chronic imbalances, policymakers undertook short-term and structural reforms that predominantly affected the financial sector.

A rapid liberalization of the financial sector was in full swing in 1977. The central bank gradually loosened prudential regulations relating to capital requirements, asset immobilization and limits on bank lending. It also eased its heavy regulatory oversight on the establishment of new banks as well as new branches of existing banks. The changes effectively transformed the Argentinian banking sector from a 100 percent to a fractional reserve system. The central bank, however, was not properly equipped to supervise a banking sector that grew precipitously.

At the monetary policy level, a crawling peg system became a main stabilization tool to rein in inflation; pre-announced devaluations of the Perso was hoped would reduce uncertainty and guide tradable prices along international prices (with non-tradables following). Exchange rate policies "had important effects on the soundness of the financial system, directly by influencing the capital flows and the value of the foreign debt of firms, and indirectly by dramatically changing many relative prices in the economy—in particular, asset prices" (Balino 1991, pg. 71).

Enterprise indebtedness increased significantly, leading to business failures and soaring levels of NPLs, which increased from 1.7 percent in 1975 to 11.7 percent in 1980 in the primary sector and from 3 percent in 1975 to 12.8 percent in 1980 in the manufacturing sector (Balino 1991). The rapid deterioration in the bank-lending portfolio in 1980 spelled trouble for the banking sector.

The crisis broke on March 18, 1980 with the failure of Banco Intercambio Regional, one of the largest private banks in the country. This failure struck at confidence in the domestic private banking model, prompting a reallocation of deposits to State banks and foreign affiliates. Further, the interbank lending market froze. Despite a retroactive increase in deposit insurance, uninsured Peso deposits exceeding 100 million Pesos were lost. Dollar depositors in failed institutions suffered a complete loss. The central bank was forced to intervene to rescue three major banks, two of which were ultimately liquidated (Balino, 1991).

The adverse developments in the banking sector strained the crawling peg regime. The exchange rate devalued by about 23 percent on June 2 owing to losses in foreign exchange reserves at the central bank. A two-tiered exchange rate regime emerged: a commercial rate set by the central bank and a market determined rate for financial markets. Confused and inconsistent exchange rate policies ensued by subsequent governments; first liberalization and unification in December 1981, and then the reintroduction of a dual exchange rate system in July 1982, before unification again in November 1982.

In response to the crisis, authorities pursued a three-pronged solution. "First, they had to take emergency measures to avoid a bank panic; second, they had to search for longer-term solutions to the private debt problem and its effects on financial institutions; and third, they had to find ways to restructure the financial system." (Balino 1991, pg. 92). The emergency measures included liquidating Banco Intercambio Regional, establishing a new credit facility as well as retroactively increasing the deposit insurance. The central bank also intervened with three troubled banks on April 28, 1980. The authorities addressed the private debt problems via maturity extensions and refinancing schemes. Despite the central bank's success in stemming the run on deposits, the crisis had far-reaching consequences and resulted in the liquidation of 71 financial institutions between 1980 and 1982.

## The Philippines Financial Crisis of 1981

The Philippines crisis followed a boom-bust phenomenon typical of those analyzed in crisis literature (Nascimento 1991). Over the 1970's, The Philippines experienced high growth rates in its real Gross National Product (GNP). It was a demand-driven economic boom that reflected an investment-intensive development strategy by the Government.

In order to finance this boom and attract foreign capital, The Philippines authorities and the Central Bank of the Philippines (CBP) embarked over the 1972–81 period on a liberalization program in the financial sector and the capital controls regime. The authorities and the CBP relaxed controls on foreign capital, facilitated the entry of foreign banks and encouraged the establishment of "universal" banks—commercial banks whose activities encompass, in addition to retail banking, securities transaction and investment banking. The CBP introduced important changes to prudential regulations by lowering banks' capital requirement from 15 percent in 1972 to 6 percent in 1980, thereby encouraging loose lending practices. An investment (and credit) boom ensued and the external debt burden increased from 31.3 percent of GDP to 48.9 percent in 1980 (Nascimento 1991).

The large capital inflows stoked inflationary pressures and pushed real lending rates below zero in 1980, further enticing credit growth and a misallocation of resources. An overreliance by enterprises and the nongovernment sector on debt to finance expansion doubled the outstanding debt between 1972 and 1980 and quadrupled foreign currency denominated debt. The external imbalances and the sharp rise in foreign savings as a percent of GDP made the Philippines economy vulnerable to shocks.

In January 1981, confidence in the financial system of the Philippines was shaken by fraud in the commercial paper market—an episode that became known as the Dewey Dee affair. The confidence crisis rapidly spread from the periphery of the financial sector to its core. Rippling through the system, it first caused a collapse of the commercial paper market, failures of nonbank money market institutions and the crash of the two largest investment houses belonging to two major holding companies, which also subsequently failed. Wealth holders reacted by shifting savings to the commercial banking sector. The loss of confidence consequently afflicted the thrift banking system and precipitated failures in rural banks. As the year progressed, it became readily apparent that the Dewey Dee affair had lasting effects on public trust in the financial system as it triggered bank runs, capital flight and a "flight to quality" towards the (perceived) relative safety of the commercial banking sector.

In this first phase of the crisis, between 1981 and 1983, authorities' priority focused on containing the spread of financial distress. The CBP extended emergency lending to quasi banks through a special rediscount facility. An Industrial Fund, co-financed by Government budget and the CBP, was also established and, in early 1982, replaced with a special rediscount window. The CBP used the rediscount window to extend medium and long-term loans to universal banks and to the Government-owned Philippines National Bank and Development Bank of the Philippines. These two banks accounted for a significant share of credit to the private sector. The Government also provided emergency lending and equity contributions to nonfinancial public corporations from 1981 to mid-1983 (Nascimento 1991).

However, increasing uncertainty in the political climate and unfavorable external conditions caused a balance of payments crisis in the second half of 1983. Faced with these adverse developments, the Government declared a moratorium on external debt repayments on October 1983. This renewed the run on banks and deprived the Philippines from external financing.

The CBP injected reserve money to meet the increase in currency demand and provided extensive monetization of the fiscal deficit. This policy stance caused inflation to jump from 12 percent in 1983 to 50 percent in 1984, and led to a crowding out of the private sector. Inflationary pressures and accelerated depreciation in the Peso in 1983 and 1984 exacerbated financial difficulties of the corporates and increased distress among banking institutions.

The Government extended emergency lending and equity contributions to Government financial institutions from 1983 to 1985. The assistance aimed at financing acquisitions of distressed institutions and facilitating the conversion of debt owed to Government financial institutions into equity (Nascimento 1991).

The volume of CBP assistance soared from 3,054 million Pesos in 1981 to 13,549 million Pesos in 1985 (Nascimento, 1991). The financial crisis, which erupted in 1981 and lasted until mid-1987, resulted in a major contraction in the financial system. In total, the authorities intervened with 128 rural banks, 32 thrift institutions and 2 private banks. The Government-owned commercial banks, PNB and DBP, became practically insolvent in 1986 and their non-performing assets were transferred to the Asset Privatization Fund, a special purpose entity created to manage impaired assets. Between 1985 and 1986, CBP finally brought inflation under control by maintaining a tight policy.

## The Mexican Debt Crisis of 1981-82

The intrigue and distinction of the Mexican debt crisis rest with its globally systemic nature that necessitated a complicated multi-stakeholder coordination and co-financing mechanism. This mechanism involved, in addition to Mexican authorities, the US Government, multilateral organizations, especially the IMF and the Bank of International Settlement (on behalf of main central banks), and commercial banks, both large and small. Significant linkages to the global financial system implied serious implications of a Mexican default to its commercial creditors; indeed, this fact ironically bestowed some leveraged on the Mexican negotiating position. The role of commercial banks in this mechanism can be considered as a progenitor of later participations in crisis resolutions (i.e., Greece, bail ins etc.).

In 1970s, on prospects of expanded volumes of oil exports, the Mexican Government borrowed heavily in foreign currency from commercial markets to finance a rapid rise in public expenditures (Dornbusch and Werner 1994; van Wijnbergen 1991). The rise in expenditures stoked inflationary pressures, caused an appreciation in the real exchange rate and led to a rapid accumulation of debt; inflation averaged 20.6 percent over the 1972–1981 period (Dornbusch and Werner 1994). Meanwhile, the external debt of the public sector, a significant part of which was short-term, increased at an annual rate exceeding 30 percent from US$4 billion in 1973 to US$43 billion in 1981 (Boughton 2001).

The Mexican economy faced a significant external shock as the price of oil, its major export, declined by 65 percent between 1981 and 1986 (Cantu, Park and Tornell 2015) due to a softening in the demand for oil (Boughton 2001). The tightening of monetary policy in the US and Europe—in a bid to combat inflation—in the late 1970s pushed world interest rates higher than 15 percent (Cantu, Park and Tornell 2015) exacerbating Mexico's financing difficulties.

On February 17, 1982, the authorities announced that the central bank will temporarily withdraw from the foreign exchange market. The Peso immediately depreciated by more than 40 percent (Boughton 1991), worsening Mexico's external debt servicing prospects. By April 1982, capital flight accelerated and Mexico's largest conglomerate, Alfa Industrial Group, defaulted on debt payments of US$2.3 billion (Boughton 1991).

On April 20, Mexico's Minister of Finance, Silva Herzog, announced a stabilization program that lowered the fiscal deficit by 3 percent by year-end. This announcement, however, was insufficient to

stem the crisis. Faced with dwindling foreign currency reserves, the Bank of Mexico drew US$800 million on a swap line with the Federal Reserve. A large debt repayment was looming in August 1982 and prospects for meeting this obligation appeared impossible (Oks and van Wijnbergen 1994). In July, commercial banks expressed increasing reluctance to roll over their maturing debt or to extend more funding to Mexico. This caused a widening in spreads relative to the LIBOR.

Mexico's political transition, from outgoing President Lopez Portillo to President-elect Miguel de La Madrid following presidential elections on July 4, 1982, complicated and increased vagueness around political consensus on a crisis management strategy. It was not clear the extent to which Herzog had a political mandate from his superiors to structure a strategy and negotiate with the IMF, US and other counterparts; decisions made in Mexico City contradicted those made by the Mexico negotiating team (Boughton 1991).

By August, the crisis was in full swing. On August 4, 1982, the Bank of Mexico drew a three-month loan of US$700 million on a swap line with the Federal Reserve. A dual exchange rate system was announced on August 5 with the aim of restricting speculative capital flows. At that point, it became apparent that Mexico's debt problems could not be resolved solely via negotiations with commercial creditors. Instead, on August 12, authorities closed the foreign exchange market, restricted banks' foreign exchange operations to the Bank of Mexico at a rate that was less favorable than the market rate, and paid out dollar-denominated deposits in Pesos. In addition, commercial creditors, the US Treasury, and the Federal Reserve were notified that Mexico is unable to honor the principal debt payment.

The implication of a Mexican default on its international commercial creditors directly threatened the global financial system. Faced with that fact, a concerted, multilateral funding effort was required to stem the crisis. Such an effort was underway by August 15. The US Treasury extended a line of credit of US$1 billion to Mexico, while the US Department of Agriculture offered credit guarantees of US$1 billion on August 15. A US$925 million bridge loan by the

Bank of International Settlements was announced on August 28. The IMF conditioned a Mexico program on a clear contribution by private creditors, which involved rolling over the debt and extending further credit to close a US$7 billion funding gap. Once this was secured, an IMF Extended Fund Facility (EFF) of US$3.75 billion was announced on December 23.

## The Chilean Banking Crisis of 1981

Following the overthrow of the left-leaning, democratically elected President Salvador Allende by General Augusto Pinochet on September 11, 1973, Chile embarked on an intensive market-oriented liberalization of the economy; indeed, "the dictatorship that supplanted Allende used its powers to open the economy and to give market economics as free a rein as Latin America had ever seen" (Boughton 2001, pg. 346). This developed to be one of the more prominent macroeconomic liberalization case studies, especially espoused by free-market proponents.

Prevailing conditions at the time of the coup included a stagflationary economy with rising government expenditures, import controls and an overvaluation of the currency, with black-market rates that were over 10 times the official rate. Pinochet handed economic management to the so-called "Chicago boys"—a group of Chilean economists educated at the Department of Economics of the University of Chicago. The economic team, led by finance minister Sergio de Castro, undertook fiscal consolidation and structural reforms that succeeded in raising growth to 7.5 percent. The reform program was supported by the IMF in January 1974 via a one-year stand-by arrangement (SBA) of about $95 million as well as a Compensatory Financing Facility (CFF) that allowed for weathering the effects of export shortfalls and the 1973 oil supply shock.

The economic team proceeded with the liberalization of domestic markets, including the following: removal of controls on interest rates and credit growth; lowering of reserve requirements; reduction of barriers to entry into the banking sector, including for foreign banks; the privatization of previously nationalized banks; open access to foreign borrowing by private banks and businesses. Chile, however,

did not adequately adapt and update its supervisory capabilities and prudential regulations over the financial sector; "supervision continued to focus on reviewing compliance with accounting rules and related regulations, but did not concentrate on the overall risks affecting the operations of each bank" (Larrain 1989, page 10).

Starting in 1978, these changes resulted in a substantial accumulation of foreign currency debt by the private sector. Buoyed by the high economic growth, on June 29, 1979, the crawling peg regime was replaced with a firm peg. The move to a firm peg aimed at establishing a nominal anchor to counter stubbornly high inflation rates. Nonetheless, inflation and inflation expectations continued to be elevated and the firm peg resulted in a further loss of competitiveness and a widening current account deficit. Indeed, the current account deficit stood at 18.9 percent of GDP in 1981 (Larrain 1989).

Toward end-1981, domestic and external factors helped plunge the economy into a recession and made the debt burden more formidable. Difficulties included a decline in copper prices, Chile's main export. Further, an increase in global interest rates stalled the domestic credit boom and led to soaring domestic real interest rates in a bid to stanch capital flight. By year-end, the current account deficit stood at 15 percent of GDP and the annual lending rate reached 63 percent (Boughton 2001). This made the servicing of bank loans more challenging for debtors and forced the central bank to supply liquidity to the banking sector.

A systemic banking crisis was in full swing by November 1981 (Laeven and Valencia 2014); eleven financial institutions were intervened between 1981 and 1982 and eventually liquidated (Larrain 1989). These institutions accounted for about 14.5 percent of deposits in the banking sector. The two largest banks were put into receivership and their assets were transferred to other institutions. The government and shareholders absorbed the losses of the failed institutions and depositors were compensated.

The pressures on a weakened banking sector were exacerbated by adverse macroeconomic developments in 1982 and 1983. Rising fears of an impending devaluation were met with a cabinet shuffle on April 11, 1982, aiming at shoring up confidence. Despite official reaffirmations of the peg, authorities could not honor this commitment; on June 13, 1982, the Minister of Economy, Luis Francisco Danus, announced a devaluation in the Peso of about 18 percent vis-à-vis the dollar. Danus also announced that the Peso would continue to be depreciated at a fixed rate vis-à-vis a basket of the currencies. The crawling peg regime subsequently collapsed on August 5, 1982 causing a run on bank deposits and forcing the authorities to float the Peso.

The depreciation of the Peso severely hampered firms' ability to repay or service their foreign currency debts to the banking sector. Non-performing loans soared from 2.3 percent in 1981 to 18.4 percent in 1983. Domestic banks borrowed more in foreign currencies to honor their obligations to foreign banks.

On January 10, 1983, Chile secured a 24-month SBA from the IMF in the amount of US$550 million, and drew an additional US$325 million CFF. This, however, was insufficient to reverse the spiral. On January 14, eight financial institutions (seven banks and one finance company) became insolvent and required intervention, 3 of which were subsequently liquidated. A bank holiday was declared. At that stage, the IMF program was off track.

On March 22, 1983, the new finance minister announced an emergency economic program, which consisted of accelerating the Peso's devaluation, fiscal measures and the tightening of foreign exchange controls. In addition, a US$1.3 billion funding and public debt rescheduling package, supplanted with a bridge loan from the Bank of International Settlements, was agreed upon with the banks. In light of the agreement with the banks, the IMF disbursed based on a new shadow program on July 27.

Efficient and sensible restructuring of the banking sector and the credit portfolio were critical for an accelerated recovery. This included bank re-capitalization and incentives for recouping bad loans. Further, debt relief was offered to borrowers who were assessed to be "productive." These interventions were expensive; the cost of foreclosure of insolvent institutions was 10.6 percent of the GDP and the cost of portfolio purchase under conditions of repurchase reached 6.7 percent of the GDP (Sanhueza 2001).

## The Venezuelan Banking Crisis of 1994

In the period preceding Venezuela's financial crisis, the country's banking system was oligopolistic in nature, composed of a large number of specialized banks belonging to financial groups that were ultimately owned by a few individuals. This concentration encouraged lax supervision, resulting in low capitalization and incentives to divert losses and problem loans to offshore branches, which were subject to even less supervision. This created large off-balance sheet items for Venezuela's financial sector, which was not monitored by authorities. Moreover, the share of state banks was relatively low compared to other Latin American economies; as of June 1993, private banks held about 90 percent of total assets, with the largest six banks holding 52 percent of the total (Garcia-Herrero 1997).

The state of the macroeconomy in the 1980s reflected anemic growth and rising inflation. This resulted in negative real interest rates causing disintermediation and capital outflows; in the late part of the decade, large amounts of deposits were transferred to banks' off-shore facilities. In 1989, the Venezuelan government, in coordination with the IMF, launched a macroeconomic adjustment program in a bid to stimulate the economy. The program consisted of abandoning interest rate controls and shifting to indirect monetary policy tools, as well as the unification and floating of the Bolivar.

Nonetheless, the resurgence of inflationary pressures led the Venezuelan authorities to reinstate the peg in 1990. Two coup attempts in 1991 and political instability throughout 1992 aggravated capital flight and made the economy more vulnerable. An exchange rate crisis occurred in October 1992 following the loss of about US$1 billion in reserves (Garcia-Herrero 1997). The Venezuelan economy depended heavily on oil exports and the weakening demand for oil in 1993, political uncertainty and loose fiscal policy weighed negatively on the economic outlook and exerted pressure on the Bolivar.

Amid these adverse conditions and due to a significant loss in reserves, the Central Bank of Venezuela (CBV) tightened monetary policy and adopted a crawling peg. The rising interest rates precipitated a recession, reduced bank lending and led to an increase in non-performing loans from 4 percent in 1991 to 10 percent in 1993 (Garcia-Herrero 1997). Higher interest rates did not curtail the outflow of deposits to the offshore banking sector. Indeed, deposits decreased in real terms by 11 percent in 1993 relative to 1991 (Garcia-Herrero 1997) and banks siphoned their liquidity to their offshore facilities. Despite liquidity injections by the CBV, rumors concerning the health of the banking sector continued unabated at end-1993.

The crisis broke with the collapse of Banco Latino in mid-January of 1994, the second largest bank in terms of deposits, prompting a run on two other banks that belonged to the same financial group. This affected over 10 percent of commercial banks' deposits. Hence, panic soon spread to other banks. The Deposit Guarantee Fund reacted by assisting the distressed banks and the CBV continued to inject liquidity into the banking sector. The resources of the Deposit Guarantee Fund were depleted by February 1994 and the foreign currency reserves of the CBV diminished considerably amid an unrelenting run on deposits and capital flight.

The authorities responded by passing a law on March 1994 to protect depositors, nationalizing Banco Latino and reopening it with withdrawals limits on deposits that were frozen, even those in off-balance sheet accounts. The Deposit Guarantee Fund injected the equivalent of 3.6 percent of GDP to cover the losses of Banco Latino (Garcia-Herrero 1997).

These actions proved insufficient to shore up the public's feeble confidence in the banking sector. Deposit runs continued in light of fears of partial deposit freezes, devaluation and exchange rate controls. When the CBV ceased supplying the Deposit Guarantee Fund with liquidity in June 1994, eight distressed financial institutions, accounting for 21 percent of deposits, had to be intervened despite a massive liquidity injection of 6 percent of GDP by that date (Garcia-Herrero 1997). In an attempt to restore confidence in the banking sector, the authorities established a Financial Emergency Board. However, the financial distress of the Deposit Guarantee Fund

continued to weigh heavily on confidence in the public sector.

In the following weeks, capital flight led to a large loss of reserves at the CBV. The authorities responded by fixing the exchange rate, and instituting price and exchange rate controls. Rumors surrounding two large banks—Banco Consolidado and Banco Venezuela—renewed the deposit run and the authorities decided to nationalize both banks. In December, two additional banks—Banco Progreso and Republica—were in distress. Authorities closed the former and nationalized the latter. Further, the liabilities of Banco Progreso were migrated to the nationalized banks (Banco Latino, Venezuela, Consolidado and Republica) without a corresponding transfer of assets (due to large one-sided off-balance sheet items in the form of deposits that suddenly appeared), thus placing enormous pressure on the four banks which continued to experience deposit withdrawals.

The passage of a Financial Emergency Law in July 1995, which gave broader powers to the Financial Emergency Board and eased restrictions on the liquidation of impaired assets at the Deposit Guarantee Fund, succeeded in mitigating, but not completely resolving, the banking crisis. Deposit flight continued, albeit at a slower rate, and a small bank was intervened in August 1995.

## The Argentinian Financial Crisis of 2001-02

The Argentine Currency Board—via the so-called *Convertibility Law*—pegged the Argentine peso to the U.S. dollar at a parity from March 1991, until its failure in January 2002 (Spiegel 2002). Argentina adopted the hard peg in an attempt to eliminate hyperinflation and stimulate economic growth following a tumultuous economic performance in the 1980s. While successful initially, it became a main constraint on the economy's competitiveness in general, and on countercyclical macroeconomic management in particular. Moreover, there was a large degree of financial dollarization in the economy with the banking system functioning mainly in US dollars. The banking system's dollar-denominated, short-term liabilities exceeded its stock of dollar assets—namely

liquidity held by banks and international reserves. As the system lacked a lender of last resort in dollars, the financial system was inherently unstable, subject to bank runs (Kiguel 2016).

In the period just prior to the abandonment of the currency board (1998–2001), the economy witnessed a deep contraction, exposing mounting vulnerabilities in the economy. The hard peg and a lack of fiscal space precluded countercyclical macroeconomic measures. In response, in January 2001, the IMF approved an augmentation of financing, boosting an existing SBA program, to an equivalent of US$14 billion, centered on fiscal adjustment and accelerated structural reforms (IMF 2003). However, this failed to achieve stability. So did various attempts by the Government for voluntary debt arrangements. The IMF approved a new program, disbursing US$5 billion immediately and pledging another US$3 billion in support of prospective debt restructuring.

The crisis broke with a run on private deposits, which fell by more than US$3.6 billion (6 percent of the deposit base) over November 28–30, 2001. The authorities responded with a wide range of controls on banking and foreign exchange transactions. As the economy faltered, social and political unrest ensued, forcing the resignation of President de La Rua on December 20, followed by 4 other (Congress-appointed) Presidents within 3 weeks. On December 23, President Sáa declared a default on Government debt; on January 3, 2002, President Duhalde announced the end of the convertibility regime (IMF 2003).

## The Uruguayan Banking Crisis of 2002

On the eve of the crisis, Uruguay's banking sector, which consisted of two large public banks—Banco de la Republica Oriental del Uruguay and Banco Hipotecario del Uruguay—and approximately thirty private banks, was widely regarded as sound and healthy (de la Plaza and Sirtaine 2005). The banking sector, however, was highly dollarized on the asset and liability sides and, although not as highly exposed to the sovereign as its neighbors, it was prone to external shocks and to cross-border bank runs due to its exposure to Argentina. On the liabilities side,

foreign currency deposits constituted 90 percent of total deposits in the system, with the latter amounting to US$ 15.4 billion (representing 83 percent of Uruguay's 2001 GDP). Further, 47 percent of foreign currency deposits were held by non-residents. The dollarization of assets reached 75 percent of the total loan book of the system, with the latter amounting to US$ 11.5 billion. The banking sector also suffered from currency mismatches as 71 percent of foreign currency loans were extended to residents, the vast majority of who earned in Pesos (de la Plaza and Sirtaine 2005, pg. 4–5).

A weakening macroeconomic environment weighed on banks' profitability. Uruguay had experienced a prolonged recession since 1999 and recurrent fiscal deficits were financed by issuing mostly foreign currency denominated debt. Government debt increased from 38 percent of GDP 1998 to 58 percent of GDP in 2001. The fixed exchange rate regime (Roubini and Sester 2004), which weakened external competitiveness, became untenable with devaluations in the currencies of Uruguay's two largest neighbors and trading partners, Brazil and Argentina, in 1999 and 2001, respectively. In the lead up to the banking crisis, the Uruguayan economy was characterized by a high level of foreign currency indebtedness and a significantly overvalued exchange rate vis-à-vis its major trading partners and the rest of the world.

The crisis broke in December 2001 when Argentina imposed deposit freezes ("el corralito"). Two of Uruguay's largest private banks—Banco Galicia Uruguay (a subsidiary of an Argentinian bank) and Banco Commercial—which combined accounted for around 20 percent of the deposit base, came under intense pressure due to their exposure to Argentinian depositors and debt. Deposit withdrawals continued unabated as the crisis in Argentina deepened.

By March 2002, deposit withdrawals, mostly by non-residents (i.e., Argentinians), amounted to 12 percent of the deposit base (de la Plaza and Sirtaine 2005). Argentina's tightening of its deposit freeze in February 2002 ("El Corralon") as well as Uruguay's downgrade from investment grade prompted a second wave of withdrawals by residents and non-residents totaling 18 percent of deposits in April and

May of 2002. The deposit withdrawals, which were no longer confined to specific banks, accelerated in May and June of 2002. On June 21, 2002, Banco de Montevideo-Caja Obrera, the third largest private bank experienced severe liquidity shortages causing the authorities to intervene. As sentiment deteriorated further in July 2002 and government spreads widened, the bank run extended to local currency deposits. By the end of July 2002, a cumulative 38 percent of total deposits had been withdrawn from the system. The majority of banks had become technically insolvent (de la Plaza and Sirtaine 2005, pg. 11).

Faced with declining foreign currency reserves due to liquidity support to the banking sector, the authorities were forced to abandon the crawling peg. As a result, the Peso immediately depreciated by 27 percent forcing the authorities to declare a five-day banking holiday on July 30, 2002; by then, the Peso had lost 57 percent of its value.

The bank run had turned into a system-wide credit crunch; credit to the non-financial sector shrunk by 37 percent in 2002, greatly contributing to a GDP contraction of 10.7 percent for that same year (de la Plaza and Sirtaine 2005, pg. 11). The two public banks were in a perilous position. The Banco Galicia Uruguay had been suspended and the government took control of the Banco Commercial and Banco de Montevideo-Caja Obrera.

In the first stage, the authorities' response to the crisis consisted of: provision of ample liquidity support via already established lender of last resort facilities; the restructuring and/or liquidation of troubled institutions; and the expansion of the crawling exchange rate band from 6 to 12 percent. While this response appeared to stem cross-border bank run, the deepening of the crisis in June and July 2002 compelled the authorities to scale up and better target their response.

The central bank of Uruguay subsequently prioritized liquidity support to core banks, which played an instrumental role in the payment system; non-core banks, which were mostly Uruguayan branches of foreign banks, were to rely on liquidity support from their headquarters abroad. In light of the central bank's diminishing scope to act as a lender of last resort, the authorities established in June 2002 a

US$2.5 billion facility, the Fondo para la Fortificacion del Sistema Bancario (FFSB), to provide equity and liquidity support to the core banks. The FFSB was funded by an augmentation of the SBA with the IMF, other multinational institutions and the government.

The FFSB ultimately proved to be insufficient and was suspended. Following the five-day bank holiday that was declared on July 30, the authorities announced on August 5, 2002 the creation of US$1.4 billion stabilization fund, the Fund for the Stability of the Banking System (FSBS), that was funded by the IMF, the World Bank and the Inter-American Development Bank (IADB). The FSBS was sufficient to fully back the remaining US$ deposits at core banks (Seeling 2007; de la Plaza and Sirtaine 2005). The establishment of the FSBS, coupled with maturity extensions of dollar deposits in the public banks and changes to macroprudential regulations, succeeded in stopping the bank run. The IMF's exposure (of US$1.3 billion) to Uruguay, relative to GDP, was its largest to date (Seeling 2007).

## The Greek Financial Crisis 2009

Greece's accession to the European Monetary Union (EMU) in 2001 did not correct structural imbalances that included large internal and external deficits coupled with a low growth environment. Public sector net borrowing averaged around 7 percent of GDP annually in the Euro-but-pre-crisis period (2002–2008), compared to 6.7 percent in the pre-Euro period (1994–2000). Public debt remained relatively stable over the former period fluctuating between 100 and 110 percent of GDP. Externally, the current account deficit rose from a pre-Euro average of 3.3 percent of GDP to Euro-pre-crisis average of 10.5 percent. Moreover, external debt also rose decidedly from about 100 percent of GDP end-2003, to 133 percent by end-2008. Clearly, the EMU facilitated easier access to foreign financing for both the public as well as the private sectors; by 2009, private sector external debt stood at 175 percent of GDP (IMF 2017a). The adoption of the Euro also adversely affected the Greek economy's competitiveness relative to its trading partners, given that wages in the European periphery countries rose relative to the core countries (Hale 2013). Hence, on the eve of the

crisis, Greece was gripped with deep twin structural deficits, lack of competitiveness as wage growth outpaced productivity growth and a real exchange rate overvaluation (IMF 2012a).

The onset of the global financial crisis exacerbated the mounting imbalances of the Greek economy. After the failure of Lehman brothers in September 2008, the spread between the Greek Government bonds and the German bunds soared to 100 basis points (IMF 2013) and led to downgrades by Standard and Poor's. A main trigger to the Greek episode was data revision by the authorities in October 2009, which entailed a sizeable increase in the projected fiscal deficit from 4 to 12.5 percent of GDP.[92] This roiled markets further, weakened confidence in the Greek economy and prompted a downgrade by Fitch (IMF 2013). The loss of confidence in the Greek economy prompted capital outflows from the banking sector estimated at 30 percent of the deposit base. It also suspended Greece's access to financial markets by significantly widening yields on Greek bonds to unaffordable rates.

Given that Greece is an EMU member, a nominal currency devaluation that corrects the built-up imbalances was not possible. Instead, under *the Troika* of the IMF, the European Commission and the European Central Bank (ECB), Greece underwent a very sharp internal devaluation, including a reduction in the wage bill and pension benefits. A deep recession ensued over the next decade.

In return, the Greek authorities secured a €30 billion SBA from the IMF in May 2010, complemented with a cooperative package of financing from the European Union amounting to €110 billion (IMF, 2012b). The SBA was underpinned by a stringent fiscal consolidation program that aimed at putting Greek debt on sustainable footing. However, key SBA macro-fiscal targets, namely, fiscal and current account indicators, failed to be met. The SBA was subsequently cancelled in 2012 and was replaced with an Extended Fund Facility (EFF) arrangement

---

[92] The data revision came amidst concerns raised by Eurostat—the statistical office of the European Commission—regarding the quality of Greece's fiscal data on five occasions over the period 2005–2009.



on March 15, 2012, also under *the Troika*. The EFF arrangement included financing of about €173 billion over four years.

Critically, and as a prior action for the EFF, a Private Sector Initiative (PSI) was announced on June 2011 for a voluntary debt swap of Greek sovereign bonds involving a haircut on private creditors who were represented by the Institute of International Finance. This haircut, which was subsequently implemented on March 2012, was equivalent to a 53.5 percent cut in the face value (principal) of the bonds, corresponding to an approximately €107 billion reduction in Greece's debt stock.[93]

The internal adjustment proved harsh and counter-productive, as macro-fiscal targets remained elusive due to unaccounted for economic contractions and an unsustainable public debt that persisted despite the PSI. This translated into social pain and political instability. A banking sector crisis ensued in 2015, which required the introduction of capital controls. Once again, the EFF program faltered and was eventually cancelled in January 2016 (IMF 2017a). The prolonged economic contraction helped drive the debt-to-GDP ratio to a peak of 180 percent of GDP in 2016. In July 2017, the IMF approved a precautionary €1.6 billion SBA for Greece (IMF 2017b). This time the program explicitly noted that, without debt relief, Greece's debt would continue to be unsustainable.

## References

Balino, T. J., T. 1991. The Argentine Banking Crisis of 1980. In Banking Crises: Cases and Issues, edited by V. Sundararajan and Tomâs J. T. Balino, International Monetary Fund, Washington DC.

Boughton, J. 2001. The Crisis Erupts. In *Silent Revolution: The International Monetary Fund, International Monetary Fund, Washington DC.*

Boughton, J. 2001. The Mexican Crisis: No Mountain Too High?. In *Silent Revolution: The International Monetary Fund, International Monetary Fund, Washington DC.*

Cantu, C., Park, K .Y., and Tornell, A. 2015. Lessons from the 1982 Mexican Debt Crisis for Greece. VoxEU, CEPR, retrieved from *Lessons from the 1982 Mexican Debt Crisis for Greece | VOX, CEPR Policy Portal (voxeu.org).*

de la Plaza, L. and Sirtaine, S. 2005. An Analysis of the 2002 Uruguayan Banking Crisis, World Bank Policy Research Working Paper 3780, World Bank, Washington DC.

Dornbusch, R., Werner, A. 1994. Mexico: stabilization, reform, and no growth. *Brookings Papers on Economic Activity*, 253–315.

Garcia-Herrero, A. 1997. Banking crises in Latin America in the 1990s: Lessons from Argentina, Paraguay, and Venezuela. IMF working paper WP/97/140, International Monetary Fund, Washington DC.

Hale, G. 2013. Balance of Payments in the European Periphery, Federal Reserve Bank of San Francisco Economic Letter.

IMF 2003. Lessons from Argentina, Washington DC, October 2003.

IMF 2012a. Greece: Request for Extended Arrangement Under the Extended Fund Facility, Washington DC.

IMF 2012b. Press Release: IMF Executive Board Approves €30 Billion Stand-By Arrangement for Greece.

IMF 2013. Greece: Ex-Post Evaluation of Exceptional Access Under the 2010 Stand-By Arrangement, Washington DC.

IMF 2017a. Greece: Ex-Post Evaluation of Exceptional Access Under the 2012 Extended Arrangement, Washington DC.

IMF 2017b. Greece: Request for Stand-By Arrangement, Washington DC.

Kiguel, Miguel 2016. Argentina's 2001 Economic and Financial Crisis: Lessons for Europe, Brookings, June 2016.

Laeven, L., and Valencia, F. 2014. Systemic Banking Crises. In Financial Crises: Causes, Consequences and Policy Responses, edited by Stijn Claessens, M. Ayhan Kose, Luc Laeven

---

[93] The European Stability Mechanism: https://www.esm.europa.eu/content/what-was-private-sector-debt-restructuring-march-2012#:~:text=Also%20known%20as%20the%20PSI,lighten%20Greece's%20overall%20debt%20burden.

and Fabian Valencia, International Monetary Fund, Washington DC.

Larrain, M. 1989. How the 1981–1983 Chilean Banking Crisis was Handled, Working Paper WPS 300, World Bank, Washington DC.

Nascimento, J. C. 1991. Crisis in the Financial Sector and the Authorities' Reaction: The Philippines. In Banking Crises: Cases and Issues, edited by V. Sundararajan and Tomâs J. T. Balino, International Monetary Fund, Washington DC.

Oks, D., and S van Wijnbergen 1994. Mexico after the debt crisis: is growth sustainable?, World Bank Policy Research Working Paper, WPS 1378.

Roubini, N., & Setser, B. 2004. *Bailouts or bail-ins?: responding to financial crises in emerging economies*. Peterson Institute.

Sanhueza, G. I. 2001. Chilean Banking Crisis of the 1980s: Solutions and Estimations of the Costs. Central Bank of Chile Working Paper No 104.

Seeling, S. 2007. Resolving the Banking Crisis in Uruguay. In Building Monetary and Financial Systems: Case Studies in Technical Assistance edited by Charles Enoch, Karl Habermeier and Marta Castello-Branco, International Monetary Fund, Washington DC.

Spiegel, Mark 2002. Argentina's currency crisis: lessons for Asia, Federal Reserve Bank of San Francisco, December 2002.

Van Wijnbergen, S. 1991. Mexico and the Brady plan *Economic Policy*, 6 (12), 14–56.



**WORLD BANK GROUP**

1818 H Street, NW
Washington, DC 20433

# EXHIBIT 2



# LEBANON
# ECONOMIC
# MONITOR

# The Great
# Denial

Fall 2021



**WORLD BANK GROUP**
Middle East and North Africa Region

# Lebanon
# Economic Monitor

The Great Denial

الإنكار الكبير

Le Grand Déni

Winter 2021

Global Practice for Macroeconomics, Trade & Investment
Middle East and North Africa Region



Document of the World Bank

# TABLE OF CONTENTS

Acronyms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii
Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix
Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xi
الموجز التنفيذي . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xv
Résumé . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xvii

1. The Policy Context . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. Recent Macro-Financial Developments . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
   A. Output and Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
   B. Fiscal Developments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   C. The External Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   D. Money and Banking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

3. Global Comparators: Where Does Lebanon Stand Now . . . . . . . . . . . . . . . . . 15

4. Outlook and Risks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Special Focus: Searching for the External Lift in the Deliberate Depression . . . . . . . 21
   A. Economic Fundamentals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   B. Global Conditions and Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   C. Political/Institutional Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
   D. Global Comparators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
      a. Real Effective Exchange Rate—Output . . . . . . . . . . . . . . . . . . . . . . . . 25
      b. Depreciation – Inflation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
      c. Some Insights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Annex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
   A. Forecasts of Lebanon's Real GDP Growth using MIDAS Regressions: An Update for 2020 and 2021  31
   B. Estimating the Exchange Rate Pass Through to Inflation in Lebanon . . . . . . . . . 34
   C. Reinhart and Rogoff (2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

## List of Figures

Figure 1    While the Contraction in Real GDP Commenced in 2018, It Accelerated Sharply in 2020, and is Expected to Persist in 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Figure 2    Net Exports are Estimated to Have Been the Sole Positive Contributor to Real GDP in 2019 and 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Figure 3    Large Shortfalls in Revenues Will Induce a Significant Deterioration in the Fiscal Position . . . . . . .5

Figure 4    Valuation Effects from Exchange Rate Depreciations Will Pressure the Debt-to-GDP Ratio . . . . . .7

Figure 5    A Steady Depletion in the Gross Foreign Exchange Position at BdL. . . . . . . . . . . . . . . . . . . . . . . .8

Figure 6    A Sharp Depreciation in the Exchange Rate Along with Surging Inflation and Narrow Money . . . .9

Figure 7    Inflation in Basic Items is a Key Driver of Overall Inflation, Hurting the Poor and the Middle Class . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Figure 8    Lebanon's Headline and Food Inflations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Figure 9    A Steady and Sharp Deterioration in Credit Performance as Measured by NPL Ratio for Banks. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Figure 10   The Sharpest Contractions in Nominal GDP (as a Percentage Change) Globally. . . . . . . . . . . . .16

Figure 11   Lebanon Records 3rd Highest Observable Inflation Rate Globally in 2020 and 2021 . . . . . . . . . .16

Figure 12   Lebanon's Revenues as a Percentage of GDP Deteriorated, Ranking as the 3rd Lowest Observable Ratio Globally in 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

Figure 13   Lebanon Has The 4th Highest Observable Public Debt as a Percentage of GDP in 2021 . . . . . .16

Figure 14   Services Are the Main Drivers of Economic Activity in Lebanon … . . . . . . . . . . . . . . . . . . . . . . .22

Figure 15   …Dominated by Largely Low Productivity Sectors … . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

Figure 16   …Biasing the Economy Toward Large External Deficits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

Figure 17   Long Term Structural Deficiencies Render the Lebanese Economy Uncompetitive. . . . . . . . . . . .23

Figure 18   Exports of Services Has Historically Helped Offset the Large Trade Deficit. . . . . . . . . . . . . . . . . .23

Figure 19   Lebanon's Real GDP is a More Accurate Reference Point for the Start of the Financial Crisis than Real GDP/Capita . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

Figure 20   Real Exchange Rate Growths for G5 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Figure 21   Real GDP Growth for G5 Plus Lebanon.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

Figure 22   Real GDP Index Series for G5 Plus Lebanon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

Figure 23   Exchange Rates for G5 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

Figure 24   Inflation Rates for G5 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

Figure 25   The Current Account Balance for G5 Plus Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

Figure 26   Total FX Reserves for G5 Plus Lebanon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

Figure 27   Evolution of High Frequency Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2020. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32

Figure 28   Growth of High Frequency Real Economy Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35

Figure 29   Responses to a 1% Shock to the Logarithmic Change in the AER . . . . . . . . . . . . . . . . . . . . . . . .37

Figure 30   Estimates of the ERPT Coefficient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

Figure 31   Forecast Error Variance Decomposition. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

## List of Tables

Table 1    Summary of the Findings Under the Baseline and Both Scenarios . . . . . . . . . . . . . . . . . . . . . . . . .6

Table 2    Estimating the Change in CPI to Contemporaneous and Lagged Changes in Exchange Rate    10

Table 3    Selected Macroeconomic Indicators for Lebanon; 2013–2021 . . . . . . . . . . . . . . . . . . . . . . . . . . .19

Table 4    Real GDP Growth Forecasts for 2020. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33



Table 5      Candidate Predictor Variables for the Real High Frequency Indicators . . . . . . . . . . . . . . . . . . . . . .33
Table 6      Forecasts of Real GDP Growth for 2021 Using Real Activity Indicators . . . . . . . . . . . . . . . . . . . . .34
Table 7      Forecasts of Real GDP Growth for 2021 Financial Indicators. . . . . . . . . . . . . . . . . . . . . . . . . . . . .34
Table 8      Estimates of the ERPT Coefficient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
Table 9      Cumulative Effect of an Exchange Rate Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
Table 10     Cumulative Effect of an Exchange Rate Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
Table 11     Crisis Severity: Percent Decline in Per Capita GDP, Duration of Contraction, and
             Years to Full Recovery in 25 of the Worst Systemic Banking Crises, 1857–2013
             (Reinhart and Rogoff 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40

## List of Boxes

Box 1      Quantifying the Impact of Exchange Rate Considerations on EdL Transfers. . . . . . . . . . . . . . . . . . .6
Box 2      The Exchange Rate Pass Through to Inflation for Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
Box 3      Impact of Crises on Poverty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
Box 4      Key BdL Policies on Deleveraging the Financial Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
Box 5      Real Effective Exchange Rate Calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

# ACRONYMS

| | | | |
|---|---|---|---|
| AA | EU-Lebanon Association Agreement | GNI | Gross National Income (per capita) |
| ADL | Autoregressive Distributed Lag | GNP | Gross National Product |
| AER | Average Exchange Rate | GOL | Government of Lebanon |
| ARMA | Autoregressive Moving Average | IFS | International Financial Statistics |
| BdL | Banque du Liban | IMF | International Monetary Fund |
| BNR | Banknote Rate | LBP | Lebanese Pound |
| BoP | Balance of Payments | LEM | Lebanon Economic Monitor |
| CA | Current Account | MIDAS | Mixed-Data Sampling |
| CD(s) | Certificate of Deposit(s) | MoF | Ministry of Finance |
| CEDRE | Conférence Economique pour le Développement, par les Réformes et avec les Entreprises | NEER | Nominal Effective Exchange Rate |
| | | NGO(s) | Non-governmental Organizations |
| | | NPL(s) | Non-performing Loan(s) |
| CAS | Central Administration of Statistics | PEP(s) | Politically Exposed Person(s) |
| CPI | Consumer Price Index | PMI | Purchasing Manager's Index |
| CSI | Crisis Severity Index | PoB | Port of Beirut |
| ECB | European Central Bank | PM | Prime Minister |
| EU | European Union | pp | Percentage Points |
| ERPT | Exchange Rate Pass Through | RDNA | Rapid Damage and Needs Assessment |
| EdL | Electricité du Liban | REER | Real Effective Exchange Rate |
| EFF | Extended Fund Facility | SDR | Special Drawing Rights |
| EFTA | The European Free Trade Association | TB(s | Treasury Bond(s) |
| ESSN | Emergency Crisis and COVID-19 Response Social Safety Net Project | TD(s) | Time Deposit(s) |
| | | UN | United Nations |
| FCV | Fragility, Conflict, and Violence | US$ | United States Dollar |
| FEVD | Forecast Error Variance Decomposition | VAT | Value Added Tax |
| FI(s) | Financial Institution(s) | VAR | Vector Autoregression |
| FX | Foreign Exchange | VEC | Vector Error Correction |
| GAFTA | Greater Arab Free Trade Agreement | WEO | World Economic Outlook |
| GCI | Global Competitiveness Index | XM-2021 | First x months of 2021 |
| GDP | Gross Domestic Product | yoy | Year over Year |

# PREFACE

**T**he *Lebanon Economic Monitor* provides an update on key economic developments and policies over the past six months. It also presents findings from recent World Bank work on Lebanon. The *Monitor* places these developments, policies, and findings in a longer-term and global context and assesses their implications on the outlook for Lebanon. Its coverage ranges from the macro-economy to financial markets to indicators of human welfare and development. It is intended for a wide audience, including policy makers, business leaders, financial market participants, and the community of analysts and professionals engaged in Lebanon.

The *Lebanon Economic Monitor* is a product of the World Bank's Lebanon Macroeconomics, Trade and Investment (MTI) team. It was prepared by Wissam Harake (Senior Economist), Naji Abou Hamde (Economic Analyst) and Ibrahim Jamali (Consultant), with contributions from Lars Jessen (Lead Debt Specialist), Ulle Lohmus (Senior Financial Sector Economist), Ganesh Kumar Seshan (Senior Economist), and Stefania Rodica Cnobloch (Consultant). The Special Focus: Searching for the External Lift in the Deliberate Depression, has been led by Wissam Harake (Senior Economist), with contributions by Naji Abou Hamde (Economic Analyst). The *Lebanon Economic Monitor* has been completed under the guidance of Christos Kostopoulos (Lead Economist), Eric Le Borgne (Practice Manager), and Saroj Jha (Country Director). Zeina Khalil (Communications Officer) is the lead on communications, outreach, and publishing.

The findings, interpretations, and conclusions expressed in this *Monitor* are those of World Bank staff and do not necessarily reflect the views of the Executive Board of The World Bank or the governments they represent.

For information about the World Bank and its activities in Lebanon, including e-copies of this publication, please visit www.worldbank.org/lb.

To be included on an email distribution list for this *Lebanon Economic Monitor* series and related publications, please contact Alain Barakat (abarakat@worldbank.org). For questions and comments on the content of this publication, please contact Wissam Harake (wharake@worldbank.org) or Christos Kostopoulos (ckostopoulos@worldbank.org). Questions from the media can be addressed to Zeina Khalil (zelkhalil@worldbank.org).

# EXECUTIVE SUMMARY

**T**he scale and scope of Lebanon's deliberate depression are leading to the disintegration of key pillars of Lebanon's post-civil war political economy. Our Fall 2020 issue of the Lebanon Economic Monitor (LEM hereafter) titled *The Deliberate Depression* argued that the depression was self-imposed, or more precisely, imposed onto the general population by the elite that has long ruled the country and captured the state and its associated economic rents (the role of elite capture as a constraint to development in Lebanon was a central thesis of the 2016 *Lebanon Systematic Country Diagnostic* (World Bank). This capture persists despite (1) a crisis which we estimated to potentially rank among the top three most severe economic collapses worldwide since the 1850s, (*Lebanon Sinking (to the Top* 3)), Spring 2021 LEM); and (2) non-confessional and, at times, massive popular movements. The elite's preference has been to hold onto power and its rents—even as these shrink *comme une peau de chagrin*—and this entails preventing a recovery by eluding fundamental reforms to the unsustainable and now failed post-civil war development model.

**Real GDP is estimated to decline by 10.5 percent in 2021, on the back of a 21.4 contraction in 2020.** In fact, Lebanon's GDP plummeted from close to US$52 billion in 2019 to a projected US$21.8 billion in 2021, marking a 58.1 percent contraction.

This represents the highest contraction in a list of 193 countries. The deliberate depression is creating long-lasting scars on the Lebanese economy and society: basic public services are failing; increasing numbers of Lebanese are migrating, especially those that are highly skilled. Meanwhile, the poor and the middle class, who were never well served under this model in the first place—the country was one of the most unequal in the world pre-crisis (Assouad 2017)[1]—are carrying the main burden of the crisis. All components of GDP, bar net exports, are expected to continue to be negatively contributing to growth in 2021.[2] A scarce source of growth is the trade in services balance, led by the tourism sector. Tourist arrivals surged by 101.2 percent over the first seven months of 2021 (7M-2021). In our Special Focus, we analyze in detail the reasons for the weaker than expected increase in exports considering the Lebanese lira's sharp depreciation. Private consumption continues to suffer heavily, having taken a severe blow since the eruption of the crisis in end-2019.

---

[1] Assouad, Lydia. 2017. *World Bank Rethinking the Lebanese Economic Miracle: The Extreme Concentration of Income and Wealth in Lebanon 2005–2014*, World Inequality Lab Working Paper No. 2017/13.

[2] It is important to note that, over the past couple of years, net exports contributed positively to growth due to a collapse in domestic demand, which in Lebanon has a high import content.

**Monetary and financial turmoil along with surging inflation continue to drive crisis conditions.** The exchange rate further deteriorated in 2021, with the US$ banknote rate depreciating by 211 percent (year-on-year – yoy) over the first 11 months of 2021 (11M-2021), breaching repeatedly the LPB22,000/US$ threshold.[3] This is within a multiple exchange rate system that also includes the official exchange (LBP1,507.5/US$), and central bank (Banque du Liban – BdL), administered lower rates. Overall, the World Bank Average Exchange Rate[4] depreciated by 219 percent (yoy) over 11M-2021. Exchange rate pass through effects have implied surging inflation, which is estimated to average 145 percent in 2021—the 3rd highest globally after Venezuela and Sudan. After falling to 100.6 percent (yoy) by June 2021, inflation rose again to 173.6 percent (yoy) in October. The surge since June is linked to the steady removal/fading of the FX subsidy on imported goods. We estimate the exchange rate pass through coefficient at 59–77 percent.[5]

**Public finances improved in 2021 as spending collapsed faster than revenue.** Revenues are projected to almost halve as a ratio of GDP, from an already low 13.1 percent in 2020 to a mere 6.6 percent in 2021—this is the third lowest revenue ratio worldwide in 2021, ahead of only Somalia and Yemen. The expenditure contraction was even more pronounced, shrinking by 9.4 percentage points (pp) to 7 percent of GDP in 2021. This partly reflects low interest payments due to the Eurobond default and a favorable arrangement with BdL on domestic debt as well as drastic cutbacks in primary spending (these fell by 4.2 pp of GDP, over the first six months of 2021). As a result, we project the overall fiscal (primary) balance to reach –0.4 (0.2) percent of GDP in 2021, compared to –3.3 (–0.8) percent in 2020.

**The sudden stop in capital inflows and the large current account (CA) deficit continued to steadily erode BdL's gross foreign exchange (FX) reserves.** The CA deficit-to-GDP ratio remains broadly unchanged in 2021 at a projected 9.8 percent as strong remittances and tourism offset a wider trade deficit in goods. A widening trade-in-goods deficit-to GDP-ratio in 2021 is largely driven by

a sharp decline in US$ GDP (a denominator effect). This is expected to be offset by an improving trade-in-services balance, buoyed by the strong recovery in tourism. By September 2021, gross FX reserves (excluding gold reserves) at BdL reached US$18.8 billion, declining by US$5.3 billion since end-2020. Meanwhile, required reserves on banks' customer FX deposits is estimated at US$14.8 billion. BdL does not publish net reserves, but these are estimated to be negative.

**As repeatedly called for, Lebanon urgently needs to adopt and implement a credible, comprehensive, equitable reform plan if it is to avoid a complete destruction of its social and economic networks and immediately stop irreversible loss of human capital.**[6] As detailed and called for in our previous LEMs, this strategy would be based on: (i) a new monetary policy framework that would regain

---

[3] The new year heralded an unfortunate, albeit not entirely unanticipated milestone for the Lebanese economy; on January 4, 2022, the US$ banknote exchange rate breached the LBP30,000/US$ mark for the first time.

[4] Since the Spring 2021 LEM, we have adjusted the AER to account for changes in the FX subsidy, including the divergence of coverage for fuel and medications. For a more detailed explanation, please see footnote 18.

[5] That is, if the average exchange rate depreciates by 100 percent, inflation would rise by between 55 to 77 pp.

[6] The World Bank has produced a series of publications/policy notes which detailed structural and sectoral reforms that could have helped achieve a soft landing prior to the crisis. These include:(1) World Bank (2016), *Priority Reforms for the Government of Lebanon*, December 2016; (2) Harake, Wissam and Christos Kostopoulos (2018), *Strategic Assessment: A Capital Investment Plan for Lebanon*, World Bank Group, Washington DC World Bank (2018); (3) *De-Risking Lebanon*, the Lebanon Economic Monitor, Fall 2018 Issue. In subsequent failure for the Government to de-risk the economy, Bank also presented publications that identified measures that addressed crisis conditions. Specifically, we refer you to:(1) World Bank (2019), *When Gravity Beckons*, the Lebanon Economic Monitor, Fall 2019 Issue; (2) World Bank (2020), *The Deliberate Depression*, the Lebanon Economic Monitor, Fall 2020 Issue; and (3) World Bank (2021), *Lebanon Sinking (To the Top 3)*, the Lebanon Economic Monitor, Spring 2021 Issue.

confidence and stability in the exchange rate; (ii) a debt restructuring program that would achieve short-term fiscal space and medium-term debt sustainability; (iii) a comprehensive restructuring of the financial sector in order to regain solvency of the banking sector; (iv) a phased, equitable, fiscal adjustment aimed at regaining confidence in fiscal policy; (v) growth enhancing reforms; and (vi) enhanced social protection.

# الموجز التنفيذي

إنّ حجم ونطاق الكساد المتعمّد في لبنان يؤدّيان إلى تفكّك الركائز الأساسية للاقتصاد السياسي لفترة ما بعد الحرب الأهلية. وكان مرصد الاقتصاد اللبناني الصادر في خريف 2020 بعنوان « الكساد المتعمّد» قد أشار إلى أنّ الركود كان مفروضًا بشكل ذاتي، لا بل فرضته على الشعب النخبة التي حكمت البلد لوقتٍ طويل وقبضت على الدولة ووضعت يدها على ريعها الاقتصادي (شكّلت قبضة النخبة التي تعيق التنمية في لبنان موضوع أطروحة أساسيّة للتشخيص الوطني المنهجي للبنان، البنك الدولي). ولا تزال هذه القبضة قائمة بالرغم من (1) أزمة قدّرناها أن تكون من بين الانهيارات الاقتصاديّة الثلاثة الأكثر حدّةً عالميًا منذ الخمسينات من القرن التاسع عشر (لبنان يغرق (نحو أسوأ ثلاث أزمات عالمية)، نشرة مرصد الاقتصاد اللبناني، ربيع 2021)؛ و(2) تحرّكات شعبيّة غير طائفية وأحيانًا واسعة وكثيفة. وفضّلت النخبة التمسّك بالسلطة وبريعها - وإن كان هذا الأخير يتقلّص ويتلاشى بسرعة فائقة- عبر منع التعافي من خلال الامتناع عن إدخال الإصلاحات الأساسيّة على نموذج التنمية لفترة ما بعد الحرب الأهلية الذي بات غير مستدام وفاشل.

**يُتوقّع أن يتراجع إجمالي الناتج المحلي الفعلي بنسة 10.5 في المئة في العام 2021، إثر تقلّص بلغ 21.4 في المئة في العام 2020.** وفي الواقع، تدهور إجمالي الناتج المحلي في لبنان من 52 مليار د.أ. في العام 2019 إلى ما يُتوقّع أن يبلغ 21.8 مليار د.أ. في العام 2021، مما يشكّل تقلّصًا نسبته 58.1 في المئة، ليشكّل أكبر تقلّص على لائحة تضمّ 193 بلدًا. ويولّد الركود المتعمّد ندباتٍ طويلة الأثر على المجتمع والاقتصاد في لبنان: فالخدمات العامة الأساسيّة تنهار؛ وعدد اللبنانيّين الذين يلجؤون للهجرة يزداد؛ لا سيّما ذوي المهارات العالية. وفي موازاة ذلك، تتحمل الفئات الفقيرة والمتوسطة العبء الأكبر للأزمة، وهي الفئات التي لم يكن النموذج القائم يلبي حاجاتها أصلاً - إذ كان لبنان من بين البلدان الأقل مساواةً في ما قبل الأزمة

العالمية (أسود، 2017)[7]. ويُتوقّع أن تواصل مكوّنات إجمالي الناتج المحلي كافةً، باستثناء صافي الصادرات، المساهمة بشكل سلبي في النمو في العام 2021[8]. ويُعتبَر الميزان التجاري في الخدمات، على رأسها السياحة، مصدر نمو نادرًا. فقد ارتفع عدد السائحين الوافدين بنسبة 101.2 في المئة خلال الأشهر السبعة الأولى من العام 2021 (M2021-7). وفي موضوعنا الخاص في هذا العدد، نحلّل بشكل مفصّل الأسباب وراء الإرتفاع الأضعف من المتوقع في الصادرات على الرغم من التدهور الحاد في قيمة الليرة اللبنانيّة. ولا يزال الاستهلاك الخاص يعاني بشدة، بعدما تعرّض لضربةٍ قويةٍ منذ اندلاع الأزمة في نهاية العام 2019.

**لا تزال الفوضى المالية والنقدية إلى جانب تضخّم متنامٍ تتحكّم بظروف الأزمة.** فقد تدهور سعر الصرف بشكل أكبر في العام 2021، مع تدهور سعر صرف الليرة اللبنانيّة مقابل الدولار الأميركي بنسبة 211 في المئة (سنويًا) على مدى الأشهر الأحد عشر من العام 2021، متجاوزًا خلالها عتبة الـ 22000 ليرة لبنانية للدولار الواحد[9] بشكل متكرّر. ويندرج ذلك ضمن نظام أسعار صرف

---

[7] أسود، ليديا (2017)، *World Bank Rethinking the Lebanese Economic Miracle: The Extreme Concentration of Income and Wealth in Lebanon 2005–2014*، ورقة عمل رقم 13/2017 صادرة عن World Inequality Lab.

[8] تجدر الإشارة إلى أنّه، على مرّ السنوات الأخيرة، ساهمت الصادرات الصافية في النمو بشكل إيجابي بسبب انهيار في الطلب المحلي الذي يعتمد على الواردات بشكل كبير في لبنان.

[9] شهدت بداية العام الجديد حدثًا مؤسفًا، وإن كان متوقّعًا بعض الشيء، بالنسبة إلى الاقتصاد اللبناني. ففي 4 كانون الثاني 2022، تجاوز سعر صرف الليرة اللبنانية مقابل الدولار الأميركي عتبة 30000 ل.ل. للمرة الأولى.

متعدّدة يشمل أيضًا سعر الصرف الرسمي (1507.5 ل. ل. مقابل دولار أمريكي واحد)، بالإضافة إلى أسعار صرف أدنى وضعها مصرف لبنان (المصرف المركزي). وبشكل عام، تدهور متوسط سعر الصرف الذي يحتسبه البنك الدولي[10] بنسبة 219 في المئة سنويًا خلال الأشهر الأحد عشر من العام 2021. وأدت تقلّبات سعر الصرف إلى زيادة التضخم الذي يُقدّر بحوالي 145 في المئة في العام 2021 – وهو ثالث أعلى معدل تضخّم في العالم بعد فنزويلا والسودان. وبعد تراجعه إلى 100.6 في المئة سنويًا مع حلول حزيران 2021، ارتفع التضخم مجددًا ليبلغ 173.6 في المئة (سنويًا) في تشرين الأول. ويرتبط الارتفاع هذا منذ حزيران برفع/تلاشي الدعم المستمر عن السلع المستوردة بالعملات الأجنبية. ويُقدّر معامل انتقال تغيرات سعر الصرف بـ77–59 في المئة[11].

**تحسّنت المالية العامة في العام 2021 مع تراجع الإنفاق بوتيرة أسرع من الدخل.** ويُتوقّع أن تتراجع المداخيل إلى النصف تقريبًا نسبة إلى إجمالي الناتج المحلي، من نسبة منخفضة أصلا بلغت 13.1 في المئة في العام 2020 إلى 6.6 في المئة في العام 2021 – وهو ثالث أدنى معدل دخل على المستوى العالمي في العام 2021، بعد الصومال واليمن. كما أن تقلّص الإنفاق كان أكثر وضوحًا، فتراجع 9.4 نقطة مئوية ليبلغ 7 في المئة من إجمالي الناتج المحلي في العام 2021. ويعكس ذلك بشكل جزئي تسديدات فوائد منخفضة بسبب عدم سداد اليوروبوندز وترتيب مؤاتٍ مع مصرف لبنان على الديون المحلية، بالإضافة إلى التخفيضات الجذريّة في الانفاق الأوّلي (التي انخفضت بمقدار 4.2 نقطة مئويّة من إجمالي الناتج المحلي، على مدى الأشهر الست الأولى من العام 2021). ونتيجةً لذلك، نتوقّع بلوغ رصيد مالية العامة الكلي (الأوّلي) 0.4- (0.2) في المئة من إجمالي الناتج المحلي في العام 2021، مقارنةً مع 3.3- (0.8-) في المئة في العام 2020.

**إن التوقّف المفاجئ في التدفقات الرأسمالية الداخلة والعجز الكبير في الحساب الجاري، استمرا في استنزاف إجمالي احتياطيات النقد الأجنبي لمصرف لبنان على نحو مستمر.** وبقيت نسبة عجز الحساب الجاري إلى إجمالي الناتج المحلي على حالها في العام 2021، عند معدل متوقّع قدره 9.8 في المئة، مع تعويض التحويلات الكبيرة والسياحة عن عجز أكبر في تجارة السلع. ويعزى ارتفاع نسبة عجز التجارة في السلع إلى إجمالي الناتج المحلي في العام 2021 بشكل كبير إلى تدهور حاد في إجمالي الناتج المحلي بالدولار الأميركي (أثر القاسم المشترك). ويُتوَقَّع التعويض عن ذلك من خلال تحسن الميزان التجاري في الخدمات، مدفوعًا بالتعافي القوي في مجال السياحة. وبحلول أيلول 2021، بلغ إجمالي احتياطي النقد الأجنبي (باستثناء احتياطي الذهب) في مصرف لبنان 18.8 مليار

د.أ.، متراجعًا بـ5.3 مليار د.أ. منذ نهاية العام 2020. وفي موازاة ذلك، يُقدّر الاحتياطي الإلزامي على ودائع عملاء المصارف بالعملات الأجنبية بـ14.8 مليار د.أ. ولا ينشر مصرف لبنان صافي الاحتياطي، لكن يُقدَّر أن يكون سلبيًا.

**كما سبق وحذّرنا مراراً وتكراراً، يحتاج لبنان بشكل عاجل إلى اعتماد وتنفيذ خطة إصلاحيّة موثوقة، وشاملة، وعادلة من أجل تفادي الانهيار الكامل للشبكة الاجتماعيّة والاقتصاديّة ووضع حدّ فوري لخسارة الرأسمال البشري الذي يسير في اتجاه لا رجعة فيه.[12]** وكما تمّ تفصيله والدعوة إليه في نشراتنا الاقتصاديّة السابقة، يجب أن تعتمد هذه الاستراتيجيّة على: (1) إطار سياسة نقديّة جديد يُعيد الثقة والاستقرار إلى سعر الصرف؛ و(2) برنامج إعادة هيكلة الدين الذي من شأنه أنّ يحقّق الحيّز المالي على المدى القصير واستدامة الدين على المدى المتوسط؛ و(3) إعادة هيكلة شاملة للقطاع المالي من أجل استعادة ملاءة القطاع المصرفي؛ و(4) تصحيح مالي منصفودريجي يهدف إلى إعادة الثقة في السياسة الماليّة؛ و(5) إصلاحات معززة للنمو؛ و(6) تعزيز الحماية الاجتماعيّة.

---

[10] منذ صدور نشرة مرصد الاقتصاد اللبناني (طبعة خريف 2021)، عدّلنا متوسط سعر الصرف الذي يحتسبه البنك الدولي لمقابلة التغيّرات في دعم سعر صرف الليرة مقابل العملات الأجنبية، بما في ذلك فارق التغطية عن المحروقات والأدوية. ومن أجل الاطلاع على شرح أكثر تفصيلًا، يُرجى الإحالة إلى الهامش رقم 22.

[11] أي في حال تدهور متوسط سعر الصرف بنسبة 100 في المئة، يرتفع التضخّم بين 55 و77 نقطة مئويّة.

[12] أصدر البنك الدولي سلسلة من التقارير/مذكرات السياسة التي توضح بالتفصيل إصلاحات هيكلية وقطاعية محددة كان من الممكن أن تساعد في تحقيق هبوط سلس للأزمة. وتشمل هذه: (1) البنك الدولي (2016)، Priority Reforms for the Government of Lebanon، كانون الأول/ديسمبر 2016؛ (2) وسام حركة وكريستوس كوستوبولوس (2018)، Strategic Assessment: A Capital Investment Plan for Lebanon، مجموعة البنك الدولي، واشنطن العاصمة؛ (3) البنك الدولي (2018)، De-Risking Lebanon، مرصد الاقتصاد اللبناني، عدد خريف 2018 ومع إخفاق الحكومة اللاحق في التخلص من مخاطر الاقتصاد، أصدر البنك أيضًا منشورات حددت التدابير التي عالجت ظروف الأزمة. على وجه التحديد، نحيل القارئ إلى: (1) البنك الدولي (2019)، When Gravity Beckons، مرصد الاقتصاد اللبناني، عدد خريف 2019؛ (2) البنك الدولي (2020)، The Deliberate Depression، مرصد الاقتصاد اللبناني، عدد خريف 2020؛ (3) البنك الدولي (2021)، To the Top 3) Lebanon Sinking، مرصد الاقتصاد اللبناني، عدد ربيع 2021

# RÉSUMÉ ANALYTIQUE

**L**'ampleur et la portée de la dépression délibérée du Liban conduisent à la désintégration des principaux piliers de l'économie politique de l'après-guerre civile. Le rapport de suivi de la situation économique du Liban publié à l'automne 2020 (LEM ci-après), intitulé *La Dépression Délibérée*, fait valoir que la dépression est auto-imposée, plus précisément imposée à la population générale par l'élite qui a longuement gouverné le pays et mis la main sur l'État et ses rentes économiques (l'emprise de l'élite comme une entrave au développement au Liban est l'une des deux contraintes fondamentales identifiées dans le *Diagnostic National Systématique du Liban*, Banque Mondiale, 2016). Cette mainmise se poursuit malgré (1) une crise qui, selon la Banque mondiale, représente le troisième effondrement économique le plus sévère de par le monde depuis les années 1850 (*Le Naufrage du Liban (au Top 3)*, Printemps 2021, LEM); et (2) des mouvements populaires non-confessionnels, parfois massifs. L'élite a préféré s'accrocher au pouvoir et aux rentes du pays, alors même que ces dernières se réduisent tel une peau de chagrin, plutôt que d'engager des réformes qui seraient essentielles au modèle de développement de l'aprèsguerre civile, non viable et aujourd'hui non soutenable, entravant ainsi une relance.

**Le PIB réel devrait chuter de 10,5 % en 2021, en sus d'une contraction de 21,4 % en 2020.** Le PIB du Liban a en effet chuté de 52 milliards de dollars en 2019 à 21,8 milliards de dollars en 2021, soit une baisse de 58,1 %, ce qui représente la plus forte contraction enregistrée sur une liste de 193 pays. La dépression délibérée provoque des cicatrices indélébiles qui marquent la société et l'économie libanaises : les services publics de base s'effondrent ; un nombre croissant de Libanais émigrent, particulièrement ceux dotés de compétences de haut niveau. En parallèle, les classes pauvres et moyennes, à qui ce modèle n'a jamais bénéficié pour commencer – le pays ayant été l'un des plus inégalitaires dans le monde d'avant-crise (Assouad, 2017)[13] – subissent le principal fardeau de la crise. Toutes les composantes du PIB, à l'exception des exportations nettes, devraient continuer de contribuer à la croissance d'une manière négative en 2021[14]. La balance des échanges de services, guidée par le secteur du tourisme, représente une rare source de croissance. Le nombre de touristes a augmenté

---

[13] Assouad, Lydia (2017), *World Bank Rethinking the Lebanese Economic Miracle: The Extreme Concentration of Income and Wealth in Lebanon 2005–2014*, Note de travail No. 2017/13 du World Inequality Lab.

[14] Il est à noter que, au cours des dernières années, les exportations nettes ont contribué d'une manière positive à la croissance en raison d'un effondrement de la demande domestique, qui dépend largement des importations.

de 101,2 % durant les sept premiers mois de 2021 (7M-2021). Dans notre Volet Spécial, nous analysons en détails les raisons pour lesquelles la hausse des exportations est plus faible que prévue, compte tenu de la forte dépréciation de la livre libanaise. La consommation des ménages continue de pâtir énormément, après avoir essuyé un revers cinglant depuis l'émergence de la crise vers la fin 2019.

**Les turbulences monétaires et financières, ainsi que l'inflation croissante demeurent des facteurs de crise.** Le taux de change s'est dégradé davantage en 2021 : durant les 11 premiers mois de 2021 (11M-2021) le taux de change de la livre libanaise s'est déprécié de 211 % par rapport au dollar américain (sur une base annuelle), franchissant à plusieurs reprises le seuil de LPB22,000/US$[15], et ce dans un cadre de système de taux de change multiples qui comprend également le taux de change officiel (LBP1,507.5/US$) et celui moins élevé de la Banque du Liban (la Banque Centrale, BdL). En général, le taux de change moyen de la Banque Mondiale[16] s'est déprécié de 219 % (sur une base annuelle) durant les 11 premiers mois de 2021 (11M-2021). Les fluctuations du taux de change ont largement contribué à l'envolée de l'inflation, estimée en moyenne à environ 145 % en 2021 — soit la plus élevée à l'échelle mondiale, après le Venezuela et le Soudan. Après avoir chuté jusqu'à 100.6 % (sur une base annuelle) en juin 2021, l'inflation a augmenté de nouveau pour atteindre 173.6 % (sur une base annuelle) en octobre. Cette envolée depuis juin est liée à la levée des subventions en devises étrangères sur les biens importés. Le coefficient de l'incidence des fluctuations du taux de change s'estimait à 59–77 %.[17]

**Les finances publiques se sont améliorées en 2021 suite à un effondrement des dépenses plus fort que celui des revenus.** Les revenus devraient baisser de moitié par rapport au PIB, passant d'un taux déjà bas de 13.1 % en 2020 à tout juste 6.6 % en 2021 — soit le troisième taux de revenu mondial le plus bas en 2021, après la Somalie et le Yémen. La contraction des dépenses a été encore plus prononcée, baissant de 9.4 points de pourcentage (pp) à 7 % du PIB en 2021. Cela reflète, en partie, des paiements d'intérêts bas en raison du nonpaiement des eurobonds et un arrangement favorable avec la

BdL concernant la dette domestique, ainsi que des réductions drastiques dans les dépenses primaires (celles-ci ayant baissé de 4.2 pp du PIB durant les six premiers mois de 2021). En conséquence, nous prévoyons un solde (primaire) fiscal général de −0.4 (0.2) % du PIB en 2021, à comparer avec −3.3 (−0.8) % en 2020.

**L'arrêt soudain des flux entrants de capitaux et le large déficit du compte courant continuent d'éroder de manière soutenue les réserves brutes de change de la BdL.** Le ratio du déficit du compte courant par rapport au PIB demeure inchangé en 2021, à un taux prévu de 9.8 %, le tourisme et les transferts significatifs venant compenser un plus grand déficit du commerce des biens. Le ratio du déficit du commerce des biens par rapport au PIB, en augmentation en 2021, est en grande partie dû à une baisse accrue du PIB en US$ (effet dénominateur). Cela devrait être compensé par un meilleur solde du commerce des services, soutenu par une forte relance du tourisme. En septembre 2021, les réserves brutes de change (exception faite des réserves en or) de la BdL ont atteint 18,8 milliards de dollars, chutant de 5,3 milliards de dollars depuis la fin 2020. En parallèle, les réserves requises pour les dépôts des clients en devises s'élevaient à 14,8 milliards de dollars. La BdL ne publie pas les réserves nettes, mais celles-ci sont négatives (estimation).

**Nous réitérons nos recommandations concernant l'urgence pour le Liban d'adopter et de mettre en œuvre un plan de réformes crédible, exhaustif et équitable, afin de prévenir un effondrement total du réseau socioéconomique et**

---

[15] La nouvelle année s'ouvre sur un événement malheureux, mais tout à fait prévisible pour l'économie libanaise : le 4 janvier 2022, le taux de change de la livre libanaise par rapport au dollar américain a dépassé le seuil de LBP30,000/US$ pour la première fois.

[16] Depuis l'édition Printemps 2021 du LEM, nous avons ajusté le taux de change moyen (AER) pour qu'il reflète les changements dans les subventions des devises étrangères, y compris la différence de couverture des hydrocarbures et des médicaments. Pour obtenir de plus amples détails, veuillez voir la note de bas de page 22.

[17] C'est-à-dire, si le taux de change moyen se déprécie de 100 %, l'inflation augmentera entre 55 et 77 pp.



de mettre immédiatement un terme à la perte irréversible du capital humain[18]. Tel que détaillé et mentionné dans nos précédentes éditions de LEMs, cette stratégie serait basée sur : (i) un nouveau cadre de politique monétaire qui rétablira la confiance et la stabilité dans le taux de change ; (ii) un programme pour la restructuration de la dette qui garantirait une marge de manœuvre budgétaire à court terme et la durabilité à moyen terme ; (iii) une restructuration exhaustive du secteur financer afin de recouvrir la solvabilité du secteur bancaire ; (iv) un ajustement fiscal progressif et équitable visant à rétablir la confiance dans la politique budgétaire ; (v) des réformes visant à soutenir la croissance ; et (vi) une protection sociale améliorée.

---

[18] La Banque mondiale a produit une série de publications/ notes d'orientation détaillant les réformes structurelles et sectorielles spécifiques qui auraient pu contribuer à un atterrissage en douceur avant la crise, dont : (1) Banque mondiale (2016), *Priority Reforms for the Government of Lebanon,*, décembre 2016; (2) Harake, Wissam et Christos Kostopoulos (2018), Strategic Assessment: A Capital Investment Plan for Lebanon, Groupe de la Banque mondiale, Washington DC (2018); (3) *De-Risking Lebanon*, the Lebanon Economic Monitor, numéro d'automne 2018. En raison de l'échec du gouvernement à réduire les risques pour l'économie, la Banque a également présenté des publications identifiant des mesures répondant aux conditions de crise. Plus précisément, nous vous renvoyons à : (1) Banque mondiale (2019), *When Gravity Beckons*, the Lebanon Economic Monitor, numéro de l'automne 2019; (2) Banque mondiale (2020), *The Deliberate Depression*, the Lebanon Economic Monitor, numéro de l'automne 2020; ET (3) Banque mondiale (2021), *Lebanon Sinking (To the Top 3)*, the Lebanon Economic Monitor, numéro du printemps 2021



# I. THE POLICY CONTEXT

**A** deliberate and disorderly termination of the foreign exchange (FX) subsidy commenced in Spring 2021 and was in full force by the summer.[19] FX subsidies on critical and essential imports have largely been removed, except for chronic and cancer medications. The path to the subsidy removal was opaque, inadequately coordinated between (caretaker) Government and the central bank, and critically, lacked timely alleviation/compensation measures.[20] In the Special Focus of *Lebanon Sinking (to the Top 3)*, the Bank examined Lebanon's FX subsidy and the challenges it posed, and presented a credible way forward, including its replacement with a more effective and efficient pro-poor (targeted) program. Instead, marginal disputes and political positioning replaced effective policy responses, helping to drain precious and scarce FX resources. Those benefiting were mostly importers, hoarders and smugglers, while the poor and vulnerable received a small and declining share of the benefit.

**This induced severe market distortions for the subsidized products due to hoarding, price gouging and smuggling.** Over the summer of 2021, acute shortages of fuel[21] for both the private and public utilities led to severe electricity blackouts across the country; the public utility, Électricité du Liban (EdL), cut power supply to as little as 2 hours per day; private generators—long the private substitute that filled the gap (especially for those with means)—could only partially compensate and faced constraints in obtaining diesel fuel supply. Shortages in gasoline caused long queues for motor vehicles,

---

[19] The World Bank presented an example of an orderly and coordinated end to the FX subsidy in the Special Focus section of: World Bank (2021), *Lebanon Sinking (To the Top Three)*, the Lebanon Economic Monitor, Spring 2021 Issue.

[20] While making some progress, the World Bank Emergency Social Safety Net (ESSN), which is a targeted cash transfer program, has yet to disburse to beneficiaries, partially due to slow progress by the authorities on meeting project conditionality. Meanwhile, the Government's Ration Card program, which is a non-targeted cash transfer program, remains at the design stages.

[21] Supplies were available at inflated prices, which could only be afforded by a very few privileged consumers.

leading to disputes and even violence between those waiting. The medical sector also suffered unduly, due to scarcities in essential medications and medical services while facing COVID-19 conditions. While these distortions have since moderated, at the cost of surging price levels that have further shrunk residents' purchasing power.

**More positively, on September 10, 2021, PM Mikati and President Aoun signed off on a new Government, following 13 months of vacuum at the executive branch.** This was the third attempt following the designations for the premierships of Saad Hariri in October 2020, and prior to him, Mustapha Adib in August 2020. The previous Government under Hassan Diab had resigned in the aftermath of the August 4, 2020 Port of Beirut explosion. The new cabinet, however, has yet to take any decisive action. It also has only one female minister, a fact that underscores the severe gender imbalance in the Lebanese public domain. The Government is further constrained by a short mandate, as Parliamentary elections are due by May 2022. Nonetheless, the Government has highlighted several priorities, notably: (i) restarting discussions with the IMF for a program; (ii) increasing EdL's power generation to 10–14 hours per day; and (iii) operationalizing cash transfer programs.

**In October 2021, the Lebanese authorities and the IMF resumed discussions, which were** **interrupted for many months since their initial launch in May 2020.** Earlier discussions stalled as differences and inconsistencies emerged within the Lebanon team regarding the previous Government's financial recovery program.

**The Mikati Government has already been bogged down by political and geopolitical pressures.** These include disagreements over the investigation of the Port of Beirut explosion, followed by a breakout of violence on October 14 that killed seven people along historically sensitive sectarian corridors.[22] Further, Saudi Arabia, Bahrain, the United Arab Emirates (UAE) and Kuwait recalled their ambassadors/chargé d'affaires from Lebanon in end-October over a statement critical of the war in Yemen by the Lebanese Information Minister (prior to his appointment). Saudi Arabia also banned Lebanese imports[23] and, along with the UAE, banned citizens from visiting Lebanon. The Minister of Information subsequently resigned, prompting President Macron to mediate a truce during a visit for him to Saudi Arabia. Saudi Arabia has not yet reversed the above measures.

---

[22] In fact, this is close to the location of the violent incident that led to the 1975 civil war.

[23] In April 2021, Saudi authorities had already announced the suspension of fruit and vegetable imports from Lebanon, following the seizure of drugs smuggled from/through Lebanon.

# 2

# RECENT MACRO-FINANCIAL DEVELOPMENTS

## Output and Demand

**The compounded crises: the financial crisis, the COVID-19 pandemic and the Port of Beirut (PoB) explosion, have had staggered impacts on output, with differentiated magnitudes.** Due to insufficient high frequency data, precise identification of each of those impacts is a challenging task. To draw empirical conclusions, we resort to a combination of methodologies and models. To gauge the impact of financial crisis along with COVID-19 effects, we use Mixed-Data Sampling (MIDAS) methods to assess the state of the economic cycle using available high frequency measures of economic activity (See Annex A). The World Bank had earlier estimated the economic impact of the PoB explosion through a Rapid Damage and Needs Assessment (RDNA)[24]

**Real GDP is estimated to decline by 10.5 percent in 2021, on the back of a 21.4 contraction in 2020 (**Figure 1**).** High frequency indicators support continued, albeit decelerated, contraction in economic activity. The BLOM-PMI index, which captures private sector activity, averaged 45.7 over the first eight months of 2021 (8M-2021) (<50

represents a contraction of activity), compared to 40.2 over 8M-2020. Meanwhile, the real estate sector has shown an improvement; over the first half of 2021 (H1–2021), cement deliveries—considered to be a proxy for construction activity—witnessed a rise of 9.5 percent (yoy), and construction permits—a leading indicators for future construction activity—increased by 203.7 percent (yoy). However, this increase is partially due to a low base effect: construction permits were 27 percent lower than their seven-year-average (2013–2019) over the first half of the year, while cement deliveries were 65 percent lower. On the other hand, throughout 2020 and 2021, real estate sales thrived as some depositors sought means to utilize their otherwise untransferable bank deposits.[25] In fact, revenues from real estate registration fees increased by 16.1 percent (yoy) in nominal terms over

---

[24] World Bank (2020), *Beirut Rapid Damage and Needs Assessment*, August 2020.

[25] The financial sector facilitated real estate purchases using pre-October 2019 dollar deposits under conditions of capital controls (and therefore, lack of alternatives to get those deposits out), leading to an increase in such purchases.



**FIGURE 1 •** While the Contraction in Real GDP Commenced in 2018, It Accelerated Sharply in 2020, and Is Expected to Persist in 2021

*Sources*: CAS and WB staff calculations.



**FIGURE 2 •** Net Exports Are Estimated to Have Been the Sole Positive Contributor to Real GDP in 2019 and 2020

*Sources*: CAS and WB staff calculations.

the first eight months of 2021 (8M-2021). Beyond the developments in the construction sector, the retail sector suffered sizable losses, due to a combination of the financial crisis and the COVID-19 lockdown measures; the BTA Fransabank retail trade index (in real terms) declined by 79.3 percent over Q1–2020.

**Looking at GDP from the demand side, net exports are expected to continue to be the sole positive contributor to growth in 2021** (Figure 2).[26] This is driven by an improvement in the trade in services balance, led by the tourism sector; tourist arrivals surged by 101.2 percent over the first seven months of 2021 (7M-2021) while hotel occupancy rates (published by Ernst & Young) rose by 23.7 percent (yoy) over 5M-2021.[27] Meanwhile, private consumption, which averaged 92.3 percent of GDP over the years 2015–18, has taken a severe blow since end-2019, the eruption of the crisis; Byblos Bank/AUB's consumer confidence index declined by 65.1 percent (yoy) in the first nine months of 2020 (9M-2020; latest available).

## Fiscal Developments

**Early data from 2021 reveal drastic cutbacks in primary spending**. Over the first six months of 2021

(6M-2021), total revenues declined by 2.4 pp (yoy) to register 3.5 percent of GDP, with tax revenues and non-tax revenues falling by 1.6 pp and 0.8 pp, respectively. This was more than offset by a larger decrease in total expenditures, falling 5.3 pp (yoy) in 6M-2021 to reach 3.4 percent of GDP. Expenditures benefitted from a declining debt service as a consequence of the default on foreign debt and a favorable arrangement with BdL on its holdings of Treasury Bonds (TBs);[28] (nominal) interest payments on domestic and foreign debt fell by 22.7 and 84.9 percent, respectively, over 6M-2021. Notably, primary spending also fell over the same period, decreasing by 4.2 pp (yoy) to 2.8 percent of GDP, driven by a 12.1 percent nominal decline in primary spending (i.e., the numerator) as

---

[26] It is important to note, that over the past couple of years, net exports contributed positively to growth due to a collapse in domestic demand, which is historically concentrated on imported goods.

[27] Hotel occupancy data excludes February 2021 and April 2021, as figures for these months were missing.

[28] In this arrangement, BdL would not receive coupon payments on TBs holdings as part of fiscal relief for the Government. This, however, pushes the cost of domestic debt to BdL's income statement and balance sheet, both of which are in dire conditions



well as an inflation-driven increase in nominal GDP. When netting put transfers to the state-owned EdL, which fell by 0.4 pp of GDP over the same period,[29] primary spending fell by 3.9 pp of GDP (yoy). In fact, with inflation averaging 131.9 percent (yoy) over 6M-2021, real (non-EdL related) primary spending over this period contracted by 61 percent.

**A substantial increase in nominal GDP—due to the steep growth in the GDP deflator that more than offset the contraction in real economic activity—is creating a denominator-led effect that adds to sharp declines in fiscal indicators as ratios of GDP.** Despite the nominal increase in total revenues, they are expected to halve as a percentage of GDP from 2020 ratios to reach 6.6 percent of GDP in 2021. This is driven by several factors, including: (i) an inflation-driven increase in nominal GDP; (ii) failure to adjust taxes and fees valuations in line with inflation; (iii) weakened capacity in the revenue administration; (iv) lower collection of taxes on interest income due to declining deposits; and (v) a delay in tax declarations as one of COVID-necessary measures. However, this is more than offset by a sharp 9.5 pp of GDP decline in current spending, partially driven by the sharp cuts in primary spending as explained above. We project the overall fiscal balance in 2021 to be −0.4 percent of GDP, compared to −3.3 percent in 2020 and a pre-crisis medium-term average of −8.6 percent (Figure 3). The primary balance is also expected to improve, registering a small surplus of 0.2 percent of GDP in 2021, compared to −0.8 percent in 2020.

**Fiscal outcomes in 2020 were affected by US dollar valuations of key revenue and expenditure items.** In 2020, total revenues declined by 8 percent, driven by 42.8 and 28.4 percent decreases in VAT and customs revenues, respectively. Naturally, the collapse in economic activity in 2020 and the ensuing large decrease in imports is a principal factor behind the weak performance in both revenue items. Another important factor is the Government's valuation of US$ imports at the official rate of LBP1,507.5 per US$ instead of a much higher market-based rate, thus forgoing substantial revenues. Total expenditures also decreased by 23.6 percent, led by 63.7 percent fall in interest payments—resulting from the Eurobond default and a favorable arrangement with BdL on TBs



FIGURE 3 • Large Shortfalls in Revenues Will Induce a Significant Deterioration in the Fiscal Position

Fiscal Aggregates (% of GDP)

— Overall Fiscal Balance
--- Primary Fiscal Balance, Excluding Interest Payments

*Sources:* Lebanese authorities and WB staff calculations.

it holds—and to a lesser extent, due to cuts in primary spending, with 38.6 and 30.9 percent decreases in transfers to EdL and municipalities, respectively. EdL transfers are primarily intended to cover the cost of fuel, and when an allocation is ratified in Parliament it is valued at the official exchange rate. In effect, it becomes an FX subsidy covered by the central bank. A more accurate valuation based on a market-based exchange rate would significantly impact the overall fiscal position (Box 1). Officially, the overall fiscal deficit narrowed by 54.1 percent in 2020 even as the primary balance deteriorated.

**Public debt ratios, which were already notoriously unsustainable, are further aggravated by the economic crisis.** Debt-to-GDP is projected to reach 183 percent in 2021, compared to an estimated 179.1 percent by the end of 2020. The sharp depreciation in the local currency has implied a significantly

---

[29] In March 2021, and in response to a request from the Ministry of Energy and Water for an allocation in the amount of LBP 900 billion (equivalent to US$600 million at the official exchange rate), Parliament ratified only LBP300 billion. Power generation was subsequently cut back to as much as 2 hours per day, as power cuts were increasingly used as a saving tool.

## BOX 1: QUANTIFYING THE IMPACT OF EXCHANGE RATE CONSIDERATIONS ON EdL TRANSFERS

In 2020, as the financial crisis rippled through the economy, the emergence of multiple exchange rates caused uncertainty and opaqueness regarding the pricing of goods and services. Government transfers to EdL are a case in point. As it currently stands, allocations are made in LBP via a parliamentary law either as part of a budget or as a separate expenditure item. For the most part, those transfers are used to cover the cost of fuel used by EdL to generate electricity. BdL has been converting this at the official exchange rate (LBP1,507.5/US$) to pay international fuel suppliers. This effectively was a FX subsidy on electricity consumption carried by BdL; the size of the subsidy is approximately equal to the difference between the US$ banknote exchange rate and the official exchange rate—at current US$ banknote rates, this means that EdL effectively pays less than 10 percent of the actual US$ cost of its fuel imports, with the remaining 90 percent being paid by BdL using its dwindling gross reserves. In addition, EdL has been increasingly using blackouts to save on fuel consumption, as can be seen by a 12.9 and 16.5 percent (yoy) declines in electricity production and EdL fuel imports, respectively, in 2020.

In this box, we estimate counterfactual fiscal costs for 2020, if (1) a higher exchange rate were used—in this case we select the US$ banknote rate; and (2) the US$ banknote rate were used, plus an assumption that transfers to EdL in 2020 were equal a medium-term average. The former calculates the fiscal outcomes after correcting for the exchange rate mis-valuation resulting for the persistent use of the official exchange rate by the Ministry of Finance (MoF). The latter adds to that and assumes away EdL's excessive use of blackouts to save on costs in 2020, thereby calculating the fiscal costs if power supply were limited by power generation capacity and not by access to FX. Hence, we compare the below scenarios:

1.  *Actual Scenario:* reflecting the actual published fiscal numbers, where transfers to EdL were recorded at the official exchange rate of LBP1,507.5 per US$, and EdL cut production to generate savings.

2.  *Valuation Scenario:* consistent with counterfactual scenario (1) discussed above, we deviate from the *Actual Scenario* by using the 2020 average US$ banknote rate (LBP5,699 per US$) to value LBP transfers to EdL. To do so, we multiply actual 2020 LBP transfers to EdL (LBP1,393 billion) by the ratio 5,699/1,507.5. This in effect transfers the cost subsidy from BdL to the Ministry of Finance (MoF).

3.  *Valuation-Generation Scenario:* consistent with counterfactual scenario (2) discussed above, we add to the *Valuation Scenario* the assumption that LBP transfers to EdL were equal to their 2015–19 average, when power supply was limited to generation capacity. Actual EdL transfers over the 2015–19 period averaged LBP2,005 billion, compared to LBP1,393 billion in 2020. In this case, we multiply LBP2,005 billion by the ratio 5,699/1,507.5.

The results are presented in Table 1. Actual transfers to EdL were rather modest (by historical standards) at 1.2 percent of GDP; however, once the BdL FX subsidy is accounted for, the true fiscal (and quasi-fiscal) transfer/support to EdL is a more significant 4.5 percent of GDP. If electricity generation had remained at its pre-crisis level, the cost to the government's budget would have risen even further, to 6.5 percent of GDP. These would have pushed the government's fiscal balance deeper into deficits.

**TABLE 1 • Summary of the Findings Under the Baseline and Both Scenarios**

|  | 2020 | | |
|---|---|---|---|
| *(in percent of GDP)* | Actual | Valuation Scenario | Valuation-Generation Scenario |
| Revenue | 13.1 | 13.1 | 13.1 |
| Expenditure | 16.2 | 19.8 | 21.7 |
| *Transfers to EdL* | 1.2 | 4.5 | 6.5 |
| Fiscal Balance | –3.3 | –6.6 | –8.6 |
| Primary Balance *(in LBP bln)* | –0.8 | –4.1 | –6.1 |
| Revenue | 15,341 | 15,341 | 15,341 |
| Expenditure | 19,244 | 23,118 | 25,431 |
| *Transfers to EdL* | 1,393 | 5,268 | 7,581 |
| Fiscal Balance | –3,903 | –7,777 | –10,090 |
| Primary Balance | –978 | –4,852 | –7,165 |





**FIGURE 4** • Valuation Effects from Exchange Rate Depreciations Will Pressure the Debt-to-GDP Ratio[a]

Gross Public Debt

■ External Public Debt (US$ bln)   ■ Domestic Public Debt (US$ bln)
— Gross Public Debt (US$ bln)   ⋯ Gross Public Debt as Percentage of GDP (rhs, %)

*Sources:* Lebanese authorities and WB staff calculations.
[a] To convert domestic debt to US$, we use the World Bank Average Exchange Rate for 2020 and 2021, estimated at LBP11,770/US$ and LBP37,664/US$, respectively.

lower dollar value for domestic debt, lowering the dollar value for total debt (the numerator in the debt-to-GDP ratio); this is, however, more than offset by a significantly lower denominator, GDP in US$, due also to the currency depreciation, leaving a larger debt-to-GDP ratio (Figure 4). So, whereas the surge in inflation is rapidly eroding the real value of domestic debt, the sharp depreciation of the currency continues to make Lebanon's sovereign debt burden unsustainable.

## The External Sector

**Customs data illustrate widening of the trade-in-goods deficit over Q1-2021, driven by both higher imports and lower exports.** According to Customs data for merchandise goods, imports grew by 13.6 percent (yoy) in Q1-2021, whereas exports shrank by 23.6 percent (yoy). On the imports side, netting out energy imports (which have actually declined over the same period) leaves imports at 28.2 percent higher. This included yoy increases of 36.2 and 19.9 percent in imports of industrial goods[30] and food products,[31] respectively. As for exports, the sharp decrease in exports of merchandize goods over Q1-2021 is

largely driven by Pearls, Precious Stones and Metals, which when netted out leaves exports down by only 3.7 percent (yoy). We study in detail the surprisingly weak export performance of Lebanese firms—given the sharp increase in price competitiveness that the fall in the lira is providing—in our Special Focus.

**The current account (CA) deficit-to-GDP ratio remains broadly unchanged in 2021 as strong remittances and tourism offset a wider trade deficit in goods.** The widening trade-in-goods deficit in Q1-2021 is expected to be offset over the course of the year due to the binding financing constraints imposed by the declining foreign exchange reserves at BdL, and relatedly, the elimination of the FX subsidy. This dynamic is reinforced by the strong recovery in tourism, which will improve the trade-in-services balance. Meanwhile, net remittances are expected to increase from an estimated 10.3 percent of GDP in 2020 to 16.9 percent of GDP in 2021. The increase is a result of (i) a sharp decline in US$ GDP (a denominator effect); (ii) large decreases in remittances outflows, as foreign workers in Lebanon suffer from the economic contraction; and (iii) some remittances inflows incentivized by countercyclical[32] behaviors observed in countries with large diasporas. Nominally, however, remittances inflows are estimated to have been negatively impacted by an impaired banking sector—the traditional conduit for remittances—and the COVID-19 global impact. Overall, we project the CA deficit in 2021 to be 9.8 percent of GDP, varying marginally from 9.3 percent in 2020, but much lower than the medium-term (2013–2019) average of 22.5 percent of GDP.

**As foreign financing of the CA deficit came to a sudden stop in late 2019, a massive contraction of the CA took place in 2020 driven by**

---

30  This includes imports of the following categories: Wood, Rubber and Chemical Products; Non-Metallic Products; Textiles; Capital Goods; and Equipment Other than Capital Goods.

31  This includes imports of the following categories: Agricultural Products and Animals; and Food Industry Products.

32  During economic hardships in the home country, expatriates can also boost transfers back home in support of family.

**a sharp contraction in imports.** Scarcity of capital inflows into Lebanon followed de facto introductions of capital controls. While BdL made use of its limited foreign exchange reserves in 2020, a forced and massive adjustment/re-sizing of the previously massive current account deficit took place.

**The sudden stop in capital inflows, coupled with a smaller but still large CA deficit, has steadily depleted BdL's FX reserves** (Figure 5). By September 2021, gross FX reserves (excluding gold reserves) at BdL reached US$18.8 billion, declining by US$5.3 billion since end-2020. BdL's gross position includes Lebanese Eurobonds and an unpublished amount lent out to banks. Meanwhile, required reserves on banks' customer FX deposits is estimated at US$14.8 billion.[33] Critically, BdL's gross position differs widely from its net reserves (i.e., gross FX reserves at the central bank net of FX liabilities to others); contrary to other central banks, BdL does not publish net reserves, which are estimated to be significantly negative.

**In September 2021, Lebanon converted US$1.139 billion from its share of IMF Special Drawing Rights (SDR) allocations, thereby covering 7.5 percent of its 2021 import bill.** As a response to the global economic crisis from the COVID pandemic, the IMF approved on August 23, 2021, its largest ever allocation of SDRs, equivalent to US$650 billion. Lebanon's share of this amounted to SDR607.2 million, equivalent to US$864 million. In September, Lebanon converted this portion plus its share of a previous 2009 SDR allocation, which followed the global financial crisis and is equivalent to US$275 million. While bringing limited temporary relief, the SDR allocations will not resolve the systemic crisis or long-term structural issues facing the country, which will require political will and decisive actions to recognize financial sector losses and push through a fundamental restructuring.

## Money and Banking

**Monetary and financial turmoil continue to drive crisis conditions.** The exchange rate further deteriorated in 2021, with the US$ banknote rate depreciating by an average of 211 (yoy) percent over



**FIGURE 5** • A Steady Depletion in the Gross Foreign Exchange Position at BdL

Gross Reserves at BdL

Legend: Foreign Currencies, Foreign Securities, Gross FX Reserves, Compulsory FX Reserve

Sources: BdL and WB staff calculations.
Note: Compulsory FX reserves are World Bank estimates based on published data, and a 15 percent required reserve ratio on FX deposits in commercial banks.

the first 11 months of 2021 (11M-2021), repeatedly breaching the LPB22,000/US$ threshold. This is within a multiple exchange rate system that also includes the official exchange (LBP1,507.5/US$), and BdL-administered lower rates. Overall, the World Bank Average Exchange Rate (AER)[34] depreciated by 219 percent (yoy) over 11M-2021(Figure 6).

---

[33] In June 2021, BdL lowered required reserve ratio on dollar deposits from 15 percent to 14 percent.

[34] Since the Spring 2021 LEM, we have adjusted the AER to account for changes in the FX subsidy, including the divergence of coverage for fuel and medications. We now consider critical imports of goods 1 (C1) as changing over time—from August 2019 to June 2021, C1 consists of fuel products, medication and wheat, backed up at LBP 1,507.5/US$; from July 2021 onwards, C1 becomes only fuel products, first backed up at LBP 3,900/US$ in July 2021, then at LBP 8,000/US$ in August and September 2021, and finally at the US$ banknote exchange rate thereafter, denoting the full removal of the fuel subsidy. We also consider critical imports of goods 2 (C2) as changing over time—from August 2020 through June 2021, C2 consists of essential food products, backed up at LBP 3,900/US$, with the subsidy gradually reduced until it is eliminated by June 2021. From July 2021 to September, C2 becomes medication, backed up at LBP 13,150/US$, as agreed to between the Ministry of Health and BdL. After September, we assume the full subsidy on medication is removed, applying the banknote rate to C2.

Case 1:21-mc-00207-VSB-RWL Document 244-1 Filed 08/22/24 Page 141 of 223

FIGURE 6 • A Sharp Depreciation in the Exchange Rate along with Surging Inflation and Narrow Money



Sources: CAS, BdL and WB staff calculations.

FIGURE 7 • Inflation in Basic Items is a Key Driver of Overall Inflation, Hurting the Poor and the Middle Class



Sources: CAS and WB staff calculations.

**Limited economic utility for electronic dollars,**[35] **along with scarcity of dollar banknotes, and minimum incentives to save in LBP, all rendered the economy heavily cash-based in local currency.** By September 2021, the stock of currency in circulation increased by 72.8 percent (yoy), compared to 22 and 1.5 percent growths in M2 and M3, respectively. The latter two money-supply measures also reflect ongoing deleveraging in the financial sector (see Paragraph 24).

**FX scarcity and exchange rate pass through effects on prices have resulted in surging inflation (Box 2)**. In 2020, the inflation rate averaged 84.3 percent, having risen steadily and sharply from 10 percent (yoy) in January 2020 to 145.8 percent (yoy) in December 2020. Over the first 11 months of 2021 (11M-2021), inflation has averaged 142.9 percent; it reached a high of 157.9 percent (yoy) in March, falling to 100.6 percent by June, before rising again to a new high of 201.1 percent in November. The surge since June is linked to the steady removal/fading of the FX subsidy on imported goods.

**Inflation is a highly regressive tax, disproportionally affecting the poor and vulnerable (Box 3), and more generally, people living on fixed income like pensioners**. This is especially so in Lebanon's case where basic items of the consumption basket are primary drivers of overall inflation. In fact, the main contributors of inflation over 11M-2021 are food and non-alcoholic beverages, followed by transportation, and then clothing and footwear (Figure 7); prices for these basic consumption items have surged by 305.9, 305.2 and 324.6 percent, respectively. It is notable the rise of the transportation category from the 4th largest contributor to overall inflation in 2020 to the 2nd largest over 11M-2021. This reflects the impact of the FX subsidy removal on fuel imports.

**The severe restrictions on capital outflows have given the monetary authorities room to lower interest rates.** From October 2019 to September 2021, average interest rates on LBP and dollar deposits in banks fell by 750 and 635 basis points (bps), respectively. Banks' lending rates in LBP and US$ have mirrored this effect, falling by 354 and 371 bps, respectively over the same period. As inflation has surged during that same period, real interest rates in the country are highly negative across the board.

---

[35] This refers to dollar deposits from prior October 2019, which are subject to strict capital controls and can generally be withdrawn only in LBP at a significant haircut compared to the value of the dollar being traded in the parallel banknote market.

## BOX 2: THE EXCHANGE RATE PASS THROUGH TO INFLATION FOR LEBANON

The exchange rate pass-through effect on prices measures the extent to which fluctuations in the exchange rate lead to changes in aggregate prices (i.e., inflation). The Exchange Rate Pass-Through (ERPT) coefficient is, therefore, akin to an elasticity coefficient in that it measures the sensitivity of the Consumer Price Index (CPI) to the exchange rate.

With the US$ banknote exchange rate breaching the 27,000 LBP/US$ mark and inflation soaring to the triple digits, estimating the ERPT coefficient allows for gauging the degree to which exchange rate fluctuations drive inflation.

The simplest approach to gauging the ERPT is to estimate the change in the CPI, $\Delta CPI_t$, that is due to a change in the exchange rate, $\Delta E_t$. Estimates of the contemporaneous response of changes in the price level to changes in the exchange rate $\Delta CPI_t/\Delta E_t$ or to lagged changes in the exchange rate $\Delta CPI_t/\Delta E_{t-1}$, $\Delta CPI_t/\Delta E_{t-2}$ can be computed from data on the CPI obtained from the Central Administration of Statistics and the World Bank Average Exchange Rate (AER).

Table 2 provides the estimates of the various pass-through coefficients estimated using data for the period August 2019 to October 2021.

Depending on the exact definition employed, the ERPT coefficient ranges from 59 to 89.3 percent. That is, a 100 percent depreciation in the exchange rate leads to an increase in the inflation rate ranging from 59 to about 90 percentage points.

Estimates the ERPT coefficient can also be obtained from more elaborate econometric models. The existing literature commonly employs well-specified Vector Autoregressive (VAR) models to gauge the response of prices to an exchange rate shock (see Annex B). The advantage of the latter approach is to allow for discerning the effects of exchange rate fluctuations on inflation over several horizons (one, six or twelve months). Using a trivariate VAR model comprising the AER, currency in circulation and the CPI for the period January 2008 to October 2021, the ERPT coefficient estimate is 56 percent when the VAR is estimated in changes and 77 percent when the VAR is estimated in levels. The latter estimates are consistent with the results obtained using the simple approach in Table 2.

When the US$ banknote exchange rate (BNR) is employed instead of the AER, the ERPT coefficients are, respectively, 28 and 67 percent when the VAR model is estimated in changes and levels. The EPRT coefficients in this case form a wider range than when employing the AER in the VARs, indicating that the AER better controls for the pass-through of the exchange rate to prices. An example is that the AER accounts for the FX subsidy on imported goods that were in place, which was an important factor for prices from end of 2019 to early 2021.

**TABLE 2 • Estimating the Change in CPI to Contemporaneous and Lagged Changes in Exchange Rate**

|  | Average | Standard Deviation |
|---|---|---|
| $\Delta CPI_t/\Delta E_t$ | 59.0% | 17.0% |
| $\Delta CPI_t/\Delta E_{t-1}$ | 70.4% | 21.7% |
| $\Delta CPI_t/\Delta E_{t-2}$ | 89.3% | 45.3% |

**Since the eruption of the financial crisis, BdL has been almost an exclusive policy maker.**[36] The Fall 2020 LEM listed in detail the many BdL circulars, which formalized BdL's crisis management strategy. The Spring 2021 LEM presented an update on main BdL policy initiatives, including (i) a new financial operation; (ii) an announcement by BdL to allow commercial banks to conduct currency exchanges at the Sayrafa platform rate; and (iii) the expiration of a deadline for commercial banks to meet Circular 154 provisions,[37] conclusions for which have yet to be announced. Meanwhile, other than a default on its Eurobond obligations, the Government was not able to implement other important pillars in its financial recovery plan.

**A principal deleveraging tool used by BdL has been lirafication of pre-crisis (October 2019) dollar deposits at commercial banks.**

[36] Notwithstanding a brief period in which Government defaulted on its Eurobond obligations and unsuccessfully proposed its Financial Recovery Plan.

[37] Key stipulations of Circular 154 include: raising bank capital by 20 percent; banks to place funds in correspondent banks amounting to a minimum of 3 percent of customers' FX deposits; banks to convince customers to repatriate 15 percent of deposit outflows above US$500,000 since end-2017; banks' shareholders and politically exposed persons (PEPs) to repatriate 30 percent of deposit outflows above US$500,000 since end-2017.



## BOX 3. IMPACT OF CRISES ON POVERTY[a]

Poverty is on the rise with the share of the Lebanese population under the US$5.50 international poverty line estimated to have risen by 13 pp by end-2020 and is expected to further increase by as much as 28 pp by end 2021. The proportion of households facing challenges in accessing food, healthcare and other basic services are correspondingly on the rise.

Inflationary effects are highly regressive factors, disproportionally affecting the poor and middle class. Inflation in Lebanon is on track to be the highest seen in the past decade. Average year-on-year inflation over 9M-2021 was 133 percent, more than 75 pp over the same period in 2020. Food inflation remains concerning as food consumption forms a larger proportion of the expenses incurred by poorer households. Average food inflation over 9M-2021 period stood at 300 percent compared to 198.3 percent for the corresponding 2020 period. After reaching a peak of 441 percent in October 2020, year-on-year food inflation moderated to 208 percent in April 2021 but appears to be on the rise again, reaching 281 percent by September (Figure 8).

Households are struggling in making ends meet with their deteriorating purchasing power. Phone surveys conducted in May–July 2021 by the World Food Program with support from the WB found that 46 percent of households reported challenges in accessing food and other basic needs, up from 40

FIGURE 8 • Lebanon's Headline and Food Inflations



Source: Staff calculation using CPI data from CAS.

percent from July–August 2020. Half of the households surveyed reported adults restricting consumption in favor of children. The share of households having difficulties in accessing health care has increased sharply from 25 percent (July–August 2020) to 48 percent (May–July 2021). Unemployment rate also rose among the respondents, from 30.9 percent in January 2021 to 37.7 percent in the May–July 2021 period. Almost 49.3 percent of respondents considered their families to be either very poor or poor, reflecting the stark conditions in the country where close to one-third of households reported receiving some form of assistance.

[a] This box has been prepared by Ganesh Kumar Seshan (Senior Economist, EMNPV) and Stefania Rodica Cnobloch (Consultant).

Recent BdL policies have further reinforce the following key features of the central bank's approach to crisis management: (i) a deleveraging strategy for the financial sector that is pivoted on small-medium depositors; (ii) a deleveraging strategy for the financial sector that is not incorporated into the larger macro-financial framework, and hence, constitutes a non-comprehensive adjustment program; and (iii) inconsistencies/misalignments with other initiatives. Box 4 expands on these policies and analyzes some of their implications.

**Conditions in the financial sector continue to deteriorate and political will and decisive actions to recognize banking sector losses and push through a fundamental restructuring are needed to put Lebanon on a path out of the crisis.**

About 70 percent of banking assets are in sovereign securities, split between 60 percent with BdL and 10 percent in Government securities. Meanwhile, 76.5 percent of banks' liabilities are private deposits (September 2021), which are highly concentrated, as about 60 percent of small depositors hold only 1 percent of total deposits. Despite the administrative measures imposed on deposit withdrawals and external transfers, customer deposits at commercial banks further declined by US$6.2 billion over 8M-2021, on top of a decline of US$19.9 billion (or 12.6 percent) in 2020. Liquidity needs in the banking system have been met mainly through deleveraging and reduction in their net foreign assets position. The domestic credit portfolio contracted by US$7 billion during 8M-2021, bringing the total credit contraction

## BOX 4. KEY BdL POLICIES ON DELEVERAGING THE FINANCIAL SECTOR

Lirafication policies were first enshrined in a series of circulars[a] that allowed the withdrawal of pre-October 2019 dollar deposits in LBP at exchange rates that are higher than the official rate, but lower than the US$ banknote rate. Until recently, banks' customers mainly used Circular 151 to access their pre-October 2019 dollar deposits, where they were able to withdraw in LBP up to a monthly maximum of US$5,000 per account at LBP3,900/US$. This implied an 84 percent haircut on relevant deposits—assuming a US$ banknote rate of LBP25,000/US$.

In June 2021, BdL introduced Circular 158, which facilitates an US$800 monthly payout from pre-crisis dollar deposits, half in US$ banknotes and the other half in LBP split between cash and electronic credit, converted at an exchange rate of LBP12,000/US$.[b] This would imply a 26 percent haircut on the beneficiary accounts[c] assuming that LBP electronic credit is 100 percent substitutable with LBP cash.

Take-up for Circular 158 may be inhibited by important concerns touching on the credibility, sustainability and transparency of this mechanism. While the implied haircut by Circular 158 suggests that there would be a clear preference by depositors for this mechanism over other options, such as Circular 151, take-up could be inhibited by the following: (i) lack of clarity on whether beneficiaries of Circular 158 would still benefit from 151, which forced repeated clarifications from the central bank; (ii) at least in the first phase, implementation varied widely across banks, which reinforced the confidence crisis in the banking system; (iii) withdrawal ceilings on Circulars 158 versus 151 necessitated depositor-specific calculations on needed amounts; (iv) 158's ceiling on both the benefit amount and annual withdraws imply a non-credible promise under current crisis conditions in the banking sector.

On December 9, 2021, BdL issued Circular 601, which allowed the withdrawal of pre-October 2019 dollar deposits in LBP at a new higher exchange rate of LBP8,000/US$, for a monthly maximum of US$3,000 per account. This is an update to Circular 151 (which allowed these deposits to be withdrawn at LBP3,900/US$ for a monthly maximum of US$5,000 per account). Circular 601 implied a 68 percent haircut on relevant deposits (compared to 84 percent for Circular 151). Further, based on Circular 151 exchange rate and ceiling, maximum injection of LBP per account would be LBP19.5 million (US$5,000 x LBP3,900/US$). Based on Circular 601, maximum injection per account would be LBP24 million. Hence, Circular 601 can in theory increase currency in circulation resulting from Lirafication by 23 percent.

Following a sharp depreciation for the LBP in the US$ banknote rate over the first half of December 2021,[d] BdL introduced two more measures intended to inject US$ and reduce LBP liquidity in the market. In Circular 161, BdL would provide banks with US$ resources for them to disburse customers' quota of pre-October 2019 dollar deposits in US$ cash instead of in LBP (as stipulated in Circular 601). The final amount in US$ would be subject to a significant haircut since it would first be converted to LBP at LBP8,000/US$ (per Circular 601), then converted back to US$ at the Sayrafa rate.[e] Circular 161 would be effective until January 31, 2022. In the second measure, foreign currency denominated commercial loans would be paid back in LBP at LBP8,000/US$ using LBP banknotes. The previous set up allowed payments at the official pegged rate of LBP1507.5/US$ and from LBP bank deposits. In the first measure, BdL would inject US$ into the market, sourced from its dwindling FX reserves, and in the second measure it would reduce the supply of LBP currency in circulation. The intended objective is to temporarily suspend the downward spiral in the Lebanese currency.

---

[a] Circulars 148, 151, 549 and 565. For more details, please refer to:
World Bank (2020), *The Deliberate Depression* the Lebanon Economic Monitor, Fall 2020 Issue.
[b] Key provisions for circular 158 include: banks to open special subaccounts for beneficiaries, such that the total amount of all subaccounts would not exceed US$ 50,000 per beneficiary, from which a maximum of around US$ 10,000 can be dispersed annually; beneficiaries would lift bank secrecy on the said subaccounts; these subaccounts would be precluded benefiting from circular 151.
[c] Here too, we assume that the US$ banknote rate is at LBP 25,000/US$.
[d] The Lebanese currency depreciated by around 22 percent in the US$ banknote market over the December 3–16, 2021 period to breach LBP28,000/US$.
[e] For example, if a customer wants to withdraw US$100 from their pre-October 2019 dollar deposit account, then according to Circular 601, this should come up to LBP800,000. Assuming the Sayrafa exchange rate for that day is LBP23,000/US$, then per Circular 161, the customer would get US$34.8 in cash, constituting a 65 percent haircut on the original amount.

to 41.5 percent since the beginning of the crisis in October 2019.

**Lending from BdL has allowed Lebanese commercial banks to pay off liabilities to correspondent banks to retain linkages to the global financial system.** As of end-August 2021, commercial banks' placements in, and liabilities for,

non-resident financial institutions (FIs) amounted to US$5.1 and US$5.3 billion, respectively, compared to US$6.8 and US$8.8 billion in December 2019. Foreign correspondent banks have significantly tightened conditions and reduced lines to Lebanese banks. As a condition on continuing to transact via correspondent banks, commercial banks have had to



pay down liabilities to these banks, partially financed by lending from BdL.

**The credit portfolio of the banking sector has continued to deteriorate.** The non-performing loan (NPL) ratio—that is, gross NPLs including unearned interests as a percentage to total loans—stood at 37.4 percent (43.9 percent for FX loans) as of end-August 2021, compared to 13.3 percent at end-June 2019 before the crisis. NPL ratio for construction, processing industries and wholesale and retail trade, reached 56, 58 and 47 percent, respectively (Figure 9). Provisioning coverage was at 55 percent as of end-August 2021. Continued deterioration in the quality of the remaining credit portfolio (US$32 billion at the official exchange rate, 58 percent of which denominated in US$) would be expected, given the lack of progress in restructuring and reform.

**FIGURE 9** • A Steady and Sharp Deterioration in Credit Performance as Measured by NPL Ratio for Banks



Sources: BdL and WB staff calculations.

3

# GLOBAL COMPARATORS: WHERE DOES LEBANON STAND NOW

**W**e put into perspective Lebanon's macroeconomic conditions, depicting the severity of the compounded crises against those of the rest of the world. Some of Lebanon's worst-performing macroeconomic indicators are compared to those current (or recent) in other countries. Specifically, we compare the following macroeconomic indicators: nominal GDP in US$ value, the inflation rate, fiscal revenues and public debt.[38]

**Lebanon's GDP in US$ value has contracted over the 2019–2021 period more sharply than all other observed economies globally.** In fact, Lebanon's GDP plummeted from close to US$52 billion in 2019 to a projected US$21.8 billion in 2021, marking a 58.1 percent contraction. This represents the highest contraction in a list of 193 countries.[39] Lebanon is followed by Macao SAR, Libya, Venezuela, and Suriname, whose GDPs in US$ value declined by 47, 30.9, 29.8 and 29.3, respectively, over the same period (Figure 10).

**Inflation in Lebanon has been steadily rising since the beginning of the crisis.** Triple-digit figures have been recorded in every month since July 2020, reaching a maximum of 157.8 percent (yoy) in April 2021. Lebanon's inflation averaged 84.3 percent

in 2020, and it is expected to reach an average of 145 percent in 2021. This puts Lebanon in 4th place for the highest inflation rates in 2020 preceded by Venezuela, Zimbabwe and Sudan; and in 3rd place in 2021, after Venezuela and Sudan.[40] (Figure 11).

**Lebanon's government revenues are projected to reach 6.6 percent of GDP in 2021, marking it as the 3rd lowest ratio globally.** Only Somalia and Yemen are expected to fare worse in 2021.[41] Lebanon deteriorated from the 18th lowest rank in 2020. Lebanon's Government revenues

---

[38] The list of countries and data are sourced from the IMF's World Economic Outlook (WEO) and includes 196 countries. Lebanon's data are sourced from World Bank databases.

[39] WEO Nominal GDP data is missing for Afghanistan, Pakistan, and Syria, which takes them out of the comparison.

[40] Data on period average inflation is sourced from IMF's WEO database. It excludes Somalia and Syria in 2020, and Afghanistan, Argentina, Somalia, and Syria in 2021.

[41] Data on general government revenues is sourced from IMF's WEO database. It includes 195 countries in 2020, where data is missing for Syria; while including 192 countries in 2021, with data missing for Afghanistan, Argentina, Syria, and Venezuela.

FIGURE 10 • The Sharpest Contractions in Nominal GDP (as a Percentage Change) Globally



Sources: WEO and WB staff calculations.

FIGURE 11 • Lebanon Records 3rd Highest Observable Inflation Rate Globally in 2020 and 2021



Sources: IFS and WB staff calculations.

FIGURE 12 • Lebanon's Revenues as a Percentage of GDP Deteriorated, Ranking as the 3rd Lowest Observable Ratio Globally in 2021



Sources: WEO and WB staff calculations.

FIGURE 13 • Lebanon Has The 4th Highest Observable Public Debt as a Percentage of GDP in 2021



Sources: WEO and WB staff calculations.

dropped from an average of 20.4 percent of GDP in the period from 2015–2019, to 13.1 percent in 2020 and is estimated to decline further to 6.6 percent in 2021(Figure 12).

**Lebanon's gross debt as a percentage of GDP deteriorated further over the period 2019–2021.** The ratio stood at 171 percent of GDP in 2019 and is projected to reach 183 percent of GDP in 2021. This takes Lebanon from the 6th highest ratio in 2019 to the 4th highest in 2021. Lebanon is preceded by Japan, Sudan and Greece in 2021—limited by the unavailability of an estimation of Venezuela's ratio for 2021 (Figure 13).[42]

---

[42] It is worth noting that IMF's WEO general government gross debt data is missing for Venezuela in 2021. Venezuela's gross public debt reached 232.8 percent of GDP and 304 percent of GDP in 2019 and 2020, respectively.



# 4

# OUTLOOK AND RISKS

**S**ubject to extraordinarily high uncertainty, we project real GDP to contract by a further 10.5 percent in 2021. Our projections (Table 3) assume that COVID-19 conditions carry through 2021, while macro policy responses remain inadequate. We also assume a minimum level of stability on the political and security scenes, but refrain from assuming runaway inflation-depreciation, which is a plausible scenario. Further, the multiple exchange rates pose valuation challenges on macroeconomic indicators. When running the macro-framework, we adopt the AER, with the following exceptions: (i) balance of payments indicators are denominated in US$; and (ii) the fiscal indicators are in LBP, and as we have flagged earlier, MoF uses the official exchange rate as a basis of conversion—we have already highlighted key revenue and expenditure items that are affected.

As mentioned earlier, monetary and financial turmoil continue to drive crisis conditions, more acutely through interactions between the exchange rate, narrow money and inflation. The centrality of this dynamic on the macro framework is an important caveat regarding our macroeconomic outlook. Hence, policy with implications on narrow money supply, such as lirafication and monetization of the fiscal deficit, will continue to be critical to the

inflationary environment. We assume that in 2021, the Lebanese pound suffers a 210 percent depreciation in the US$ banknote market, compared to a 250 percent depreciation in 2020. We also expect inflation to worsen notably in 2021, and project it to average around 145 percent, compared to 84.3 percent in 2020. This is supported by more recent monthly data on inflation, which have started rising sharply again in the second half of 2021 (H2-2021), no doubt resulting from the collapse in FX subsidy.

The impact of the FX subsidy removal can vary based on (i) the new exchange rate(s) used for these imports; and (ii) the source of the FX supply. BdL proclaimed that it will offer credit lines for fuel imports based on the market exchange rate. It is not clear what BdL considers the market rate, but one option is the BdL-administered Sayrafa platform rate, which has been moving at about a few thousand LBPs below the US$ banknote exchange rate. This proclamation also suggests that BdL will provide the FX supply from its reserves. Implications of this modality include: a reduction of subsidy to a value determined by the gap between the Sayrafa and the banknote rates; a spike in prices of these goods and a commensurate drop in their demand; and continued, albeit slower, depletion of valuable FX reserves at BdL. On the other hand, if importers resort

completely to the market for both the rate and FX supply, implications are: (i) the complete removal of the subsidy; (ii) a more pronounced first-degree spike in prices and drop in demand; and (iii) a worsening of the US$ banknote exchange rate and second-degree effects on pricing and demand.

**As the series of LEMs have illustrated, Lebanon's macro-financial bankruptcy is with such (relative) scale and scope that it has undermined Lebanon's post-civil war political economy.** This political economy thrived under large inflows of deposits that funded a public-private privilege[43] for the few (including the financial sector) and political patronage that exercised dominion over the public administration. The political economy received repeated international support (Paris I-III, CEDRE, etc.) in return for promises of reforms advocated by donors.[44] The finality of the sudden stop in October 2019, however, is leading to the disintegration of this political economy, as manifested by a collapse of the most basic public services, persistent and debilitating internal political discord, and the resignation/exodus of the social and economic elite, which has traditionally benefited from this model. The poor and the middle class, who were never well served under this model in the first place, are carrying the main burden of this bankruptcy.

**In the case of Lebanon, and taking history and geography as a guide, this can translate into national fragmentation and a breakdown of the social peace.** The collapse of the political economy is occurring over highly unstable geopolitical fault lines, which renders it an explosive combination. Unless a local, regional and international consensus is found on Lebanon's stability, we can expect to see aggravated political and security conditions in the lead-up to the presumed parliamentary elections in Spring 2022. International-regional reconciliation efforts

can place a floor on Lebanon's political and security slippage. It will not, however, resolve Lebanon's dire financial and economic conditions, which require domestic recognition and agreement on losses and their distribution.

**Worryingly, key public and private actors continue to resist recognition of these losses, perpetuating the zombie-like state of the economy and incurring unnecessary social pain.** Over two years into the financial crisis, Lebanon has yet to identify, least of all embark upon, a credible path toward economic and financial recovery. In consequence, highly skilled labor is increasingly likely to take up potential opportunities abroad, constituting a permanent social and economic loss for the country.

**In the Special Focus, we briefly examine Lebanon's external position and the economy's output, especially in regard to the exchange rate, which has been a main source of volatility and uncertainty.** In principle, a depreciation in the real exchange rate benefits exporters of goods and services. Hence, sharp contractions in consumption and investment can be (partially/equally/more than) offset by net exports, which can assume a much-needed lead in growth. In Lebanon, however, the extent to which net exports drive growth in the short to medium term is inhibited by three factors: (i) economic fundamentals; (ii) global conditions; and (iii) political/institutional environment.

---

43 The collusion of public and private representatives at macro and micro levels to guarantee capture of resources.

44 Unlike Paris II and III, CEDRE did not disburse any funds to Lebanon due to the absolute lack of progress on implementation of measures that GoL committed to in the CEDRE conference.

**TABLE 3** • Selected Macroeconomic Indicators for Lebanon; 2013–2021

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 Est. | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Proj. | |
| Real sector | (annual percentage change, unless otherwise specified) | | | | | | | | |
| Real GDP | 3.8 | 2.5 | 0.2 | 1.5 | 0.9 | −1.9 | −6.7 | −21.4 | −10.5 |
| Real GDP per Capita[a] | −2.8 | −3.2 | −3.9 | −1.2 | −0.6 | −2.5 | −6.8 | −21.8 | −10.9 |
| Agriculture (share of GDP) | 3.9 | 4.4 | 3.8 | 4.0 | 4.5 | 4.4 | 5.0 | 6.0 | 6.0 |
| Industry (share of GDP) | 14.2 | 13.4 | 12.7 | 12.8 | 12.3 | 12.0 | 10.6 | 12.7 | 12.7 |
| Services (share of GDP) | 70.9 | 71.3 | 72.0 | 71.5 | 71.6 | 72.2 | 74.3 | 77.0 | 79.2 |
| Net indirect taxes (share of GDP) | 11.0 | 10.9 | 11.5 | 11.7 | 11.6 | 11.4 | 10.1 | 4.3 | 2.1 |
| Money and prices | | | | | | | | | |
| CPI Inflation (p.a) | 2.7 | 1.2 | −3.7 | −0.8 | 4.5 | 6.1 | 2.9 | 84.3 | 145.0 |
| Money[b] | 9.0 | 6.0 | 5.1 | 7.3 | 4.2 | 3.0 | −6.7 | 198.0 | 115.0 |
| Investment & saving | (percent of GDP, unless otherwise specified) | | | | | | | | |
| Gross Capital Formation | 27.6 | 24.9 | 22.2 | 22.7 | 21.4 | 20.8 | 18.5 | 7.7 | 2.0 |
| o/w private | 25.8 | 23.4 | 20.8 | 21.3 | 19.9 | 19.1 | 17.2 | 7.4 | 1.6 |
| Gross National Savings | 2.1 | −1.3 | 5.1 | 2.2 | −1.5 | −3.5 | −2.7 | −1.6 | −7.8 |
| o/w private | −1.8 | −3.9 | 1.0 | −1.0 | −4.8 | −5.3 | 7.9 | 1.4 | −7.8 |
| Central Government Finance | (percent of GDP, unless otherwise specified) | | | | | | | | |
| Revenue (including grants) | 20.1 | 22.6 | 19.2 | 19.4 | 21.9 | 21.0 | 20.6 | 13.1 | 6.6 |
| o/w. tax revenues | 14.3 | 14.3 | 13.7 | 13.7 | 15.5 | 15.4 | 15.5 | 8.9 | 4.5 |
| Total expenditure and net lending | 29.0 | 28.9 | 26.9 | 28.6 | 28.6 | 32.0 | 31.2 | 16.4 | 7.0 |
| Current | 27.3 | 27.3 | 25.5 | 27.3 | 27.1 | 30.3 | 29.9 | 16.1 | 6.6 |
| o/w Interest Payment | 8.1 | 8.7 | 8.9 | 9.3 | 9.4 | 9.8 | 10.0 | 2.5 | 0.7 |
| Capital & Net Lending (excluding foreign financed) | 1.8 | 1.5 | 1.4 | 1.4 | 1.5 | 1.7 | 1.3 | 0.4 | 0.4 |
| Overall balance (deficit (−)) | −9.0 | −6.3 | −7.7 | −9.3 | −6.7 | −11.0 | −10.5 | −3.3 | −0.4 |
| Primary Balance (deficit (−)) | −0.9 | 2.4 | 1.2 | 0.0 | 2.7 | −1.2 | −0.5 | −0.8 | −0.2 |
| External sector | (percent of GDP, unless otherwise specified) | | | | | | | | |
| Current Account Balance | −25.6 | −26.2 | −17.0 | −20.5 | −22.9 | −24.4 | −21.2 | −9.3 | −9.8 |
| Trade Balance | −28.4 | −29.9 | −22.9 | −23.6 | −24.7 | −24.8 | −24.9 | −20.3 | −28.0 |
| o/w Export (GNFS) | 44.5 | 40.0 | 39.7 | 37.3 | 36.0 | 35.7 | 35.4 | 28.2 | 41.4 |
| Exports of Goods | 11.0 | 9.5 | 8.0 | 7.7 | 7.6 | 7.0 | 9.3 | 12.9 | 16.9 |
| Exports of Services | 33.5 | 30.6 | 31.7 | 29.6 | 28.4 | 28.7 | 26.1 | 15.3 | 24.5 |
| o/w Import (GNFS) | 73.0 | 69.9 | 62.6 | 60.9 | 60.8 | 60.5 | 60.3 | 48.5 | 69.4 |
| Imports of Goods | 45.3 | 42.5 | 35.2 | 35.0 | 34.7 | 34.4 | 35.0 | 33.4 | 48.6 |
| Imports of Services | 27.7 | 27.4 | 27.4 | 25.9 | 26.1 | 26.1 | 25.2 | 15.1 | 20.8 |
| Net private current transfers: | 3.4 | 4.9 | 6.8 | 4.8 | 2.3 | 2.5 | 5.6 | 14.2 | 23.0 |
| Net Remittances | 5.0 | 5.8 | 7.2 | 6.6 | 5.2 | 4.2 | 6.1 | 10.3 | 16.9 |
| Net Income reciepts | −0.6 | −1.2 | −0.9 | −1.7 | −0.5 | −2.1 | −1.9 | −3.3 | −4.8 |

*(continued on next page)*

TABLE 3 • Selected Macroeconomic Indicators for Lebanon; 2013–2021 *(continued)*

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 Est. | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Proj. | |
| Capital Accounts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Reserves (months of imports GNFS)[c,d] | 11.7 | 13.1 | 13.8 | 15.2 | 15.6 | 14.3 | 14.3 | 18.8 | 14.3 |
| Total Public Debt | | | | | | | | | |
| Total Debt Stock (in million US$) | 63,490 | 66,564 | 70,325 | 74,900 | 79,530 | 85,139 | 88,900 | 56,832 | 39,903 |
| Debt-to-GDP ratio (percent) | 135.3 | 138.3 | 140.8 | 146.3 | 149.7 | 154.9 | 171.0 | 179.1 | 183.0 |
| Memorandum Items: | | | | | | | | | |
| GDP (in million US$) | 46,909 | 48,134 | 49,939 | 51,205 | 53,141 | 54,961 | 51,992 | 31,735 | 21,804 |

*Source*: Government data, and World Bank staff estimates and projections.
[a] Population figures, which include Syrian refugees registered with the UNHCR, are taken from the United Nations Population Division
[b] Prior to 2020 this is M3, including non-resident deposits; 2020 and after, this is M0 (currency in circulation)
[c] Gross Reserves (months of imports GNFS) = (Imports of Goods & Services / Gross Res. excl. Gold)*12
[d] Total Imports using the BOP data from the Quarterly Bulletin of BDL

# SPECIAL FOCUS: SEARCHING FOR THE EXTERNAL LIFT IN THE DELIBERATE DEPRESSION

*With the sharp fall of the lira since late 2019, we would have expected Lebanese exports to surge. This did not happen. In this Special Focus, we analyze the failure thus far for the external sector to sufficiently benefit from increased price competitiveness and become a more robust driver of growth. We find that Lebanon's exports are inhibited by three factors (outside of the crisis itself):[45] (i) (pre crisis) economic fundamentals; (ii) global conditions; and (iii) political/institutional environment. The latter, which is under control of current policymakers, includes decisions to respond to the crisis and re-align resources and policy to reinforce the economy's competitiveness. Further, we find that leading up to the crisis, Lebanon's external macroeconomic imbalances were larger than some of the most severe episodes of global crises, per Rogoff and Reinhart (2014).[46] Moreover, despite the harsh adjustment in Lebanon, depletion of its FX reserves is also steeper than in these episodes. This reinforces conclusions in earlier LEMs that Lebanon's financial crisis stands out as a particularly arduous episode, even when compared to some of the most severe crises observed.*

## Economic Fundamentals[47]

**Despite a sharp deceleration in real GDP growth starting in 2011, the economy's main drivers**

---

[45]  Naturally, crisis conditions, including systemic financial sector failures and highly uncertain and volatile monetary and financial conditions, greatly compromise businesses' ability to export in the immediate term. In Lebanon, we have seen this through the vanishing of trade finance. However, as crisis conditions are well monitored and analyzed in the LEMs, in this Special Focus we focus on potential for net exports to lead a recovery in the short to medium term. Notably, and as discussed extensively in the LEMs, net exports did indeed assume a leading, and in fact the only positive, contribution to growth in the immediate term. This, however, is due to a perverse effect of crashing imports that reflect the massive contraction in economic activity.

[46]  Reinhart, Carmen M. and Kenneth S. Rogoff. 2014. Recovery from Financial Crises: Evidence from 100 Episodes, American Economic Review: Papers & Proceedings 2014, 104(5): 50–55.

[47]  The discussion presented here on economic fundamentals is taken directly from World Bank (2018), *De-Risking Lebanon*, Lebanon Economic Monitor, Fall 2018 Issue.

21

**FIGURE 14** • Services Are the Main Drivers of Economic Activity in Lebanon ...



*Sources:* CAS and WB staff calculations.

**FIGURE 15** • ...Dominated by Largely Low Productivity Sectors ...



*Sources:* CAS and WB staff calculations.

have remained the same: services characterized by low productivity and low employability potential for high-skill labor. The service sector constituted 72.4 percent of real GDP over the 2004–2016 period, while industry and agriculture made up 14 percent and 4.3 percent of GDP, respectively (Figure 14). Real estate was the largest service sector, averaging 13.7 percent of GDP over the same period (Figure 15), and increasing to 17.3 percent if combined with construction. Wholesale and retail trade was also a principal output for the economy, making up 13.4 percent of GDP. This is followed by public administration at 9.4 percent of GDP and financial services at 7.3 percent of GDP.

On the demand side, the economy was strongly biased towards a large structural external deficit position. Lebanon's economy was heavily consumption based, with private consumption averaging 88.4 percent of GDP over the 2004–2016 period (Figure 16). The main supply-side sectors identified above—real estate, trade, public administration etc.— did not produce the consumption goods in demand, which instead were largely imported. This rendered the external sector a large net negative on output, averaging –24.4 percent of GDP over the 2004–2016 period. Meanwhile, total investments at 23 percent of GDP mostly focused on the real estate sector.

Lebanon ranked as one of the least competitive economies, both globally and regionally. The Global Competitiveness Index (GCI) by the World Economic Forum consistently ranked Lebanon one of the lowest, both globally and regionally (Figure 17). For example, in the 2019–20 GCI, Lebanon was ranked 105th of 137 countries, ahead of only Yemen in the region. Moreover, Lebanon's backslide in competitiveness has been the most marked in the region over the previous decade. The leading drags on Lebanon's competitiveness were the macro-economic environment, a dilapidated infrastructure and weak institutions and governance.

From a BoP perspective, a surplus in net exports of services, driven by travel services, has historically (partially) offset the massive trade-in-goods deficit. The regional turmoil that erupted in 2011, and the war in Syria in particular, exacerbated an already sizable current account deficit from a pre-turmoil (2002–10) average of 16.3 percent of GDP to an average of 20.1 percent of GDP over the 2011–17 turmoil period (Figure 18). Nonetheless, the current account retained its fundamental structure over the two periods; a surplus in net exports of services, driven by travel services, has historically (partially) offset the massive trade-in-goods deficit. Thus, the deterioration in the current account balance from pre-turmoil to turmoil periods can be attributed to a

FIGURE 16 • ...Biasing the Economy Toward Large External Deficits



*Sources: CAS and WB staff calculations.*

FIGURE 17 • Long Term Structural Deficiencies Render the Lebanese Economy Uncompetitive



*Sources: WEF Global Competitiveness Report.*

decline in the average net exports of travel services from 9.9 percent of GDP to 4.8 percent of GDP, respectively.

## Global Conditions and Environment

**The COVID-19 pandemic constituted a massive supply and demand shock on the global economy, affecting almost every country around the globe.** As a result, global growth contracted from 2.9 percent in 2019, to –3.5 percent in 2020. Major economies have been hit hard; 2020 real GDP growths registered –1.8, –7.3, –4.1, –3.0, –6.6, and –3.5 percent in Nigeria, India, Brazil, Russia, the Euro area and the US, respectively. Regionally, the economies of the Middle East and North Africa (MENA) region contracted by 3.9 percent in 2020, with Saudi Arabia real GDP declining by 4.1 percent.

**As a result of the pandemic, tourism, one of the few sectors that Lebanon could have benefited more from in the short term, has suffered greatly on a global scale.** In Lebanon, the tourism sector has been particularly afflicted; tourist arrivals fell by 80 percent in 2020; recovering in 2021, growing by 101.2 percent (yoy) over 7M-2021. Hotel occupancies, declined from an average of 65 percent

FIGURE 18 • Exports of Services Has Historically Helped Offset the Large Trade Deficit



*Sources: BdL and WB staff calculations.*

in 2018 to 21 percent in 2020, rebounding somewhat over 5M-2021 to reach 39 percent (seasonally adjusted). Further, tourism has also been negatively impacted by severely deteriorating basic public services, especially the electricity sector. Anecdotal evidence suggests that signs of a promising tourist season emerged early in the summer of 2021, only to

be undermined by collapsing power supply from EdL and private suppliers.

**Lebanon has been a long-time member of a number of regional and bilateral trade associations.** Most prominent of these associations include memberships in (i) the Greater Arab Free Trade Agreement (GAFTA), which has been in force since January 1st, 1998, and includes 17 member countries of the Arab League; (ii) the EU-Lebanon Association Agreement (AA), which is part of the Euro-Mediterranean Partnership; (iii) The European Free Trade Association-Lebanon Free Trade Agreement (EFTA), which includes Iceland, Liechtenstein, Norway and Switzerland. EFTA covers trade in industrial goods, including fish and other marine products, as well as processed agricultural products.

**Lebanon's trade partnerships and associations have coincided with a significant widening of its trade-in-goods deficit.** Lebanon's trade-in-goods balance has worsened from –25.1 percent of GDP in 2002 to a low of –38.3 percent in 2008, narrowing somewhat to –32.1 percent in 2010; over the 2011–2018 period, the trade in goods balance averaged –29.8 percent of GDP.

## Political/Institutional Environment

**Lebanon is enduring a severe and prolonged economic depression, in part due to inadequate policy responses to the assault of compounded crises—the country's largest peace-time financial crisis, COVID-19 and the Port of Beirut explosion.** A vacancy in the country's executive branch lasted for 13 months, following the resignation of the Hassan Diab Government in August 2020. Even prior, little progress was achieved on a crisis management strategy. The (Diab) Government's own Financial Recovery Plan was opposed by key stakeholders, including Parliament and the central bank. Since Diab's resignation, two PM-designates—Moustapha Adib and Saad Hariri—failed to garner sufficient support to form a Government. Najib Mikati finally succeeded in doing so in September 2021.

**More structurally, Lebanon's post-war governance endured systemic failures.**[48] Institutionalized confessionalism intended as

protection for the mosaic of communities in a country that lacks a demographic majority developed into pervasive elite capture and patronage system. This elite commands the main economic resources, generating large rents and dividing the spoils of a dysfunctional state. In the process, the public sector has become increasingly governed by bribery and nepotism practices, failing to deliver basic public services and incapable of resolving the most urgent needs. This has culminated in the comprehensive breakdown in the political process, with the three branches of government either vacant or effectively idle, and the only national plebiscite abrogated for many years. This has triggered a series of protests and civil disobedience measures targeting the ruling political class with emphasis on corruption and incompetence.

## Global Comparators

**We continue to monitor the Lebanon financial crisis in the context of Global Crisis Comparators.**[49] We compare Lebanon with the most severe global crises episodes as observed by Reinhart and Rogoff (2014), henceforth referred to as R&R.[50] The Spring 2020 LEM, entitled *Lebanon Sinking (To the Top*

---

[48] World Bank. 2016. "Lebanon Systematic Country Diagnostic".

[49] The Fall 2020 LEM, entitled *The Deliberate Depression*, compares Lebanon's macroeconomic fundamentals in the lead-up to the crisis to two groups of global crises comparators: the Asian crisis countries of 1997–98, and a more eclectic set of crises that occurred in the 2000s [Argentina (2001), Greece (2008), Ireland (2008), Iceland (2008), and Cyprus (2012). We conclude that, leading up to the crisis point, Lebanon's macroeconomic fundamentals were weak compared to these global crises comparators, suggesting that the adjustment process will be more painful and will take longer, even with optimal policy measures in place. In the Spring 2021 LEM, entitled *Lebanon Sinking (To the Top Three)*, we compare the Lebanon crisis to the most severe global crises episodes (from the mid-1800's to 2013) and conclude that the Lebanon episode could rank in the top 10, possibly top three most severe crises globally.

[50] For more details on Reinhart and Rogoff (2014), please refer to Annex .



**FIGURE 19 •** Lebanon's Real GDP is a More Accurate Reference Point for the Start of the Financial Crisis than Real GDP/Capita



*Sources:* CAS and WB staff calculations.

*Three)*, found that the Lebanon financial crisis is likely to rank in the top 10, possibly three, of the most severe crises episodes globally from the mid-1800s until 2013.

**In Lebanon, real GDP is a more accurate indicator (than real GDP per capita) to use when gauging the impact of the financial crisis.** Real GDP per capita has been on a continuous decline since the onset of the Syria war in 2011, with a much sharper drop commencing in 2018 (Figure 19). Prior to 2018, real GDP per capita declined as a direct consequence of the war in neighboring Syria, driven by a two-pronged effect: (i) an appreciable slowdown in real economic activity—annual real GDP growth fell from a pre-Syria war average of 4–5 percent to 1.8 percent over the 2011–2017 period; and (ii) a significant increase in population due to the refugee influx—total population expanded by 27.3 percent from 2010 to 2017. In order to isolate the effects of the financial crisis from those of the Syria war, we use real GDP instead of real GDP per capita. Real GDP reached a pre-crisis peak in 2017.

**We proceed to cross-compare macroeconomic indicators associated with the external position as well as output for Lebanon against R&R's relatively more recent episodes** per availability of data. Specifically, we compare Lebanon to the following R&R episodes, henceforth referred to as G5: Chile (1980), Philippines (1981), Mexico (1981), Uruguay (2002) and Greece (2009).[51] To the extent data is available, we plot each macroeconomic indicator for the G5 plus Lebanon over the years leading to the crisis point and observe dynamics in years that follow.[52]

### Real Effective Exchange Rate—Output

**REER in Mexico (1981) depreciated more severely than REERs in other G5 episodes.** Examining REERs in the G5 sample,[53] we note the following (Figure 20): REERs for Chile (1980) and Philippines underwent appreciations in *t+1* or earlier, followed by a general depreciating trend thereafter; Mexico (1981)'s REER depreciated more severely in *t+1*, recovering somewhat in *t+3* and *t+4*, before resuming further depreciation; Uruguay's REER depreciation was more frontloaded beginning at *t-2* and lasting though *t+2*; lastly, REER in Greece (09) varied minimally as a result of successfully remaining in the Euro. Peak REER depreciation[54] was most severe for Mexico (1981)—where the REER depreciated by 30.2 percent in *t+5*—followed by Uruguay (2002) and Philippines (1981)—with REER depreciations of 21.7 percent for each in *t+1* and *t+5*, respectively—then

---

[51] A summary of crisis events for each of these episodes is presented in Annex C of:
World Bank (2018), *The Deliberate Depression*, the Lebanon Economic Monitor, Fall 2020 Issue.

[52] In these charts, the indicator is plotted from 3 or 4 years prior to crisis year (t-3 or t-4), to 5 (or 6) years post-crisis (t+5 or t+6), of course going through crisis year (t). In such a way, even when crisis years differ (say 2009 for Greece and 2001 for Argentina), plotting in reference to a crisis point rather than the calendar year superimposes the same indicator for Lebanon with global crises comparators on one chart. This allows us to cross-compare how the macro indicator developed as the crisis is approached, and how it evolved afterwards.

[53] Source: International Financial Statistics.

[54] Peak REER depreciation denotes the sharpest yoy depreciation over the time period observed, in this case *t-3* to *t+5*.

Case 1:21-mc-00207-VSB-RWL Document 44-1 Filed 08/22/21 Page 158 of 223

FIGURE 20 • Real Exchange Rate Growths for G5 Plus Lebanon



Sources: IFS, BdL, CAS and WB staff calculations.

Chile (1980), whose REER depreciated by 18.1 percent in *t+3*.

**In the Lebanon episode, the REER[55] appreciated during the period just prior to the crisis, and then depreciating at *t+1* (2020).** Lebanon's peak REER depreciation (so far) varies according to the exchange rate used in calculating the REER. When using the World Bank Average Exchange Rate (AER), peak REER depreciation is mild at 13.9 percent, occurring at *t+1*. Peak REER depreciation, however, becomes much starker when using the US$ banknote rate (BNR), registering 36.9 percent at *t+1*. In fact, using the latter, Lebanon's REER depreciation surpasses other G5 episodes.

**Lebanon's real GDP decline is significantly more pronounced than in other G5 episodes.** Peak real GDP decline (so far) reached 21.4 percent in *t+1* (2020), surpassing second place Chile (1980), whose real GDP contracted by 11 percent in *t+2* (Figure 21). It is notable that the economy in Uruguay (2002) rebounded briskly, suggesting that it was able to benefit from the REER depreciation illustrated above. This is less so the case for Mexico (1981), where we see evidence of volatility in output. Meanwhile, Greece

_____

55  Lebanon's REER calculations are explained in Box 5.

---

### BOX 5. REAL EFFECTIVE EXCHANGE RATE CALCULATIONS

We first calculate Lebanon's Nominal Effective Exchange Rate (NEER) using the following formula:[a]

$$NEER = \prod_i E_i^{w_i}$$

where $E_i$ is the bilateral exchange rate expressed in foreign currency units per LBP, and $w_i$ is the weight assigned to each trading partner.

Then, we proceed by adjusting NEER for the changes in price levels, to reach the Real Effective Exchange Rate (REER) using Lebanon's and its trading partners' Consumer Price Indices (CPI)[b]

$$REER = NEER \frac{P}{\prod (P_i^*)^{w_i}}$$

Where $P$ is the local price level in Lebanon, and $P_i^*$ is that in the trading partner, given by the CPI.

Data for the bilateral nominal exchange rates is sourced from BdL and IMF's IFS database, for the period from January 2013 till December 2020. The weight for each trading partner is obtained as its share out of Lebanon's total imports. We use 30 countries, from which Lebanon imports about 80 percent of its total imports between 2013 to 2020. The formula used necessitates the weights adding up to 1, so we adjust these shares (weights) accordingly. We use Lebanon's Customs' figures to obtain data on imports and calculate those shares. CPI data is also sourced from IMF's IFS database.

_____

a Govil, Rajan. 2014. Exchange Rates: Concepts, Measurements and Assessment of Competitiveness, IMF Regional Training Institute: Bangkok, Thailand.

b Bayoumi, T, J Lee. and S Jayanthi. 2005. New Rates From New Weights, IMF Working Paper WP/05/99, May.



FIGURE 21 • Real GDP Growth for G5 Plus
Lebanon.



*Sources:* WDI, CAS and WB staff calculations.

FIGURE 22 • Real GDP Index Series for G5 Plus
Lebanon



*Sources:* WDI, CAS and WB staff calculations.

(2009) illustrates a more prolonged and painful reces-
sion, partially due to an inability to adjust via nominal
exchange rate depreciation.

**The contraction in Lebanon's real GDP per
capita is already worse than any of the G5's peak-
to-trough changes** (Figure 22). The contraction in
Lebanon's real GDP per capita from its level in peak
year *t-2* (2017) had already reached an estimated 29.3
percent by 2020 and is projected to be 37 percent
by 2021. This is significantly larger than G5 peak-to-
trough changes in per capita GDP: –18.9 percent for
Chile (1980), –18.8 percent for Philippines (1981),
–14.1 percent for Mexico (1981), –18.9 percent for
Uruguay (2002) and –24 percent for Greece (2009)
(Table 11).

### Depreciation-Inflation

**Apart from Greece (2009), a depreciation-infla-
tion dynamic is a key driver of macroeconomic
instability for all other G5 episodes, a character-
istic also shared by the Lebanon financial crisis.**
In order to dissect REER behavior, we examine pri-
mary components—that is, nominal exchange rates
(vis-à-vis the US$ as a proxy) and inflation rates—for
the G5 plus Lebanon episodes (Figures 23 and 24).
The Mexican peso depreciated sharply against the
US$ in *t+1*, driving the REER to depreciate in *t+1*
and *t+2*. Thereafter, REER fluctuations resulted from
lagging exchange rate pass-through effects on pric-

es; first, inflation rates surpassed the peso's depre-
ciation, appreciating the REER, followed by a more
pronounced loss in the peso's value that once again
forced a REER depreciation. The currency in Uru-
guay (2002) started losing value at *t-2* through *t+2*,
surpassing the inflations rates for these years, there-
by depreciating the REER; relative stability in the
REER ensued. The Philippines peso and prices ex-
perienced relative stability until *t+2*, at which time a
sharp loss in the local currency's value led a REER
depreciation. This was followed by lagged inflation-
ary effects at *t+3* that offset a further nominal depre-
ciation in the peso, tempering REER movements. The
race between prices and exchange rate movements
in *t+4* and *t+5* led to a significant REER appreciation
and depreciation, respectively. The Chile (1980) ep-
isode diverges from the other G5 cases, in that high
inflationary rates led the depreciation in the nominal
exchange rate, causing a REER appreciation in *t+1*.
Lagged effects on the currency finally depreciated
the REER thereafter. Meanwhile, Greece (2009) had
successfully retained membership of the Euro mone-
tary area, safeguarding REER stability throughout its
crisis period. In the Lebanon episode, mild inflation-
ary pressures drove marginal REER appreciations
in the period leading to crisis. This was followed by
the collapse in the peg, leading to a REER deprecia-
tion starting in *t+1*. Lebanon's case up until *t+1* most
closely resembles Mexico (1981) when it comes to
movements in the exchange rate and prices.

FIGURE 23 • Exchange Rates for G5 Plus Lebanon



FIGURE 24 • Inflation Rates for G5 Plus Lebanon



*Sources:* WDI, BdL, Lebanese Customs and WB staff calculations.

*Sources:* WDI, CAS and WB staff calculations.

## Some Insights

**While REER and its components for Lebanon (2019) seem to most resemble that of Mexico (1981), and to a lesser extent Uruguay (2002), the economic contraction in the Lebanon case is much starker, and in fact is closer to Greece (2009).** A main reason for that is the size of the external imbalances that Lebanon accommodated for such a long time, and which reflect economic fundamentals and pre-crisis structure. The current account deficit in Lebanon in the pre-crisis period exceeded 20 percent

of GDP, surpassing all G5 episodes (Figure 25). While a correction is taking place in Lebanon in the form of a narrowing current account deficit, it is mainly doing so through crashing imports via a contraction in economic activity, rather than a boost to exports. As discussed previously, COVID-19 conditions and systemic failures in the banking sector have prevented Lebanon from benefiting from its main exports: tourism and financial services. This a painful and prolonged adjustment that mostly resembles Greece (2009). Meanwhile, the current account imbalances in Mexico (1981) and Uruguay (2002) corrected much

FIGURE 25 • The Current Account Balance for G5 Plus Lebanon



FIGURE 26 • Total FX Reserves for G5 Plus Lebanon



*Sources:* WDI, BdL and WB staff calculations.

*Sources:* WDI, CAS and WB staff calculations.



more briskly—commodities being important exports for both—with Philippines (1981) taking a longer time to do so. More worryingly for Lebanon, and despite the harsh adjustment, depletion of its FX reserves is steeper than all G5 episodes. Further, Lebanon's reserve position does not yet show any signs of stability at *t+2*, a point when G5 reserves regained some form of stability or even strong recovery (Figure 26).

**The above analysis reinforces conclusions in earlier LEMs that the Lebanon's financial crisis stands out as a particularly arduous episode even when compared to some of the most severe crises observed since 1900.** This has been supported by socio-economic conditions which are expected to continue to be more painful and to persist longer, even with optimal policy measures in place. As it currently stands, however, the absence of a comprehensive and consistent adjustment strategy can only make this more difficult.

# ANNEX

## A. Forecasts of Lebanon's Real GDP Growth using MIDAS Regressions: An Update for 2020 and 2021

### Introduction

The forecasts of Lebanon's real GDP growth for the year 2020 and 2021 are updated based on the new incoming data for the high frequency indicators. A revision to real GDP data for 2019 by the Central Administration of Statistics (CAS) is also accounted for in this run.

The data on the high frequency indicators are available for the entirety of 2020 and for part of 2021, depending on the indicator.[56] Real GDP growth was also revised down from –6.7 percent to –7.15 percent in 2019 by the CAS.

In forecasting growth for 2020 and 2021, we make a distinction between the utility of financial versus real economy indicators. Financial indicators are likely to better first capture financial crisis dynamics, making them more relevant leading indicators for 2020 than real indicators. However,

over the course of 2020, the financial sector became increasingly inoperative and segmented from both the local and global economy. Meanwhile, real indicators increasingly capture the extent of the economic crisis and become more relevant leading indicators for 2021.

### Forecasting Real GDP Growth for 2020

The high frequency indicators used to nowcast and forecast Lebanon's real GDP growth in 2020 are: annual growth rates in claims of the commercial banking sector on resident customers, outstanding lines of credit for imports, non-resident and resident deposits. That is, in the MIDAS setup, our vector of high frequency indicators is, $x_t^H = (cl, lc, nr, r)$, where $cl$, $lc$, $nr$ and $r$ denote, respectively, annual growth

---

[56] Table 5 provides the sample end date for each of the high frequency indicators. In the previous update to the MIDAS forecasting exercise, the data on the high frequency indicators were available until November 2020.

31

**FIGURE 27** • Evolution of High Frequency Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2020

*Sources:* WDI, BdL, Lebanese Customs and WB staff calculations.

rates in claims of the commercial banking sector on resident customers, outstanding lines of credit for imports, non-resident and resident deposits. We also aggregate the information from the four high frequency indicators using principal components analysis. More specifically, we extract the first principal component from the four indicators and use it to forecast real GDP growth for 2020. The MIDAS model, which uses the first principal component of the four indicators, is referred to as the factor augmented MIDAS model. The low frequency variable of interest in the nowcasting or forecasting exercises is $y_t^L = (gdpg)$ where $gdpg$ is the growth rate in real GDP.

A static (i.e., one-step-ahead) forecast of real GDP growth rates is generated using ADL-MIDAS using the data on the high frequency indicators that

are available for the entirety of 2020. The ADL-MIDAS model is employed to introduce dynamics.

Forecasts of real GDP growth for 2020 are produced from the ADL-MIDAS using each of the above high frequency indicators. The forecasts of real GDP growth are provided in Table 4.

## Forecasting Real GDP Growth for 2021

Under the assumption that the constraints relating to import demand are less binding in 2021 and that the bulk (but not the entirety) of the adjustment in banking sector occurs in 2020, the set of high frequency indicators is enlarged to encompass real activity indicators.

The candidate predictor variables are provided in Table 5.



**TABLE 4** • **Real GDP Growth Forecasts for 2020**

| | Real GDP Growth Forecasts for 2020 |
|---|---|
| | Baseline |
| Growth in non-resident deposits | –13.3% |
| Growth in resident deposits | –13.5% |
| Growth in claims on the resident sector | –13.8% |
| Growth in lines of credit for imports | –15.5% |
| Factor Augmented MIDAS | –21.4% |

It should be noted that the data for the BdL coincident indicator were revised for July, August and September of 2020 relative to the previous run and that the set of high frequency indicators was enlarged to include cleared checks as well as total passenger flow at the airport (defined as the sum of the number of passengers arriving, departing and in transit).

The nominal series are deflated by the Consumer Price Index (CPI). The data for the CPI are available starting in January 2008. The availability of

**TABLE 5** • **Candidate Predictor Variables for the Real High Frequency Indicators**

| Candidate Predictor Variables | Observations Available Until |
|---|---|
| BDL Coincident Indicator (annual change, percent) (CI) | 2021:03 |
| World Bank Coincident Indicator (annual change, percent) (WBCI) | 2021:01 |
| Cement Deliveries (annual change, percent) (CD) | 2021:03 |
| Cleared Checks in Real Terms (annual change, percent) (CC) | 2021:03 |
| Customs Receipts in Real Terms (annual change, percent) (CR) | 2021:03 |
| Import of Petroleum Derivatives (annual change, percent) (PI) | 2021:03 |
| Incoming Freight at the Port of Beirut (annual change, percent) (IF) | 2021:03 |
| Outgoing Freight at the Port of Beirut (annual change, percent) (OF) | 2021:03 |
| Passenger Flow (annual change, percent) (PF) | 2021:03 |
| Primary Spending in Real Terms (annual change, percent) (PRIM) | 2021:01 |

the CPI data dictates the starting date of the MIDAS forecasting exercise to be January 2009. The same starting date is employed for all the models to place them on an equal footing.

Forecasting Lebanon's real GDP growth for 2021 is more complicated and subject to considerably more uncertainty than nowcasting real GDP growth for 2020. To start with, none of the high frequency indicators is observed for 2021. Therefore, monthly forecasts of the four high frequency indicators for the year 2021 should be generated. In addition, the forecast of real GDP growth for 2021 builds on the nowcast of 2020 (i.e., it is a dynamic forecast). This translates into more uncertainty. Further, the forecast of real GDP growth for 2021 will not reflect any positive developments on the policy front given that it builds on an extrapolation of time series dynamics.[57] The forecast of GDP growth for 2021 should therefore be used with these caveats in mind. The advantage of using a large pool of predictor variables is the ability to generate a large set of forecasts of real GDP growth, which can then be combined. This will attenuate uncertainty related to the forecast.

As noted in Timmermann (2006), combining forecasts is desirable for several reasons.[58] First, identifying the best performing model is not a straight-forward endeavor. Therefore, combining forecasts provides diversification gains. Second, the combined forecast is more robust to structural breaks in the individual forecasting models. Third, given that every model is likely to be misspecified, combining forecasts will alleviate the effects of misspecification in individual forecasting models (Elliott and Timmermann 2016). Fourth, Timmermann (2006)'s synthesis of the empirical literature suggests that combining forecast yields gains in predictive accuracy relative even to the best performing individual forecasting model. The simple mean, the trimmed mean and the median are three simple forecast combination methods that can be applied in this setup.

---

[57] This extrapolation embeds mean reversion, but this is not sufficient to reflect the positive effects of policy action.

[58] This discussion is based on Jamali and Yamani (2019).

TABLE 6 • Forecasts of Real GDP Growth for 2021 Using Real Activity Indicators

|  | Forecast for 2021 |
|---|---|
| BdL Coincident Indicator (annual change, percent) (CI) | –19.53% |
| World Bank Coincident Indicator (annual change, percent) (WBCI) | –20.69% |
| Cement Deliveries (annual change, percent) (CD) | –7.04% |
| Customs Receipts in Real Terms (annual change, percent) (CR) | –11.40% |
| Cleared Checks in Real Terms (annual change, percent) (CC) | –13.14% |
| Import of Petroleum Derivatives (annual change, percent) (PI) | –10.59% |
| Incoming Freight at the Port of Beirut (annual change, percent) (IF) | –2.62% |
| Outgoing Freight at the Port of Beirut (annual change, percent) (OF) | –8.56% |
| Passenger Flow (annual change, percent) (PF) | –11.18% |
| Primary Spending in Real Terms (annual change, percent) (PRIM) | –13.94% |

TABLE 7 • Forecasts of Real GDP Growth for 2021 Financial Indicators

| Indicator | Forecast for 2021 |
|---|---|
| Growth in non-resident deposits (NR) | –5.72% |
| Growth in resident deposits (R) | –5.27% |
| Growth in claims on the resident sector (CL) | –6.03% |
| Growth in lines of credit for imports (LC) | –12.05% |

Dynamic forecasts of the growth in the high frequency indicators are generated from a well-specified Autoregressive Moving Average (ARMA) model. The forecast sample begins on the month following the last for which an observation on the high frequency indicator is available. The forecast sample for the high frequency indicators ends in December 2021. The set of high frequency candidate predictors is $x_t^H = (ci, wbci, cd, cr, pi, if, of, pf, prim)$.

The time series dynamics of the high frequency indicators of economic activity are provided next.

Data on the four financial indicators are available until June 2021. The real GDP growth forecasts for 2021 using the financial indicators are provided in Table 7.

The simple average of the forecasts for 2021 is –10.55% whereas the median is –10.89%.

Again, given that the import constraint is likely not to be binding in 2021, the GDP growth forecast for 2021 obtained from the growth in lines of credit for imports as a high frequency indicator is dropped from the forecast combination. Combining the forecasts from Tables 3 and 4 yields an average growth

rate of –10.44% in 2021 and a median growth rate of –10.59%.

## References

Elliott, G., & A. Timmermann. 2016. *Economic Forecasting*. Princeton University Press.

Jamali, I., & E. Yamani. 2019. Out-of-sample exchange rate predictability in emerging markets: Fundamentals versus technical analysis. *Journal of International Financial Markets, Institutions and Money*, 61, 241–263.

Timmermann, A. 2006. Forecast combinations. *Handbook of Economic Forecasting*, *1*, 135–196.

## B. Estimating the Exchange Rate Pass Through to Inflation in Lebanon

### Introduction

Estimates of the degree Exchange Rate Pass Through (ERPT) to inflation are of direct policy relevance. Indeed, policymakers require estimates of the EPRT to understand the drivers of inflation. The ERPT coefficient is estimated by assessing how inflation responds to a change in the nominal exchange rate.

Existing studies have commonly employed Vector Autoregressive (VAR) or Vector Error Correction (VECM) models to gauge the degree of pass through from the exchange rate to inflation (Bhundia 2002; Ha, Stocker, and Yilmazkuday 2019; McCarthy 2007; Korhonen and Wachtel 2006; Korhonen and Wachtel 2006; Leigh and Rossi 2002; McCarthy 2007). The latter studies estimate the ERPT coefficient using

impulse response analysis from a well-specified model. The extent to which exchange rate (or devaluation/depreciation) shocks drive inflation is also examined using forecast error variance decompositions.

Jasova, Moessner, and Takáts (2016) propose an alternative method to gauging the ERPT coefficient in a panel data setting. The advantage of their methodology is twofold. First, it permits estimating a time-varying ERPT coefficient. Hence, changes in the ERPT coefficient across time can be inspected. Second, the nonlinearities in relation between inflation and the exchange rate can be accounted for by way

of including quadratic and cubic terms of the change in the exchange rate.

## Estimating the ERPT Coefficient with VAR

The first approach to estimating the ERPT coefficient is to specify and estimate a VAR model. A VAR relates a ($k$×1) vector of variables, $y_t$ to $p$ of its own lags. A structural VAR model is given by:

$$B_0 y_t = B_1 y_{t-1} + \cdots + B_p y_{t-p} + \omega_t, \qquad (1)$$

**FIGURE 28** • Growth of High Frequency Real Economy Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2021



(continued on next page)

Case 1:21-mc-00207-VSB-RWL 7 Document 244-1, 3 Filed 08/22/21 6 Page 168 of 223

**FIGURE 28** • Growth of High Frequency Real Economy Indicators Used to Nowcast and Forecast Lebanon's Real GDP Growth in 2021 *(continued)*



The VAR model in reduced form can be written as:

$$y_t = B_0^{-1} B_1 y_{t-1} + \cdots + B_0^{-1} B_p + B_0^{-1} \omega_t, \qquad (2)$$

That is, the reduced form residuals relate to the structural residuals via: $u_t = B_0^{-1} \omega_t$.

The vector of variable $y_t$ includes the changes in changes in the currency in circulation, inflation as measured by changes in the Consumer Price Index (CPI) as well as changes in the Average Exchange Rate (AER). Let $E_t$, $M_{0t}$ and $P_t$ denote, respectively, the levels of the AER, money in circulation and the CPI and $e_t$, $m_{0t}$ and $p_t$ denote the natural logarithm of the variables.

These vector of variables in the VAR is thus $y_t = [\Delta e_t, \Delta m_{0t}, \Delta p_t]'$ and a recursive ordering (i.e., Cholesky) is employed to identify the VAR.

The VAR model is estimated using the logarithmic changes in the variables to circumvent possible non-stationarity. The model is estimated with one lag to avoid degrees of freedom problems.

The sample period is January 2008 to October 2021 and the analysis is carried out at the monthly frequency.

Figure 29 provides the responses of the three variables in the VAR to a 1% shock in the logarithmic change of the AER.

The effects of the exchange rate shock on inflation are discernable for the first four months. The response of inflation to an exchange rate shock peaks one month after the shock.

Following Leigh and Rossi (2002), the ERPT coefficient is computed as:

$$PT_{t,t+j} = P_{t,t+j} / E_{t,t+j}, \qquad (3)$$

where $PT_{t,t+j}$ and $E_{t,t+j}$ are, respectively, the cumulative changes in the price level and the exchange rate between months t and t+j.

Estimates of the ERPT coefficient for a horizon of 12 months are provided in Table 8 and Figure 30:

The Forecast Error Variance Decomposition (FEVD) from the VAR estimated in log levels are



**FIGURE 29** • Responses to a 1% Shock to the Logarithmic Change in the AER



provided in Figure 31. The VAR is estimated in log levels to discern longer horizon dynamics of the variable.

The *h*-step FEVD for the CPI from the estimated VAR is provided in Figure 31:

The FEVD suggests that shocks to the AER account for a progressively larger proportion of the variance of the CPI up to a horizon of 6 months. Further, shocks to the AER account for the bulk of

the variance of the CPI three to nine months following the shock. In contrast, changes in money in circulation become a gradually more important driver of the variance of the CPI sixth months after the shock to the AER.

Table 9 provides the cumulative effect of an exchange rate depreciation on inflation from the VARs in log changes and log levels:

**TABLE 8** • Estimates of the ERPT Coefficient

| Horizon | ERPT Coefficient |
|---------|------------------|
| 0 | 0.367879441 |
| 1 | 0.437178369 |
| 2 | 0.401352574 |
| 3 | 0.397545455 |
| 4 | 0.390552061 |
| 5 | 0.386970429 |
| 6 | 0.384339885 |
| 7 | 0.382643321 |
| 8 | 0.381495204 |
| 9 | 0.380730692 |
| 10 | 0.380217432 |
| 11 | 0.379873871 |

**TABLE 9** • Cumulative Effect of an Exchange Rate Depreciation

| Panel A: VAR in log changes | |
|---------|------------------|
| Change in AER | Change in Inflation |
| 1% | 0.56% |
| 100% | 56% |
| Panel B: VAR in log levels | |
| 1% | 0.77% |
| 100% | 77% |

When the US$ Banknote Exchange Rate is used instead of the AER, the following are the estimates:

**TABLE 10** • Cumulative Effect of an Exchange Rate Depreciation

| Panel A: VAR in log changes | |
|---------|------------------|
| Change in AER | Change in Inflation |
| 1% | 0.28% |
| 100% | 28% |
| Panel B: VAR in log levels | |
| 1% | 0.67% |
| 100% | 67% |

**FIGURE 30** • Estimates of the ERPT Coefficient



*Notes*: This figure provides the ERPT coefficient for a horizon of 12 months.

**FIGURE 31** • Forecast Error Variance Decomposition



*Notes*: This figure provides the ERPT coefficient for a horizon of 12 months.

## Direct and Time-Varying Estimates of the ERPT Coefficient

Following Jasova, Moessner, and Takáts (2016), the second approach consists of estimating the ERPT coefficient directly using the regression:

$$\Delta p_t = \alpha \quad + \delta \Delta p_{t-1} + \gamma_0 \Delta e_t + \sum_{j=1}^{12} \gamma_j \Delta e_{t-j} + \emptyset y_t + \varepsilon_t, \quad (4)$$

The above regression adapts Jasova, Moessner, and Takáts (2016) to monthly data and variants of it have been employed in the literature to measure the ERPT coefficient (Bailliu and Fuiji 2004; Bussiere 2013)

An important departure from the latter study is that the quadratic and cubic terms of the AER are not included to account for possible non-linearity in

the relation between inflation and the exchange rate (Bussière 2013; Ben Cheikh and Rault 2016). The quadratic and cubic terms are omitted for parsimony and because of the data limitations in Lebanon.

In line with Jasova, Moessner, and Takáts (2016), the contemporaneous ERPT coefficient is $\gamma_0$. The yearly linear pass-through coefficient is $\Sigma_{j=0}^{12} \gamma_j$ and the long run pass through coefficient is $\Sigma_{j=0}^{12} \gamma_j/(1-\delta)$.

The first pass at estimating the EPRT coefficient is to use the simplest possible specification:

$$\Delta p_t = \alpha \quad + \delta \Delta p_{t-1} + \gamma_0 \Delta e_t + \varepsilon_t, \quad (5)$$

The estimate of the EPRT coefficient, $\gamma_0$, in this simple specification is 0.304 (significant at the 5% level). When the US$ banknote is employed, the ERPT coefficient is estimated to be 0.22.

The second specification includes lags of the change in the exchange rate:

$$\Delta p_t = \alpha \quad + \delta \Delta p_{t-1} + \gamma_0 \Delta e_t + \Sigma_{j=1}^{12} \gamma_j \Delta e_{t-j} + \varepsilon_t \quad (6)$$

Estimating the specification in equation (6) using the AER yields a an ERPT coefficient of 0.27.

## References

Bailliu, J., & E. Fujii. 2004. Exchange rate pass-through and the inflation environment in industrialized countries: An empirical investigation, Working Paper 2004–21, Bank of Canada, Ottawa.

Bhundia, A. 2002. An empirical investigation of exchange rate pass-through in South Africa. IMF Working Paper, WP/02/165, International Monetary Fund, Washington DC.

Bussiere, M. 2013. Exchange rate pass-through to trade prices: The role of nonlinearities and asymmetries. *Oxford Bulletin of Economics and Statistics*, 75(5), 731–758.

Ca'Zorzi, M., E. Hahn, & M. Sánchez. 200). Exchange rate pass-through in emerging markets. ECB Working Paper, No. 739, European Central Bank, Frankfurt.

Ben Cheikh, N., & C. Rault. 2016. The pass-through of exchange rate in the context of the European sovereign debt crisis. *International Journal of Finance & Economics*, 21(2), 154–166.

Ha, J., M. Stocker, & H. Yilmazkuday. 2019. Inflation and exchange rate pass-through. World Bank Policy Research Paper 8780, World Bank, Washington DC.

Jasova, M., R. Moessner, & E. Takáts. 201). Exchange rate pass-through: What has changed since the crisis? BIS Working Paper No 583, Bank of International Settlements, Basel, Switzerland.

Jiang, J., & D. Kim. 2013. Exchange rate pass-through to inflation in China. *Economic Modelling*, 33, 900–912.

Korhonen, I., & P. Wachtel. 2006. A note on exchange rate pass-through in CIS countries. *Research in International Business and Finance*, 20(2), 215–226.

Leigh, D., & M. Rossi. 2002. Exchange rate pass-through in Turkey. IMF Working Paper WP/02/04, International Monetary Fund, Washington DC.

McCarthy, J. 2007. Pass-through of exchange rates and import prices to domestic inflation in some industrialized economies. *Eastern Economic Journal*, 33(4), 511–537.

## C.  Reinhart and Rogoff (2014)

Based on the most extensive financial crises database available,[59] Reinhart and Rogoff (2014), henceforth referred to as R&R, calculate a crisis severity index (CSI) for a sample of 100 crisis episodes over the 1857–2013 period. The CSI is computed based on (i) the depth of the crisis episode—the peak-to-trough decline in real GDP per capita, and (ii) its duration—the number of years it takes to reach the prior peak in real per capita income. R&R's 25 most severe crises and associated results are presented in Table 11.

---

[59] Reinhart, Carmen M., and Kenneth S. Rogoff (2009), *This Time Is Different: Eight Centuries of Financial Folly*. Princeton: Princeton University Press.

TABLE 11 • Crisis Severity: Percent Decline in Per Capita GDP, Duration of Contraction, and Years to Full Recovery in 25 of the Worst Systemic Banking Crises, 1857–2013 (Reinhart and Rogoff 2014)

| Rank | Year | Country | Peak to Trough % change | Peak to Trough # years | Peak to Recovery # years | CSI | Double Dip Yes or No |
|------|------|---------|-------------------------|------------------------|--------------------------|-----|----------------------|
| 1 | 1926 | Chile | −46.6 | 3 | 16 | 62.6 | Y |
| 2 | 1931 | Spain (civil war) | −34.6 | 9 | 26 | 60.6 | Y |
| 3 | 1983 | Peru | −32 | 11 | 25 | 57 | Y |
| 4 | 1931 | Uruguay | −36.1 | 3 | 17 | 53.1 | Y |
| 5 | 1893 | Australia | −28 | 8 | 20 | 48 | Y |
| 6 | 1929 | Mexico | −31.1 | 6 | 16 | 47.1 | Y |
| 7 | 1921 | Italy | −25.5 | 3 | 21 | 46.5 | Y |
| 8 | 1890 | Brazil | −21.7 | 4 | 21 | 42.7 | Y |
| 9 | 1923 | Canada | −30.1 | 4 | 10 | 40.1 | N |
| 10 | 1890 | Uruguay | −21 | 2 | 19 | 40 | Y |
| 11 | 1981 | Philippines | −18.8 | 3 | 21 | 39.8 | Y |
| 12 | 1980/1985 | Argentina | −21.8 | 11 | 18 | 39.8 | Y |
| 13 | 1929 | India | −8.2 | 9 | 31 | 39.2 | Y |
| 14 | 1929/1933 | US | −28.6 | 4 | 10 | 38.6 | Y |
| 15 | 1994 | Venezuela | −24.2 | 11 | 14 | 38.2 | Y |
| 16 | 1939 | Netherlands | −16 | 6 | 21 | 37 | Y |
| 17 | 2009 | Greece | −24 | 6 | 12 | 36 | Y[a] |
| 18 | 1931/1934 | Argentina | −19.4 | 3 | 15 | 34.4 | Y |
| 19 | 1931 | Poland | −24.9 | 4 | 9 | 33.9 | N |
| 20 | 1929/1931 | Austria | −23.4 | 4 | 10 | 33.4 | N |
| 21 | 1981 | Mexico | −14.1 | 7 | 17 | 31.1 | Y |
| 22 | 1920 | UK | −18.7 | 3 | 11 | 29.7 | Y |
| 23 | 2001 | Argentina | −20.9 | 4 | 8 | 28.9 | N |
| 24 | 1980 | Chile | −18.9 | 2 | 8 | 26.9 | N |
| 25 | 2002 | Uruguay | −18.9 | 4 | 8 | 26.9 | N |
| | *Average* | | *−24.3* | *5* | *16* | *40.5* | |

[a] This is listed as N in Reinhart and Rogoff (2014), since until its publication, Greece had not yet experienced its double dip which subsequently occurred in 2016.



**WORLD BANK GROUP**

1818 H Street, NW
Washington, DC 20433

# EXHIBIT 3

"

# EXHIBIT J

# ABL and Sector News

ABL AND SECTOR NEWS

## Press Release 17-11-2019

November 17 2019

The ABL Board of Directors held a general assembly for its members in order to prepare a list of temporary banking directives that banks could implement to facilitate, standardize and regulate the daily work of employees in light of the country's present exceptional circumstances; given that the content of this list does not impose restrictions on the movement of money and is prepared with great care to safeguard the clients' and public interests, in order to overcome the existing circumstances. As for

the general temporary directives agreed on in consultation with Banque Du Liban (the Central Bank), they are as follows:

1- No restrictions on new funds transferred from abroad.

2- Overseas transfers are only made to cover urgent personal expenses.

3- No restrictions on checks, transfers and the use of credit cards in Lebanon. As for the use of credit cards abroad, the ceilings will be set by agreement between banks and clients.

4- Determine the amounts that can be withdrawn at a maximum level of $1,000 cap (banknote) per week from U.S dollar current accounts, knowing that clients can withdraw, without ceilings, the needed amounts from these accounts using checks.

5- Checks in foreign currency are paid into account.

6- Trade facilities can be used in Lebanon within the balance they reached on October 17, 2019.

7- A call for clients to use credit cards, especially in LBP, to meet their needs.

The President of the Association of Banks in Lebanon, along with a delegation from the Board, will submit the list of general temporary directives to the President and members of the Federation of Syndicates of Banks Employees in Lebanon in a meeting for both parties that will be held on Monday the 18th of November 2019, as a preparation to resuming the normal work in the banking sector.

**The Department of Communication & PR**

**Share on**    FACEBOOK

This page cannot be displayed in english, if you want to check it in arabic, click on this link

Case 1:21-cv-00077-RSB-JE6 Document 24-10 Filed 03/28/22 Page 179 of 223

https://www.abl.org.lb/arabic/news/abl-news/press-release-17-11-2019

**Home**

**Useful Links**

**Contact Us**

**Official Holidays**

**Higher Institute for Banking Studies (ISEB)**

**Collective Labor Agreement**

**About ABL**

**Publications & Resources**

**HR Development**

**ABL and Sector News**

**Facts about the Lebanese Banking Sector**

Copyright © 2021 abl.org.lb. All rights reserved.

# EXHIBIT 4

"

# EXHIBIT L

**Translation**

**Obliging banks operating in Lebanon to pay an amount of ten thousand US dollars based on the official exchange rate of the US dollar with respect to the academic year 2020-2021 for Lebanese university students who have been studying abroad before the academic year 2020-2021**

**Law No. 193/2020 dated October 16, 2020**

**Published in the official gazette number 41 – issued on October 22, 2020**

The Parliament has adopted and the President of the Republic promulgates the Law that reads as follows:

**Article 1:**
Banks operating in Lebanon shall execute a one-time financial transfer of a value not exceeding ten thousand US dollars for every Lebanese university student registered in universities or higher technical institutes outside Lebanon before 2020 - 2021, from their accounts or the accounts of their guardians, or for those who do not have bank accounts, in a foreign currency or the Lebanese national currency at the official USD exchange rate of 1,515 LBP. This is to be done after the banks make the necessary to verify the right of the beneficiary in terms of:

- A current registration certificate from the university or the technical institute.
- A statement of the university or the technical institute regarding payments before 31/12/2020.
- The current housing lease contract or the receipt of the last monthly payment.

**Article 2:**
This Law shall enter into force upon its publication in the official gazette.

Baabda on October 16, 2020

Promulgated by the President of the Republic
Signature: Michel Aoun

The Prime Minister
Signature: Hassan Diab

Translator's note: True translation of the enclosed document in Arabic

إلزام المصارف العاملة في لبنان بصرف مبلغ عشرة آلاف دولار أميركي وفق سعر الصرف الرسمي للدولار

عن العام الدراسي ٢٠٢٠ – ٢٠٢١

للطلاب اللبنانيين الجامعيين الذين يدرسون في الخارج قبل العام ٢٠٢٠ – ٢٠٢١

قانون رقم ١٩٣ – صادر بتاريخ ٢٠٢٠/١٠/١٦

تم نشره في الجريدة الرسمية العدد ٤١ – الصادرة بتاريخ ٢٠٢٠/١٠/٢٢

أقر مجلس النواب،

وينشر رئيس الجمهورية القانون التالي نصه:

المادة ١ ـ

على المصارف العاملة في لبنان إجراء تحويل مالي لا تتجاوز قيمته عشرة آلاف دولار أميركي لمرة واحدة لكل طالب من الطلاب اللبنانيين الجامعيين المسجلين في الجامعات أو المعاهد التقنية العليا خارج لبنان قبل العام ٢٠٢٠ ـ ٢٠٢١ من حساباتهم أو حسابات أولياء أمورهم أو ممن لم يكن لديهم حسابات في المصارف، بالعملة الأجنبية أو العملة الوطنية اللبنانية وفق سعر الصرف الرسمي للدولار ١٥١٥ ل.ل. وذلك بعد إجراء المصارف المقتضى للتثبت من حق المستفيد لجهة:

- إفادة تسجيل حالية من الجامعة أو من المعهد التقني.

-إفادة بالمدفوعات الجامعية أو المعاهد التقنية قبل تاريخ ٢٠٢٠/١٢/٣١ .

-عقد إيجار السكن الحالي أو إيصال آخر دفعة شهرية.

المادة ٢ ـ

يعمل بهذا القانون فور نشره في الجريدة الرسمية.


بعبدا في ١٦ تشرين الأول ٢٠٢٠

الإمضاء: ميشال عون


صدر عن رئيس الجمهورية

رئيس مجلس الوزراء

الإمضاء: حسان دياب


رئيس مجلس الوزراء

الامضاء: حسان دياب

# EXHIBIT 5

"

 ALJAZEERA

 LIVE 

**BREAKING** | Mariupol mayor says 12 days of Russian bombardment kills 1,500 people

Economy | Business and Economy

# Banks targeted in Lebanon's 'night of the Molotov'

*At least a dozen banks torched and vandalised as fiery protests against economic hardships continue across Lebanon.*



## You rely on Al Jazeera for truth and transparency

We understand that your online privacy is very important and consenting to our collection of some personal information takes great trust. We ask for this consent because it allows Al Jazeera to provide an experience that truly gives a voice to the voiceless.

You have the option to decline the cookies we automatically place on your browser but allowing Al Jazeera and our trusted partners to use cookies or similar technologies helps us improve our content and offerings to you. You can change your privacy preferences at any time by selecting 'Cookie preferences' at the bottom of your screen. **To learn more, please view our Cookie Policy.**

Allow All | Cookie Preferences

Hundreds of demonstrators took to the streets from Beirut to southern Sidon along with Nabatieh, the Bekaa Valley, and Tripoli and Akkar in the north.

KEEP READING

- One dead, dozens injured in Lebanon riots with banks smashed
- Lebanon protests turn violent over failing economy
- Lebanon's protests are far from over

While it was unclear how many civilians were hurt, 81 security personnel were injured across the country during attempts to contain the riots, including 50 in Tripoli, the military said.

The largest and most violent protests took place in the northern city of Tripoli – Lebanon's second-largest, and poorest, city, after protester Fouaz al-Semaan died on Tuesday from wounds sustained while protesting the night before.

The 26-year-old man's sister, Fatima, said the Lebanese army shot him. The military expressed its "regret" over the killing without directly claiming responsibility and said it launched an investigation.

Human Rights Watch said on Tuesday the army's heavy-handed response to the protests had inflamed tensions. It called for a transparent investigation into al-Semaan's death, the results of which it said should be made public.

Protesters in Tripoli began setting banks on fire on Tuesday afternoon after the al-Semaan was laid to rest, and clashes continued into the early hours of Wednesday as they were chased through the streets by soldiers.

In southern Sidon, a branch of the central bank was pelted with at least half a dozen petrol bombs, with cheers going up from the crowd of demonstrators each time a Molotov hit its mark.



Banks were also set on fire in Beirut and the southern city of Nabatieh.

At a Sidon commercial bank, protesters broke in and set a fire. They then gleefully sang "happy birthday" outside.



Protesters are furious over the rapid slide of the Lebanese pound, which has plummeted in value by more than 50 percent in about six months.

They have lashed out at banks throughout the demonstrations because of harsh capital controls that have entirely phased-out withdrawals in foreign currencies, which were previously standard, and even limited withdrawals in the pound.

Poverty, already at about 50 percent earlier this year, worsened during a nationwide COVID-19 lockdown that has been in place since mid-March.

Social Affairs Minsiter Ramzi Mousharafieh estimated 75 percent of the population require aid in a country of about six million – but that aid has

been meager and slow to come.

Massive anti-government protests that began in October and paused during the lockdown are now returning angrier and more desperate.

While Lebanese flags and signs with elaborate slogans used to be ubiquitous in mixed crowds of families with children, increasingly it is young men and women who are taking to the streets, rocks and Molotov cocktails in hand.



One dead, dozens injured in Lebanon riots with banks smashed

The Lebanese Red Cross said it had treated 30 injured people in Tripoli on Tuesday and took six to the hospital. Dozens were injured the day before, some by live fire and others by rubber-coated bullets.

The Lebanese army has not yet released figures from Tuesday night, but said 54 soldiers in total had been injured across the country during attempts to unblock roads and quell protests the day before.

## Tensions with the army

While the Lebanese military is one of the country's few respected institutions, perceived to be above the sectarian bickering that permeates the rest of the state, attitudes on the streets have been shifting.

Protesters previously handed out roses to soldiers, but there have been no such acts of kindness over the last few days.

"The army are not our brothers," a woman told a local news reporter as she marched through the streets of the capital Beirut. "They are shooting at us to protect the politicians."

In Tripoli on Monday night, people pelted soldiers with rocks and other projectiles as protesters were chased through the streets. The sound of pots and pans being banged rang through narrow alleyways, in a sign of support for the demonstrators that has become popular during Lebanon's uprising.

Earlier Tuesday, protesters smashed the windshield of a military vehicle, leading the soldiers aboard it to bail out as it rolled backwards, hitting a pole before coming to a halt.





12:17 AM · Apr 29, 2020

♡ 101   💬 Reply   🔗 Copy link

**Read 2 replies**

A military vehicle was set on fire in Tripoli on Monday night in the middle of Tripoli's al-Nour square, the main scene of clashes that just a few months ago had been filled with jubilant, thousands-strong demonstrations that became famous for loud music spun live by DJs.

On the southern highway near the town of Naameh, protesters threw stones at soldiers, leading them to quickly retreat and shoot live rounds into the air. Twenty-one troops were injured in the violence.

Still, protesters say their issue is not with the army itself, but with the politicians they say it is protecting.

"To Army Commander Joseph Aoun, we say that you should stand with the people, not in our face," a protester told another reporter in southern Sidon.

In Tripoli, soldiers and protesters suddenly became a single front when an unknown gunman, apparently part of the security detail of a local lawmaker, shot at demonstrators from a rooftop, wounding one.

Protesters and soldiers rushed towards the source of the shooting side by side.

"The army and the people have become one hand, glory to the army," a man shouted. "In a single moment, the people have turned back to the army."

Nineteen protesters were arrested in Tripoli, as was the man who shot at demonstrators.

# EXHIBIT 6

"

Discover Thomson Reuters •••



Directory of sites    Login    Contact    Support

**World    Business    Markets    Breakingviews    Video    More**



EMERGING MARKETS    OCTOBER 22, 2019 / 5:17 AM / UPDATED 2 YEARS AGO

# In limbo as crisis rages, Lebanese banks remain shut

By Ellen Francis, Tom Perry

5 MIN READ



BEIRUT (Reuters) - Lebanon's banks will remain closed for a fifth working day amid uncertainty over how Prime Minister Saad al-Hariri plans to extract billions of dollars from the financial sector to help ease an economic crisis that has ignited national protests.

A demonstrator wears a mask during an anti-government protest in the southern city of Nabatiyeh, Lebanon October 22, 2019. REUTERS/Aziz Taher

A day after Hariri unveiled a set of measures aimed partly at addressing protester demands, people poured into the streets once again on Tuesday, sustaining the historic wave of dissent against politicians blamed for leading Lebanon into crisis.

A source close to Hariri, who heads a cabinet grouping all Lebanon's main parties, denied rumors on social media that he was resigning.

The moves he announced on Monday included the symbolic halving of the salaries of ministers and lawmakers, as well as steps toward implementing long-delayed measures vital to fixing the finances of the heavily indebted state.

Under pressure to convince foreign donors he can slash next year's budget deficit, Hariri has said the central bank and commercial banks would contribute 5.1 trillion Lebanese pounds ($3.4 billion) to help plug the gap, including through an increase in taxes on bank profits.

Five bankers interviewed by Reuters said details of the measures had not been explained to them and they were awaiting the return of central bank governor Riad Salameh from Washington, where he has been attending IMF and World Bank meetings, to shed light. They all requested anonymity given the sensitivity of the situation.

Lebanese government officials could not immediately be reached for comment.

In the meantime, banks will remain shut on Wednesday, "waiting for the general situation to stabilize in the country", the Association of Banks in Lebanon (AbL) said in a statement on Tuesday.

It did not say when the lenders might reopen and did not respond to a request for further comment.

RELATED COVERAGE

Lebanon expects positive reaction from foreign donors over reforms - PM adviser

France gives tentative nod to Lebanese government over reforms

See more stories ∨

Four of the bankers said it made sense to keep branches closed while there was concern among savers about whether reforms would restore confidence.

"All the banks are saying the same thing to each other. So we are thinking we need to postpone (reopening) until we take measures, all of us. We are waiting for the governor to say what we have to do," one of the bankers said.

A central bank source said the shuttering was a practical response to street protests. Roadblocks have made it difficult for bank employees to get to work, the source said.

## DEBT

Analysts at Bank Audi said the government's plans would involve the central bank contributing 4.5 trillion Lebanese pounds ($2.99 billion) to halve Lebanon's debt servicing costs and the imposition of an exceptional income tax for one year on Lebanese banks to raise a further 600 billion.

Other emergency measures, including reforms to fight corruption and waste, have so far failed to revive investor confidence seen as critical to steering Lebanon away from a financial meltdown. Lebanese bonds slumped on Monday.

In a statement on Tuesday, the French government urged Beirut to carry out the reforms, which are key to unlocking some $11 billion in financing pledged by France and other countries and lending institutions last year.

"France stands alongside Lebanon. It is in this perspective that we are committed, with our international partners, to the rapid implementation of the decisions taken at the CEDRE conference in Paris in April 2018."

A second banker said foreign states should now help with moves to support Lebanon. "You need a stability plan from the international community to answer the fear of the people to be able to stabilize the situation," he said.

Hariri's senior adviser Nadim Munla said he expects foreign donors to react positively to the reforms, which he said show Lebanon was serious about cutting its budget deficit.

Lebanon's banking sector has been a major lender to the government with deposits sent from its diaspora a critical source of financing for the state and the import-dependent economy.

Slideshow ( 36 images )

But capital inflows have been slowing for a number of years. This strain has surfaced in the real economy of late where dollars have been harder to obtain at the official exchange rate and the Lebanese pound has weakened on a parallel market.

Banks voiced criticism earlier this year when the government raised the tax on interest as part of efforts to reduce the deficit in the 2019 deficit.

Garbis Iradian, chief MENA economist, Institute of International Finance, said "most of the adjustment burden is falling on the banking system in Lebanon".

"The banks may cope but their profitability, if any, will be adversely impacted. I think the banks are overburdened with taxes and they're the ones who are contributing the most to the increase in tax revenues."

( $1 = 1,505.7000 Lebanese pounds )

Additional reporting by Samia Nakhoul in Beirut and Tom Arnold in London; Editing by Carmel Crimmins and Sonya Hepinstall

*Our Standards: The Thomson Reuters Trust Principles.*

# EXHIBIT 7

"



News | Lebanon Protests

# Dozens injured as anti-bank protests rock Beirut for second night

Hundreds of protesters gathered outside central bank before moving to a police station where others had been detained



A lawyer told local media that 17 protesters were arrested during Wednesday's clashes (AFP)

We use cookies on this site to enhance your user experience

By clicking any link on this page you are giving your consent for us to set cookies.

No, thanks    OK, I agree

Shares

Protesters in crisis-hit Lebanon clashed with security forces in Beirut on Wednesday, a day after demonstrators outraged by restrictions on dollar withdrawals attacked bank branches with metal rods, fire extinguishers and rocks.

Hundreds gathered again outside the central bank on Wednesday evening, moving to a police station where more than 50 people were still detained following clashes between demonstrators and security forces the previous night.

Protesters chanted slogans and demanded the release of their comrades before security forces fired tear gas to disperse them.

The Red Cross said a total of 47 people were



injured on Wednesday night, 37 of whom were taken to nearby hospitals. The ten others were treated on the spot.

A lawyer told local media that 17 protesters were also arrested during Wednesday's clashes, the latest since Lebanon's anti-government protests demanding sweeping reform began on 17 October.

Security forces injured a Reuters video journalist who was treated in hospital and released. Lebanese broadcasters Al Jadeed and MTV said security forces injured a cameraman from each of their organisations.



**For 2020, Lebanese protesters vow to make new year revolutions**

Read More »

Lebanon's internal security forces did not immediately respond to a request for comment from Reuters.

In a statement caretaker interior minister Raya al-Hassan condemned the violence and called on demonstrators to remain peaceful.

"We do not accept the attack [on] journalists which are doing their duty to cover events and developments, nor do we accept the attack [on] security forces which are maintaining security," Hassan said.

## 'We're in free-fall now'

Four months into the protest movement against Lebanon's political class, demonstrators have turned their anger at the banks, most of which have imposed informal capital controls to stave off a liquidity crunch.

That has trapped the savings of ordinary depositors in Lebanon's worst economic crisis since the 1975-1990 civil war.

Protester Yumna Mroue, 22, said the central bank's financial policies had been harming small savers for years.

"We're in free-fall now. What happened last night comes from people's real pain and anger," she told AFP.



**Lebanon wakes up to trashed banks and UN rebuke of its failing politicians**

Read More »

After a long day of protests and clashes, security forces released 10 people out of more than 50 who were detained Tuesday night, according to local media and activists.

On Wednesday morning in Hamra, most bank branches were left with smashed windows, destroyed ATMs and graffiti-daubed walls after violent protest the previous night.

Banks opened despite the wreckage, as cleaners scrubbed paint off walls and workers replaced smashed windows.

"There is a lot of anger," Alia, a passerby, told AFP in front of a damaged branch. "You have to go to the bank twice to withdraw just $200."

On Wednesday evening, hundreds of demonstrators gathered in front of the central bank, whose governor Riad Salameh they partly blame for the country's financial crisis.

Security forces meanwhile imposed tight movement restrictions in Hamra, closing the main road to the central bank.

The state-run National News Agency reported that some tear gas canisters had fallen inside the Russian embassy, near the police station housing the detainees.

## Currency depreciation

Since September, banks have limited the number of dollars customers can withdraw or transfer abroad, in a country where the US currency and the Lebanese pound are used interchangeably.

Although no formal policy is in place, most lenders have limited withdrawals to about $1,000 a month, while others have imposed tighter curbs.

Prompted by a grinding liquidity crisis, the controls are increasingly forcing depositors to deal in the pound.

But the local currency has plunged by over a third against the dollar on the parallel market, hitting almost 2,500 against the dollar over the past week.

The official rate was pegged at 1,507 Lebanese pounds to the dollar in 1997.

Demonstrators accuse banks of holding their deposits hostage while allowing politicians, senior civil servants and bank owners to transfer funds abroad.

The central bank has announced it is investigating capital flight, saying it wants to standardise and regulate the ad hoc banking restrictions.

## 'Don't blame the people, blame yourselves'

Compounding the situation, debt-burdened Lebanon has been without a government since Saad Hariri resigned as prime minister on 29 October under pressure from the anti-government protests.

Its under-fire politicians have yet to agree on a new cabinet despite the designation last month of Hassan Diab, a professor and former education minister, to replace Hariri.

Diab has pledged to form a government of independent experts, a key demand of protesters, but said last week that some parties were hindering his attempts.

Authorities on Wednesday condemned the night-time attacks and called for perpetrators to be prosecuted.



LEBANON BANKS DEFACED

Hariri called the rampage "unacceptable," while parliament speaker Nabih Berri questioned whether the aim was to "destroy the country".

But in a strongly worded statement, United Nations envoy to Lebanon, Jan Kubis, blamed politicians for the turmoil, accusing them of inaction while watching the economy "collapse".

"Politicians, don't blame the people, blame yourselves for this dangerous chaos," he said.

## Lebanon banks targeted by protests

**Read More »**

## Recommended

Kenyan migrant workers in Beirut camp outside consulate demanding return to homeland

Lebanese army investigates video of soldier firing at protesters

Beirut explosion anniversary: Protesters march across Lebanon's capital in remembrance

## Read more



Lebanon Protests

Lebanon banks targeted by protests



# EXHIBIT 8



**ALJAZEERA**

▶ **LIVE** ≡

**BREAKING**    New satellite images show scale of devastation in besieged Mariupol

Economy  |  Financial Markets

# One dead, dozens injured in Lebanon riots with banks smashed

*Banks frequently targeted during the economic crisis that has seen the Lebanese pound depreciate by 50 percent.*



A soldier reacts during protests against the collapsing Lebanese currency and price hikes in Zouk [Mohamed Azakir/Reuters]

**By Timour Azhari**
28 Apr 2020

  

**Beirut, Lebanon** – One man died on Tuesday after violent clashes in Lebanon's northern city of Tripoli that left dozens injured after the Lebanese army used live fire, rubber-coated rounds, and tear gas to clear angry protesters.

and tear gas to clear angry protesters.

Thousands of protesters across Lebanon blocked roads, attacked banks, and marched through streets throughout Monday in response to the local currency's rapid devaluation, which has led millions to lose more than half the value of their salaries and savings.

---

KEEP READING

Directives and arrests: Lebanon attempts to stem currency rout

Lebanon protests: Central bank criticised as currency plummets

---

- **Lebanon's protests are far from over**

A 26-year-old man's sister, Fatima Fouad, said in a Facebook post that her brother, Fouaz Fouad al-Seman, died as a result of live gunfire by Lebanese soldiers.

An army source confirmed to Al Jazeera that troops used live fire, but said they shot in the air, not at protesters. The source also confirmed a man died, but said it was unclear how, adding rubber-coated bullets and tear gas were used on demonstrators.

Lebanon is suffering its worst-ever financial crisis that has led to a dollar shortage, which in turn has seen the Lebanese pound tumble by more than 50 percent in the last six months.

Unprecedented anti-establishment protests that began last October had mostly disappeared as the country went into lockdown over the COVID-19 pandemic, but dire living conditions brought people back to the streets in at least two-dozen locations since Sunday.



Soldiers attempt to open the northern highway during protests against the collapsing Lebanese pound [Nabil Mounzer/EPA]

Northern Tripoli, Lebanon's second-largest and poorest city, saw the largest protests on Monday with hundreds of demonstrators taking to the streets. The situation quickly turned into riots as banks were vandalised and set alight.

Lebanon's army said 54 soldiers were among the wounded during attempts to open roads and quell riots across the country. Forty troops were injured in incidents in Tripoli.

"The army leadership, while reaffirming its respect for the right of citizens to express their opinions, warns of some attempts to exploit demonstrations to carry out actions that affect security and stability," a statement said, adding the army "will never tolerate any violation of security".

The Lebanese army said two soldiers were injured when a grenade was thrown at an army patrol, while an army vehicle was torched using Molotov cocktails in the middle of Tripoli's Al-Nour square, the heart of anti-establishment protests that broke out in October of last year.

Molotov cocktails have been thrown at at least five banks since the weekend, including in the capital Beirut.

Banks have for six months been limiting withdrawals of the local currency and have entirely phased out withdrawals in foreign currencies that were previously standard.



People inspect a bank set ablaze overnight by protesters [Ibrahim Chalhoub/AFP]

## 'We're coming for you'

Video from Monday night showed protesters raining down a hail of rocks on soldiers in Tripoli, while the sound of heavy gunfire can be heard. Protesters also took to the streets in southern Sidon, chanting "Molotov, Molotov, instead of a candle, Molotov," outside a local branch of the Central Bank.

Lebanon's protests began as a largely peaceful uprising last year, when hundreds of thousands took to the streets to demand political change and an end to endemic corruption that sapped the state's resources. But over the last few months, they have become more desperate as people struggle to make ends meet and secure basic needs, including food.

Human Rights Watch has warned millions could go hungry unless the government puts forward a robust social-safety net. But when the cabinet sought to get approval for a large spending bill at a parliament session earlier this month, quorum was lost and the decision postponed.

"This is a letter to each corrupt politician," a protester in Tripoli said to his camera Monday night. "When we the Lebanese people get hungry, we're going to remove you one by one... We're coming for you one by one."

# GZJ KDKV'; "

Home    News    Business    Energy    Opinion    Life    Video    Coronavirus

Home / News / Middle East



A worker cleans up broken glass from a bank facade after overnight protests against growing economic hardship in Sidon, Lebanon April 29, 2020. (Reuters)

# Protesters storm bank in downtown Beirut, demand money back amid economic crisis

Lebanon

Follow

## This website uses "cookies":

We use cookies to improve your experience on our site and to show you personalized advertising. To continue browsing, please click 'OK, I Accept'.

For more information, please read our **Privacy Policy**

Ok, I Accept

Protesters stormed a bank on Wednesday in downtown Beirut to demand that their money, which has been holed up for months, be given back to them, Lebanon's National News Agency reports.

Bank clients and depositors have not been able to access money in their accounts, and the ongoing economic crisis continues to deepen after the October 17 Revolution broke out last year.

Advertisement

Some of the protesters were Bank Audi customers who joined the group of demonstrators to demand that their accounts and deposits be released.

For all the latest headlines, follow our Google News channel online or via the app.

One of the protesters, shown on a live broadcast on Lebanese network MTV, denied that the demonstrators invaded or stormed into the bank.

This website uses "cookies":

We use cookies to improve your experience on our site and to show you personalized advertising. To continue browsing, please click 'OK, I Accept'.

For more information, please read our **Privacy Policy**

Ok, I Accept

He said that he and his co-demonstrators entered the general headquarters of Bank Audi with a message to deliver.

"We've come here to deliver a message to managerial boards of all banks ... Bank Audi is not the target [itself] but rather we are addressing the whole corrupt banking system [in Lebanon] that hasn't responded to enquiries of clients and depositors or explained to them the fate of their deposits and savings since February 2020," the unnamed demonstrator told MTV's anchor.

He said that banks have failed to attend to clients' enquiries, alleging that they've been waiting for the Lebanese central bank's clarification about the fate of their deposits and savings.

Protestors have come here to complain and explain that they cannot wait for clarifications from this "corrupt and ineffective" banking system that demonstrators have been fighting against, he said.

Since late 2019, Lebanon's economy, which is heavily reliant on dollars to pay for imports, has deteriorated as dollars in the country have dried up. In an attempt to keep greenbacks in the country, the banks have applied a series of informal, and illegal, capital controls that prevent Lebanese from accessing the money in their accounts.

**Read more:**

Lebanese man says he's harvested the Middle East's biggest pumpkin at 341 kg

## This website uses "cookies":

We use cookies to improve your experience on our site and to show you personalized advertising. To continue browsing, please click 'OK, I Accept'.

For more information, please read our **Privacy Policy**

Ok, I Accept

Another demonstrator who presented his Bank Audi card to the presenter was quoted as saying that they haven't been tucked or pushed by anyone to demonstrate.

"Audi and other banks have been alleging that there is no money and that the [banking system] has lent money to the Lebanese state … why don't you [banks] give us properties, lands or cars against our deposits and savings! Those who had $10,000, why don't you grant them a car for instance against their lost deposits," he said.

Lebanon's economic situation has only become direr in the aftermath of the Beirut port explosion that left at least 190 dead, some 6,000 injured, and destroyed entire sections of the capital city.

Al Arabiya English contact one of the bank's administrators who confirmed the incident and said: "The incident happened sometime around noon. Those protestors came in surprisingly and they had a message to the board. They demanded that their deposits be released or be allowed to access their savings."

The administrator preferred not to be named due to the sensitivity and fact that he could lose his job.

A third demonstrator criticized banks' failure to abide by the law and implement several court rulings, in which banks were ordered to release clients' money at the official exchange rate of around 1,500 Lebanese lira to the dollar. Today, the rate on the parallel market can be seen above 7,000.

"Even when it comes to enforcing justice, they've been robbing us. When a parent of an overseas student comes to withdraw money the bank gives them only $200 at the black market's rate and when they want to deposit cash, the bank deals with them based on the

This website uses "cookies":

We use cookies to improve your experience on our site and to show you personalized advertising. To continue browsing, please click 'OK, I Accept'.

For more information, please read our **Privacy Policy**

Ok, I Accept

# EXHIBIT 10

"

B B C

Home | War in Ukraine | Coronavirus | Climate | Video | World | US & Canada | UK | Business | Tech | Science | More

World | Africa | Asia | Australia | Europe | Latin America | Middle East

ADVERTISEMENT

# Lebanon banks close in solidarity after assault on staff

29 June 2021

Lebanon protests



REUTERS

The Association of Banks in Lebanon denounced the attack on Lebanese Swiss Bank

**Banks in Lebanon have closed for the day after an assault on staff at the headquarters of Lebanese Swiss Bank.**

About 100 men stormed the building in Beirut on Monday night, trying to access closed accounts and injuring three employees, according to the bank.

The Association of Banks in Lebanon denounced the "disgraceful attack" and said branches would shut in solidarity.

Lebanon is in the midst of one of the world's most severe economic crises in modern times.

- **Water so toxic 'it could burn your eyes'**
- **Lebanon Easter biscuit woes symbolise crumbling economy**

The Lebanese pound has lost more than 90% of its value against the US dollar since 2019 and inflation has skyrocketed, wiping out people's wages and causing food prices to triple.

Tight restrictions have also been placed on bank accounts, leaving people unable to withdraw their savings or transfer money abroad.



A country in free-fall: "For me, Lebanon now is a large jail"

Lebanese Swiss Bank said Monday's attack was carried out by people belonging to a charity in the south of Lebanon, Baneen, whose accounts had been closed for an unspecified reason. It said they barged their way in and forced employees to transfer money to accounts in Turkey.

Baneen's President, Mohammed Baydoon, denied that force was used and said the funds were transferred amicably.

On Saturday, people angered by the worsening living conditions attempted to break into branches of Lebanon's central bank in the cities of Tripoli and Sidon.

The protests erupted as the value of the Lebanese pound hit a record low, reaching 18,000 to the US dollar on the black market.



REUTERS

| There have been long queues at petrol stations since they started rationing fuel to cope with shortages

In a separate development on Tuesday, the Lebanese government raised fuel prices by more than 30% in an effort to alleviate shortages that have caused long queues at petrol stations and violent confrontations in recent weeks.

The government approved a plan to effectively cut subsidies last week in the hope of securing an adequate supply of fuel for at least the next three months.

UN agencies warned in December that the removal of subsidies in Lebanon without guarantees to protect the country's most vulnerable people risked inflicting a "social catastrophe" on them.

Half of the population is believed to be living below the poverty line.

## More on this story



### Lebanon: A country in free fall

17 May 2021



### Water so toxic 'it could burn your eyes'

22 May 2021

## Related Topics

# EXHIBIT 11

"

  LIVE 

HOME | #WAR IN UKRAINE | #2022 FRENCH ELECTION | FRANCE | AFRICA | CULTURE | SHOWS | FIGHT THE FAKE

HOME / Live news

# Lebanon protesters clash with security forces as currency plunges

   

Issued on: 26/06/2021 - 22:44    Modified: 26/06/2021 - 22:42



🕐 2 min

*Beirut (AFP) –*

Lebanese protesters tried to storm central bank offices in two major cities on Saturday, state media reported, after the national currency plunged to a new record low on the black market.

The pound has been pegged to the dollar at 1,507 since 1997, but the country's worst economic crisis in decades has seen its unofficial value plummet.

On Saturday, money changers told AFP it was trading at 17,300-17,500 to the greenback on the black market, while some social media users said it had fallen as low as 18,000.

Dozens of angry Lebanese took to the streets of the northern city of Tripoli to denounce the depreciation and "difficult living conditions", the National News Agency reported.

Some protesters managed to break through the gates of a branch of the central bank and enter the courtyard, the NNA said, but the army prevented them from reaching the building.

ADVERTISING

Demonstrators also set fire to the entrance of a government office, an AFP correspondent said.

Others were seen trying to force their way into the homes of two lawmakers but were stopped by security forces.

The NNA said gunshots were heard outside the house of lawmaker Mohammed Kabbara and the army intervened to disperse protesters.

In the southern city of Sidon, protesters tried to storm another branch of the central bank only to be pushed back by security forces, the NNA reported.

Scattered protests also took place in the capital Beirut, where a small number of protesters took to the streets and burned tyres, an AFP correspondent said.

Lebanon has been roiled since autumn 2019 by an economic crisis the World Bank says is likely to rank among the world's worst financial crises since the mid-19th century.

The collapse has sparked outrage at Lebanon's political class, seen as woefully corrupt and unable to tackle the country's many difficulties.

The pound's dizzying depreciation comes as the eastern Mediterranean country grapples with shortages of medicine and fuel which are imported from abroad using foreign currency.

The country has been without a fully functioning government since a massive blast in Beirut last summer that killed more than 200 people and ravaged swathes of the capital.

The government stepped down after the disaster, but a deeply divided political class has since failed to agree on a new cabinet to replace it.

© 2021 AFP

# EXHIBIT 12

"

**Law of September 3, 1956**

**On Banking Secrecy**

The Parliament has adopted, and

The President of the Republic is promulgating the text of the following Law:

**Article 1:**

Banks established in Lebanon in the form of joint-stock companies, and banks that are branches of foreign companies, are subjected to professional secrecy, provided that the said Lebanese and foreign banks obtain, for this purpose, a special approval from the Minister of Finance.[1]

The Agricultural, Industrial and Real Estate Credit Bank shall not be governed by the provisions of this Law. [2]

**Article 2:**

The managers and employees of the banks mentioned in Article 1, and any person who, owing to his/her capacity or position, has access by any means to the banks' books, operations and correspondence, are absolutely bound by banking secrecy in the interest of the clients of the said banks. These persons may not disclose any information known to them about the clients' names, funds, or personal matters to any party, be it an individual or a public authority, whether administrative, military or judicial, except when authorized in writing by the concerned client, his/her heirs or legatees, or in case the client is declared bankrupt, or there is a lawsuit involving banks and their clients over banking operations[3].

---

[1] - The obligation to obtain a special approval was repealed pursuant to the provisions of Article 139 of the Code of Money and Credit.
 - See the Law published by Decree 5439 of September 20, 1982 (On Adopting Tax Exemptions for the Development of the Financial Market).
[2] - See Article 43 of Law 28/67 of May 9, 1967 (On Amending and Completing the Banking Legislation, and Establishing a Mixed Institution for the Guarantee of Bank Deposits).
[3] - See Article 15 of Law 2/67 of January 16, 1967 (On Imposing Special Provisions on Banks with a Payment Suspension Status)
 - See Article 2 of the Law published by Decree 9976 of April 1, 1975 (On Empowering the Government to Exempt Deposits and all other Banks' Liabilities in Foreign Currencies from some Taxes, Fees and Obligations (creating a free zone between banks)).
 - See Article 49 of Legislative Decree 153 of September 16, 1983 on Associations (the right of the Ministry of Finance or the Ministry of Interior to take cognizance of bank accounts held by political parties).
 - See Articles 6 and 17 of Law 110 of November 7, 1991 (On the Adjustment of the Banking Situation)
 - See Article 3 of Law 192 of January 4, 1993 (On Facilitating Merging Operations between Banks).

**Article 3:**

Banks mentioned in Article 1 are entitled to open for their clients numbered deposit accounts whose holders' identity shall be only known to the manager of the bank or his deputy.

The identity of a numbered deposit account's holder shall be disclosed only with his/her written authorization, or that of his/her heirs or legatees, or in case he/she is declared bankrupt, or there is a lawsuit involving banks and their clients over banking operations.

These banks are also entitled, under the same conditions, to lease numbered safes.

**Article 4:**

The funds and assets deposited with the banks mentioned in Article 1 may not be seized without a written authorization from their holders.

**Article 5:**

The granting of the authorization mentioned in the previous Articles may be priorly agreed upon in any type of contract. Such authorization may not be revoked without the agreement of all contracting parties.

**Article 6:**

In order to safeguard their invested funds, banks mentioned in Article 1 may exchange confidentially, and only between themselves, any information related to their clients' debit accounts.[4]

**Article 7:**

Banks mentioned in Article 1 may not invoke professional secrecy, as stipulated in this Law, upon receiving requests from judicial authorities in relation to illicit enrichment lawsuits, introduced pursuant to Legislative Decree No. 38[5] of February 18, 1953 and the Law of April 14, 1954.

---

[4]- See Article 3 of Law 192 of January 4, 1993, on Facilitating Merging Operations between Banks.
[5]- Repealed by Law 154 of December 27, 1999, on Illicit Enrichment.

**Article 8:**

Any person who intentionally violates the provisions of this Law shall be punishable by imprisonment for a period of three to twelve months. The same punishment shall apply to any attempt of violation[6].

Public prosecution shall be only instituted through a complaint by the injured party.

**Article 9:**

All legal texts inconsistent with the provisions of this Law, or at variance with its content, are repealed.

**Article 10:**

This Law shall become effective two months following its publication in the Official Gazette.

Beirut, September 3, 1956

Signed: Camille Chamoun

Promulgated by the President of the Republic
The President of the Council of Ministers
Signed:  Abdallah Al-Yafi

The Minister of Finance
Signed: George Karam

---

[6]- See Article 127, Paragraph 3, and Article 203 of the Code of Money and Credit.